**APPENDIX A**

*In re QuidelOrtho Corporation Securities Litigation*, 1:24-cv-02804-JAV (S.D.N.Y.)

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|-------------------------|
| | | **Defendants Misrepresented the European Launch of Savanna RVP4 Throughout the Class Period** | | |
| 1. | 321(a) | 2/17/2022<br><br>Q4 2021 Earnings Press Release<br><br>(Ex. 9) | Bryant | "***Based on customer reviews in Europe, we believe Savanna will be a major growth driver, both in the U.S. and globally, for years to come***." |
| 2. | 321(b) | 2/17/2022<br><br>Q4 2021 Earnings Call<br><br>(Ex. 7) | Bryant | "As I mentioned at the outset, we've already launched in the EU where end market and the limited launch with our respiratory viral panel [4] -- respiratory panel and ***have received very positive customer feedback today, including request for additional instruments***." |
| 3. | 321(c) | 3/9/2022<br><br>Raymond James Annual Institutional Investors Conference<br><br>(Ex. 10) | Bryant | "We still are going to operate just like we always have. It's us three plus, we're now going to have Joe Busky and also Mike Iskra will be our Chief Commercial Officer, but it will be a smaller team of people who are making a lot of decisions and we'll continue to grow just as fast as we did before. That's Savanna, ***it's beautiful. Performing very nicely in Europe right now. We're hearing really nice feedback. I think it's the right design for the market at this time*** and I think it fits the gap and we're seeing that already." |

---

[1] Emphasis added in the Amended Class Action Complaint ("Complaint").

