UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE QUIDELORTHO CORPORATION SECURITIES LITIGATION | No. 1:24-cv-02804-JAV |

## DECLARATION OF COLIN B. DAVIS

I, COLIN B. DAVIS, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member in good standing of the bar of California and have been admitted *pro hac vice* in this matter.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and represent QuidelOrtho Corporation ("QuidelOrtho"), Douglas Bryant, Joesph Busky, Randall Steward, Robert J. Bujarski, Michael Iskra, and Tamara Ranalli (collectively, "Defendants") in this action.

2.     I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.  I have personal knowledge of the facts set forth in this declaration and, if called to do so, could and would testify competently thereto.

3.     The table below identifies Exhibits 1 through 46, each of which is referenced in the Amended Class Action Complaint and/or publicly available.  True and correct copies of the identified Exhibits, or excerpts thereof, are included as attachments to this declaration.

1

| Ex. No. | Citation / Description |
|---|---|
| 1. | Excerpt of United States Securities and Exchange Commision Form 10-K Quidel Corporation for the fiscal year ending on December 31, 2020. The complete version of this document is publicly available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000353569/bc634f6a-8ab7-46ef-b30a-db8ee37577b5.pdf |
| 2. | PharmaTimes Article Titled "Quidel gains CE mark for combined COVID-19, flu and RSV diagnostic test" published July 13, 2021 |
| 3. | Excerpt of United States Securities and Exchange Commission Schedule 14A for Quidel Corporation (April 11, 2022). The complete version of this document is publicly available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000353569/3439ae71-f242-4961-bc66-ecc186e8a291.pdf |
| 4. | Excerpt of United States Securities and Exchange Commission Prospectus Filed Pursuant to Rule 424(b)(3) for Quidel Corporation (April 11, 2022). The complete version of this document is publicly available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0001906324/a87e341f-d69a-41e7-ab3e-7abc9bac98ee.pdf |
| 5. | Bloomberg J.P. Morgan 40th Annual Healthcase Conference 2022, Quidel Corporation (QDEL US Equity) Transcript (January 1, 2022) |
| 6. | Quidel Corporation J.P. Morgan Healthcare Conference Presentation (January 12, 2022) |
| 7. | QuidelOrtho Corporation (QDEL US Equity) Quarter 4 2021 Earnings Call Transcript (February 17, 2022) |
| 8. | Excerpt of United States Securities and Exchange Commission Form 10-K for Quidel Corporation for the fiscal year ended December 31, 2021. The complete version of this document is publicly available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0000353569/27c02b7c-2c2f-4bc8-aca5-df30556dc87e.pdf |
| 9. | Bloomberg Quidel Reports Fourth Quarter and Full Year 2021 Financial Results Press Results (February 17, 2022) |
| 10. | QuidelOrtho Corporation Raymond James & Associates 43rd Annual Institutional Investors Conference Transcript (March 9, 2022) |
| 11. | QuidelOrtho Corporation Raymond James & Associates 43rd Annual Institutional Investors Conference Presentation (March 9, 2022) |
| 12. | QuidelOrtho Corporation (QDEL US Equity) Quarter 1 2022 Earnings Call Transcript (May 4, 2022) |
| 13. | QuidelOrtho Corporation William Blair's 42nd Annual Growth Stock Conference Transcript (June 08, 2022) |

