# <u>Exhibit 1</u>

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from N/A to N/A**
**Commission file number: 0-10961**

# QUIDEL CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-2573850** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**9975 Summers Ridge Road, San Diego, California 92121**
(Address of principal executive offices, including zip code)

**858-552-1100**
(Registrant's telephone number, including area code)
**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.001 par value | QDEL | The Nasdaq Stock Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes  ☒  No  ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes  ☐  No  ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes  ☒  No  ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes  ☒  No  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.   ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).  Yes  ☐  No  ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $8,173,089,184 based on the closing sale price at which the common stock was last sold, as of the last business day of the registrant's most recently completed second fiscal quarter.

As of February 5, 2021, 42,319,115 shares of the registrant's common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**
(To the Extent Indicated Herein)

Portions of the registrant's definitive proxy statement to be filed with the Securities and Exchange Commission in connection with the registrant's 2021 Annual Meeting of Stockholders (scheduled to be held on May 18, 2021) are incorporated by reference into Part III, Items 10, 11, 12, 13 and 14 of this Annual Report on Form 10-K

**QUIDEL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2020**
**TABLE OF CONTENTS**

**Page**

A Warning About Forward-Looking Statements ........................................................................ 3

**Part I**

Item 1.    Business ........................................................................................................... 4
Item 1A.   Risk Factors ..................................................................................................... 18
Item 1B.   Unresolved Staff Comments ................................................................................. 30
Item 2.    Properties ........................................................................................................ 31
Item 3.    Legal Proceedings ............................................................................................. 31
Item 4.    Mine Safety Disclosures ..................................................................................... 31

**Part II**

Item 5.    Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities ... 32
Item 6.    Selected Financial Data ...................................................................................... 33
Item 7.    Management's Discussion and Analysis of Financial Condition and Results of Operations ........ 35
Item 7A.   Quantitative and Qualitative Disclosures About Market Risk .......................................... 44
Item 8.    Financial Statements and Supplementary Data ........................................................... 45
Item 9.    Changes in and Disagreements With Accountants on Accounting and Financial Disclosure ......... 73
Item 9A.   Controls and Procedures ...................................................................................... 73
Item 9B.   Other Information ............................................................................................... 75

**Part III**

Item 10.   Directors, Executive Officers and Corporate Governance ............................................. 76
Item 11.   Executive Compensation .................................................................................... 76
Item 12.   Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters ... 76
Item 13.   Certain Relationships and Related Transactions, and Director Independence ...................... 76
Item 14.   Principal Accountant Fees and Services .................................................................. 76

**Part IV**

Item 15.   Exhibits and Financial Statement Schedules ............................................................ 77
Item 16.   Form 10-K Summary ......................................................................................... 81
           Signatures ........................................................................................................ 82

