# <u>Exhibit 4</u>

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-262434**



## Ortho Clinical Diagnostics

**BUSINESS COMBINATIONS PROPOSED—YOUR VOTE IS VERY IMPORTANT**

April 11, 2022

On December 22, 2021, Quidel Corporation ("Quidel") and Ortho Clinical Diagnostics Holdings plc ("Ortho") entered into a Business Combination Agreement (the "BCA") by and among Quidel, Ortho, Coronado Topco, Inc. ("Topco"), Orca Holdco, Inc. ("U.S. Holdco Sub") and Laguna Merger Sub, Inc. ("U.S. Merger Sub"), each wholly owned subsidiaries of Topco, and Orca Holdco 2, Inc., a wholly owned subsidiary of U.S. Holdco Sub ("U.S. Holdco Sub 2"), which provides for the acquisition of Ortho and Quidel by Topco. The combined company will unite world-class technologies and platforms to benefit customers with expanded access to clinical chemistry, immunoassay, molecular diagnostics, immunohematology, donor screening and point-of-care diagnostics offerings. We are extremely pleased about this transaction and look forward to the opportunities it presents. We are sending you this joint proxy statement/prospectus to ask you to vote in favor of these transactions and other related matters.

Pursuant to the BCA, the "Combinations" are expected to be implemented by means of (i) a scheme of arrangement to be undertaken by Ortho under Part 26 of the UK Companies Act (the "Ortho Scheme"), pursuant to which the Scheme Shares (as defined in the Scheme of Arrangement (hereinafter mentioned)) will be acquired by a nominee of Topco (or, if such nominee holds the Ortho Shares today, transferred within the nominee), such that Ortho will become a wholly owned subsidiary of Topco and (ii) a merger (the "Quidel Merger") of U.S. Merger Sub with and into Quidel immediately following consummation of the Ortho Scheme, with Quidel surviving the merger as a wholly owned subsidiary of Topco. At the effective time of the Ortho Scheme, each Ortho Share, other than Ortho Shares held by Ortho in treasury, will be acquired by a nominee (or, if such nominee holds the Ortho Shares today, transferred within the nominee) on behalf and for the benefit of Topco in exchange for 0.1055 shares of common stock of Topco (the "Topco Shares") and $7.14 in cash. At the effective time of the Quidel Merger, each share of common stock of Quidel (each, a "Quidel Share"), other than Quidel Shares held by Quidel, Ortho or U.S. Merger Sub, will be converted into the right to receive one Topco Share. The number of Topco Shares that Quidel stockholders will receive in the Quidel Merger and that Ortho shareholders will receive in the Ortho Scheme is based on a fixed exchange ratio that will not be adjusted to reflect changes in the market value of Quidel Shares or Ortho Shares. The parties intend to list the Topco Shares to be issued in the Combinations on the Nasdaq Global Select Market ("Nasdaq").

Under the terms of the BCA, which was unanimously approved by the board of directors of each of Quidel and Ortho, Quidel and Ortho are entering into a business combination under Topco, a new holding company, in which Ortho will be acquired for the per-share consideration described above, including $1.75 billion of cash in the aggregate, funded through cash on the Quidel balance sheet and expected incremental borrowings. Following the closing of the Combinations, Ortho's current net debt of $2.0 billion is expected to continue to be outstanding. If the Combinations are completed, Ortho shareholders are expected to own approximately 38% of Topco and Quidel stockholders are expected to own approximately 62% of Topco on a fully diluted basis, based on the respective capitalizations of Ortho and Quidel as of the date the parties entered into the BCA.

This document, which forms part of a registration statement on Form S-4 filed with the U.S. Securities and Exchange Commission (the "SEC") by Topco, is a joint proxy statement/prospectus for Quidel and Ortho to solicit proxies for (i) the Quidel stockholders' meeting to approve and adopt the BCA and the Quidel Merger and (ii) the Ortho shareholder meetings to approve the Ortho Scheme, amend the articles of association of Ortho and authorize the directors of Ortho to take all such action as they may consider necessary or appropriate for carrying the Ortho Scheme into effect. The registration statement includes the scheme circular with respect to the Ortho Scheme (as required by the UK Companies Act) and registers the Topco Shares to be issued in the Combinations.

