# Exhibit 5

Quidel Corp (QDEL US Equity)

# J.P. Morgan 40th Annual Healthcare Conference 2022

## Company Participants

- Douglas C. Bryant, President and Chief Executive Officer
- Joseph M. Busky, Chief Financial Officer
- Randall J. Steward, Chief Financial Officer
- Unidentified Speaker

## Other Participants

- Tycho Peterson, Analyst, J.P. Morgan

## Presentation

### Tycho Peterson  {BIO 4279327 <GO>}

All right. Good afternoon, everybody. I'm Tycho Peterson from the Life Science team. It's my pleasure to introduce our next company, Quidel. Just a quick reminder to submit questions through the website.

And with that, let me turn it over to Doug.

### Douglas C. Bryant  {BIO 4167718 <GO>}

Thanks, Tycho. Good morning, everybody. This is Doug Bryant from Quidel Corporation. Joining me today on the phone are Randy Steward, our Chief Financial Officer; Rob Bujarski, who's our Chief Operating Officer. Also from Ortho, Mike Iskra and Joe Busky should we have any questions later on. But Scott [ph] can we -- thank you.

We'll be making forward-looking statements. Next slide? We have been committed to delivering strong performance by investing particularly (multiple speakers)

### Unidentified Speaker

(technical difficulty)

### Douglas C. Bryant  {BIO 4167718 <GO>}

There's still somebody on speaking as well? We've been committed to delivering strong performance over several years. And I think most people know us as a technology company. We have best-in-class R&D and clinical and regulatory talent. I would say that our ability to develop and produce product that we bring in into the market, that has been prolific over the years. And on the bottom there you see that we've had reasonable growth for a while and then COVID happened and that's again something that we focused on and have benefited from.

We did recently sign a definitive agreement to acquire Ortho. Prior to that, the biggest thing we had done in 2017 -- at the end of 2017 in fact, we acquired the Triage and BNP businesses from Alere for, at the time, $680 million, which for us was a reasonably big number. We had done some other smaller acquisitions before and a number of smaller tuck-ins that are not listed here. But we've had over 30 FDA clearances, number of CLIA waivers, also a number of EUAs for

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 02-14-2025 Page 1 of 9

COVID. And generally speaking, we've been on the front end, either the first or second in the market on all of those products.

Next slide, Scott? As a standalone, Quidel has been successful. These things I would call transformative. This acquisition of the Alere assets was really important for us in terms of global expansion. It was more -- less seasonal and less volatile, more predictable. We thought we could still grow it and we liked what the company had done in terms of development of other products like High Sensitivity Troponin, and also we like the toxicology space as well. So out of that deal, we did harvest $20 million in synergies. And the thing I'd like to point out here is we assembled the team to do the integration, a team of people of around 30 internal, supported by a number of third parties, the usual suspects, and that was a really good experience for us. I would view the integration of Ortho to be even smoother and easier, because we've acquired the company and the infrastructure that already exists.

And then of course, we had tremendous execution, starting in 2020 with COVID-19 during the pandemic. We solidified our own core, professional-use market as a result, because we had signed up for people -- signed people up for Sofia on three to five-year contracts that included COVID and our other products. So our instrument expansion was significant. We ended up with over 70,000 analyzers as we exited 2020. The capacity improvement has been remarkable. We're now manufacturing 10 times what we did before. In order to meet the demand, we recently set up distribution centers that didn't exist before, as well as an additional manufacturing facility. We were given a grant by the government to improve our Sofia manufacturing earlier, and then obviously participated in the RADx program on improving our capacity to manufacture QuickVue COVID. And then we'll get to this, but I believe this next move, the merger of our two companies, Ortho and Quidel, will be the most transformative thing that we've done thus far and I think positions us for success moving forward.

Next slide, Scott? So we've done all this while at the same time maximizing our core business. On the Quidel side, we expect to grow mid-teens on a compounded basis over the LOP [ph] without COVID. And in the meantime, we've really stepped up and delivered and addressed the strong demand for the products that you're seeing out there today.

