# **<u>Exhibit 7</u>**

Quidel Corp (QDEL US Equity)

2022-02-17

# Q4 2021 Earnings Call

## Company Participants

- Chris Smith, Chairman and Chief Executive Officer
- Douglas C. Bryant, President and Chief Executive Officer
- Joe Busky, Chief Financial Officer
- Randall J. Steward, Chief Financial Officer
- Robert J. Bujarski, Chief Operating Officer
- Ruben Argueta, Director, Investor Relations

## Other Participants

- Alex Nowak, Analyst, Craig-Hallum Capital
- Andrew Cooper, Analyst, Raymond James
- Brian Weinstein, Analyst, William Blair
- Jack Meehan, Analyst, Nephron Research
- Tycho Peterson, Analyst, J. P. Morgan

## Presentation

### Operator

Ladies and gentlemen, thank you for standing by and welcome to the Quidel Corporation Fourth Quarter and Full Year 2021 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, instructions will be given for the questions-and-answer session. (Operator Instructions)

I'd now like to turn the call over to Mr. Ruben Argueta, Quidel Director of Investor Relations. Please go ahead.

### Ruben Argueta  {BIO 20885502 <GO>}

Thank you, operator. Good afternoon, everyone, and thank you for joining today's call. With me today is our President and Chief Executive Officer, Doug Bryant; and our Chief Financial Officer, Randy Steward. Also on the call are Chris Smith, Ortho's Chairman and Chief Executive Officer; and Joe Busky, Ortho's Chief Financial Officer.

Our fiscal fourth quarter and full year 2021 earnings release is now available on ir.quidel.com, our Investor Relations website. We will also post prepared remarks on the Presentations tab of our IR website.

FINAL TRANSCRIPT                                                                                          2022-02-17
Quidel Corp (QDEL US Equity)

Please note that some of the information we provide during today's conference call will include forward-looking statements, including but not limited to the types of statements identified as forward-looking in our annual report on Form 10-K that we will file later today, which will be available on our IR website. Actual results may differ materially from those projected any forward-looking statements. For a further description of the risks and uncertainties that could cause actual results to differ materially from those expressed in the forward-looking statements, as well as risks related to our business and the proposed business combination with Ortho Clinical Diagnostics, please see our annual report on Form 10-K and subsequent periodic reports and registration statements filed with the SEC.

Furthermore, this conference call contains time-sensitive information that is accurate only as of today. Except as required by law, we undertake no obligation to update these forward-looking statements or time-sensitive information, which speak only as of today. Today Quidel released financial results for the three and 12 months ended December 31, 2021. If you have not received our earnings release or if you'd like to be added to the company's distribution list, please contact me at 858-646-8023.

Following Doug's comments, Randy will briefly discuss our financial results. Then we'll open the call to take your questions.

I'll now hand the call over to Doug for his comments. Doug?

## Douglas C. Bryant {BIO 4167718 <GO>}

Thanks, Ruben. Good afternoon, everyone and thanks for joining us. 2021 marked another truly outstanding and transformational year for Quidel. Seemingly everything we did was big. We opened our largest immunoassay manufacturing facility in just nine months, boosted output tenfold to help meet demand, entered the retail and at-home testing markets with QuickVue At-Home OTC COVID-19 assays, created strategic partnerships with CVS, Walgreens, McKesson, the NIH and others and entered into a 12-month agreement with US government estimated at over $500 million.

Much of what we did is bold, continuing to ramp up production of QuickVue and Sofia rapid immunoassay in competitors were retrenching, overcoming supply chain challenges and production interruptions caused by positive COVID-19 cases within our workforce, launching our revolutionary Savanna Molecular Diagnostic, instrumented system outside the United States and signing a definitive agreement to acquire Ortho Clinical Diagnostics, the transaction that we expect will double our size and more than double our addressable global market, and the some of what we did was breathtaking.

Investing and manufacturing multiplied our scope and scale, positioning us for long-term sustainable growth. Our performance was exceptional across the board from our research labs to our facilities and operations, to our finance and functional departments. 2021 was the highest revenue year in Quidel's history, surpassing a high growth 2020 revenue number.

We dramatically broadened the range of patients partners and providers we serve and we emerged from a challenging year with the strongest portfolio of physical financial and intellectual assets in our history. The combination of Quidel and Ortho is expected to create an end-to-end diagnostics solutions portfolio that spans from the high volume, high complexity hospitals and labs to the farthest reaches of point of care and the vast untapped channels of retail, OTC and tele diagnostics.

To sum up, our markets are significant. Our runway is long. And as I will lay out further on this call, we have the team, the strategic roadmap and the can do culture that we call the Quidel way to make the most of the opportunities we see ahead.

Let's turn quickly to the numbers. Revenue for the fourth quarter was $637 million. We experienced a shift in product mix from Sofia products delivered through the professional market, two quick few products that have taken off in the retail pharmacy and employer testing markets.

On a full year basis, revenue increased 2%, primarily supported by strong demand for COVID-19 rapid immunoassay products for both Sofia and QuickVue, Growth in Rapid Immunoassay supported our performance for the year with QuickVue sales increasing exponentially. We entered strategic partnerships with major retail names like CVS and Walgreens to further expand into the retail and online entry points for the consumer at-home testing market. The uptake in both sales and brand recognition is building solid inroads for us to serve the retail sector, which we hope to participate in on a longer-term basis.