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| 4. | 321(d) | 3/9/2022<br><br>Raymond James Annual Institutional Investors Conference<br><br>(Ex. 10) | Bryant | Analyst: "When we think about the rollout in the international versus US and maybe closer to the point-of-care versus more in the hospital setting, how do you think about some of those panels and kind of being more applicable in different locations and what that rollout looks like from a footprint perspective?"<br><br>Bryant: "When we launched in Europe, it was the safest, easiest. We had the direct sales force there. And so, we placed units with a small number of customers.  Each one of those -- well, one in particular, dramatically increased the number of units they wanted after they had experience with it. So that was encouraging. *We're receiving some really nice feedback,* but that's just RVP4 at the moment." |
| 5. | 321(e) | 6/8/2022<br><br>William Blair Annual Growth Stock Conference<br><br>(Ex. 13) | Bryant | "Molecular. We've been in molecular as a small player, but more recently, *we just launched Savanna in Europe in a couple of different countries [sic] have done super well. We took pretty significant share from Cepheid [ph] recently in Italy. And I think right now the demand creation is not the issue.* Our ability to scale up both instruments and cartridges is critical." |
| 6. | 321(f) | 8/4/2022<br><br>Q2 2022 Earnings Call<br><br>(Ex. 15) | Bryant | *"Our limited European launch of Savanna with RVP4 continues to go well, but some early rents [sic]. As manufacturing capacity ramps, we plan a full European launch in Q4, followed by 2023 menu expansions."* |
| 7. | 321(g) | 9/12/2022<br><br>Morgan Stanley Global | Bryant | "[W]e've obviously been pushed out like everybody else in our space on the diagnostic side, we had the same supply issues building instruments and all that sort of thing that everybody else has experienced.  So notwithstanding that issue, I would say we're pretty much on track with what we expected to see. *And we've been pretty pleased with what we've* |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | Healthcare Conference (Ex. 17) | | *done in Europe with the Savanna launch early on and I would say it portends well for the rest of the globe.*" |
| 8. | 321(h) | 9/13/2022 Repertoire Podcast (Ex. 26) | Ranalli | "We actually obtained CE marking and we've done a launch in Europe around Christmas time last year. So we've been available in the market and *we have been [sic] great feedback from our initial customers*." |
| 9. | 321(i) | 11/2/2022 Q3 2022 Earnings Call (Ex. 19) | Bryant | Analyst: "[C]an you elaborate a little on why exactly the Savanna U.S. launch is seemingly being pushed out here again, why is that EUA pathway for approval now closed? Is the FDA still backlogged due to COVID or is there something else going on there?"<br><br>Bryant: "No. We're in active discussions and we're going to continue to pursue it. I'm not going to suggest that we have a 100% confidence in it, whether it's Point of Care mod complex, but we've been having a number of different conversations around the additional data needed to give the FDA comfort that we should move forward with EUA. So, because it's not 100% certain *we are shifting boxes that we had intended to ship early in the United States to Europe where, frankly, the folks there have been asking for more boxes than we are shipping. So it's just that straightforward,* we're hedging basically. At the same time, I'm taking 100 boxes and making those available to customers in the U.S. in the next couple of months. So that we can get started doing what we would do normally anyway in the early phases of life. So, we're by no means slowing down the launch in the US, but we do recognize that if we get too far into the first quarter, we're going to miss the respiratory season here in the United States." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| 10. | 321(j) | 11/2/2022<br><br>Q3 2022 Earnings Call<br><br>(Ex. 19) | Bryant | "Secondly, Savanna, **we are seeing demand in Europe and are increasingly confident that Savanna placements and revenue will accelerate throughout 2023**. We continue to focus on overcoming manufacturing and supply chain challenges as we ramp up production of both instruments and cartridges." |
| 11. | 321(k) | 12/13/2022<br><br>QuidelOrtho 2022 Investor Day<br><br>(Ex. 20) | QuidelOrtho | "Our Differentiator Personalized, **Prompt & Precise**,"<br><br>• "Less than 25 minutes from sample to result **without sacrificing quality & performance**." |
| 12. | 321(l) | 12/13/2022<br><br>QuidelOrtho 2022 Investor Day<br><br>(Ex. 20) | Ranalli | "On the second part of the slide.  You'll see our three-year Savanna installed base target of 6,000 boxes.  And our three-year Savanna run rate target, which is greater than $250 million in revenue.  This is a slight adjustment to what you may have seen previously.  **The number of installed base target is a little bit lower.  However, the pull-through in those installed bases is a little bit higher, right, and this is based on the data that we're seeing with our current launch in Europe**.  So, fewer boxes placed, but **those boxes are running at a higher rate than our original estimation**." |
| 13. | 321(m) | 1/9/2023<br><br>J.P. Morgan Healthcare Conference<br><br>(Ex. 24) | Bryant | "We believe that Savanna is indeed a highly differentiated product. **We've demonstrated in Europe and elsewhere that there is demand**. We see pretty strong demand expressed by US customers as well for this product, and we have a wait list. **So I think this is going to go well**. You could argue that there are a lot of competitors out there in the [sic]. You could argue that we just went through this period of time where a bunch of people already acquired instruments. I get all that. But this instrument's ability to push testing where the lab supervisors and the big integrated delivery networks want testing to be |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | | | done, this allows them the flexibility to do it. Who knows? All of us and our -- and my (inaudible) always talk about new product launches like they're automatic. We need to show you. But I've been doing this for about 40 years now. ***So, I think this is going to go well If I'm wrong, you won't see me here next year. I'll be hiding***. In terms of commercial excellence, we've just got so many different opportunities. Just the size itself and the global footprint is meaningful." |
| 14. | 321(n) | 2/15/2023 Q4 2022 Earnings Call (Ex. 27) | Busky | "***Savanna sales in Europe are expected to drive strong growth within our Molecular Diagnostics business, which, along with the expected ramp in the US volumes after receipt of regulatory clearance, are expected to drive meaningful revenue in the back half of the year***." |
| 15. | 321(o) | 2/15/2023 Q4 2022 Earnings Call (Ex. 27) | Bryant | Analyst: "[Y]ou just mentioned some of the cross-selling excitement and without Savanna, what are some of the areas of success that you've seen some of the reps have cross-sell and what are they really excited about?" <br><br> Bryant: "Right now mainly in the U.S. at least, mainly the former Quidel people taking the Ortho people into account. And we've got a number of closes pending, it's encouraging. We're a little bit surprised by the enthusiasm for the -- platform and the opportunity there with our cardiovascular assays. ***And I think it would be fair to say that we've been reasonably successful in a limited launch in Europe with Savanna too***." |
| 16. | 321(p) | 5/3/2023 Q1 2023 Earnings Call (Ex. 30) | Busky | "***Savanna sales in Europe are expected to ramp as we move through the year, which along with expected U.S. volumes after anticipated receipt of regulatory clearance are expected to drive meaningful revenue in the back half of the year***." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| 17. | 321(q) | 8/8/2023<br><br>Q2 2023 Earnings Call<br><br>(Ex. 33) | Bryant | "*Notably this was partially offset by Savanna, which continue[d] to perform well in the EU* with a modest improvement in sales year-over-year. *Given the product's ease-of-use and industry-leading speed, we are seeing a lot of customer interest and have expanded our reach to more customers across Europe*." |
| 18. | 321(r) | 11/30/2023<br><br>Evercore ISI HealthCONx Conference<br><br>(Ex. 37) | Bryant | "[T]hose needs that exist out there we think can be addressed with something that's faster and simpler, easier to run and frankly just more modern will be supercompetitive.  And that's what our marketing data says.  *And we do have customers in Europe*, we do have IUO customers in the US *and the feedback at this point has been encouraging*." |
| 19. | 321(s) | 1/8/2024<br><br>J.P. Morgan Healthcare Conference<br><br>(Ex. 40) | Bryant | "*I think we can talk more during Q&A, if you like, about the attributes of Savanna. But we already have evidence both in Europe and ex-US and now in the United States that we're going to be extremely competitive*." |
| **Defendants Misrepresented Savanna's Readiness for a U.S. Launch and FDA Approval Throughout the Class Period** | | | | |
| 20. | 327(a) | 2/17/2022<br><br>Q4 2021 Earnings Press Release<br><br>(Ex. 9) | Bryant | "While the year's headlines were mostly about COVID-19, we remained focused on developing the growth drivers that will shape our future when COVID-19 ultimately reaches the endemic stage. *Our key near-term opportunity is the anticipated U.S. launch of our revolutionary Savanna multiplex molecular platform*, which allows for testing of up to 12 pathogens from a single sample in less than 25 minutes." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| 21. | 327(b) | 2/17/2022<br><br>Q4 2021 Earnings Call<br><br>(Ex. 7) | Bryant | "And *as long as we're on the subject of future cash flow streams, I'd also like to address progress we've made with our revolutionary Savanna platform and what lies in store for us as we prepare for its U.S. launch later this year. The Savanna platform will be our next flagship product, and we are incredibly proud of the progress made to date*." |
| 22. | 327(c) | 3/9/2022<br><br>Raymond James Institutional Investors Conference<br><br>(Ex. 10) | Bryant | Analyst: "When we think about the rollout in the international versus US and maybe closer to the point-of-care versus more in the hospital setting, how do you think about some of those panels and kind of being more applicable in different locations and what that rollout looks like from a footprint perspective?"<br><br>Bryant: "We see demand right now in Europe. We think we will see demand in South Africa pretty quickly. *And then here, it's just about -- it's a matter of timing in terms of FDA clearance*." |
| 23. | 327(d) | 11/2/2022<br><br>Q3 2022 Earnings Call<br><br>(Ex. 19) | Bryant | "*We continue to focus on overcoming manufacturing and supply chain challenges as we ramp up production of both instruments and cartridges. Additionally, we completed development activities for all Savanna panels planned for launch in 2023*." |
| 24. | 327(e) | 11/2/2022<br><br>Q3 2022 Earnings Call<br><br>(Ex. 19) | Bryant | "Obviously, we're hedging of the launch a little bit by suggesting that we're going to be moving analyzers that were slated to be shipped earlier in the US in 2023 and we're moving those mainly to Europe, where we think there is plenty of demand and opportunity. *There's nothing really that has changed in terms of when the panels will be launched. The only addition is that we're pulling up some of our thoughts with respect to 510(k) submission*, and the reason we're doing that obviously is we are in ongoing dialog regarding potential EUA for Savanna obviously for the US and we're in ongoing discussions and dialog to see what further we need to provide in order to get |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | | | that done if and when we're successful. ***So again, there's nothing really different in terms of the timelines that we communicated before***, it's more that we're hedging. We're making sure that we don't really have a significant change to our revenue expectations for the launch, whether it's '23 or subsequently the next years following that." |
| 25. | 327(f) | 11/2/2022 Q3 2022 Earnings Call (Ex. 19) | Bryant | Analyst: "[M]aybe a follow-up on the Savanna. It sounds like you're basically saying if the U.S. gets pushed out, we will sell more in Europe.  Am I reading through the lines correctly that essentially I think you have the $300 million guide out there for a 3-year period.  No change to that, if the U.S. gets pushed out.  It's just kind of coming from different places.  Is that right?  And then I guess with that 300 exact guide you do have out there, it's not going to be linear, right?  So how do we think about that as we work our way through 2023 assuming, let's say, U.S. gets pushed out a little bit. Bryant: "…[W]ould it be a better idea to ship those boxes from that region to Europe, where I can continually run the product throughout the respiratory season, make sure I capture the first quarter opportunity and then also be ready to go globally in the fourth quarter of 2023. So that's the thinking and you're right, ***we're not making any change to the $300 million plus target that we had over the three-year period.  We're just shifting where we're sending the product based on the availability.  So we're not going to need to allocate so much as we might have before between the two major continents*** let's say." |
| 26. | 327(g) | 2/15/2023 Q4 2022 Earnings Call (Ex. 27) | Bryant | Analyst: "Can you talk through I guess the timeline here I think this quarter supposed to be around the 510(k) submission, it seems like EUA probably not happening. But can you talk about where we are the pathway here in the U.S? And then maybe just the assumption that are layered into the guide here on our way to that $250 million number, I think it's over three years, but just how we're progressing there?" |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | | | Bryant: "*We're still expecting RVP 4 EUA in April and the 510(k) will be just shortly after that.  So, we're very much on track for the launch.  As I said, the instrument build issues have been largely resolved.  We think we are already at the capacity to have a meaningful launch*. And we're at the point where we're most – *most of the effort right now is around cartridge ramp up.*  So we've got manual lines that we have in place.  Obviously, we think we can meet the immediate demand in Europe.  There we're doubling down on the manual line, potentially depending on the timing on the automated line, but *we expect to have the ability to make millions of cartridges very shortly*.  So we've got manual lines that we have in place. Obviously, we think we can meet the immediate demand in Europe. There we're doubling down on the manual line, potentially depending on the timing on the automated line, but we expect to have the ability to make millions of cartridges very shortly. So I think we're in good shape." |
| 27. | 327(h) | 3/7/2023<br><br>Raymond James Institutional Investors Conference<br><br>(Ex. 29) | Bryant | Analyst: "[T]thinking about the path to launch, is there anything incremental since you last spoke about the conversations with FDA, your expectations on EUA versus 510(k) or anything in that front?"<br><br>Bryant: "*We expect EUA either in April or worst case early May*, we also expect to take a similar data set instrument for 510(k) in May. And then we expect after that to complete a number of clinical trials. First of which would be our HSV, VZV and syphilis product. And that I hope will result in fourth quarter revenue of both our RVP 4 and HSV VZV. If we're surprised with some quicker reviews reviews [sic] by the FDA that could change. But for the moment, we're still sticking to this idea that *we should be able to generate $30 million to $40 million in Savanna revenue, which obviously includes what we're doing in Europe now too*." |
| 28. | 327(i) | 5/3/2023<br><br>Q1 2023 Earnings Call | Bryant | Analyst: "[O]n the Savanna launch, what gives you confidence that you'll be able to get to markets before the respiratory season?" |