| Ex. No. | Citation / Description |
|---|---|
| 14. | QuidelOrtho William Blair 42nd Annual Growth Stock Conference Presentation (June 08, 2022) |
| 15. | QuidelOrtho Corporation (QDEL US Equity) Quarter 2 2022 Earnings Call Transcript (August 4, 2022) |
| 16. | Bloomberg QuidelOrtho Corporation Reports Second Quarter 2022 Financial Results Press Release (August 4, 2022) |
| 17. | Quidel Ortho Corporation Morgan Stanley 20th Annual Global Healthcare Conference Transcript (September 12, 2022) |
| 18. | Repertoire Podcast Episode Transcript (Ranalli) (September 13, 2022) |
| 19. | QuidelOrtho Corporation (QDEL US Equity) Quarter 3 2022 Earnings Call Transcript (November 2, 2022) |
| 20. | QuidelOrtho Corporation (QDEL US Equity) Investor Day Transcript (December 13, 2022) |
| 21. | Excerpt of QuidelOrtho Investor Day Presentation (December 13, 2022).  The complete version of this document is publicly available at: https://ir.quidelortho.com/events-and-presentations/presentations/presentation-details/2022/QuidelOrtho-2022-Investor-Day-Presentation/default.aspx |
| 22. | William Blair Equity Research-Healthcare Life Science Tools and Diagnostics QuidelOrtho Corporation "Management Rebases Intermediate-Term Outlook Expectations at Investor Day, Signaling More Conservative Forecasting Efforts" (December 14, 2022) |
| 23. | William Blair Equity Research-Healthcare Life Science Tools and Diagnostics QuidelOrtho Corporation "Virtual NDR Takeaways and Additional Thoughts Following Last Week's Investor Day" (December 20, 2022) |
| 24. | QuidelOrtho Corporation J.P. Morgan 41st Annual Healthcare Conference 2023 Transcript (January 9, 2023) |
| 25. | QuidelOrtho 41st Annual J.P. Morgan Healthcare Conference Presentation (January 9, 2023) |
| 26. | Repertoire Podcast Episode Transcript (Bryant) (January 26, 2023) |
| 27. | QuidelOrtho Corporation (QDEL US Equity) Quarter 4 2022 Earnings Call Transcript (February 15, 2023) |
| 28. | Excerpt of United States Securities and Exchange Commission Form 10-K for QuidelOrtho Corporation for the fiscal year ended December 31, 2023. The complete version of this document is publicly available at: https://d18rn0p25nwr6d.cloudfront.net/CIK-0001906324/db45c4bd-623b-4e63-a54e-fc7546ae8cef.pdf |

| Ex. No. | Citation / Description |
|---|---|
| 29. | QuidelOrtho Corporation Raymond James & Associates 44th Annual Institutional Investors Conference Transcript (March 7, 2023) |
| 30. | QuidelOrtho Corporation (QDEL US Equity) Quarter 1 2023 Earnings Call Transcript (May 3, 2023) |
| 31. | QuidelOrtho Corporation William Blair 43rd Annual Growth Stock Conference Transcript (June 6, 2023) |
| 32. | QuidelOrtho William Blair 43rd Annual Growth Stock Conference Presentation (June 6, 2023) |
| 33. | QuidelOrtho Corporation (QDEL US Equity) Quarter 2 2023 Earnings Call Transcript (August 8, 2023) |
| 34. | QuidelOrtho Corporation, Morgan Stanley 21st Annual Global Healthcare Conference Transcript (September 12, 2023) |
| 35. | QuidelOrtho Corporation (QDEL US Equity) Quarter 3 2023 Earnings Call Transcript (November 1, 2023) |
| 36. | Bloomberg News Story Press Release, "QuidelOrtho Reports Third Quarter 2023 Financial Results" (November 1, 2023) |
| 37. | QuidelOrtho Corporation, Evercore ISI 6th Annual HealthCONx Conference Transcript (November 30, 2023) |
| 38. | Craig-Hallum Capital Group LLC Institutional Research, QuidelOrtho Corporation Analyst Report (December 18, 2023) |
| 39. | QuidelOrtho J.P. Morgan Conference Presentation (January 8, 2024) |
| 40. | QuidelOrtho Corporation 42nd Annual J.P. Morgan Healthcare Conference Transcript (January 8, 2024) |
| 41. | QuidelOrtho Corporation (QDEL US Equity) Quarter 4 2023 Earnings Call Transcript (February 13, 2024) |
| 42. | QuidelOrtho Fourth Quarter and Full Year 2023 Financial Results Presentation (February 13, 2024) |
| 43. | QuidelOrtho Corporation Raymond James 45th Annual Institutional Investors Conference Transcript (March 5, 2024) |
| 44. | QuidelOrtho Press Release, "QuidelOrtho Receives FDA 510(k) Clearance for Its QuickVue COVID-19 Test" (April 2, 2024) |
| 45. | QuidelOrtho Corporation (QDEL US Equity) Quarter 2 2024 Earnings Call Transcript (July 31, 2024) |
| 46. | QuidelOrtho Corporation Stock Quote: NASDAQ: QDEL (February 28, 2020) |

5

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on this 4th day of April, 2025, at Irvine, California.

_/s/ Colin B. Davis_
Colin B. Davis