**A Warning About Forward-Looking Statements**

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the federal securities laws that involve material risks, assumptions and uncertainties. Many possible events or factors could affect our future financial results and performance, such that our actual results and performance may differ materially from those that may be described or implied in the forward-looking statements. As such, no forward-looking statement can be guaranteed. Differences in actual results and performance may arise as a result of a number of factors including, without limitation, those discussed in this Annual Report on Form 10-K in Part I, Item 1A "Risk Factors." Forward-looking statements typically are identified by the use of terms such as "may," "will," "should," "might," "expect," "anticipate," "estimate," "plan," "intend," "goal," "project," "strategy," "future," and similar words, although some forward-looking statements are expressed differently. Forward-looking statements in this Annual Report include, among others, statements concerning: our outlook for the upcoming fiscal year regarding revenue growth, gross margins and earnings; the impact of the COVID-19 pandemic on our business, operations, strategy, liquidity and capital resources; projected capital expenditures for the upcoming fiscal year and our source of funds for such expenditures; the sufficiency of our liquidity and capital resources; that we may incur additional debt or issue additional equity; our strategy, goals, initiatives and objectives including, but not limited to, our entry into the over-the-counter market; anticipated new product offerings related to existing platforms; the anticipated beneficial attributes of products and platforms under development; anticipated new product and development results; our exposure to claims and litigation, including litigation currently pending against us involving Beckman Coulter; that we expect to continue to depend on a few key distributors for sales of our products; expected growth and the sources of that growth; the impact of new accounting standards; that point-of-care testing is increasing; that clinical reference laboratories will continue to be a competitive threat; that we will continue to make substantial expenditures for sales and marketing, manufacturing and product research and development activities; that integration costs will decline; industry consolidation and competition trends; competition for management and key personnel; the sufficiency of our facilities; the sufficiency of our insurance and our exposure to claims and litigation; our intention to not pay dividends; that we will continue to obtain licenses from third parties; and our intention to continue to evaluate technology and acquisition opportunities. The risks described under "Risk Factors" in Item 1A of this Annual Report and elsewhere herein and in reports and registration statements that we file with the Securities and Exchange Commission (the "SEC") from time to time, should be carefully considered. You are cautioned not to place undue reliance on these forward-looking statements, which reflect management's analysis only as of the date of this Annual Report. Except as required by law, we undertake no obligation to publicly release the results of any revision or update of these forward-looking statements, whether as a result of new information, future events or otherwise.

**Consolidated Statements of Operations**

| | Year ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2020** | **2019** | **2018** | **2017 (1)** | **2016 (1)** |
| | (in thousands, except per share data) | | | | |
| Total revenues | $1,661,668 | $ 534,890 | $ 522,285 | $ 277,743 | $ 191,603 |
| Cost of sales | 312,813 | 214,085 | 206,572 | 121,601 | 79,872 |
| Gross profit | 1,348,855 | 320,805 | 315,713 | 156,142 | 111,731 |
| Research and development | 84,292 | 52,553 | 51,649 | 33,644 | 38,672 |
| Sales and marketing | 133,957 | 111,114 | 108,987 | 67,248 | 50,436 |
| General and administrative | 66,586 | 52,755 | 44,951 | 29,192 | 26,351 |
| Acquisition and integration costs | 3,694 | 11,667 | 14,197 | 16,506 | 711 |
| Total operating expenses | 288,529 | 228,089 | 219,784 | 146,590 | 116,170 |
| Operating income | 1,060,326 | 92,716 | 95,929 | 9,552 | (4,439) |
| Other expense, net | | | | | |
| Interest expense, net | (9,623) | (14,790) | (24,283) | (17,588) | (12,181) |
| Loss (gain) on extinguishment of debt | (10,384) | (748) | (8,262) | — | 421 |
| Total other expense, net | (20,007) | (15,538) | (32,545) | (17,588) | (11,760) |
| Income (loss) before income taxes | 1,040,319 | 77,178 | 63,384 | (8,036) | (16,199) |
| Provision (benefit) for income taxes | 230,032 | 4,257 | (10,799) | 129 | (2,391) |
| Net income (loss) | $ 810,287 | $ 72,921 | $ 74,183 | $ (8,165) | $ (13,808) |
| Basic earnings (loss) per share | $ 19.24 | $ 1.78 | $ 1.95 | $ (0.24) | $ (0.42) |
| Diluted earnings (loss) per share | $ 18.60 | $ 1.73 | $ 1.86 | $ (0.24) | $ (0.42) |
| Shares used in basic per share calculation | 42,124 | 40,860 | 37,995 | 33,734 | 32,708 |
| Shares used in diluted per share calculation | 43,591 | 43,111 | 42,554 | 33,734 | 32,708 |