Table of Contents

**Your vote is very important.** We cannot complete these transactions unless the Quidel stockholders vote to approve the BCA, the Quidel Merger and certain matters related thereto, and the Ortho shareholders vote to approve the Ortho Scheme and certain matters related thereto. The Ortho Scheme also requires the sanction of the High Court of Justice of England and Wales (the "Court"). IT IS IMPORTANT THAT AS MANY ORTHO SHAREHOLDERS AS POSSIBLE VOTE AND/OR PROVIDE VOTING INSTRUCTIONS ON THE ORTHO SCHEME SO THAT THE COURT MAY BE SATISFIED THAT THERE IS A FAIR AND REASONABLE REPRESENTATION OF THE OPINION OF HOLDERS OF INTERESTS IN ORTHO SHARES.

**Please carefully read this entire document, including the section entitled "Risk Factors" for a discussion of the risks relating to the Combinations and Topco following the Combinations. None of the SEC, any state securities regulatory authority or the UK Financial Conduct Authority (the "FCA") has approved or disapproved of the Combinations or the securities to be issued in the Combinations or has passed upon the adequacy or accuracy of the disclosure in this joint proxy statement/prospectus. Any representation to the contrary is a criminal offense.**

**For the avoidance of doubt, this joint proxy statement/prospectus is not intended to be, and is not, a prospectus for the purposes of the Prospectus Rules made under Part 6 of the UK Financial Services and Markets Act 2000 (as set out in the FCA's Handbook).**

**The accompanying joint proxy statement/prospectus is dated April 11, 2022, and is first being mailed to Quidel stockholders and Ortho shareholders on or about April 11, 2022.**

**Table of Contents**

# Ortho Clinical Diagnostics Holdings plc

*(Incorporated and registered in England and
Wales with registered number 13084624)*

**NOTICE OF COURT MEETING
TO BE HELD ON MAY 16, 2022**

**IN THE HIGH COURT OF JUSTICE**                                                                                             CR-2022-00034
**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**
**COMPANIES COURT (ChD)**

**IN THE MATTER OF ORTHO CLINICAL DIAGNOSTICS HOLDINGS PLC**

**– and –**

**IN THE MATTER OF THE UK COMPANIES ACT**

**NOTICE IS HEREBY GIVEN** that, by an order dated February 16, 2022, made in the above matters, the High Court of Justice of England and Wales (the "Court") has given permission for a meeting (the "Ortho Court Meeting") to be convened of the holders of Scheme Shares (as defined in the Scheme of Arrangement hereinafter mentioned) as at the Voting Record Time (each such term having the meaning given to it in the Scheme, as defined below) for the purpose of considering and, if thought fit, approving (with or without modification) a scheme of arrangement proposed to be made pursuant to Part 26 of the Companies Act 2006 (the "UK Companies Act") between Ortho Clinical Diagnostics Holdings plc ("Ortho") and the holders of the Scheme Shares (the "Scheme" or the "Scheme of Arrangement") and that the Ortho Court Meeting will be held at Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, United States on May 16, 2022, at 11:30 a.m. (Eastern Standard Time) and 4:30 p.m. (London time) at which place and time all Scheme Shareholders (as defined in the Scheme of Arrangement) are requested to attend by following the step by step procedures (see the below section entitled "Instructions for Accessing the Virtual Meeting Platform").

A copy of the Scheme and a copy of the explanatory statement required to be published pursuant to Section 897 of the UK Companies Act are incorporated in the accompanying joint proxy statement/prospectus of which this notice forms part.

Unless the context requires otherwise, any capitalized term used but not defined in this notice shall have the meaning given to such term in the accompanying joint proxy statement/prospectus.

Voting on the resolution to approve the Scheme will be by poll, which shall be conducted as the Chair of the Ortho Court Meeting may determine. The poll shall remain open for a period of thirty minutes following the discussion of the matters to be determined at the Ortho Court Meeting to enable Scheme Shareholders to amend their vote, if they so wish.