We do anticipate some level of COVID moving forward. I think there is a possibility at least that this becomes endemic and becomes a bit like a -- just like the other seasonal respiratory viruses, maybe with more impact of course. Between December 2021 week one and week four, the sell-through increased at retail at our two bigger firms roughly 10 times, and we've increased manufacturing capacity in 2021 to meet that demand. By mid February, we will be at, I believe, the level that we had said that we were attempting to get to, which was about 70 million tests per month.

I will admit though that because of a couple of factors, one, it's increasingly more difficult to hire people. That has proven to be the case and standing up the Rutherford facility. We had to increase our base wage rate in order to attract the talent that we needed to go into that facility. And then at the same time, this Omicron is causing fits across the globe, but in particular for us, we've got about 10% of our workforce out at the moment. I think the new OSHA guidelines here in the State of California will be helpful in that we can get people back into the plant more quickly once they test positive. But we're trying to ramp up and increase production at a time we're in -- we've got people following up from time to time.

Savanna will be our next flagship product, we believe, we've launched in the EU with the respiratory panel, just a smaller one. We've had very, very nice customer feedback, particularly on the turnaround time, cost, the panel size. One of the big drivers in the molecular space has been

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 02-14-2025 Page 2 of 9

FINAL TRANSCRIPT                                                                                                    2022-01-12
Quidel Corp (QDEL US Equity)

cost, and I would say that what you hear from other molecular manufacturers is this particular segment is still under-penetrated, particularly when you consider the lower-volume segment, the diagnostic testing space.

We're targeting revenues in excess of $300 million by year three, and we think that the merger with Ortho will de-risk that because we'll be able to launch into the global space much more efficiently. And I think that would be helpful in the United States as well. We do see flu popping up, I get this question all the time. I don't know what that will mean for the next couple of quarters, but we are making more flu product at the moment, both flu and the combo. And as I said before, as a consequence of the strong demand for Sofia, we ended up putting a lot of boxes into the market on three-year contracts.

Next slide? Digital analysis is something that we don't talk a great deal about, but nevertheless, we've been spending a great deal of time on it. Our integrated digital health and diagnostic solutions are currently focused on the enterprise and employee health, and I think there is a possibility to expand into the consumer use and markets beyond COVID-19, notwithstanding whatever we have to do to get through the FDA process. At the end of the day, we have to demonstrate that individuals can collect properly and that will be very helpful in clinical trials where we try to demonstrate sensitivity and specificity necessary to meet the FDA's hurdles for OTC products. But that's very much on the forefront of our minds and it's something we're working on. Behind the scenes in addition to manufacturing QuickVue, we've been developing a self-test module for cell phones that we call QVue to report results in near real-time. The guided testing reporting maybe necessary over time for various different users. I think it's going to be potentially something that is necessary in order to have a true over-the-counter product, we'll see. But we've got things in place to enable employees to interact with a live proctor through video chat and to get tested. Let's see how that particular segment shapes up, but obviously, we think that there is a possibility that will be required.

So in-home testing, we developed a product called SofiaQ. At first, all we've had is effectively COVID. So don't know that that's necessarily where we want to launch with, but we would love to be able to go into the home with this particular product and basically leverage the same technology that's on our Sofia and Sofia 2 analyzers. And then we continue to make investments with other third parties, partnerships and licensing agreements, and particularly those with proprietary IP to develop new solutions to enable the expanding field of digital health. I do think a paradigm shift has occurred in the public. The average individual during a year, I'm told, has five new respiratory infections. And for the most part, I don't think public ever previously thought about being tested. But now with COVID, I think it has changed the way people think. And if they don't have COVID, they want to know what it is. And so, I think there is an opportunity and I think the timing is very good for that.