Our acceleration of assay development and production has also served to broaden our footprint at the point of care, helping drive introduction of our full portfolio to new groups of highly engaged patients and providers. For example, there continues to be a vast opportunity to capture demand in emerging markets through both telehealth technology and digital health capabilities, expanding patient access to a broad range of point of care and OTC diagnostic products. In this space, we have both Sofia Q, as well as a recently launched self test mobile application that we call QuickVue business to help address enterprise and employee health use cases and have a consumer version of the app and development as well.

As part of our focus to marketizing access to testing, we take considerable pride in the fact that we supported financially or donated a portion of our COVID-19 testing production to charitable organizations, such as the United Way, the Jets Foundations, University of Arizona, the Chicano Federation of San Diego and the Blackhawks Foundation, through our academic, government and sports league partners. Our charitable partnerships helped serve some of the communities hit hardest by COVID-19 and we are proud to have played a part in increasing equitable access to diagnostic testing.

In January, we saw incredibly strong demand for our Sofia COVID-19 antigen test in the professional market as well as demand for our QuickVue at home product, as a result of elevated COVID-19 case counts. As we move closer to the end of February,

we are seeing demand moderate in the professional and retail markets, commensurate with lower COVID-19 positive cases, but bolstered by the continued fulfillment of state and the US government orders, as COVID-19 shifts from a pandemic to what some scientists anticipate as an endemic phase.

Unless the government changes direction, we would expect that demand will continue through the second quarter. While we won't speak at this time about full-year 2022 revenue expectations, what we will say confidently is that Q1, 2022 will be our largest quarter in terms of revenue in the history of Quidel.

During 2021, we also announced the transition of the Beckman BNP business to Beckman Coulter concluding the litigation that had been ongoing since the purchase of the business in October, 2017. This agreement is a major step forward for both Quidel and Beckman. It enables us to focus on expanding our core businesses and executing on our longer-term strategy, while also establishing for Quidel stable cash flow stream through 2029, the remainder of the term of the existing BNP supply agreement.

And as long as we're on the subject of future cash flow streams, I'd also like to address progress we've made with our revolutionary Savanna platform and what lies in store for us as we prepare for its US launch later this year. The Savanna platform will be our next flagship product and we are incredibly proud of the progress made to date. Savanna allows for PCR testing of up to 12 pathogens plus controls from a single sample. The amplification time is very fast with total turnaround time for our RVP panels in approximately 20 minutes.

The Savanna platform is fully integrated, very easy to use, and will have both direct swab and liquid sample or compatibility. The reagent is stable at room temperature, which is a huge deal, particularly in hospital labs.

As I mentioned at the outset, we've already launched in the EU, where end market and the limited launch with our respiratory viral panel for -- respiratory panel and have received very positive customer feedback today, including request for additional instruments. We expect 2020 to be a busy year for Savanna as we work toward EUA for RVP 4 and 510 K submission for RVP 11 assay, as well as for our HSV-VZV, STI and gastrointestinal panels.

We also plan on automating our manufacturing line, thereby substantially increasing our production capacity for our Savanna cartridges. Once launched in the US, we're targeting revenues of over $300 million per year within three years. Much of that will be determined by our ability to manufacture instruments and fully automate our cartridge manufacturing lines. But, if we've demonstrated anything during this pandemic is that we can scale rapidly, which bodes well for a flawless successful launch.

Aside from our team's extraordinary execution and scaling our operations to help meet demand for COVID-19 testing, our biggest highlight came at the very end of

the year with the announcement of our agreement to acquire Ortho Clinical Diagnostics. We believe this transformative acquisition will position Quidel as a global leader in diagnostics, substantially diversifying our product pipeline, while widening our global reach and scale.

Our agreement to acquire Ortho for a combination of cash and newly issued shares in the combined company is expected to make us one of the larger pure play diagnostic companies in the industry. Bringing our two leading companies together, will give us the ability to leverage complementary expertise and an unparalleled range of capabilities to drive growth into new markets. The highly complementary nature of Quidel's and/or those product portfolios is expected to create ample cross selling opportunities across a diverse customer and channel mix, enabling us to maximize the value of existing platforms and drive worldwide growth.

Future revenue synergies are particularly attractive at Savanna given Ortho's deep roots among laboratory customers and extensive global commercial reach. Driving global commercial execution of Savanna will be a chief priority for us in 2022 and beyond. The planned Ortho acquisition is expected to more than double our global market opportunity, estimated to be worth over $50 billion between the point of care, clinical chemistry and transfusion medicine categories.

Financially, it allows us to maintain 9% to 11% topline growth post-COVID and generate 30% or more EBITDA margins and substantial operating cash flow, creating a pathway for strong value creation over the long term. Culturally Quidel and Ortho are an excellent fit, which was a key factor in our decision to move forward with the acquisition. Both companies share a passion for advancing innovation and enhancing the well-being of the customers, patients and communities we serve.

Of course, we are already hard at work, setting the stage for a smooth integration. With our proven experience and successfully integrating acquired businesses into our operations, we are confident we have the right processes in place and with the help of the great people at Ortho, we believe that we will achieve the milestones, we've set for ourselves, once integration plans can be implemented post closing.

For a bit of background, our integration approach will be similar to the process we used to integrate the Alere assets, a transaction that doubled the size of our organization at the time. In some ways that acquisition presented the more technically challenging integration. It was a carve out asset purchase that did not include international indices and required a lengthy staged deferred closing process throughout the world over a number of years.