9

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | (Ex. 30) | | Bryant: "First point is that we're in process of submitting the EUA for RVP and simultaneously, we're working on the submission of the 510(k) package. *So from a timing perspective, I think we're in reasonably good shape to be ahead of the upcoming respiratory season.  In addition, I think our confidence comes from having solved supply chain issues and now more reliably making and stocking instruments.  So that's not going to be a challenge for us.  And we now have the second line nearly validated on the cartridge manufacturing*, which puts us in really good shape in terms of the volumes that we require in 2023 and 2024.  So we're pretty confident." |
| 29. | 327(j) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 30) | Bryant | "*We're anticipating an expanded global launch ahead of the next respiratory season … So, Savanna is coming, the platform is robust and the total addressable market is huge. The outlook is exciting*." |
| 30. | 327(k) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 30) | Busky[2] | Analyst: "Do you still think that Savanna can get an EUA?  And if it's going to be a 510k that's ultimately the approval path would you ask, what is that timeline?  Was it due to guidance?"<br><br>Busky: "But the guidance or that we've been given is that existing EUAs will remain in effect, and the FDA is authorized to continue to accept new EUAs if certain criteria are met.  And for the purposes of this discussion, you're obviously referring to -- you may be referring to the Savanna EUA. *Savanna meets the criteria that the FDA are looking for*, and it's also part of the ITEP program, which theoretically could position us well for that review." |
| 31. | 327(l) | 6/6/2023 | Bryant | "*And then finally, the one that we talk about, in fact, have talked about in every single meeting today is the launch of Savanna, which we're very close to in the United States.  We did launch in Europe in a limited fashion.* |

---

[2] Joseph Busky is the maker of these statements; the Complaint incorrectly attributes them to Douglas Bryant.

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
|  |  | William Blair Growth Stock Conference<br><br>(Ex. 31) |  | *Learned a lot there.  We're in a position where we're building inventories of instruments and cartridges in order to support Europe. This year, the US beginning in the fourth quarter, and then also supplying of cartridges for all of our clinical trial sites for a number of syndromic panels. So those are the three near-term drivers*." |
| 32. | 327(m) | 6/6/2023<br><br>William Blair Growth Stock Conference<br><br>(Ex. 31) | Busky | "And then finally, Molecular, *coming back to Savanna, we do expect to get regulatory clearance in the US on the Savanna product and start placing those boxes as we move into the fourth quarter of this year*.  We haven't really talked too much about the slope of that revenue ramp in 2024 and 2025. But we have said that *we expect three years post-launch that will be greater than $250 million of revenue on that Savanna product*." |
| 33. | 327(n) | 8/8/2023<br><br>Q3 2023 Earnings Call[3]<br><br>(Ex. 33) | Bryant | Analyst: "Can you remind us how the initial launch Savanna and Europe [*sic*] what were you seeing these competitive conversions happen like you outlined at the Analyst Day, the share gains take place and how has that changed the initial US game plan once we get the approval?"<br><br>Bryant: "Well, I think [] it's a bit of foreshadowing what we might expect. The competitors that we saw.  Based on European feedback.  Might be vulnerable. We are indeed those same two competitors.  And John. [sic].  They *are quite well[,] [t]he issues that[] [a]re in Europe.  She [sic] as being applicable here and add statements to so [sic].  Particularly with respect to the respiratory launch.  I think we're in[] [r]eally good shape here in the US* and for HSV. That's a product, it's not a huge market, but we already do quite well on." |
| 34. | 327(o) | 9/12/2023 | Bryant | Analyst: "[W]hat is the path to broader presence in Europe for Savanna look like?" |

[3] The Complaint incorrectly quotes this statement as:  "*and we've done there quite well. The issues that are reported in Europe we see as being applicable here in the United States, too. So particularly with respect to the respiratory launch, I think we're in really good shape here in the US[.]*"

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | Morgan Stanley Global Healthcare Conference<br><br>(Ex. 34) | | Bryant: "Well, first, realize, we did a limited launch…We also wanted to find out what errors we would need to fix, what things needed to be addressed. We needed to test out our customer service strategy, et cetera, and I think we accomplished all that. We did find error codes that we needed to resolve, but this is not new. Anyone of my colleagues in our industry would be sitting here telling you the same thing. You launch an instrument, you're going to find some things, and then you've got to go fix them fast, and we accomplished that. We also discovered that we wanted to make some tweaks to the respiratory viral panel to improve the assay performance, we did that. So we're now on a second version. *And so, as we're about to enter our largest opportunity, our largest market, we will have resolved some of the things that would have needed to be resolved had we not launched somewhere else first.*" |
| 35. | 327(p) | 11/30/2023<br><br>Evercore ISI HealthCONX Conference[4]<br><br>(Ex. 37) | Bryant | Analyst: "[W]hat's happened with Savanna? It looks like there was some timing pushout."<br><br>Bryant: "*Let's be completely open. We submitted to the FDA in July and we completed the clinical trial during the summer. There was a lot of to-and-fro and we've been in communication constantly with the FDA.* The one issue which we've agreed was that we needed to run some samples during respiratory season. And *the FDA's concern wasn't the performance of the product. It was they want to see how the instrument and cartridge performs with respiratory season samples*…" |
| 36. | 327(q) | 1/8/2024 | Bryant | Analyst: "Can you give us a sense of when we should expect the RVP4 panel, should that be approved during the respiratory season here? And just kind of yet any update on what you've heard from the Agency or anything?" |

[4] The Complaint attributes this statement as being made during the November 30, 2023 Evercore ISI HealthCONx Conference, but the transcript of that conference does not contain this statement.

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|--------------------------|
| | | J.P. Morgan Healthcare Conference<br><br>(Ex. 40) | | Bryant: "*Well, we're in good shape. And I would commit to being in market before the end of the quarter.*" |
| 37. | 327(r) | 2/13/2024<br><br>Q4 2023 Earnings Call<br><br>(Ex. 41) | Bryant | "*The status of the submission of the 510(k) is on track from my previous comments. Recall that I had said that we expect to get clearance before the end of the first quarter. I think we're still on track for all that.*" |
| 38. | 327(r) | 2/13/2024<br><br>Q4 2023 Earnings Call<br><br>(Ex. 41) | Bryant | "*We're advancing both with FDA review of our RVP4 panel and others in the queue. Our US sales team is meeting this week, and I can assure you a successful Savanna commercial launch is on their menu as well.*" |
| 39. | 327(s) | 2/13/2024<br><br>Q4 2023 Earnings Call<br><br>(Ex. 41) | Busky | "*We continue to expect Savanna instrument placements of approximately 1,000 in 2024, which will pave the way for 2025 Savanna revenue growth.*" |
| 40. | 327(t) | 3/5/2024<br><br>Raymond James Institutional | Iskra | Analyst: "Any updates to share today in terms of RVP4 and kind of how you think about the timeline for getting that to market and really kind of being able to go pedal to the metal in that portfolio?" |

13

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | Investors Conference (Ex. 43) | | Iskra: "*[T]he focus around Savanna is building out the menu and delivering that. RVP4+ for us, our focus right now is primarily in the back end of the year. That's the flu season and the respiratory season* we're pretty much coming out of the opportunity is to be in place for that by the end of the year. Somebody asked me if I was comfortable with where we are on that, and I will tell them the same thing, I told them, like, I won't be comfortable until I see it, right? So let's just be honest about it. But *for the things we do control, I would tell you it's getting a lot of attention, right? All three of us and others are heavily focused on it and doing all we can do to get not just RVP4 out, but the other menu items. And that's what we need.*" |
| 41. | 327(u) | 3/5/2024 Raymond James Institutional Investors Conference (Ex. 43) | Iskra | "[L]ast year again, we'd highlight our market share gains in flu and RSV, and believe it or not, even COVID. We improved our market share. So we have a strong offering there, and we think that's something to build on as point-of-care grows. Molecular is a little bit of a different story, right? We – it's an area everyone knows that we're focused on. We're investing in, but the product's just now coming out. We just recently got HSV, VZV, and we're starting to execute on that. But *we still firmly believe that the market opportunity in Molecular, where we are today, provides a great opportunity.* There's some unmet need. We think the competitors are stretching into it, that they weren't purpose-built for where we are versus our solution, *Savanna, is made for this market.* *We score well across ease of use, on performance and on cost.* We think that our customer doesn't just want one, they want all three. And so we see that as a huge opportunity. Even that said, what I tell you is that's part of the molecular opportunity. We think there's some a little bit above it and some slightly below. So we'll continue to pursue those, but *I'll make it absolutely clear: our first priority is execute on Savanna, get a foothold there, and then expand.*" |