**Balance Sheet Data**

| | December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2020** | **2019** | **2018** | **2017 (1)** | **2016 (1)** |
| | (in thousands) | | | | |
| Cash and cash equivalents | $ 489,941 | $ 52,775 | $ 43,695 | $ 36,086 | $ 169,508 |
| Working capital | $ 805,441 | $ 96,336 | $ 33,662 | $ 202,881 | $ 191,782 |
| Total assets | $ 1,871,164 | $ 910,867 | $ 806,371 | $ 935,251 | $ 388,250 |
| Long-term debt and finance lease obligations, net of current portions | $ 4,100 | $ 4,375 | $ 56,865 | $ 381,110 | $ 148,319 |
| Stockholders' equity | $ 1,332,703 | $ 559,820 | $ 425,584 | $ 227,104 | $ 200,630 |
| Common shares outstanding | 42,290 | 41,868 | 39,386 | 34,540 | 32,897 |

(1) Includes the results of operations of the Immutopics, Inc., RPS Diagnostics and Triage and BNP Businesses, from dates of acquisition, March 18, 2016, May 16, 2017 and October 6, 2017, respectively.

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion of our financial condition and results of operations contains forward-looking statements within the meaning of the federal securities laws that involve material risks and uncertainties. This discussion should be read in conjunction with "A Warning About Forward-Looking Statements" on page 3 and "Risk Factors" in this Annual Report. In addition, our discussion of the financial condition and results of operations of Quidel Corporation in this Item 7 should be read in conjunction with our Consolidated Financial Statements and the related Notes included elsewhere in this Annual Report. Discussions of year-to-year comparisons between 2019 and 2018 that are not included in this Annual Report can be found in our Annual Report for the year ended December 31, 2019.

**Overview and Executive Summary**

We have a leadership position in the development, manufacturing and marketing of rapid diagnostic testing solutions. These diagnostic testing solutions we separate into our four product categories: rapid immunoassay, Cardiometabolic immunoassay, molecular diagnostic solutions and specialized diagnostic solutions. We currently sell our products directly to end users and distributors, in each case, for professional use in physician offices, hospitals, clinical laboratories, reference laboratories, urgent care clinics, leading universities, retail clinics, pharmacies and wellness screening centers. We market our products through a network of distributors and through a direct sales force. We operate in one business segment that develops, manufactures and markets our four product categories.

For the year ended December 31, 2020, total revenue increased 211% to $1,661.7 million as compared to the year ended December 31, 2019, and currency exchange rates had a minimal impact on the growth rate. Our revenues can be highly concentrated over a small number of products. For the year ended December 31, 2020, sales of our COVID-19 products accounted for 70% of total revenue. For the years ended December 31, 2020, 2019 and 2018, sales of our influenza products, as a percentage of total revenue, accounted for 8%, 26%, and 24% respectively. Additionally, a significant portion of our total revenue is from a relatively small number of distributors. Approximately 68%, 51% and 49% of our total revenue for the years ended December 31, 2020, 2019 and 2018, respectively, were related to sales through our four largest distributors.

Our primary mission is to advance diagnostics to improve human health. Our strategy is to target market segments that represent significant total market opportunities, and in which we can be successful by applying our expertise and know-how to develop differentiated technologies and products.

Our diagnostic testing solutions are designed to provide specialized results that serve a broad range of customers, by addressing the market requirements of ease of use, reduced cost, increased test accuracy and reduced time to result. Our current approach is to offer products in the following product categories:

- rapid immunoassay tests for use in physician offices, hospital laboratories and emergency departments, retail clinics, eye health settings, pharmacies, other urgent care or alternative site settings to include over the counter commencing in 2021;
- cardiometabolic immunoassay tests for use in physician offices, hospital laboratories and emergency departments, and other urgent care or alternative site settings;
- molecular diagnostic tests for use in hospitals, moderately complex physician offices, laboratories and other settings; and
- specialized diagnostic solutions, including direct DFA and culture-based tests for the clinical virology laboratory and other products serving the bone health, autoimmune and complement research communities.