*Right to Appoint a Proxy; Procedure for Appointment*

Scheme Shareholders are strongly encouraged to submit proxy appointments and instructions for the Ortho Court Meeting as soon as possible, using any of the methods (by post, online or telephone) set out in the below Notes to this notice. Scheme Shareholders are also strongly encouraged to appoint the Chair of the Ortho Court Meeting as their proxy. If any other person is appointed as proxy, he or she will not be permitted to attend the Ortho Court Meeting in person, but will be able to attend, submit written questions and vote at the Ortho Court Meeting remotely via the Virtual Meeting Platform (as defined below). Instructions for accessing the Virtual Meeting Platform and information on how to appoint a proxy are set out in the below Notes to this notice.

Table of Contents

*Voting Record Time*

Entitlement to attend (remotely, via the Virtual Meeting Platform) and vote (remotely, via the Virtual Meeting Platform, or by proxy) at the Ortho Court Meeting or any adjournment thereof and the number of votes which may be cast at the Ortho Court Meeting will be determined by reference to the register of members of Ortho at the "Voting Record Time," which is 1:00 p.m. (Eastern Standard Time) and 6:00 p.m. (London time) on May 12, 2022 the date that is two Business Days (as defined herein) prior to the Ortho Court Meeting, or, if the Ortho Court Meeting is adjourned, 1:00 p.m. (Eastern Standard Time) and 6:00 p.m. (London time) on the date which is two Business Days before the date fixed for the adjourned meeting. Changes to the register of members of Ortho after the relevant time shall be disregarded in determining the rights of any person to attend (remotely, via the Virtual Meeting Platform) and vote (remotely, via the Virtual Meeting Platform, or by proxy) at the Ortho Court Meeting.

*Joint Holders*

In the case of joint holders of Scheme Shares, the vote or appointment by (as applicable) the most senior who tenders a vote, whether remotely, via the Virtual Meeting Platform, or by proxy, will be accepted to the exclusion of the vote(s) or purported appointment(s) (as applicable) of the other joint holder(s). For this purpose, seniority will be determined by the order in which the names stand in the register of members of Ortho in respect of the joint holding.

*Corporate Representatives*

As an alternative to appointing a proxy, any holder of Scheme Shares which is a corporation may appoint one or more corporate representatives who may exercise on its behalf all its powers as a member, provided that if two or more corporate representatives purport to vote in respect of the same shares, if they purport to exercise the power in the same way as each other, the power is treated as exercised in that way, and in other cases the power is treated as not exercised.

By the said order, the Court has appointed Christopher Smith, or failing him, any other Ortho director to act as Chair of the Ortho Court Meeting and has directed the Chair to report the result thereof to the Court. The Scheme of Arrangement will be subject to the subsequent sanction of the Court.

**YOUR VOTE IS IMPORTANT**

**Your vote at the Ortho Court Meeting is very important. You are strongly encouraged to submit proxy appointments and instructions for the Ortho Court Meeting as soon as possible.**

Dated April 11, 2022
Latham & Watkins (London) LLP
99 Bishopsgate
London EC2M 3XF
*Solicitors for the Company*

Table of Contents

platform, Ortho assumed that Quidel will successfully transition its toxicology menu to Sofia and receive volume increases on its base flu business from use in COVID-19 respiratory panels. This formed the basis of Ortho's assumption of a moderate price lift from the toxicology conversion, partially off-set by standard low-single digit price erosion on the current market menu of products. Ortho also assumed that Quidel will receive approval for its high-sensitivity troponin assay on the Triage MeterPro instrument, which will drive increased Triage placements and test revenues per instrument, resulting in Triage growth rates in the high single digits over the forecast period.

Based on market and customer research, Ortho believes that the launch of the Savanna multiplex molecular platform will provide significant opportunity due to ease of use, rapid time to result, and relative cost position, and that the platform will be competitive across various molecular segments in both hospital and clinic-based settings, and across various geographies around the world.