Next slide, Scott? Savanna, the next flagship, we are super proud of where we are with this product. I would say that we are significantly delayed. This is a program that I thought we were going to launch in 2015, 2016. But I'm very happy at the end of the day that we have a product that performs as well as it does. It will have multiplexing technology, four PCRs in each cartridge that enable three analytes, plus a control. The amplification time is super quick, 45 cycles in 12 minutes with extraction. You can do a cartridge in around 25 minutes sample-to-answer. Fully integrated, very easy to use. We'll have both direct swap and liquid sample compatibility. Reagents stable at room temperature, which is a huge deal, particularly in hospital labs. They're scalable just like many other platforms, but ours will be scalable as well. A lot of versatility around assay development, both qualitative and quantitative. And our intent is to have a pretty big menu as quickly as we can. As I said before, we're a technology company that develops products quite easily. Our R&D and Clin/Reg organizations are first-in-class, and as I'd said, I'll use the prolific

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

quote one more time. I don't know another organization out there that has the same level of talent as we do, particularly on the infectious disease side. And so, the menu at the bottom is the starting point and we have a number of other ideas beyond that.

Next slide? So this is the obligatory size the price slide. You can see that like the diagnostics, still underpenetrated, as I said. If you make your comparison, I think I saw in the presentation that Danaher did that Cepheid manufactured 19 million tests in like the fourth quarter where we did 65 million in 4Q. And so, we did 4 million or 5 million in Sofia as well. And what I would say is that while the promise of molecular has been significant, the companies that have participated in going after that segment haven't done as well as they would have hoped, and so there is a lot of growth still there to be had. And I think ease of use, turnaround time, and cost. If we can get the cost down low enough, then I think there will be further penetration.

And so we've been asked, are you entering a crowded space where there are already many players out there. True enough, but with all the attributes necessary to actually further penetrate the market, maybe not. So yeah, it's a crowded space, but there is not a lot of crowd that has the potential that the Savanna platform has. And you would expect that, it's newer, it's employing new technologies and the latest and greatest. So it's a really good product and you can see that the opportunity that we're chasing is pretty significant.

And so, one more Savanna slide. On the left-hand side, you can see a little bar chart that shows the number of analytes that you can get on a Savanna cartridge versus one of the leaders in the molecular space, the Cepheid product. This particular product fits really very nicely in between four color PCR where you've got one individual cartridge, and so a limited multiplexing capability. In the other end, very high multiplex solutions that are -- they're super costly and maybe not entirely necessary. And so we think that there is an opportunity for our products to fit, and all the market research that we've done says that the product fits the needs of potential customers. And further to that, the customers that we've started up in Europe so far have come back and asked for more analyzers so that they can further expand their reach into the clinics, et cetera. So we're very encouraged by what we see so far, and I think the biggest challenge right now will not necessarily be commercialization at this stage. It will be how quickly can we ramp manufacture, which sounds (technical difficulty), I suppose.

All right. Next slide, and I will skip this one again, Scott, so we should be on -- Yeah, thank you very much. So this -- let me talk a little bit about our enthusiasm for putting these two companies together. Ortho was a company we looked at a few years ago and frankly, they were not where they are today. They've got super strong executive team, a very focused strategy that has delivered results. When I was a young guy in another larger company competing against the Kodak platform that was acquired by J&J, it was a tough product to compete with because of a number of things, including just the dry technology, and customers love it. The service is rated very highly of course, but let's be honest, the product doesn't break, and it's phenomenal. So I'm not saying that service is easy, but when you have a great product like they do, it certainly makes the service aspect a little bit easier.