We also spent a significant amount of time understanding dealer culture, how Triage product was manufactured and sold and the ins and outs of the Beckman BNP business. So we devoted a lot of energy to finding the right integration structure and working collaboratively with our new colleagues and third party integration specialists to plan for a successful integration. It was essential for us to get it right.

And in the end, we harvest about $20 million in synergies from a $250 million set of businesses and a little over two years and significantly delevered from over four times leverage to under one times.

We also improved the company morale, which had been under prioritized in our view. Given this experience and outcome, we believe we have a good system in place that is thoughtful, effective and reproducible. Ortho is a great company with very talented employees, strong processes and a positive customer-centered culture. We believe that both Ortho and Quidel can learn from each other and are taking a truly collaborative approach.

We've appointed integration planning leaders on both the Quidel and Ortho sides. Kristin Caltrider and Bob Dunn, who are aided by a select team of employees focused on the integration and third party integration specialists. Our approach is currently broken down into three parts. First, is integration strategy and day one planning. Second, is day one readiness and execution. And third is the post execution phase. We plan to identify and utilize the best of what makes both companies exceptional.

Philosophically our guiding principles for the post closing integration involves six points; ensure continued momentum and preserve the core across both businesses, empower leaders with the right tools and information to make decisions to drive continued growth, energize and retain team members at Quidel and Ortho with proactive communication and retention incentives throughout the integration, capture projected cost synergies by leveraging combined scale two businesses, enhance our go-to market model to maximize commercial benefit and capture projected revenue synergies, and optimize R&D priorities to match future strategy across US and ex-US.

We've identified $90 million and expected cost synergies that we think are achievable by the end of the year -- by the end of the third year, excuse me. And these cost synergies are driven by operational efficiencies, supply chain optimization and shared administrative functions, including duplicative public company costs.

Further we've identified $100 million in expected revenue synergies by 2025 with approximately 80% to come from cross-selling opportunities and our expanded geographical footprint to sell Savanna and other products in ex-US markets. Our integration teams are working well together and planning the integration and I believe that shortly after closing, we will begin harvesting synergies, paying down debt, growing both businesses and bringing together two remarkable organizations.

In addition, as you saw in Ortho's 8-K yesterday, Chris Smith, Ortho's CEO and Chairman, will be joining me as a special adviser. Since 2019, Chris and his team have rejuvenated their company and I think it would be shortsighted to not avail myself with his experience and expertise to assist me and thinking through things that we know that we will need to address, as well as those that are unknown at this time.

Based on our current expectations, we anticipate holding the special meeting for stockholders to vote on the acquisition in late April and expect the acquisition to close in the first half of the year. The completion of the acquisition is conditioned upon among other things, the early termination or expiration of any applicable waiting period under the HSR Act. The good news is that effective at 11:59 PM Eastern on February 9, the waiting period under the HSR Act expired with respect to the acquisition. However, the completion of the acquisition remains subject to other closing conditions. Post closing, we anticipate the integration will be complete within approximately two years.

In closing, I'm enormously proud of our accomplishments in 2021 and want to thank our entire Quidel team for the courage, productivity and resilience they showed personally and collectively in driving our business forward amid all of the challenges of a second pandemic year. Their steadfast commitment to our mission of advancing diagnostics to improve human health is responsible for our success as a company and as an impactful corporate citizen, when our contributions mattered most.

We look forward to driving further operational excellence in 2022 through strong execution against our growth roadmap. As we work to support our customers, partners and patients beyond the threat of COVID-19, we see great opportunities that lie ahead for Quidel to grow our core business and advance our diagnostics portfolio to improve the quality of healthcare and health outcomes across the globe.

With the US launch of Savanna and the planned Ortho acquisition, we have many great opportunities to continue accelerating the growth throughout 2022 and beyond. I'm excited to see our company further transform into a leading diagnostics player as we execute on those opportunities to enhance our competitive positioning and create long-term shareholder value.

Randy?

## Randall J. Steward  {BIO 1885991 <GO>}

Thank you, Doug, and good afternoon, everyone. 2021 was a significant year in Quidel's history. We continued the great momentum from 2020 and 2022 is off to a very strong start as well. To reiterate Doug's comment, I'd also like to thank all of our employees, who demonstrated great result and dedication to overcome the many challenges we faced this past year. We accomplished much, including achieving the highest revenue year in Quidel's history.

During my tenure here, Quidel's incredible culture has been a cornerstone of our continued growth and ability to drive improved outcomes for our patients and customers. I'm truly proud to be a part of what we have achieved at Quidel.

As reported and as Doug commented, total revenues for the fourth quarter were $636.9 million. During the period we experienced a shift in demand from Sofia COVID-19 products to QuickVue COVID-19 products. Sofia combo revenue was lower

than the prior-year period by approximately $250 million. Foreign currency had a positive impact of $2 million in the quarter.

Total COVID-19 revenue was $511.8 million with $466.7 million coming from our Rapid immunoassay products and $45.1 million coming from our molecular products, mostly driven by our COVID-19 product.

Within our product categories, Rapid immunoassay revenues were $521 million. Within this category, Sofia products were $92.8 million of which Sofia SARS antigen product sales were $47.2 million. Influenza, which includes our combo test and strap revenue made up the majority of the balance of the Sofia revenue.