14

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| 42. | 327(v) | 3/5/2024<br><br>Raymond James Institutional Investors Conference<br><br>(Ex. 43) | Iskra | "So look, ***$250 million is the goal, and it's out there***.  What I would honestly say is, between when that goal was established and where we are today, the makeup of how we get there changes slightly. And clearly, we aren't on the timeline that we expected. But again, I would say the market opportunity is still there.  We actually have some other things that maybe we're a little more excited about today with potentially things we can do with the menu, like adding syphilis to HSV, VZV.  This is a huge unmet need right now, broader than where we serve.  It may, in fact, open up some new doors for us.  And so maybe that's an opportunity that we didn't factor in.  So net-net, we are driving to that number, but we're watching a lot of things that will factor into it. But nonetheless, ***whether it's $250 million, $275 million or $245 million, it's a big number, it's a big opportunity, and we still believe in it***." |
| 43. | 327(w) | 3/5/2024<br><br>Raymond James Institutional Investors Conference<br><br>(Ex. 43) | Bujarski | Analyst: "…[A]s you think about the bridge to get [to $250 million], and you mentioned the menu, what's your vision of what that menu looks like at that point? Is it, hey, we've gotten RVP4, RVP11, syphilis added. Is it five assays? Is it 7, 10? Like, what does it take to get there?"<br><br>…<br><br>Bujarski: "[E]ven just narrowing it to when do we really get a jump start? When do we get a kickstart? And as Mike just mentioned, I think ***the ones that the field, I would say, is most interested, RVP4 with CLIA Waiver, right? Without the CLIA Waiver, you just don't get to the breadth – you don't get to the breadth of the placement. So, that's going to be a key catalyst*** as well as STI. And those are the first two. Now, that might not get you to the $250 million, but when you start to say, when do we start to get traction, what gets the field very excited, ***those are the ones right out of the gate***. So, ***when you're thinking about 2024, you're thinking about our focus, more so than a revenue number for 2024, any of that. You got to have the menu to really make this platform a success, and those are the ones that we're focused on straight away***." |

15

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
|  | **Defendants Misrepresented Development of and Timing for Additional Panels for Savanna Beyond RVP4** |
| 44. | 337(a) | 9/13/2022<br><br>*Repertoire* Podcast<br><br>(Ex. 26) | Ranalli | "*In addition to RVP4, which we are going through the EUA process with that panel, we will have a larger respiratory panel, which is the full RVP11.* And that includes a whole host of the most common different respiratory viruses. Again, those things like adenovirus and parainfluenza and human metapneumovirus. *But outside the respiratory world, which we obviously do love, we're going into some GI panels.* So we'll have a parasite panel and a combo bacterial viral panel. And so a lot of these are foodborne pathogens or viruses or parasites that you would get endemic in different areas. *And then we'll have a sexually transmitted infection panel. And so that will include mycoplasma genitalium, trichomonas, chlamydia, and gonorrhea. So the four most common STIs all in the same panel. We'll have a broader pharyngitis panel.* Most of you guys are probably aware that in addition to Group A strep, you know, we were the first company to come out with a strep C and G. *And we're also adding a couple of different bacterial pharyngitis causes onto a comprehensive pharyngitis panel. We have a HSV-VZV panel, which we're adding syphilis to as well.* So that's kind of an all-encompassing lesion panel. *And then finally, a vaginitis panel. And those are the ones that are actually currently in development.* That's not, you know, we're actually adding more and more new products that I can't talk about yet. But *those are the next six that are coming out that we're super excited about*." |
| 45. | 337(b) | 2/15/2023<br><br>Q4 2022 Earnings Call<br><br>(Ex. 27) | Bryant | "*Beyond [HSV and RVP4], we expect to begin clinical trials for RVP11, STI, two GI panels, bacterial, viral and a parasite panel, pharyngitis and vaginitis. We have purposely focused our initial menu on these areas to take advantage of Savanna's unique features, faster turnaround time, test flexibility, and lower total cost of ownership*." |
| 46. | 337(c) | 5/3/2023 | Bryant | "*Our initial menu includes our RVP4 Respiratory Viral Panel, followed by an HSV/VCZ lesion panel, RVP11, a panel for sexually transmitted* |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | Q1 2023 Earnings Call (Ex. 30) | | *infections including chlamydia, gonorrhea, mycoplasma genitalia and trichomonas vaginalis, plus two gastrointestinal panel, one bacterial and/or viral and the second parasitic, a pharyngitis panel, and a vaginitis panel*." |
| 47. | 337(d) | 5/3/2023 Q1 2023 Earnings Call (Ex. 30) | Bryant | Analyst: "Can you maybe just sort of talk about the steps for menu development for here? How should we be thinking about additional assays rolling off over the next handful of years? And what can you tell us around sort of your capacity for additional panels here?"<br><br>Bryant: "*We are well on our way on assay development and almost everything that we had teed up for what I would call wave one*. And I would say our clin and rec teams are already teed up with respect to the clinical trials. *So the assays that I mentioned in the script are very much on track*. Is there further work to do here and there? Yes. But *for the most part, technical issues are not obviously insurmountable. I don't see anything that would preclude us from launching any of those things that we had listed earlier on the call*." |
| 48. | 337(e) | 8/8/2023 Q2 2023 Earnings Call[5] (Ex. 33) | Bryant | "*Our initial menu includes our RVP4 respiratory viral panel and HSV/VZV lesion panel to be followed throughout 2024 by RVP11 and HSV/VZV syphilis panel, a panel for sexually transmitted infections including chlamydia, gonorrhea, Mycoplasma genitalia and Trichomonas vaginalis, plus two gastrointestinal panels; one bacterial and/or viral and a second parasitic panel. A pharyngitis panel that test for four bacterial pathogens, and, finally, a vaginitis panel* which focused our offering on syndromic testing needs to take advantage of the unique features of Savanna including rapid turnaround time, simple workflow and test flexibility allowing more |

---

[5] Douglas Bryant made this statement during the Q2 2023 earnings call; the Complaint incorrectly identifies this statement as having been made during the Q3 2023 earnings call.