In order to achieve our mission, our strategy is to do the following:

- focus on innovative products and markets and leverage our core competency in new product development for our QuickVue®, Sofia® and Triage® immunoassay brands and next-generation products;
- leverage our manufacturing expertise to address increasing demand for our products, including through expanded manufacturing capacity;
- utilize our molecular assay development competencies to further develop our molecular diagnostics franchise that includes distinct testing platforms, such as Lyra®, Solana® and Savanna®; and
- strengthen our position with distribution partners and our end-user customers to gain more emphasis on our products and enter new markets.

35

Our current initiatives to execute this strategy include the following:

- provide products that can compete effectively in the healthcare market where cost and quality are important;
- focus our research and development efforts on three areas:
  - new proprietary product platform development;
  - the creation of new and improved products for use on our established platforms to address unmet clinical needs, and
  - pursuit of collaborations with, or acquisitions of, other companies for new and existing products and markets that advance our differentiated strategy;
- leverage our international infrastructure and enhance our global footprint to support our international operations and future growth;
- strengthen our market and brand leadership in current markets by acquiring and/or developing and introducing clinically superior diagnostic solutions;
- strengthen our direct sales force to enhance relationships with integrated delivery networks, laboratories and hospitals, with a goal of driving growth through improved physician and laboratorian satisfaction;
- leverage our wireless connectivity and data management systems, including cloud-based tools;
- support payer evaluation of diagnostic tests and establishment of favorable reimbursement rates;
- provide clinicians with validated studies that encompass the clinical efficacy and economic efficiency of our diagnostic tests for the professional market;
- pursue alternative markets for point-of-care diagnostics;
- create strong global alliances to support our efforts to achieve leadership in key markets and expand our presence in emerging markets;
- further refine our manufacturing efficiencies and productivity improvements to increase profit; and
- pursue potential acquisitions to support our strategic initiatives.

**Impact of COVID-19 Pandemic**

Events surrounding the SARS-CoV-2 virus that emerged in late 2019 and the ensuing global pandemic has had a dramatic impact on businesses globally and our business as well. The severity and duration of the pandemic and economic repercussions of the virus and government actions in response to the pandemic remain uncertain and will ultimately depend on many factors, including the speed and effectiveness of the containment efforts throughout the world, the duration and spread of the virus as well as potential seasonality or new outbreaks.

In the United States, federal, state, and local government directives and policies have been put in place to manage public health concerns and address the economic impacts, including sharply reduced business activity, increased unemployment, and overall uncertainty presented by this new healthcare challenge. Similar actions have been taken by governments around the world. While all our sites are currently operational globally, our facilities could be required to temporarily curtail production levels or temporarily cease operations based on government mandates or as a result of the pandemic. To mitigate risks, we continue to evaluate the nature and extent COVID-19 may have to our business and operations and adjust risk mitigation planning and business continuity activities as needed.

*New SARS-CoV-2 Diagnostic Products*

As a leader in point-of-care diagnostics and with established expertise in respiratory infectious disease products, we are well-positioned to respond to the COVID-19 pandemic. We worked closely with national and local governments, agencies, and industry partners to develop, manufacture and supply critical diagnostic products to support testing initiatives to help curb the spread of the SARS-CoV-2 virus. In particular, we have developed new molecular and antigen products to diagnose the SARS-CoV-2 virus. We have experienced exceptional demand for such products. In response, we have committed and continue to commit significant resources toward the expansion of our production capacity.

We expect demand for our molecular and antigen assays and instruments to continue for the near-term at elevated levels, especially in the United States. At the same time, we also have observed decreased demand for certain of our other diagnostic products in connection with customers closing or decreasing their operations and/or patients deferring treatment. The extent to which COVID-19 will impact demand for our products depends on future developments, which are highly uncertain and very difficult to predict, including new information that may emerge concerning the severity of the coronavirus, impact of new SARS-CoV-2 variants and actions to contain and treat its impacts, including the vaccination programs now being implemented.