The Ortho Management Projections for Quidel do not reflect various risks to achieving these projections. These risks include, but are not limited to, COVID-19 testing declining more rapidly than anticipated, increased competition which erodes pricing for COVID-19 tests and multiplex panels, regulatory timing and other regulatory issues with the Savanna platform and test panels, regulatory timing and other regulatory issues with the high-sensitivity troponin assay, supply chain constraints inhibiting procurement of key components, and the inability of Quidel to capture market share in the white-label rapid antigen testing market.

### Unaudited Pro Forma Synergy Estimates for Topco

In connection with the discussions regarding the Combinations, Quidel and Ortho jointly prepared estimates of the cost and revenue synergies expected to be realized by Topco following completion of the Combinations. These jointly prepared estimates included estimated cost synergies to be achieved by year 3 and revenue synergies for years 2022 through 2025 (the "Joint Synergies Estimates"). Each of Ortho and Quidel separately prepared an estimate of the revenue synergies for 2026.

While such potential cost and revenue synergies were collaboratively developed by Quidel management and Ortho management, each of Quidel and Ortho separately established its own assumptions relating to the timing of the cost and revenue synergies, any annual inflation adjustment to baseline costs and the expected cost to achieve these synergies.

This unaudited prospective financial information represents Ortho management's and Quidel management's joint estimates and assumptions regarding the potential cost synergies realizable in by the combined company through elimination of duplicative expenses in public company costs, management personnel and administrative and commercial functions, as well as global supply chain efficiencies, and efficiencies through implementation of one global ERP system.

*Quidel*: Using the Joint Synergies Estimates and Quidel management's estimate of the revenue synergies for 2026, Quidel management prepared estimates of the net cost synergies on a pre-tax and post-tax basis and estimates of the revenue synergies contribution to pre-tax and post-tax earnings (collectively, the "Quidel Synergies Estimates"). In preparing the Quidel Synergies Estimates, Quidel management used as the foundation for these estimates the unaudited forward-looking financial information presented to the Quidel board of directors on December 22, 2021 (referenced above in the section entitled "Quidel Unaudited Forward-Looking Financial Information" of this joint proxy statement/prospectus. Quidel management reviewed the Quidel Synergies Estimates with the Quidel board of directors on December 22, 2021. The Quidel Synergies Estimates were also provided to Perella Weinberg and, at the direction of the management of Quidel, were utilized by Perella Weinberg for purposes of its financial analyses as described above in the section entitled "Opinion of Perella Weinberg Partners LP as Financial Advisor to Quidel". The following table sets forth a summary of the Quidel Synergies Estimates.

*Cost Synergies*

| | Year Ending December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| *(In millions of dollars)* | 2022E | 2023E | 2024E | 2025E | 2026E |
| **Cost synergies** | **$ 29** | **$ 59** | **$ 88** | **$ 91** | **$ 94** |
| Net realized synergies contribution to EBIT(1) | ($ 15) | $ 15 | $ 88 | $ 91 | $ 94 |
| Total post-tax synergies | ($ 11) | $ 11 | $ 68 | $ 71 | $ 73 |

(1)    EBIT is a non-GAAP financial measure which is calculated as earnings before interest expense, net and provision for (benefit from) income taxes.

Table of Contents

*Revenue Synergies*

| (In millions of dollars) | | | Year Ending December 31, | | |
|---|---|---|---|---|---|
| | 2022E | 2023E | 2024E | 2025E | 2026E |
| **Revenue synergies** | **$ 5** | **$ 28** | **$ 61** | **$105** | **$114** |
| Revenue synergies contribution to EBIT[1] | $ 3 | $ 14 | $ 31 | $ 53 | $ 57 |
| Total post-tax synergies | $ 2 | $ 11 | $ 24 | $ 41 | $ 44 |

(1)   EBIT is a non-GAAP financial measure which is calculated as earnings before interest expense, net and provision for (benefit from) income taxes.

The Quidel Synergies Estimates included above reflect numerous assumptions and estimates as to future events made by Quidel management. At the time the Quidel Synergies Estimates were prepared, Quidel management believed such assumptions and estimates were reasonable. In preparing the Quidel cost synergies, Quidel management assumed a three-year phase-in period for cost synergies, which it believes is a reasonable estimate of the period required to complete associated integration work and achieve synergy opportunities. The third-year cost synergies consider all operating expenses of both Quidel and Ortho, including operations and distribution costs, commercial operations, research and development, as well as general and administrative functions.