But the combined company is now going to address a much larger segment. So I -- in my comments, we were quite limited in what we are going after. The clinical chemistry space is very interesting, because a lot of the decisions in the lab are driven by clinical chemistry decisions, just simply because of the volume. It's that same clinical lab directors that's making decisions on microbiology and other parts of the lab as well. So the combined company will be able to address a much larger total available market, if you will. Trailing 12 through Q3 was $3.9 billion for the combined company. We would have under -- just under 6,000 total employees globally. We're going after about $100 million in revenue synergies, and most of that to be upfront is due

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

to the Savanna launch. But we also anticipate, as we develop new products for other markets outside the United States on Sofia and other platforms, potentially QuickVue as well, that their reach will be very helpful. But for the deal, what we have in the model is primarily the idea of Savanna.

So -- and then there is the cost synergies, and there is always execution risk on any deal, but I feel like the guys have been very -- Joe and Randy have been very conservative on how they've approached what they think they can do, and there is a lot of things that are not in plan right now that very well could be. And -- but we'll leave that as upside, but we think that the $90 million is eminently achievable by the end of year three, certainly.

The next slide? So in terms of the detail, we're going to acquire Ortho for $24.68 a share and funded through a combination of cash, about $1.75 billion in cash and stock. Total equity value of the deal is just under $6 billion. Ortho shareholders will receive just over $7 per common share and then 0.1055 of common stock for each common share that they own. Ortho's shareholders will end up with about 38% of the overall company. And then of course, Quidel's stockholders will receive one share of the combined company for each Quidel share that they own.

The management team will be combined. We will go through a process of working across a number of executives throughout the company. But at the end of the day, we made a decision upfront that I would be the Chairman and CEO, Rob would be President and COO, Joe Busky will come on board as Randy retires as Chief Financial Officer, and Mike Iskra will be our Chief Commercial Officer. In terms of the Board, it's a split that basically very much aligns around percentage of ownership. And so, eight of the directors will come from Quidel and four will come from Ortho.

So the thing that I think is the most impressive, you look at Quidel as a stand-alone and you say, without COVID, you guys said over the long-range plan that you think you can grow this thing 17% at the launch of Savanna, High Sensitivity Troponin, toxicology, these are the things, aren't you going to slow yourself down as a result of buying something that's a solid grower, but at a lower rate. And the honest answer is, sure, but at the same time, 9% to 11% compounded, which is in the deal model. It's pretty darn good and compared with other companies in our space, this would be one of the faster growing diagnostic companies in the world.

So even combining the two organizations, we will still be able to sustain a reasonable growth rate at the same time while increasing our margin. So we'll still be above 30%, which is also unique in terms of EBITDA -- EBITDA as a percentage of sales. There aren't too many companies, period, that have EBITDA, as a percentage, greater than 30%. And we will be accretive within 12 months of close. The ROIC is also respectable. It's not over 10%, but it's certainly going to be in the high single-digits at the end of the day. So this transaction was unanimously approved by both Boards of Directors, obviously subject to approval by our shareholders, and we expect to close in the first half this year.

So next slide, Scott? I won't bore you with a lot of detail here, but when you just look at the addressable market, the growth rate, EBITDA, the accretion, the cash flow, and ROIC, it's all here in one page. This is a pretty good deal for both companies and both sets of shareholders as we grow the company moving forward.

Next slide? So very complementary, there's not a whole lot of overlap. Of course, we're in point-of-care, which is unique, but we're also in clinical laboratories with our products and so it's worth though. I think there is a really nice commercial synergy there. And then of course, the transfusion

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

business, Ortho has been a leader in that space for a very, very long time and does extremely well.

There is multiple drivers to the creation of value, scale, broader portfolio, the leverage, it's going to be phenomenal for us. Enhanced R&D, I like the programs they have in place, they're a little bit further out. So the introduction of some products like Savanna, High Sensitivity Troponin and all that while we continue to develop the other Ortho products, I think is a nice fit in terms of timing.