QuickVue product revenues were $427 million, driven by strong sales of our QuickVue COVID-19 tests, which were $419.5 million. We sold over 65 million QuickVue tests in the quarter, broken out between approximately 13 million QuickVue professional SARS test and approximately $52 million At-Home OTC COVID tests in the quarter.

Of the QuickVue At-Home OTC test volume, our retail channel consisted of 44% of the total volume, the majority of which flowed through our pharmacy partners. The traditional distribution channel shifting into mostly e-commerce and independent pharmacies and other employer groups form 21% of the volume with 29% going to government agencies. Included in the government numbers were 3.5 million tests shipped to the US federal government as part of the 108 million test quarter.

In January, we started increasing our shipments to the government and now anticipate completing that order by the end of the second quarter. In addition, we are continuing dialog with various government agencies around the potential to purchase more tests as part of warm manufacturing programs and pandemic preparedness.

For the Cardiometabolic Immunoassay business, revenue was $52.8 million, lower than the prior year quarter as a result of the agreement we entered into with Beckman Coulter end of July of last year. The agreement states that in connection with transitioning the Beckman BNP business to Beckman Coulter, Quidel receives annual cash payments of between $70 million and $75 million per year through 2029, and a pro-rated payment in 2021. In the fourth quarter, we recorded revenue of $17.9 million associated with this agreement.

The Triage business generated revenue of $34.9 million versus $36.4 million in the fourth quarter of last year. We saw strong growth in China, offset by weakness in the US. Our Molecular Diagnostic Solutions revenue was $50.9 million. The decrease versus the fourth quarter last year was due to the Lyra SARS-CoV assay revenue as additional competitive COVID-19 products came into the market.

Lyra COVID revenue was $37.2 million in the quarter and Solana COVID revenue was $7.9 million. We are very pleased with the performance of this business in the fourth

quarter as well as for the full year.

In the quarter, total Influenza revenue was $40.5 million. Influenza revenue included Sofia flu revenue of $11.5 million and the Sofia SARS combo test revenue was $24.6 million. Influenza revenue remained low due to a low prevalence of influenza in the US.

Gross profit in the fourth quarter was -- of 2021 was $489.3 million and the gross profit margin was 77%. We continue to realize good product margins for our COVID tests. The margins are lower than last year due to a shift in product mix from higher margin Sofia SARS products to the QuickVue COVID products, as well as targeted price reductions.

Our significant investment in R&D continued in the fourth quarter as we focused on expanding our robust pipeline of proprietary assays across our QuickVue, Sofia, Sofia Q and Savanna platforms, as well as ramping up our investment in the next generation platform, such as Project Leapfrog.

From the sales and marketing perspective, we will continue to invest in people and resources to expand our reach as well as increase our spending and marketing product promotions and corporate partnerships and support of the at-home testing market.

As it relates to the annual provision for income taxes, we recorded income tax expense of $196.1 million for the full year, which represents an effective tax rate of approximately 22%. State tax obligations increased our rate above the statutory rate of 21% at the federal level, offset by tax benefits from excess stock-based compensation and forms derived intangible income and research credits.

We realized another excellent year of positive cash flow for the company, generating over $800 million of cash flow from operations. We utilized some of that cash to significantly increase our production, for both our Sofia and QuickVue product lines.

We maintained minimal debt on our balance sheet and only have two remaining deferred consideration annual payments to Abbott for the Alere assets purchased back in October of 2017. The remaining balance owed to Abbott is $88 million of which $48 million will be paid in April of this year.

As of February 11, we had approximately $925 million of cash, cash equivalents and marketable securities on the balance sheet. And we are estimating this balance to be over $1.2 billion by the end of the first quarter. We anticipate utilizing majority of this cash towards the Ortho acquisition, which we anticipate closing in the first half of this year.

In 2022, we are expecting to spend approximately $150 million in capital expenditures, mostly relating to Savanna cartridge automation, Savanna instrument

and the expansion of our new Carlsbad manufacturing facility.

And with that, we conclude our formal comments for today. Operator, we're now ready to open the call for questions.

## Questions And Answers

### Operator

Certainly. (Operator Instructions). The first question is from the line of Tycho Peterson with J.P. Morgan. Please go ahead.

### Q - Tycho Peterson {BIO 4279327 <GO>}

Hey, good afternoon. Can you guys maybe just give a little more color on how you're thinking about 2022? I know you said first quarter will be the largest revenue quarter in history. Can you maybe just talk about how you think about the remainder of the government contract flowing through the remainder of 105 million tests? Is that mostly going to be in the first quarter or that persist beyond that, and any other color you can provide on how you think about the year, would be great?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

First, Hi, Tycho. Thanks for the question. We actually shipped very little in the fourth quarter through the government contract. We have shipped a bit more in the first quarter and we're still increasing as we go throughout the remainder of this year. We couldn't finish the entirety of the agreement with them by the end of the second quarter, I believe, but it's entirely possible that given things that are out there now that, that could persist into the third quarter as well.

### Q - Tycho Peterson {BIO 4279327 <GO>}

Okay. Are you able to say anything about kind of baseline level of COVID expectations, anything on the base ex-COVID. I think the margins. Just curious, if you're willing to give any more color?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Sure. As COVID abates here, there still is demand ex-US and we've been engaged with a number of organizations that would be interested in helping folks outside the US with products. So, I can't say for sure what will happen in terms of disease here in the US, of course. If positive cases, because of some other variant begins to climb again and we'll obviously -- we'll pivot back to the professional segment in a more meaningful way. I mean, I suspect the retail segment also be stimulated similarly so.