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|-------------------------|
| | | | | clinically relevant information to be generated closer to the patient in a timeframe that actually can affect treatment.<br><br>***On behalf of our customers and shareholders, I'm thrilled that the US Savanna launch is progressing as the platform is robust, the total addressable market is huge and the outlook is very exciting****.*" |
| **Defendants Misrepresented the Company's Ability to Manufacture Savanna at a Scale Necessary to Achieve Over $75 Million in Revenue Synergies and $300 Million in Overall Revenue Throughout the Class Period** | | | | |
| 49. | 339(a) | 2/17/2022<br><br>Q4 2021 Earnings Call<br><br>(Ex. 7) | Bryant | "*[W]e've identified $100 million in expected revenue synergies by 2025 with approximately 80% to come from cross-selling opportunities and our expanded geographical footprint to sell Savanna and other products in ex-U.S. markets*." |
| 50. | 339(b) | 4/11/2022<br><br>Quidel's Prospectus on Form 424(b)(3)<br><br>(Ex. 4) | QuidelOrtho | "In preparing the Quidel revenue synergies, Quidel developed a model that estimated by major country the demand for Quidel's products based on current market conditions, the competitive environment, Quidel's current market share and product positioning, and incremental revenue opportunities arising from Ortho's expanded commercial structure.  Based on this information, Quidel estimated the incremental market share opportunity considering Ortho's expanded and strong commercial team, which opportunities were primarily identified for markets outside of the U.S.  This analysis was mostly focused on Quidel's existing core products, as well as new products to be commercialized in the next few years.  The modeling resulted in approximately ***75% of revenue synergies attributable to Savanna***, with the remainder from Triage and QuickVue products." |
| 51. | 339(c) | 4/11/2022 | QuidelOrtho | "In preparing the Ortho revenue synergies, Ortho developed a model that estimated the number of new, cross-selling customer accounts that could be addressed by country after accounting for Quidel's existing market share coverage.  Based on such modeling, Ortho estimated the number of new |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|--------------------------|
| | | Definitive Proxy Statement on Form DEF14A<br><br>(Ex. 3) | | product placement opportunities in direct and distributor channels, applied win rates and projected consumable revenues per instrument based on historical win rates and new menu introductions. ***This resulted in Ortho's assumption, from a product perspective, of approximately 75% of revenue synergies attributable to Savanna***, with the remainder from Triage and QuickVue products." |
| 52. | 339(d) | 5/4/2022<br><br>Q1 2022 Earnings Call<br><br>(Ex. 12) | Bryant | Analyst: "[Y]ou commented in the past, that's been a little bit of a challenge for the instrument side. So are you able to build some inventory for as we head into this U.S. launch? And then once you close the deal, is there anything in that, say, you might get a little bit more leverage with some of these chip suppliers? Anything to look out on that front?"<br><br>Bryant: "… So it's a great question, though, because worldwide supply chain issues are pretty big across the board. But I do think that we have an opportunity in combining the company to explore things that we can jointly do together. Certainly, Ortho purchases a lot of products that go into their instrumentation, and that could be helpful. But that's something to work on and explore, and I'm hopeful that's the case. Because at the end of the day, I see the only constrained [sic] with ***the only constraint with the launch, honestly, being our ability to get enough instruments into the market as quickly as possible as well as our ability to manufacture cartridges at very, very high volumes***." |
| 53. | 339(e) | 5/4/2022<br><br>Q1 2022 Earnings Call<br><br>(Ex. 12) | Bryant | ***"Once online in the fall, our Savanna cartridge automated manufacturing line is expected to begin its ramp-up and outfit to over 1 million cartridges per month with $300 million annual revenues and anticipated within 3 years of U.S. launch***." |
| 54. | 339(f) | 8/4/2022 | Bryant | "With regard to integration, we've already generated considerable momentum and ***have a clear path forward to reaching our targeted*** cost and ***revenue*** |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|-------------------------|
| | | Q2 2022 Earnings Press Release (Ex. 16) | | *synergies, and positioning the combined business for long-term growth and enhanced shareholder value*." |
| 55. | 339(g) | 8/4/2022 Q2 2022 Earnings Call (Ex. 15) | Bryant | "*As discussed on prior calls, we expect to realize* cost synergies from the transaction of $99 million and *cross-selling revenue synergies or [sic] $109 million by the end of the year through the following the [sic] transaction close.* Though we do expect the commercial momentum to continue beyond that time frame. *While our integration is still in the early days, the pieces are aligning and the chemistry is even better than expected, which is remarkable given our high expectations*." |
| 56. | 339(h) | 8/4/2022 Q2 2022 Earnings Call (Ex. 15) | Bryant | Participant: "But if you could talk about the setup for next year just where we should be thinking about numbers and where the different businesses can go." Bryant: "On the revenue side, provided that we can manufacture the instruments that we have in the forecast, *we feel very comfortable* both on the clinical chemistry and immunoassay systems *as well as on the Savanna. And what I would point to I think generally is to the S-4 in those forecasts and suggest to you that those are solidly intact*." |
| 57. | 339(i) | 11/2/2022 Q3 2022 Earnings Call (Ex. 19) | Bryant | "Lastly, over the past couple of months, *we've overcome Savanna instrument supply chain challenges, begun ramping our instrument manufacturing capacity and completed the setup and validation of the first of two low-volume cartridge manufacturing lines. This allows us to expand our Europe, Middle East and Africa commercialization for the current respiratory season*. Our second low volume line is expected to be brought online during the fourth quarter. *We believe these two lines should be more than sufficient to meet pull-through demand given the number of instruments we expect to* |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | | | *ship. Our two automated high-volume lines are expected to be up and running by mid-2023, ahead of our US commercial launch.*" |
| 58. | 339(j) | 11/2/2022<br><br>Q3 2022 Earnings Call<br><br>(Ex. 19) | Bryant | Analyst: "Am I reading through the lines correctly that essentially I think you have the $300 million guide out there for a 3-year period. No change to that, if the U.S. gets pushed out. It's just kind of coming from different places. Is that right? And then I guess with that 300 exact guide you do have out there, it's not going to be linear, right? So how do we think about that as we work our way through 2023 assuming, let's say, U.S. gets pushed out a little bit."<br><br>Bryant: "*We're not making any change to the $300 million plus target that we had over the 3-year period. We're just shifting where we're sending the product based on the availability.*" |
| 59. | 339(k) | 12/13/2022<br><br>QuidelOrtho 2022 Investor Day<br><br>(Ex. 20) | Bryant | Analyst: "But I know you guys had talked about pretty confidently kind of a $300 million number in that three year time frame, it's now $250 million…can you just talk about what changed in the last few months? Is it slower adoption in Europe?  Is it the fact that US got pushed out again on the quarter?"<br><br>…<br><br>Bryant: "*I would say … that the number that Tammy showed was 250 or better*. …  Remember, that's[,] I've too many mics now, sorry.  *That's 40 [sic] years post the US launch, so it's sometime call it mid-to-late '23 three-years beyond that is where you'll see that number. I would argue it's largely the same number*, Patrick, *I mean, it's greater than $250* million, it's probably slightly lower and how we present it because of the delay in the EUA or 510-K for the US.  I think that's primarily the major driver." |
| 60. | 339(l) | 2/15/2023<br><br>Q4 2022 Earnings Call | Bryant | "For cartridge manufacturing, *we are in the process of increasing manual manufacturing lines, hiring additional staff and installing high volume automated lines that will produce the millions of cartridges that will be required*. The first two panels that we'll launch are RVP4 and the HSV/VZV lesion panel." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | (Ex. 27) | | |
| 61. | 339(m) | 2/15/2023<br><br>Q4 2022<br>Earnings Call<br><br>(Ex. 27) | Bryant | *"I'm pleased to say that we are nearly there, nearly ready for an expanded global launch ahead of the next respiratory season. Supply chain and instrument manufacturing issues that were a challenge for us are largely resolved, and we now have the capacity to begin to ship the analyzers that we had anticipated all along*." |
| 62. | 339(n) | 2/13/2024<br><br>Q4 2023<br>Earnings Call<br>Presentation[6]<br><br>(Ex. 42) | QuidelOrtho | "Additional 2024 Assumptions<br><br>• Non-respiratory revenue growth rates exclude third-party collaboration settlement and transitioning out of the U.S. Donor Screening portfolio<br><br>• Expect Labs business growth of mid- to high-single digits<br><br>• Flu market is expected to be between 40-60 million tests<br><br>• Expect Savanna instrument placements of ~1,000 and *$30 to $50 million of Savanna respiratory revenue, primarily in the fourth quarter of 2024*." |
| 63. | 339(o) | 3/7/2023<br><br>Raymond James<br>Institutional<br>Investors<br>Conference<br><br>(Ex. 29) | Bryant | Analyst: "[I] want to make sure we talk about Savanna, talk about Molecular. So maybe we'll go there next, we're almost two years out from CE Mark. I guess just what's the latest and greatest feedback now that you've been through a full, I won't call it a normal respiratory season, but a full respiratory season, and has the utilization trended sort of as you've expected at least since you last communicated around the Analyst Day?"<br><br>Bryant: "It is also true that we did struggle early on with instrument manufacturing and I would say that better visibility to what's going on in that |

[6] QuidelOrtho made this statement during its Q4 2023 earnings call presentation; the Complaint incorrectly identifies this statement as having been made in the Q4 2022 earnings call presentation.