In preparing the Quidel revenue synergies, Quidel developed a model that estimated by major country the demand for Quidel's products based on current market conditions, the competitive environment, Quidel's current market share and product positioning, and incremental revenue opportunities arising from Ortho's expanded commercial structure. Based on this information, Quidel estimated the incremental market share opportunity considering Ortho's expanded and strong commercial team, which opportunities were primarily identified for markets outside of the U.S. This analysis was mostly focused on Quidel's existing core products, as well as new products to be commercialized in the next few years. The modeling resulted in approximately 75% of revenue synergies attributable to Savanna, Quidel's new molecular platform, with the remainder from Triage and QuickVue products. Further, due to Quidel's robust U.S. presence, Quidel assumed that only approximately 20% of the revenue synergies would be generated from the United States, with the remainder generated across China at approximately 20%, Japan at approximately 14%, and the rest of the combined company's international regions at approximately 46%.

*Ortho*: Using the Joint Synergies Estimates and Ortho management's estimate of the revenue synergies for 2026, Ortho management prepared estimates of the net cost synergies on a pre-tax and post-tax basis and estimates of the revenue synergies contribution to pre-tax and post-tax earnings (collectively, the "Ortho Synergies Estimates"). Ortho management reviewed the Ortho Synergies Estimates with the Ortho board of directors on December 22, 2021. The Ortho Synergies Estimates, which were not provided to Quidel or Perella Weinberg, were also provided to J.P. Morgan and, at the direction of the management of Ortho, were utilized by J.P. Morgan for purposes of its financial analyses as described above under the section entitled "Opinion of J.P. Morgan Securities LLC as Financial Advisor to Ortho".

The following tables set forth a summary of the Ortho Synergies Estimates.

| (In millions of dollars) | | | Year Ending December 31, | | |
|---|---|---|---|---|---|
| | 2022E | 2023E | 2024E | 2025E | 2026E |
| **Cost synergies (net of phase-in)** | **$ 57(1)** | **$ 76(1)** | **$ 93** | **$ 95** | **$ 97** |
| Net realized synergies contribution to EBIT[2] | $ 13 | $ 33 | $ 93 | $ 95 | $ 97 |
| Unlevered free cash flow | $ 10 | $ 26 | $ 73 | $ 75 | $ 76 |

(1)   Cost synergy amounts assume a 2.5% inflation adjustment starting from Year Ending December 31, 2023.
(2)   EBIT is a non-GAAP financial measure which is calculated as earnings before interest expense, net and provision for (benefit from) income taxes.

| (In millions of dollars) | | | Year Ending December 31, | | |
|---|---|---|---|---|---|
| | 2022E | 2023E | 2024E | 2025E | 2026E |
| **Revenue synergies** | **$ 5** | **$ 28** | **$ 61** | **$105** | **$149** |
| Revenue synergies contribution to EBIT[1] | $ 3 | $ 14 | $ 33 | $ 55 | $ 79 |
| Total post-tax synergies | $ 2 | $ 11 | $ 26 | $ 43 | $ 62 |
| Unlevered free cash flow | — | $ 7 | $ 22 | $ 43 | $ 63 |

(1)   EBIT is a non-GAAP financial measure which is calculated as earnings before interest expense, net and provision for (benefit from) income taxes.

268

Table of Contents

The Ortho Synergies Estimates included above reflect numerous assumptions and estimates as to future events made by Ortho management. At the time the Ortho Synergies Estimates were prepared, Ortho management believed such assumptions and estimates were reasonable. In preparing the Ortho cost synergies, Ortho assumed a three-year phase-in period for cost synergies, which is a reasonable estimate of the period and associated integration work required to achieve synergy opportunities. The third-year cost synergies represent combined operating expenses of Quidel and Ortho, general and administrative functions, operations, Research and Development functions, and global commercial operations.