Next slide? This would give us a bit more scale. At the end of the day, where you fit and staff [ph] cranking out, I'm not sure how important that is. But if we're starting at number seven and we have an idea of moving up in the rank. I don't think that's going to surprise anybody that we know who is ahead of us, we never were chasing. And I think most of our staffs on both sides are pretty darn competitive. So let's see what we do here in the next couple of years. Ortho is a good offset to our volatility and our seasonality factors, and I love the fact that their products are so robust that once customers have them on board, they effectively stay with them for a very long time. So a very high percentage of their revenue is recurring. EBITDA, for being in the clinical chemistry space, as well as immunoassay, is quite good. And the installed base is really -- is impressive. I love the fact also that strong presence in emerging markets and our products on the Quidel side could use a little bit of a representation in those segments as well.

So next slide? Together, we will be one of the larger pure play diagnostic companies. And here are some ways to look at their global infrastructure, stable growing revenue on the Ortho side, combined with arguably one of the better technology companies in our space, one that had been perhaps undersized in terms of our commercial power.

Next slide? This is how it splits by geography in terms of revenue and then by product category. Of course, this deck will be on the website, so you can look at this in more detail if you prefer. I'm going to get to the end so Tycho can ask me questions.

Next slide? A lot of health indications that we could address. And those got me set up with a very strong R&D team, so I think we're going to be able to do some things that are meaningful. Global footprint, there is the globe for you.

All right. Next slide? One of the biggest things we're focused on, of course, is integration. We know how to do this. We've got an executive steering committee and a number of folks already assigned to the integration management team that will be absolutely solidified within the next days and weeks. And I like our chances of doing this very, very well, and I know that everybody thinks there is execution risk. Of course, there is, but I like my team and I think that we've proven that we know what to do.

Okay, so a few takeaways. We're going to continue driving momentum in our core businesses, not going to be distracted, by the way, too much by the next shiny object. We know what we need to do, prioritize the integration, need to grow organically. If along the way we spot something that's a good fit, maybe it's in digital health or some other category and it's opportunistic and we think that we can easily integrate it, then we might look at it. So this is how -- as I say to my guys, there is always a difference between sometimes whether you can and whether you should. We certainly will have the financial wherewithal to do other ideas that we want to pursue. But it's not going to be a central focus. We're going to be focused on the things that you see here on the equation [ph].

Tycho, I'll just turn it over. I hope I left you with enough time for questions.

## Questions And Answers

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Yeah, we got like six minutes, but we'll make the most of it. Good presentation, Doug. I think one of the things when you see a deal get announced December 23rd, why now? Like, were there other players involved that made deal timing announcement more crushing? Can you just give a little bit of background on the competitive process?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

There weren't, as far as I know. Maybe it's a question for Chris Smith as well. I don't know what I don't know, but I'm not aware that other folks were involved in this discussion. And then I guess because it started more as a collaborative idea, can we sell your products ex-US, particularly the molecular is how we started the conversation. But in doing our diligence and looking at things and lining up diverse scenarios, it became clear that we should start with the idea of an MOE and that's the way it got started. So I'm not aware that this was a competitive process.

I think the timing of the deal announcement, there were a number of factors. But at the end of the day, what I can say, Tycho, is that for the two companies to be put together at this time is really good timing. They've got excellent R&D, but they had a little bit of a window between now (inaudible) all the next-generation products. We at the same time are launching probably the most important product in company's history with Savanna and probably don't have the commercial wherewithal to do it as well as they could.

So when you look at things and how they wind up and where they're at and the fact that there is very little overlap on the product side, it was really good timing. So other than we just wanted to get it done before the holiday and then move on and get going.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

And one of the -- maybe here is the pushback is the pro forma debt, you're going from net cash pre-deal to over $3 billion in net debt. If you strip out the COVID revenue impact on EBITDA or moderate it, how do you think about deleveraging profile? How fast can consolidated -- the consolidated business delever?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

I'll let Randy hand over judge [ph] very quickly, but at the end of the day, we see ourselves refi-ing the debt in a couple of different tranches here in a short period of time, and I think we're going to be able to delever -- what would you say, Randy, a turn here or --?