But it's really -- you can tell that I hate trying to forecast this thing. It's just -- we're doing our best to anticipate. We're managing various views across different channel segments. There is more interest on the part of states now than there was before. There is more interest in some employer segment. But, it's really hard to predict. And

that's why I just said simply Q1, we're pretty dry and confident that this will be by far the largest quarter in the history of the company.

Second quarter obviously I (multiple speakers) really good so far too. The question is what happens in 2023, really.

### Q - Tycho Peterson  {BIO 4279327 <GO>}

Yes, no. I know it's hard to kind of model out, maybe curious on manufacturing. Are you committing to kind of the 6 million QuickVue and 20 million Sofia tests per month on the manufacturing side?

### A - Randall J. Steward  {BIO 1885991 <GO>}

I'm sorry, could you repeat that take out, didn't quite pick that up?

### Q - Tycho Peterson  {BIO 4279327 <GO>}

Yeah, Randy, are you committing to kind of the manufacturing the 60 million QuickVue and 20 million Sofia tests per month or are you tapering back manufacturing?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Oh no, a good question. Now, we're thinking that we're going to build a safety stock one way or another. I hope that we're able to do that here as this situation abates and we certainly want to be ready in the event that we have some unusual increase in demand like we saw with both Delta and Omicron.

And then obviously, very encouraging discussion with the government with regard to participating in sort of a warm manufacturing program and also participating in their stockpiling efforts.

### Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. And then just lastly on the deal. It's obviously been a lot of volatility in the market. Any risk in your view on the deal vote and then how are you thinking about the cash stock debt split now as it stands given where things have moved around since the deal was announced?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

The second part was the cash question?

### Q - Tycho Peterson  {BIO 4279327 <GO>}

(multiple speakers) cash stock and split. Can you give us some of the volatility since the deal was announced?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

No, we haven't considered that.

## Q - Tycho Peterson {BIO 4279327 <GO>}

Okay, all right, I'll leave it at that. Thank you.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Okay. Thanks, Tycho.

## Operator

Thanks, Mr. Peterson. The next question comes from the line of Brian Weinstein with William Blair. You may proceed.

## Q - Brian Weinstein {BIO 15324529 <GO>}

Hey guys, good afternoon.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Hey, Brian.

## Q - Brian Weinstein {BIO 15324529 <GO>}

Congrats to you guys and Chris and Joe, good to talk to you guys as well. I just wanted to kind of go through the key assumptions that both sets a management team had, while I have you both on the line here on the various products that sort of make up those S4 numbers. And if, we should kind of take those, is the fact of guidance for 2022, 2023, it looks to have about $3.1 billion in revenue and a $1 billion in EBITDA in 2022, if you kind of assume a full year indeed something like $3.3 billion or $3.4 billion in revenue and EBITDA of over a $1 billion in 2023 again for the S4. So I'm just trying to understand is that kind of de facto guidance and can you talk about what drove the assumptions that were baked into that?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Well, notwithstanding the COVID volumes, I would say that the S4 does reflect with both companies. Thank.

Randy, why don't you make a comment and then we'll ask Joe to comment as well on what's within the 2022 numbers?

## A - Randall J. Steward {BIO 1885991 <GO>}

Yeah, sure. We are assuming endemic environment as we have communicated previously. So, we see an ongoing revenue stream with COVID. We are anticipating more of a normalized flu season as we get into the back half of the year. We're anticipating a good introduction for Savanna. So we do see a pretty strong Savanna growth in 2023, probably the main drivers, plus we are -- we have over 75,000 Sofia instruments in the market. So we certainly believe that will kind of see post COVID,

the revenue trend we saw with that instrument and system to continue here in the 2023 as well.

So those are -- we are assuming also that the high sense Troponin will be launched in the 2023 time period. But that's not the biggest driver, but certainly that's one of the additional new products that we plan on launching.

So I don't know Joe, do you have further thoughts from your side.

## A - Joe Busky  {BIO 5848103 <GO>}

Hey, Randy. Yeah. Hey, Brian, good to talk to you. The Ortho numbers are, as we've been saying and we said yesterday on our earnings call, fairly stable and predictable with 93% recurring revenue. And so, yes, you can take those numbers in the S4s as pretty predictive of what we're going to do in 2022 at that mid single-digit topline growth.

The COVID assay revenue for us is a lot lower than what the Quidel guys have and we talked yesterday on our call, we guided to $25 million to $35 million of COVID assay revenue in 2022 and we feel pretty good. So it's a fairly tight range and fairly small amount considering -- getting at a base of $2 billion.

The other sort of variable could be FX, where we have half of our business outside US. FX does impact us a little bit. So if rates move in such a way, if the dollar appreciates, that could hit the numbers from a currency perspective. But again, at this point, as we said on the call yesterday, we expect the topline currency impact to be about 50 to 100 basis points versus 2021. So right now, we don't think it's going to be a huge impact. So, yeah, I think our numbers in the S4 are pretty representative of what we are going to do in 2022.