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|-------------------------|
| | | | | factory has been helpful to us and *a lot of the issues, Andrew, that we were working through early on have now largely been resolved. And I think we have the ability to have an effective global launch of Savanna, assuming we can get the cartridge manufacturing to where we want. We've started with a low volume line. We're doubling that now with another low volume line. And we expect to have our higher volume line that will produce the millions of cartridges that we're going to need to support the market. That should be validated sometime in the first quarter of 2024*." |
| 64. | 339(p) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 30) | Bryant | Analyst: "[O]n the Savanna launch, what gives you confidence that you'll be able to get to markets before the respiratory season?"<br><br>Bryant: "… *In addition, I think our confidence comes from* having solved supply chain issues and *now more reliably making and stocking instruments. So that's not going to be a challenge for us. And we now have the second line nearly validated on the cartridge manufacturing, which puts us in really good shape in terms of the volumes that we require in 2023 and 2024. So we're pretty confident*." |
| 65. | 339(q) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 30) | Bryant | Bryant: "*We are currently in a stocking position for both the Savanna Instrument and the RVP4 cartridge, and our second cartridge manufacturing line is in the final stages of validation, as we work to build inventory in anticipation of Savanna's launch in the US, following regulatory clearance*." |
| 66. | 339(r) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 30) | Busky | Analyst: "[F]irst, can you just sort of reiterate what's included in the guide for their year for Savanna?"<br><br>…<br><br>Busky: "Yeah.  So, the first question, Andrew, on Savanna, *there's really no change with what we said on the Q4 call related to Savanna guidance. We are going to be -- we're going to continue to ramp in Europe, and we are* |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | | | *expecting regulatory clearance in the U.S.  So we're expecting to have products available for the Q4 respiratory season. So there -- I wouldn't say there's no change really to the guidance that we gave in Q4 related to Savanna*." |
| 67. | 339(s) | 6/6/2023<br><br>William Blair Growth Stock Conference<br><br>(Ex. 31) | Busky | "*[W]e expect three years post-launch that will be greater than $250 million of revenue on that Savanna product*." |
| 68. | 339(t) | 8/8/2023<br><br>Q2 2023 Earnings Call<br><br>(Ex. 33) | Bryant | "*We completed validation of our second low volume Savanna cartridge manufacturing line during Q2 and are currently building inventory in anticipation of Savanna's launch in the US, following regulatory clearance*." |
| 69. | 339(u) | 8/8/2023<br><br>Q2 2023 Earnings Call<br><br>(Ex. 33) | Bryant | "We're actually at the phase now where we're stocking instruments and in support of what we anticipate to be a reasonably good launch assuming that we're in market for this upcoming respiratory season.  So again.  We're already at that stage from an instrument position that we feel like we can address the upcoming launch.  And on the cartridge side, as I mentioned, *just finished standing up our second low volume manufacturing line for the cartridges for both clinical trials and launches. And that's going well, too. So I think we're in really good shape from an office supply chain and launch perspective*." |
| 70. | 339(v) | 11/1/2023 | Bryant | "*I am confident we will receive Savanna instrument clearance by the end of this year, and launch commercially in the U.S. very quickly thereafter. We have instrument inventory, and I expect that we will launch at pace*." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|--------------------------|
| | | Q3 2023 Earnings Call (Ex. 35) | | |
| 71. | 339(w) | 11/1/2023 Q3 2023 Earnings Call (Ex. 35) | Bryant | Analyst: "…Just maybe if you could talk about your confidence in the rapid menu expansion and then placement install expectations? And then maybe to ask it another way, what are kind of the KPIs that you're going to be looking at to determine if Savanna is a successful launch?" Bryant: "We're in good shape from a menu development perspective and the clinical trials will drive our success. So we will do several clinical trials throughout 2024 with an expectation that once the instrument has already been clear that the the [sic] packages should be somewhat straightforward on each of the panels that we'll do. So, we've said before that we will attempt to be in market with at least four or five different panels before the end of 2024 and that would be our -- the major objective. We *have instruments in inventory*. We've recently completed the software update. *We are fully manufacturing cartridges and so I don't see any other constraint other than US FDA clearance*." |
| 72. | 339(x) | 11/1/2023 Q3 2023 Earnings Call (Ex. 35) | Bryant | Analyst: "And then just an update on the high-volume cartridge manufacturing line. Thank you." Bryant: "*We're still targeting everything on track for midyear next year*." |
| 73. | 339(y) | 11/30/2023 | Bryant | Analyst: "And longer term, what is the Savannah thesis? What should we expect from Savannah?" Bryant: "… And we do have customers in Europe. We do have IUO customers in the U.S. The feedback at this point has been encouraging, so, *we think we'll do about 1,000 instruments. That's the forecast*. I always say to |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | Evercore ISI HealthCONx Conference[7] <br><br> (Ex. 37) | | the marketing people that models are rarely right, but it's at least useful to have something that you think you are aiming at. ***And I think that's about an appropriate target for us in 2024.***" |
| 74. | 339(z) | 2/13/2024 <br><br> Q4 2023 Earnings Call <br><br> (Ex. 41) | Busky | "***Our [2024] guidance also assumes a minimal contribution of between $30 million to $50 million in respiratory revenues from Savanna RVP4. And we expect that the revenue to be primarily in the fourth quarter of 2024, given the timing of approvals for the respiratory indication, which we expect in Q1. We continue to expect Savanna instrument placements of approximately 1,000 in 2024, which will pave the way for 2025 Savanna revenue growth.***" |
| 75. | 339(aa) | 3/5/2024 <br><br> Raymond James Institutional Investors Conference <br><br> (Ex. 43) | Iskra | "***So, yeah, look, $250 million is the goal, and it's out there***. What I would honestly say is, between when that goal was established and where we are today, the makeup of how we get there changes slightly. ***And clearly, we aren't on the timeline that we expected.***[8] ***But, again, I would say the market opportunity is still there.*** We actually have some other things that maybe we're a little more excited about today with potentially things we can do with the menu, like adding syphilis to HSV, VZV. This is a huge unmet need right now, broader than where we serve. It may, in fact, open up some new doors for us. And so maybe that's an opportunity that we didn't factor in. So net-net, we are driving to that number, but we're watching a lot of things that will factor into it. ***But nonetheless, whether it's $250 million, $275 million or $245 million, it's a big number, it's a big opportunity, and we still believe in it.***" |

---

[7] The Complaint attributes this statement to Douglas Bryant, but the November 30, 2023 Evercore ISI HealthCONx Conference transcript does not identify Mr. Bryant as the speaker.