In preparing the Ortho revenue synergies, Ortho developed a model that estimated the number of new, cross-selling customer accounts that could be addressed by country after accounting for Quidel's existing market share coverage. Based on such modeling, Ortho estimated the number of new product placement opportunities in direct and distributor channels, applied win rates and projected consumable revenues per instrument based on historical win rates and new menu introductions. This resulted in Ortho's assumption, from a product perspective, of approximately 75% of revenue synergies attributable to Savanna, with the remainder from Triage and QuickVue products. Further, due to Quidel's robust U.S. presence, Ortho assumed that approximately 20% of the revenue synergies would be generated from the United States, with the remainder generated across China at approximately 20%, Japan at approximately 14%, and the rest of the combined company's international regions at approximately 46%.

Important factors that may affect actual results and result in the Quidel Synergies Estimates or the Ortho Synergies Estimates not being achieved include, but are not limited to: the failure to integrate successfully the businesses of Quidel and Ortho in the expected timeframe; the failure of Topco to effectively manage its expanded operations following the Combinations; risks relating to Ortho's indebtedness; the failure to realize the targeted cost synergies expected from the Combinations; and foreign currency exchange risk.

No assurances can be given that the assumptions made in preparing the Ortho Management Projections, the Quidel Management Projections, the Quidel Synergies Estimates or the Ortho Synergies Estimates will accurately reflect future conditions. The estimates and assumptions underlying the unaudited forward-looking financial information involve judgments with respect to, among other things, future economic, competitive, regulatory and financial market conditions and future business decisions which may not be realized and that are inherently subject to significant business, economic, competitive and regulatory uncertainties and contingencies, including, among others, risks and uncertainties described under the sections entitled "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" of this joint proxy statement/prospectus, all of which are difficult to predict and many of which are beyond the control of Ortho and/or Quidel and will be beyond the control of the combined company. There can be no assurance that the underlying assumptions will prove to be accurate or that the projected results will be realized, and actual results likely will differ, and may differ materially, from those reflected in the unaudited forward-looking financial information, whether or not the Combinations are completed.

Neither Quidel nor Ortho or any of their respective affiliates, advisors (including J.P. Morgan and Perella Weinberg), officers, directors or representatives has made or makes any representation to any Quidel stockholder, any Ortho shareholder or any other person regarding the ultimate performance of Quidel or Ortho compared to the information contained in the foregoing unaudited forward-looking financial information or can give any assurance that actual results will not differ materially from such unaudited forward-looking financial information, and none of them undertakes any obligation to update or otherwise revise or reconcile such unaudited forward-looking financial information to reflect circumstances existing after the date that such unaudited forward-looking financial information was generated or to reflect the occurrence of future events even in the event that any or all of the assumptions underlying such unaudited forward-looking financial information are shown to be in error.

The unaudited forward-looking financial information referred to as the Ortho Management Projections above was prepared by Ortho management and was not approved by Quidel or any affiliate or employee thereof. The unaudited forward-looking financial information referred to as the Quidel Management Projections above was prepared by Quidel management and was not approved by Ortho or any affiliate or employee thereof.

ORTHO AND QUIDEL HAVE NOT UPDATED OR OTHERWISE REVISED AND DO NOT INTEND TO UPDATE OR OTHERWISE REVISE FOR THE PURPOSE OF THIS JOINT PROXY STATEMENT/PROSPECTUS THE ORTHO MANAGEMENT PROJECTIONS, THE QUIDEL MANAGEMENT PROJECTIONS, THE QUIDEL SYNERGIES ESTIMATES OR THE ORTHO SYNERGIES ESTIMATES TO REFLECT CIRCUMSTANCES EXISTING AFTER THE DATE PREPARED OR TO REFLECT THE OCCURRENCE OF FUTURE EVENTS, EVEN IN THE EVENT THAT ANY OR ALL OF THE ASSUMPTIONS UNDERLYING SUCH FORWARD-LOOKING FINANCIAL INFORMATION ARE NO LONGER APPROPRIATE, EXCEPT AS MAY BE REQUIRED BY LAW.