## A - Randall J. Steward  {BIO 1885991 <GO>}

Yeah. I'd say, Doug, a half a turn to a turn, and as you showed on your slide, the combined entities are generating more than $700 million in cash flow a year or so. We're going to be able to deleverage here very quickly.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. A couple of things. I guess, has anything changed in terms of your thinking about 2022 as a mid single-digit growth story, ex COVID, for kind of the base business for you guys?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

FINAL TRANSCRIPT
Quidel Corp (QDEL US Equity)

No, but what I would say is we've de-risked that a bit by engaging a much larger commercial organization. We thought we would get to $300 million of revenue over the long-range plan with Savanna on our own. And we've obviously got a conservative idea of what they could do on top of that. But at the end of the day, being able to launch globally in the way that they're going to be able to do probably says that we for a short period of time will effectively sell everything we can make. So the real constraint right now, Tycho, on my side to be really honest is how fast can we ramp up instrument manufacturing, how fast can we ramp up cartridge manufacturing.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

And just so we're clear, where are you currently on number of tests per day and when do you get to the 70 million?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

On the COVID side?

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Yep.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

We're doing pretty safely north of 40 million QuickVue tests per month and -- at least, that's been the run rate in the last few weeks. We think we'll get to the total of 50 million, plus 20 million Sofia by mid February.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. You mentioned yesterday on the integration, back to the deal for a minute, that you wouldn't be integrating your R&D teams. I'm just curious about that decision. Is that something, longer term, you might consider doing? And then what's the opportunity to kind of pour over some of the Quidel menu to legacy Ortho products?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Yeah. Perhaps what I said was not received the way I had intended, Tycho. What I would say is, there will be integration of the two teams, but I'm -- in our model, we haven't determined that we were going to cut up costs. But there should be molecular products that we can put on that are most likely that would be useful in their customer settings. We certainly could do some menu development for their next-generation immunoassay analyzers as well. And so, our guys have met with their guys pretty extensively already and have a number of, like, all the good R&D guys, they all have lot of ideas already on what can be done. So not integrating is probably not what I intended to say. What I meant to say was, I don't see, for some period of time, us having a strong desire to cut out cost from the R&D organization.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. Can you talk on Sofia? 4 million tests was a big de-sell relative to 16 million in the third quarter. And just talk about timing dynamics and the outlook for 2022 for Sofia COVID.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 02-14-2025 Page 8 of 9

Yeah, we kit it disproportionately to the QuickVue product, that's for sure. And I would tell you that I've got hospital customers screaming for Sofia. Our distribution partners now have -- therefore have now ordered. And so, as we went into January, the run rate was already more than we had been previously experiencing. So I don't think it's a demand thing necessarily, but I think it is true that even some customers, particularly those who didn't want to worry about CLIA waiver and all that, went straight to QuickVue. So a lot of the new volume went straight to QuickVue versus Sofia. But we are hearing, I'm told, from some pretty irate large hospital customers that we need to be making more Sofia. So we're certainly addressing that.

## Q - Tycho Peterson {BIO 4279327 <GO>}

Maybe last one, I know we're out of time. But it's a pricing question and maybe I could ask Joe to chime in if he is willing. We've heard some pretty big numbers on the pricing cuts in China around some of these tenders, kind of 25%, 30%. Are you able to comment on the pricing dynamic that you're seeing on tenders, Joe?

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. Hey, Tycho. There was one tender process in one province in China that we participated in, and we ended up being a net winner on that tender. There were some price cuts, nothing like you mentioned just there right now, but we could pick up volume. So we were a net winner. And we've heard rumors that there could be other tenders in other provinces, but that's just rumors at this point based on the info from our team on the ground there.

## Q - Tycho Peterson {BIO 4279327 <GO>}

Okay. We'll leave it at that. We're around a minute over. So thanks for taking the time, it's good to catch up, and congrats on the deal.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, thank you. Thanks, Tycho. Good to see you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*