## A - Chris Smith  {BIO 7471768 <GO>}

(multiple speakers) I was just going to say I think the nice thing about that proxies, you see the LRPs from both companies and how both companies reviewed the others' LRPs and I think you probably know, we brought in a large consulting group and kind of really validated in the categories and what the roll-ups, would be in the synergies. So, I think people feel pretty good with the numbers that are there, have been really triangulated and looked at deeply.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Thanks, Chris. Thanks, Joe.

## Q - Brian Weinstein  {BIO 15324529 <GO>}

Hey, can I have one more here, guys. As we think about the integration itself. I don't want to hear from both teams about kind of what you guys see as the biggest challenge to the integration you outlined, kind of what your steps were in pretty good detail from kind of categorization standpoint, but what was the biggest challenge that you see to bringing the two companies together?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

I think it's just time more than anything. Both sides have assembled teams that knows what to do and we are being guided by a third party that also knows what to do. So both teams have very detailed plans, various work streams. I outlined the six major things but I'm pretty confident that everything that we need to do is actionable.

The question in my mind, Brian, is just the timeline makes sense. Can we get it all done. We said under two years, but can I pull it forward even further. And I would -- in the nicest possible way, I'll be imaging the team to do that.

### Q - Brian Weinstein {BIO 15324529 <GO>}

Okay. Well, good luck with the nudging and thanks for taking the questions, guys.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Sure, Brian.

### Operator

Thank you Mr. Weinstein. The next question comes from the line of Alex Nowak with Craig-Hallum. You may proceed.

### Q - Alex Nowak {BIO 18788027 <GO>}

Hey, good afternoon, everyone. Doug, I think everyone likes a baseline here and just going back to Tycho's original question. You, back in the spring 2021 timeframe you gave this $20 million to $25 million per month at the floor of COVID revenue. I think this time is different with the government demand, you got breakthrough, you get variance. Is that a still a floor to think about or what's the new floor number we could potentially use and think about modeling in?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, it's a great question, Alex. Thank you. We're going to have to come up with a different floor. Seriously. I mean, I can't say more than that rather than the $25 million is no longer applicable. But it's a good question. Let us needle on that and overtime come back with something that makes sense based on science and forecasting and what we're manufacturing and who is asking for what, over what time. And there is a number of factors that we would want to consider in all of that and certainly what the government is going to do, is a big part of it.

### Q - Alex Nowak {BIO 18788027 <GO>}

But just, I would say, certainly from your commentary seems like it's going to be higher than that, just to be correct?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yes. that's -- pardon me if I was clear on that. (Multiple speakers) Alex, sorry to interrupt. But just with the stockpiling initiative alone, you can come up with some pretty big numbers.

## Q - Alex Nowak {BIO 18788027 <GO>}

Okay. No. Understood. Totally get it. And then, before COVID, before or though, there is a big push to expand the menu on Sofia. So just curious, any update there and then what about expanding the at home with your menu?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah. The quick view at home menu, we will look at overtime, obviously. There are regulatory hurdles to achieve -- to overcome here in the US. But when you look at our portfolio, the portfolio of Sofia products that are in development, has never been larger. And the guys that are working on those projects haven't taken their eye off the ball.

Obviously, in the last couple of years now, we have been sort of managed if you will, into discussions about COVID all the time, But in our next Analyst Day, I think it would be appropriate that you -- Ruben that we share, we got in the pipeline. There is too many things to discuss on a call like this, but we're now managing over 50 R&D projects. Pre-COVID, we were at about 10, that gives you a feeling for what the R&D team is doing there.

## Q - Alex Nowak {BIO 18788027 <GO>}

No, it certainly does. And then just lastly, just going back to the Ortho Clinical deal here. I mean investors have seen the stock price fade since that deal was announced. I mean, I think, the strategic skill set of the combined company looks very impressive. The earnings accretion certainly very impressive. What do you think the current market is missing here?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

I'm not sure the market is missing anything. I do see a number of reasons, why a number of companies in our space would have lower valuations at the moment. what I can say for sure, Alex, is that we're going to get this thing put together. We're going to complete the integration. We're going to keep marching down the path that we're on. We've seen nothing that would cost our decision making about what we're doing, or how we're doing it to change as a result of what's happening with our share price.

I don't want to be naive and say we don't really watch our share price, because that would be untrue. But -- and we care about it. We sincerely do but my job and the job of the executive team at this stage is to communicate our plan, and then to -- so that you all understand what we're doing and then to execute against that plan. and I have to say, I don't want to sound brag those issues, but generally speaking, we've done pretty well at achieving what we said we were going to do.

## Q - Alex Nowak  {BIO 18788027 <GO>}

Totally agree. Appreciate that. (multiple speakers) Yeah, go Chris. Thanks.

## A - Chris Smith  {BIO 7471768 <GO>}

Look, I was just going to say from the Ortho, I think to Doug's point, I mean, with that, I think some of it, it was done around the holidays. It was done at the time of COVID. It was tough to get out of roadshow. I think part of is is, it's one of the stories that needs to be told and it may be a story that needs to be told a couple of times for people to really understand it. But I think on paper, you probably could have come up with a better deal.

I think where I've seen investors challenge, if you love Quidel's story in the past, high growth, no debt, primarily US focus, then you might not have loved Ortho's. If you loved Ortho, which was mid-single digit growth, 93% reoccurring revenue but high debt, a lot of debt. So, there are two very different companies.

And I think part of it is understanding really what you're going to see from a value perspective over the next couple of years, not over the next couple of weeks or months. And I think investors, just because of what's going on, haven't really been able to digest that and it's something I think the team has to get out and share more regularly on the -- on how amazing this deal really is for patients, customers, teammates, shareholders.