[8] The Complaint incorrectly quotes this statement as follows: "***And clearly, we are on the timeline that we expected.***"

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| 76. | 339(bb) | 3/5/2024<br><br>Raymond James Institutional Investors Conference<br><br>(Ex. 43) | Bujarski | "*So, when you're thinking about 2024, you're thinking about our focus, more so than a revenue number for 2024, any of that. You got to have the menu to really make this platform a success, and those are the ones that we're focused on straight away*." |
|  | | **Defendants Misrepresented the Company's Endemic COVID-19 Revenue During the Class Period** | | |
| 77. | 344(a) | 12/13/2022<br><br>QuidelOrtho's 2022 Investor Day<br><br>(Ex. 20) | Busky | "I think Doug said this earlier, too, *we don't have so much of a demand problem right now. We have a supply problem.  We got to get more products*. And so we are putting more money into the business to develop that manufacturing capacity." |
| 78. | 344(b) | 12/20/2022<br><br>William Blair Analyst Report<br><br>(Ex. 23) | Busky & Brokmeier | "*Management provided some thoughts on endemic COVID-19 testing levels, noting that its prior estimate for between $150 million and $200 million of endemic COVID-19 testing revenue was likely conservative and that something between $200 million and $400 million is more realistic*." |
| 79. | 344(c) | 1/26/2023<br><br>*Repertoire* Podcast<br><br>(Ex. 26) | Bryant | "*But part of beating expectations is to set the expectations correctly. And so we're pretty humble with the street. We don't get ahead of our skis, as they say. We don't try to … say things that would hype the share price. We just, you know, we call it like we see it.*  And you can either say that's not too clever, Doug, or you can say, you know, I would imagine that you have pretty |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|-------------------------|
| | | | | good credibility with the street as a result. And I kind of like to think it's the latter." |
| 80. | 344(d) | 1/26/2023<br><br>*Repertoire* Podcast<br><br>(Ex. 26) | Bryant | "We also were the beneficiary, to be fair, Scott, of additional COVID shipments in two areas. One, we did receive additional orders from the federal government for a quick few COVID tests. And then, you know, we have seen a little bit of uptick in prevalence, but really it's been somewhat flat. ***It's definitely not declining though. And so it's become somewhat steady state***. And I think some people are probably forecasting that that was going to continue to fall." |
| 81. | 344(e) | 2/15/2023<br><br>Q4 2022 Earnings Call<br><br>(Ex. 27) | Busky | "And while 2022 included a record-setting respiratory season, including flu and COVID-19, we expect '23 to return to a more normal respiratory season. ***We expect to continue to capture and grow our share of the respiratory market underpinned by are large and growing Sofia placements***. Outside of respiratory, the Point of Care market is healthy and is expected to deliver strong revenue growth in '23." |
| 82. | 344(e) | 2/15/2023<br><br>Q4 2022 Earnings Call<br><br>(Ex. 27) | Busky | "So, in light of these dynamics, we are introducing the following fiscal year '23 guidance, which is in-line with our three or model as presented at our Investor Day in December. Total revenue of $2.8 billion to $3.1 billion. Breaking this down further, revenue growth excluding respiratory sales is expected to grow, 4% to 6% on a constant currency basis to $2.21 billion to $2.25 billion. Respiratory revenue of $610 million to $875 million, ***which includes COVID revenue with $300 million to $500 million***. Rapid flu revenue of $230 million to $270 million. And other respiratory revenue of $80 million $105 million and this includes some benefit of recently awarded government contracts and is compared to 2022 supplemental combined total company respiratory revenue of $1.8 billion." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| 83. | 344(f) | 2/15/2023<br><br>Q4 2022<br>Earnings Call<br><br>(Ex. 27) | Busky | Analyst:  "[T]here's this fear that as COVID comes out '24 then takes a step down, is this the right kind of stepping off point on EBITDA? Maybe just talk about some of those moving pieces as we work our way through the year and kind of look forward."<br><br>Busky: "…***[T]here's really no change there with that endemic level of annual revenue being it's $200 million to $400 million***, and you're right, it's up another $100 million in 2023 guide because of those government orders, which again, like as you said, doesn't carry super significant amount of margin." |
| 84. | 344(g) | 2/15/2023<br><br>Q4 2022<br>Earnings Call<br><br>(Ex. 27) | Busky | Analyst: "Can you give us a sense for where you're sort of settling out of what normal might be for COVID?  And how that's going to play out through the course of the year kind of in context of Joe, what you just said about some of the seasonality in flu and respiratory in general?"<br><br>Bryant: "Yeah.  And it is exactly.  It's consistent with what we said at Investor Day.  ***We were saying $200 million to $400 million endemic state*** and it's up $300 million to $500 million because you've got this level of government contracts that we know we have in hand.  So that—there's no change there." |
| 85. | 344(h) | 2/15/2023<br><br>Q4 2022<br>Earnings Call<br><br>(Ex. 27) | Busky | Analyst: "Going into next year and again not getting in the next years guidance, but just going forward, how should we think about the total respiratory  business size wise including all of that? And then once you do have Savanna, how does that change the size of that business?"<br><br>Busky: "…I think we would, again, go back to the ***COVID $200 million to $400 million*** and the rapid flu in the $230 million to $270 million, these are the two base numbers." |
| 86. | 344(i) | 3/7/2023<br><br>Raymond James Institutional | Bryant | Analyst: "You're pointing folks to 200 million to 400 million of endemic COVID [revenue]…can you talk to us a little bit about how you arrived at, that 200 million to 400 million number, in context of sort of where flu was for you? |

29

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | Investors Conference<br><br>(Ex. 29) | | And where - where some of the drivers of that being the right range come from?"<br><br>Bryant: "Yes. We - typically finance organizations will look at it at least a couple different ways and one from a top-down and what's logical and looking at historic data in the professional segment. I think that's a reasonable way. We also rely on marketers to do more of a bottoms-up approach and almost doing account-by-account analysis. Now it's a little difficult because when you look at the total number of customers that we have, respiratory customers, it's about -- in the United States, it's about 93,000 and it is a little bit of an overlap. So we're double counting customers that actually run QuickVue and Sofia. But Sofia customers, it's approximately 21,400. QuickVue customers, it's about 72,000. So it's kind of hard to do a complete bottoms-up by name, but I think, ***they do a pretty good job of coming at it from a couple of different ways. And it's a pretty big range to $200 million to $400 million***." |
| 87. | 344(j) | 3/7/2023<br><br>Raymond James Institutional Investors Conference<br><br>(Ex. 29) | Bryant | Analyst: "So should '24 be higher than '23, '25, higher than '24? How do we think about that progression in terms of COVID rolling off but some of the benefits coming on?"<br><br>Bryant: "… I think there is a little bit upside there and I do think that because we're running Joe won't be specific to this audience, I don't think that maybe I shouldn't be either but I'm super confident that we're going to exceed the costs synergy target. And I think that would be helpful.  So, ***your comment about 2024 should be better than 2023 and 2025 better than 2024 I think is a reasonable expectation***." |
| 88. | 344(k) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 29) | Bryant | "QuidelOrtho delivered excellent results in the first quarter, reflecting sustained high levels of execution of our growth strategy. ***Demand for diagnostics across the health care continuum remained strong.***  Our Labs business delivered solid results and we achieved better than expected Point-of-Care sales." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|-------------------------|
| 89. | 344(k) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 29) | Bryant | *"The entire healthcare sector is facing long-term secular trends from the aging population and the surge of chronic conditions and diseases to increase global access to care, escalating costs of healthcare and emerging infectious diseases. If you combine these trends with the shift to patient empowerment and the increase in self-care, there is a **significant increase in global demand for global testing** that could accelerate market growth far beyond the 5% to 7% market growth rate that we had previously forecast for the market, which bodes well for the entire diagnostics market segment and for our long-term growth expectations of high-single-digits."* |
| 90. | 344(l) | 5/3/2023<br><br>Q1 2023 Earnings Call<br><br>(Ex. 30) | Bryant | "Remember, in the endemic state, we had, assuming that we are now in that endemic state, ***we had forecasted that we would be doing $200 million to $400 million per year over the next few years, this year, next year and perhaps beyond. That was how we derisked the number***. The $300 million to $500 million was to take into account federal orders that we knew we had already on hand and assumed that there would be some level of shipment.<br><br>So all of that was shipped in the first quarter, a small amount, I think a tiny amount maybe $4 million or so, we shipped in April as well. And now, we're done with the fed orders, right. So I think that coupled with the run rate that we had forecasted plus a little bit of a pull forward on the retail segment. As a number of the retail, the large retailers actually had programs, where patients would order a product online and then would go pick the product at stores that sort of offset. ***So I think we're still very comfortable that moving forward will be in that 200 to 400 range for COVID. And this year, obviously, we're forecasting to be slightly higher***." |
| 91. | 344(m) | 5/3/2023<br><br>Q1 2023 Earnings Call | Busky | "And just to put a bow on that, and Patric, you said it right at the beginning of your question, ***we do think that we derisked the balance of year forecast for*** |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | (Ex. 30) | | ***Respiratory and COVID, because we're not changing it*** and we did overachieve in Q1."[9] |
| 92. | 344(n) | 9/12/2023<br><br>Morgan Stanley Global Healthcare Conference<br><br>(Ex. 34) | Bryant | "What I would say for the back half total guide though, that this certainly de-risks what we said we would do for the back half in terms of respiratory disease testing for both COVID and influenza. And then, further, I would say it supports the notion what's happening right now, supports our assertion that COVID is just another respiratory virus and it is now endemic. ***And we should expect, therefore, moving forward, 2024 and beyond, to see $200 million to $400 million in COVID-specific – or COVID-only sales.***" |
| 93. | 344(o) | 11/1/2023<br><br>Q3 2023 Earnings Call<br><br>(Ex. 35) | Bryant | "Let's shift now to take a closer look at our third quarter performance. First, ***the strong and early respiratory demand in Q3 was mainly driven by high COVID-19 prevalence throughout the United States.*** This will potentially be the first real flu season we see where COVID-19 rates immediately preceded, contributing to higher prioritization of our combo assays disease stages converge." |
| 94. | 344(o) | 11/1/2023<br><br>Q3 2023 Earnings Call<br><br>(Ex. 35) | Bryant | "While the high COVID-19 rates were less pronounced than in the 2022-2023 season, there is potential for a longer drop-off in the overall season duration. If the timing in Australia translates to this hemisphere, the most aggressive growth in flu prevalence could occur early November, with peak prevalence sometime in early January. ***Both the overall market for respiratory testing and our respiratory business became significantly larger due to more testing in general, and significant share gains from competitors for us specifically.***" |
| 95. | 344(p) | 11/1/2023 | Bryant | "Now, I'd like to leave you with ***one key takeaway***, and that's we are the same successful respiratory company than we were prior to the global pandemic and the acquisition of Ortho Clinical Diagnostics. ***The key difference is that the*** |