## Q - Alex Nowak  {BIO 18788027 <GO>}

Great. Thanks for the update. Thank you.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Thanks, Alex.

## Operator

Thank you, Mr. Nowak. The next question comes from the line of Andrew Cooper with Raymond James. You may proceed.

## Q - Andrew Cooper  {BIO 18644983 <GO>}

Hey, everybody. Thanks for the question. Maybe first is on Savanna and sort of the timelines here, Doug you rattled off a couple different assays. But, maybe starting with the FDA's kind of process for respiratory. Where are you in terms of getting the sample? When we think about these respiratory panels, obviously not a lot of flu, not a lot of some of these other things floating around. So, are you done with enrollment with the flu season or what the normally be the flu season largely behind us or sort of where do you sit in that office?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

That's a great question. Thank you. We're okay in terms of samples both bank and those that were collecting live. We don't have a sample issue for the things that we're working on at the moment. It's a very good question, though.

Just to round out, a couple of guys have asked this question about trying to figure out what's going to happen moving forward throughout the rest of the year. So maybe a little bit more detail might be useful, because I mentioned a couple of different times about the government being involved, has changed the base level. As an example, in Q2, we would expect to ship another 36 million to 40 million tests to the government just in that quarter alone.

That helps understand why that the original floor that we sort of -- I wouldn't say -- I thought it was pretty good forecast at the time given what we know. But obviously the change. There is now over the counter. There is now government programs to provide product to underserved communities. We've got states that are involved. And so the landscape has changed pretty dramatically based on just the products that are out there.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Great. Thanks, I appreciate that clarification. Maybe just on sort of the longer-term, what we think about OTC. I think maybe part of what we've seen when we look at some of the professional products, using an OTC product and then maybe saying, hey, it is COVID. I'm not going into the clinical setting. So when we think about the longer term, how do you think about the need for OTC flu and there is additional assays to the OTC to kind of prevent that sort of cannibalization of the clinical market?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Thanks. That's a great question. Before COVID, we would have said that there is a market already. There is demand on the part of moms and caregivers to acquire tests that would be useful over the counter, whether it's Strep. I think strep in our survey was probably the highest volume demand, fluids in that category, too, but not nearly as big as strep.

So, before COVID, we had already determined that there is a potential market there. Since then. I think the -- throughout the globe, but here in the United States, in particular, people are pre-conditioned to understand the value of knowing yes or no, do I have it. And I think it can be a very useful part of an overall physician assisted healthcare system. And I see that evolving that way.

And lot of people might be worried about the FDA in these high standards that they require in terms of product performance. I am, the other hand, think it's our job to make sure that we can, through technology advances that we can actually achieve those levels and when we do, I see protection from the rest of the world where you have some pretty low foreign products out there. I see that being an important aspect of the OTC program, but I wouldn't want it to, for example, set the bar lowered. And then we have a myriad of people from and I'm not going to name a specific country, but you can probably guess who in particular I'm thinking about.

But, these lower performing products, if those are all to come in the OTC space, we've not be as attractive. That's for sure. But I do think there is demand and I think it's changed, I think, people's mindset has changed. I don't think we have to create a demand for the notion of being to have the store going to Walgreens, CVS and picking up a test and test yourself whether that's Strep flu or whatever, COVID variance circulating at the time.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Okay, that's very helpful. And then maybe just one last one if can sneak me in maybe for the Ortho folks we have on the call. We hear you guys talk about value capture programs and that's something we haven't historically heard or talk about too much. so there is just outside of sort of the, the cost synergies you've talked about for both and if you think there is some flavor, you can sort of pour over from the Ortho against the Quidel and vice versa and try to capture a little bit more beyond just what I would define as sort of a true synergy?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, think that's a really good questions for Ortho team. Go ahead.

## A - Chris Smith {BIO 7471768 <GO>}

Yeah, I think it's culturally -- yeah, I think culture, I'll make a comment and then I have Joe step into the give his owns view. But look, I think culturally being a private equity backed over 7 times levered, culturally it became and grind in the business, all throughout was to drive this operating efficiencies and the targeted minimal of $25 million a year. So, I think on the Ortho side, you see it from a culture and it's something that's managed and measured continuously.

So I do think it's something that, I think ultimately, I think, there is going to be a great partnership with Doug and Joe and then Randy as well, being able to look across the two businesses, but knowing that there is some culture already on the Ortho side, that's a continuous process.

But Joe, I don't know if you want to get more specific on how you guys look at it every year and how we set the target. It can used to be more than $25 million. I think it was $200 million and something since the carve-out.

## A - Joe Busky {BIO 5848103 <GO>}

Yeah, Chris. We've -- yeah, I'm here. Yeah. We have captured over $200 million of savings since the carve-out and I think that's a good way to put it as that we're seven years out -- the carve-out now from J&J and we're still going to round realized $25 million of value capture savings we did in 2021. And so that is very ingrained in the culture and as we get these companies pulled together, it's definitely something that Doug and I on the management team will talk about whether we can continue it or expand it or moving into the Quidel world as well. So, it's a good time for sure.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Those are good thoughts, guys, Andrew, you're also talking about at the customer level. Right?