[9] The Complaint incorrectly quotes this statement as follows: "***we do think that we've de-risked the balance off your forecast for Respiratory and COVID because we're not changing it…***"

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | Q3 2023 Earnings Call (Ex. 35) | | *overall respiratory market, including COVID-19 now in its current endemic state is significantly larger than it was pre-pandemic. And QuidelOrtho's position in the overall diagnostics market, including respiratory, is much stronger as a combined company than either company was on a standalone basis. Contrary to some recent opinions, we believe as evidenced by our results, the market, the diagnostics market is positioned for continued durable growth for many years to come*." |
| 96. | 344(q) | 11/1/2023 Q3 2023 Earnings Call (Ex. 35) | Busky | "*Our Q3 financial performance, which exceeded our plan significantly derisk Q4 and while we can't precisely predict the timing of the respiratory season in advance, we believe it's prudent to plan for a normal or typical season*. In addition, we have excellent visibility into our non-respiratory business and again we expect our lab business to grow high single digits in Q4. *All in all, we are very confident that we can end the year strong*." |
| 97. | 344(r) | 11/30/2023 Evercore ISI HealthCONx Conference[10] (Ex. 37) | Bryant | "*[W]e probably will be higher than the midpoint …* Well, *I don't know about sensitivities. I would say, our $200 million to $400 million, we still think is the right number. I think, for 2024, we probably will be higher than the midpoint for COVID still*." |
| 98. | 344(r) | 11/30/2023 Evercore ISI HealthCONx Conference | Busky | Analyst: "What is the right base we should be thinking about margins, right, ex-Covid, and what should be like the normal margin expansion cadence?"<br><br>Bryant: "Well Vijay there's no change in the guidance that we provided at that Analyst Day a year ago. We're still in that 27% to 29% range. And as you know, there's some variables that are going to impact the timing of when we |

---

[10]  The Complaint attributes this statement as being made during the November 30, 2023 Evercore ISI HealthCONx Conference, but the transcript of that conference does not contain this statement.

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|---|---|---|
| | | (Ex. 37) | | get to that 27% to 29%, the biggest of which is going to be the slope and the pace of the Savannah launch and how dilutive those margins are during the launch and when we get the high volume line up and running, which will make the margins accretive. You've also got the timing of the achievement of synergies that will impact that achievement of that target margin. Then *you've got the level of endemic COVID and where you end up in that range of $200 million to $400 million*." |
| 99. | 344(s) | 1/8/2024 J.P. Morgan Healthcare Conference (Ex. 40) | Bryant | "Some other facts about Point of Care, we have 88,000 Sofias on the ground. I've been asked, are you still growing placements? Yes, we are through the first 9 months, we placed an additional 3,900 analyzers in the United States. And of those 48% were brand-new customers, alright. *So, we continue to do well in this space. I don't want to sound arrogant, but I do want to point out that we do pretty well in this space, so – and this so -- it's our highest market share category*, it's our highest margin category as well." |
| 100. | 344(t) | 1/8/2024 J.P. Morgan Healthcare Conference (Ex. 40) | Bryant | "Yes, that's quite a question. Let me start by saying *we historically have preannounced when we have something that's materially different than you think*. So, both positive and negative. One of my first things that I did in 2010 was announce – preannounce that we had missed the quarter dramatically. So, we will always endeavor to preannounce when we think it makes sense. And obviously, Savanna was an important enough thing to preannounce, but we had already announced that a few or week or so ago. So, *we didn't actually see a need to do that and we'll have plenty to talk about at the earnings call here in a few weeks*." |
| 101. | 344(u) | 1/8/2024 J.P. Morgan Healthcare Conference | Bryant | Analyst: "So you're guiding to 6% to 9% top line growth ex COVID over the longer term. Just want to clarify, since you've been splitting out kind of ex respiratory the last couple of quarters, is that 6% to 9% now ex respiratory? And then will you kind of continue to split out respiratory?" |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
| | | (Ex. 40) | | Bryant: "No, that's total and those same ranges that we had described, both at our -- excuse me, our Analyst Day, Investor Day, the last 1, they still haven't changed and we've been pretty much been -- we have been in those ranges. A couple of things have caused that to be different. For example, *we said $200 million to $400 million on COVID. And -- but we didn't anticipate we were going to get that big government order in the first quarter. So we'll be higher than the range there*." |
| 102. | 344(v) | 1/8/2024 J.P. Morgan Healthcare Conference (Ex. 40) | Bryant | Analyst: "Just is that long-term guide applicable to 2024, you think? And then maybe can you just walk through the variables on the non-COVID side that would swing revenue above or below kind of that target?" Bryant: "*I think we're very much on track for 2024*. The variables are how well we do with the Savanna launch, of course, how well we do in Q1 continued with the respiratory season." |
| 103. | 350. | 2/23/2023 2022 Form 10-K (Ex. 28) | QuidelOrtho | "*Fluctuations or a decline in sales of our COVID-19 and influenza diagnostic tests can have a significant impact on our operating results and if sales or revenues of our COVID-19 or influenza tests fluctuate or decline for any reason, our operating results could be materially and adversely affected.*" |
| 104. | 351 | Certification Pursuant to Sarbanes-Oxley Act ("SOX") for | Bryant Busky | "Based on my knowledge, the financial statements, and other financial information in this report, *fairly presents in all material respects the financial condition, results of operations and cash flows of the* registrant as of, and for, the periods presented in this report." |

| # | ¶ | Date | Speaker | Alleged Misstatement[1] |
|---|---|------|---------|------------------------|
|   |   | 2022 Form 10-K[11]<br><br>(Ex. 28) |   |   |

---

[11] The Complaint does not bold or italicize this language, but asserts in paragraph 352 that the language is misleading.  The Complaint also alleges that similar language contained in subsequent certifications, including the Q1 2023, Q2 2023, and Q3 2023 SOX certifications were false or misleading.