## A - Chris Smith  {BIO 7471768 <GO>}

Really it's kind of all the basic I suppose that I actually was thinking more along with what they answered but in terms of commercial aspect, that's a good question as well.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Perfect, perfect. I think that's good then. Obviously, there is opportunities within the customer base as well to leverage both companies' positions, which I think are really for the most part, very good across multiple segments. And our side, you are right, we don't spend as much time squeezing because our margins are already quite high.

So, we think about it a little bit differently. But I think there is something to be learned on both sides, for sure. And I do look forward to seeing what manufacturing synergies and managing the same supply chain organization could do for us. So I would be, maybe just a little bit more specific in that regard.

## Q - Andrew Cooper  {BIO 18644983 <GO>}

Great. I appreciate it.

## Operator

Thank you, Mr. Cooper. The last question is from the line of Jack Meehan with Nephron Research. You may proceed.

## Q - Jack Meehan  {BIO 17561092 <GO>}

Thank you, and good afternoon, Doug, was hoping if you could elaborate a little bit more on the government contracts and just talk about discussions underway. You mentioned stockpiling, just any long-term purchasing support, what's the government talking about sort of ensure capacity stays online for testing?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

That's a really good question, Jack. We talk to several different people, including the FDA liaison and others within the government HHS, couple of times a week actually now. And so we've got a pretty good feeling for things that are going out and that wouldn't even necessarily being out. But, to answer that question. I'm going to turn it over to Rob Bujarski, who is our Chief Operating Officer and who does most of the work with the government.

## A - Robert J. Bujarski  {BIO 15021397 <GO>}

Hey, Jack. So really here I'm talking about with..

## Q - Jack Meehan  {BIO 17561092 <GO>}

Hey, Rob.

## A - Robert J. Bujarski  {BIO 15021397 <GO>}

How you doing. What we're talking about with more manufacturing is some measure consistent supply, consistent volume commitment over a series of many months. So, whether that's through the end of the year, whether that's a 24-month period, whether that's a 36-month period, the idea is, we made significant investments as has the government and making sure that we can increase our capacity and we saw what happens when last year, when demand falls off and there is no place to put product, right.

We saw what happened to our competition as well. Right. So, we made that commitment to continue to build and continue to ramp and invest. And so those are the conversations that are happening, what's the right level of a continued commitment, so that we as a country are not caught off guard, right. And so, those are conversations that has been happening for some time. They continue to happen.

So, as Doug mentioned, when we think about even to Tycho's question, in terms of how we're thinking about Q2, the real idea here in conversations with the government and states, which is where a lot of the demand has shifted to, we've got strong US manufacturing. We've got the capacity built up in the United States and we want to make sure that we can keep that warm.

So, if you think about Q2, Doug mentioned, we have about another 40 million tests or so scheduled for Q2. So Tycho, that could go pretty quick in Q2, but we do expect that would be -- that would round out that initial purchase order. And then we look to continue. We hope to be able to continue some amount of warm manufacturing as well for a much longer period of time. The question. Jack, is how long that we just don't know. Jack, does that makes sense?

## Q - Jack Meehan  {BIO 17561092 <GO>}

Yeah. That's helpful. Yeah. I wanted to follow up on.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

I'm sorry. Jack, I was just going to round out the answer. We presume also that, we're -- and the government stockpiles are going to be interested in US-made product.

## Q - Jack Meehan  {BIO 17561092 <GO>}

And a question to kind of lead into that is just talk about the competitive environment for QuickVue. So, over the last few months, amidst Omicron, the FDA approved a number of new tests, not from the US, but now they're here. So just curious how you're seeing this play out in the market and what do you think is a good quick view pricing assumption for 2022?

FINAL TRANSCRIPT
Quidel Corp (QDEL US Equity)

2022-02-17

### A - Robert J. Bujarski  {BIO 15021397 <GO>}

Our pricing assumptions at least for now hasn't really changed, Jack. Our government pricing is public and so I think you know that. So, we haven't really changed the pricing assumption. We do anticipate though that with the demand falling off, with case counts dropping, that there will be more supply and you're right, you have more supply coming in from outside the United States that there'll be some pricing pressure. But we're, I think, we're comfortable with it, certainly with the idea again that we have some amount of steady demand with stockpiling, etcetera.

So, but we haven't made any adjustments at this point. We think we've got a competitive price at least that's how it lines up today. That's my thought on that.

Doug. I don't know, if you want to add anything to that?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

No, that's a solid answer. Thank you, Rob.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Yeah.

### Operator

Thank you, Mr Meehan. That is all the time we have today. Please proceed with any closing remarks.

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

That's great. Thanks, everybody, for your support and your interest in Quidel. Thanks also to Chris Smith and Joe Busky for participating with us. I look forward to working with the entire Ortho team, but these two guys are great. We've accomplished a lot this year, but there's also a lot of work to do. And although we had a great 2021, I think the key is that we're really well positioned for 2022.

We believe that we are in good shape to achieve our growth objectives over the next few years. Everything that we said in our Analyst Day ex-COVID, we're still on track with and we expect to deliver at a very high level those products and now even further enhanced by this notion that the Ortho commercial organization is really going to be helpful.

So again, thanks again for being on the call. Appreciate it.

### A - Chris Smith  {BIO 7471768 <GO>}

Take care.

### Operator

FINAL TRANSCRIPT
Quidel Corp (QDEL US Equity)

2022-02-17

Ladies and gentlemen, we thank you for your participation and ask that you please disconnect your line. Goodbye.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*