# Exhibit 12

# Q1 2022 Earnings Call

## Company Participants

- Douglas C. Bryant, President and Chief Executive Officer
- Randall J. Steward, Chief Financial Officer
- Ruben Argueta, Senior Director, Investor Relations

## Other Participants

- Alex Nowak, Craig-Hallum Capital Group, LLC
- Analyst
- Andrew Cooper, Raymond James
- Casey Woodring, JPMorgan
- Jack Meehan, Nephron Research

## Presentation

### Operator

Welcome to the Quidel Corporation First Quarter 2022 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, instructions will be given for the question-and-answer session. (Operator Instructions). I would now like to turn the call over to Mr.Ruben Argueta, Quidel's Senior Director of Investor Relations. Please go ahead.

### Ruben Argueta  {BIO 20885502 <GO>}

Thank you, operator. Good afternoon, everyone and thank you for joining todays call. With me today is our President and Chief Executive Officer, Doug Bryant, and our Chief Financial Officer, Randy Steward.

Our fiscal first quarter 2022 earnings release is now available on ir.quidel.com our Investor Relations website. We will also post our prepared remarks on the presentations tab of our IR website following the conclusion of this call on May 4 2022 for a period of 24 hours. Please note, that some of the information we provide during today's conference call will include forward-looking statements, including, but not limited to the types of statements identified as forward-looking in our quarterly report on Form 10-Q that we will file later today, which will be available on our IR website. Actual results may differ materially from those projected in any forward-looking statements.

For a further description of the risks and uncertainties that could cause actual results to differ materially from those expressed in the forward-looking statements, as well

as risks related to our business and the proposed business combination with Ortho Clinical Diagnostics, please see our annual report on Form 10-K and subsequent periodic reports and registration statements filed with the SEC. Furthermore, this conference call contains time-sensitive information that is accurate only as of today. Except as required by law, we undertake no obligation to update these forward-looking statements or time-sensitive information, which speak only as of today.

Today Quidel released financial results for the three months ended March 31 '22. If you have not received our earnings release or if you would like to be added to the company's distribution list, please contact me at 858-646-8023. Following Doug's comments, Randy will briefly discuss our financial results, and will welcome a call to take your questions. I'll now him a call over to Doug for his comments.

## Douglas C. Bryant  {BIO 4167718 <GO>}

Thanks, Ruben and welcome, everyone. We really appreciate your time and interest in Quidel. We had an extraordinary start of the year, the first quarter was historic, we achieved record revenue on the top-line, record profitability that flowed through to the bottom-line and record cash on the balance sheet.

Our first quarter, truly demonstrates the earnings power of the business as we build on the significant investments we've made and execute against our growth roadmap. Our diverse suite of assays, increasing brand strength, and growing installed base of Sofia analyzers continue our market expansions and broaden our post pandemic opportunities. Our new product pipeline, including our revolutionary Savanna platform that we expect to launch in the U.S. later this year, further add to forward momentum in runway.

And yes, once again the entire Quidel team performed very well, from product development in our R&D organization positiveness of our manufacturing and operations teams through our commercial channel, we fired on all cylinders. First quarter results put us in a strong financial position, creating additional flexibility to strengthen our balance sheet, while we continue to drive on the investment to further develop and broaden our portfolio. Let's take a look at on some specifics.

Revenue for the first quarter of 2022 reached just over $1 billion. That's a pretty extraordinary 167% increase over the prior year period, it was driven primarily by strong performance rather than assay product portfolio. So, the rapid immunoassay revenue increased by $665 in the first quarter due to $893. We saw an significant sales at QuickVue At-Home OTC COVID-19 tests. And while COVID-19 testing made up this heightened demand, its not worthy that non-COVID sales grew 56% or almost doubled that if you exclude the Beckman BNP business. As we saw increased sales out of Sofia ABC combination test for Influenza and SARS as well as increased demand for Sofia Influenza test. Although we haven't seen a typical flu season, flu continues to linger. Interestingly, IOI right now is at 2.1% of visits, and while we're seeing increasing seasonal influence activity in a few states, this highlights the importance of diagnostic testing in the significants of having a differentiated menu,

which is part of our post-pandemic strategy to widen our point of care footprint and introduce our full portfolio of assets to the patients and healthcare providers.

Relative to COVID-19, we're seeing test demand and we expect this trend to continue as we head into the Summer --. In fact, we started to see this in the first quarter as test demand shifted significantly from retail outlets to the federal government and to a lesser extent to the professional segment. This shift allowed us to focus on delivering more tests to the U.S. -- more test to the U.S. government than we originally anticipated. And in the first quarter we shift approximately 70 QuickVue At-Home OTC COVID-19 tests to the federal government. We will shift the remaining certified test to the government in Q2 to fullfill over 108 million test commitment. And as you can appreciate, we're having a close conversation to the federal government and related government agencies to determent that the government support strategies going forward. We are in discussion with the governments -- incremental number of test in Q2, Q3 and we'll update you on any order that is placed from those discussions. Our longer-term expectations since COVID-19 test and infections and related testing demand, we're continuing to wen as COVID-19 comes more seasonal, similar to flu demands.

We're currently are not forecasting at significant revenue contribution from our COVID-19 products in the back half of the year. The prospect have been -- seasons, amplifies the long-term benefits of the brand awareness we've generated in this strategic partnerships we've build with retail and distribution powerhouses. These trusted relationships provide us with access to point of care over the counter channels for both COVID and non COVID product lines going forward, which is exiting. Consistent with the anticipated shift in COVID-19 testing demand, we continue to bolster our resilience in the post-pandemic future by accelerating assay development and production and further expanding our footprint at the point of care.

Given our pipeline, we have high confidence in our ability to capture evolving healthcare trends that will drive both future growth and profitability. These opportunities include a number of products we've discussed on previous calls, such as QuickVue and our Sofia 2 device, new Sofia assays as well as new products in our cardiometabolic and gastrointestinal segments.

But foremost among our upcoming product launches is our flagship Savanna molecular platform. We already have seen approval from markets outside of the U.S. but our main focus is on getting the necessary approvals to launch Savanna in the U.S. later this year. We plan to submit our Savanna EUA for RVP for next week, and submit our 510(k) in July with two more 510(k) panel submission set for year-end, and three more submissions by the end of Q1, 2023. Meanwhile, our teams are hard at work scaling Savanna instrument production and transitioning to fully automated manufacturing. Experiences we are over the last couple years, we've learned a lot about hyper (Inaudible) and managing complex supply chains.

And you can rest assured, we're leveraging the lessons we've learned in expanding COVID-19 testing capacity to our other products. Once online in the Fall, our

Savanna cartridge automated manufacturing line is expected to begin its ramp up and outfit to over 1 million cartridges for a month with $300 million annual revenues and anticipated within three years of U.S. launch. Of course, we're also immensely excited by the opportunities presented by our planned acquisition of Ortho Clinical Diagnostics. As I've said before, this acquisition will more than double our market opportunity to over $50 billion among the point of care clinical laboratory and transfusion medicine segments.

We're thrilled by the potential catalyst we see in a combined business. Our teams are working well together planning for the integration in the highly complementary nature of Quidel's and Ortho's portfolios is expected to create ample cross-selling opportunities across the deep and diverse matrix of customers and channels to significantly accelerate market attrition worldwide after closing. So we believe it is a truly compelling formula that can position the combined business for long-term growth in a lasting global impact and delivering advanced diagnostics and improve human health. Integration planning is going well, we've formed 15 cross-functional teams define 87 projects, plus define day 1, day 30 and longer timeline objectives with the day 1 must have either on tract or complete.

Operationally no risks have been identified that with creates significant disruption on day 1 to day 30, of course there's a lot of work still to be done and challenges are being identified, but no critical path items are delayed. Overall, we're very pleased with the cadence and progress that we've made thus far and are excited about getting to day one. We are bullish on the acquisition and look forward to harvesting the expected $90 million in cost synergies by end of the year three, and $100 million in revenue synergies by 2025. We expect investors have recognized the value that can be created by bringing the companies together, and we'll vote to approve the deal.

Here's a quick snapshot of the process to closing. On April 11, we begin mailing our joint proxy statement. On May 16, there will be stockholder meetings for each of Quidel and Ortho to vote on the business combination. On May 26, we've scheduled the U.K. Court hearing, and on May 27, we anticipate the successful close of the transaction subject to receive up stockholder vote the U.K. order and satisfaction of other customer closing conditions.

In closing, I'm incredibly proud of our employees and their commitment to making a positive impact in our fight against COVID and more than pleased to see them now applying that same focus and commitment to their work addressing a post-pandemic world. And it goes without saying that I'm exceedingly encouraged by our performance in the first quarter, it's clearly one for the record books, and we have a long exciting roadmap for our continued growth and success as we advanced diagnostics to improve human health. It's our mission and we're happy in the knowledge that we're making a difference. Randy?

## Randall J. Steward  {BIO 1885991 <GO>}

Thank you, Doug. Good afternoon, everyone. I would also like to thank all of our employees who demonstrated Quidel's strength of spirit, perseverance and dedication delivered such outstanding result. Because their tireless efforts, we again achieved another record quarter for revenue, eclipsing our previous high watermark of $809 million set in Q4 of 2020.

During my tenure here, I've seen Quidel grow substantially and Quidel's incredible culture has been the driving force behind such explosive growth and our sustained excellence. I'm very proud to be a part of what we have achieved here at Quidel. As Doug mentioned, total revenues for the first quarter of 2022 were $1,002 billion compared to $375.3 million in the first quarter of 2021, achieving growth of 167%. This growth is primarily due to increased rapid immunoassay product revenue, which was driven by the continued fulfillment of the U.S. government order for over $100 million QuickVue COVID-19 test.

Totaled SARS revenue in the quarter from all products was $836.1 million in those compares to $269.1 million in the first quarter of 2021, a growth of 211%. In total, we sold over 126 million COVID test in the first quarter, a 113 million tests were QuickVue 12 million tests were Sofia, and over 2 million were all other tests. Foreign currency exchange have an unfavorable impact of $1 million in the quarter. Influenza revenue was $89.1 million, and this is versus $16.4 million in the first quarter of last year. Included in the influenza number for the quarter was $54.2 million and Sofia ABC revenue $25.4 million and Sofia full revenue, and $5.9 million in QuickVue full revenue.

Rapid immunoassay revenues were $892.8 million in the first quarter, showing growth of 276% from first quarter of 2021. Within this category, Sofia product revenues were $224 million of which $137.9 million were attributable to the Sofia SARS antigen test. And as just mentioned, influenza revenue was another strong contributor to this group adding $79.6 million in revenue. QuickVue product revenues private revenues in the quarter were $667 million of which $657 million were attributable to the QuickVue SARS test. For the cardiometabolic immunoassay business, revenue was $50.2 million, lower than the prior year quarter as a result of the agreement we entered into with Beckman Coulter in July of 2021.

As a reminder, the agreement states that in connection with transitioning, the Beckman BNP business to Beckman Coulter, Quidel receives annual cash payments between $70 million to $75 million per year through the year 2029. In the first quarter of 2022, we've recorded revenue of $16.8 million associated with this agreement. The quarterly revenue was based on product shipments in the quarter to Beckman Coulter. For the full-year though, the minimum revenue to realize is $70 million and it's irregardless [ph] of product shipment. The Triage business generated revenues of $33.4 million versus $33 million in the first quarter 2021, with growth and Asia-Pacific and Europe Middle East Africa offset by a decline in the U.S.

Our molecular diagnostic solutions revenue was $46 million in the quarter as we saw a continued demand for the Lyra SARS-CoV-2 products, which constituted $38.2 million of the total molecular diagnostic solutions revenue. Savanna revenues were

$5.7 million in the quarter, and Savanna revenue was an incremental $400,000 in the quarter. Specialized Diagnostic Solutions revenue increased 23% to $13.3 million driven by an increase in sales of our DHI respiratory products. We've realized good growth in the core business as revenue, excluding the COVID-19 revenues and Beckman BNP revenues increased to 105% over the first quarter of 2021 to $149.4 million.

Rapid immunoassay revenue increased $73 million or almost 300% due to an increase in the Flu and Strep revenue. Triage business increased 1%, a molecular revenue increased 20%, flow on a small revenue base without COVID. We also saw strong performance in our Specialized Diagnostic Solutions revenue as stated previously. Gross profit in the quarter increased to $740 million and gross margin was 74% of revenue, this compares to a gross profit of $302 million and 80% gross margin for the three months ended March 2021. The increase gross profit is due to the greater product sales of QuickVue At- Home OTC COVID-19 tests.

The decrease in gross margin was driven by shift and product mix from higher margin Sofia SARS test to lower margin QuickVue SARS test, and this is partially offset by improved manufacturing absorption. On the stemp [ph] side of the business, we continue to invest in R&D and specifically our Savanna platform. We're also spending in support of our longer-term initiatives, such as new Sofia assays that can leverage on larger installed base of instruments and new markets next generation platforms, and Sofia 2 to name a few. In the first quarter of 2022, R&D expenses increased 13% to $26.4 million. Sales and marketing expense for the quarter increased to $65.4 million resulting from higher freight expense due to higher sales volume, higher production promotional spend associated with QuickVue At-Home OTC test, and higher compensation cost driven by increased headcount.

This year, we will continue to invest in people and resources to expand our reach, as well as increase our spending in marketing, product promotion and corporate partnerships in support of existing and new markets. G&A expense in the quarter increased by $5 million to $24.5 million primarily due to higher compensation costs driven by outstanding performance during the current period. As it relates to the provision for income taxes, we've recorded a $114.7 million in income tax expense resulting in an effective tax rate of approximately 23%. The higher tax expense for the quarter compared to the same period last year is a result of an increase in pre-tax profits and that decrease in tax deductions from stock-based compensation. As of March 31, we had $1,00275 million in cash and cash equivalents.

In the quarter, the company invested approximately $22 million in capital expenditures. In April, we made our scheduled $48 million payment to Abbott for the Alere assets, leaving one final payment of $40 million due to Abbott in April 2023. From a use of cash perspective in the second quarter, we expect to use the majority of the cash on our balance sheet to help fund the cash payment to the Ortho shareholders at close.

After the close of the transaction, Joe Busky will be stepping in as a CFO for those combined companies. And Joe will do a -- be a incredibly strong contributor going forward. I'll still be involved with Quidel but on forward more in the background to ensure continuity and help as appropriate. It's been an incredible journey over the last ten plus years. And I am truly blessed to be a part of this Quidel story. The company is in the strongest, it has positioned as of ever been in numerous ways. I've built friendships that will last for the rest of my life, and would like to think that along the way I provided some value that will drive quite a while to even greater achievements going forward. Thank you very much for all of your support over the last 10 plus years.

And with that, we can put our formal comments for today. Operator, we're now ready to open the call for questions.

## Questions And Answers

### Operator

(Question And Answer)

Great. Thank you. (Operator Instructions) The first question comes from Alex Nowak with Craig-Hallum. Please, proceed.

### Q - Alex Nowak  {BIO 18788027 <GO>}

Great. Good afternoon, everyone. And Randy, enjoyed working with you. A metric we were watching on the go-forward for COVID testing is the low watermark per month. Spring of 2021, it was $20 million to $25 million of COVID test sales per month. Last quarter, you said it to be higher, but we didn't exactly know that figure. Do we have a new low watermark for the back half of the year to think about?

### A - Randall J. Steward  {BIO 1885991 <GO>}

Alex, it's very, very challenging to really identify a low watermark just because of government participation and the prevalence of the virus here or as we go forward. So the current time, I would say, what we had stated previously, probably as good as anything we can see at this point. I will say though that we're not forecasting a significant amount of COVID revenue in the back half of the year.

### Q - Alex Nowak  {BIO 18788027 <GO>}

Okay. Understood. And then maybe expand a bit more on the Day 30 and maybe the Day 90 plans after closing the Ortho deal. Maybe highlight some of the first action items you're going to be undertaking.

### A - Randall J. Steward  {BIO 1885991 <GO>}

Well, I think initially, we're getting the close. We've done a lot of strategic planning, but it's really hard to really get into the execution mode until after close. Within 30

days after close, we have to file our first Q as a combined entity. So we're very focused on really, the first 90 days are actually through the end of the year to really focus on just driving both businesses, making sure that we're performing as we expect to label -- expected performance requirements and then we really get into kind of more of the combined entity execution here entering into 2023. But certainly, we will be planning during that (Multiple Speakers) period, looking at cost synergies and revenue synergies as well.

## Q - Alex Nowak {BIO 18788027 <GO>}

And just one more here. Maybe expand a bit more on the menu expansion for Sofia and QuickVue At-Home. Just wondering to start to see the new products hit the market.

## A - Randall J. Steward {BIO 1885991 <GO>}

I'm sorry, Alex, I think you were asking about additional OTC products in the OTC market?

## Q - Alex Nowak {BIO 18788027 <GO>}

OTC and standards Sofia for professional, just the menu expansion time line there and what to expect?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

I'll jump on that one, Alex. I would just say that the R&D guys would tell you, they've got a number of products in development on Sofia, and so we see that as a major growth engine moving forward. The instrument placements out there at greater than 75,000 certainly represents a huge opportunity for further development in that space. And overall, I think on the OTC side, it's more about putting together the clinical trials necessary to get these products over the OTC performance hurdles. And so more specific moving forward, clearly, as we have Phase 0, Phase I, et cetera, identified for Sofia. We'll be in a position when we do our next Analyst Day to talk about things in more detail. But obviously, at this stage, that would be premature. But rest assured, we moved from 20 R&D projects per year to over 50 that we're working on in any given year, and most of those, for the most part, are Sofia.

## Q - Alex Nowak {BIO 18788027 <GO>}

All right. Thanks for the update. Thanks.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Sure. Thank you, Alex.

## Operator

Thank you. The next question comes from Brian Weinstein with William Blair. Please, proceed.

FINAL TRANSCRIPT
Quidel Corp (QDEL US Equity)

## Q - Analyst

Hi, guys. This is Dustin on the line for Brian. Just to start with Ortho. I'm wondering since it's been about 5.5 months since you announced the deal, has there been any change into how you see the value of the asset and where the combined company could play in this space?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Yes. I would say the key change is as we get to know the team over there, we're increasingly impressed by the -- by both the executive team and the management team, and I actually see more value than we probably had anticipated. Of course, until you get to know people. And at the end of the day, it's putting people together. Until you understand that the people that you're working with more -- more and more, it's really hard to pre-deal understand the value, I would just say, personally. I look at more of the people side of things, as everybody in our company knows. And I would say, I'm super impressed by the talent in that organization.

I think Chris Smith and the executives there have brought -- board a lot of really good people, and I think that that's going to be helpful moving forward.

Other than that, we don't see anything. There's no distraction from the critical path on anything that we're working on. For the most part, I would say it's all super positive.

## Q - Analyst

That's good to hear. In terms of flu. I'm wondering, if you guys have any more visibility there? Wondering about inventory levels and anything you're seeing in the channel kind of as we prepare for next season?

## A - Randall J. Steward  {BIO 1885991 <GO>}

Yes. No, inventory levels are pretty consistent with what we've seen over the last couple of years relating to all of our core products. As you know, coming out of flu, inventory distribution is managed pretty tightly, so no buildup on that at all. We did see a little bit of increase on our COVID revenue inventories, but that's obvious since we were in pretty high demand going into the quarter. But overall, I think, on average, we're somewhere between three and four weeks of inventory at distribution. So we're in good shape with that statistic.

## Q - Analyst

Okay, great. And just one last one for us. We're wondering on what was the ex-COVID, ex-flu rapid revenue in the quarter. And what kind of pull-through are you guys seeing there? Thank you.

## A - Randall J. Steward  {BIO 1885991 <GO>}

Well, do you know ex -- Well, the pull-through, I guess -- I'll follow up with you relating to the exact number. But the pull-through actually in the quarter and all of

the core revenue is very strong. We saw a significant increase with strap with RSV as well as with our pregnancy test. So really across the board, we saw growth versus Q1 of 2021. And I'll get back with what the actual number was on that.

## Operator

Thank you. The next question comes from Casey Woodring with J.P. Morgan. Please proceed.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Hi, guys. Thanks for taking my question. On the incremental government COVID contracts passed to 35 million tests in 2Q, how conversations around stockpiling evolved since the beginning of the year? Is that something that you think is still realistic for the second half of this year or even in 2023?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

We're in consistent and weekly conversations on that topic, whether it's stockpiling or manufacturing, et cetera. And I would -- without being too specific, I would say that we can expect to see some level of orders. And as I think I've said and Randy has said, as we learn exactly what the numbers are going to be, we'll certainly let everybody know.

Yes, we are in conversations. Yes, we've had discussions about some specifics. But just as late as just a couple of hours ago, we were having a discussion on a response that we were making on a certain request. So -- but you're going to want to -- Casey, I know you're going to want to more details on that, but we'll provide that when we have more firm commitment and we'll be transparent about it for sure.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Got it. Okay. And then on Sofia ABC, how should we think about that test in an endemic COVID environment? Was that ABC number you called out for this quarter largely Omicron-driven? And should we assume kind of similar volumes between the ABC test and the flu stand-alone tests moving forward?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Well, I think it's fair to say we did see an uptick in flu in the quarter, and that drove a lot of the ABC. But you're right. It's certainly interesting that the Omicron variant and many folks manifest itself and symptoms that were very much flu-like. And a lot of people, including myself, would have described it as sort of a mild flu, and so I can see how that would drive physician behavior to make sure that we understand whether it's flu or COVID.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Got you. And then just last one for me. You talked about Savanna launching in the U.S. in the back half of the year. Can you remind us of the margin profile of both the

instrument and consumables there on Savanna? How do they compare to Sofia? And also, how do they compare to the combined company's margin profile? Thank you.

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Thanks, Casey.

### A - Randall J. Steward  {BIO 1885991 <GO>}

Yes. On Savanna, the nice thing is the instrument cost is very reasonable, so we're estimating that a lot of it is going to be on a reagent rental agreement. So we'll do it over a three to five-year contract is what we're currently estimating in the U.S. The margin profile, when we're at volume with our cartridge manufacturing, certainly, our target is to be incremental to our kind of overall 65%. So we're looking at margins probably in the below 70% margins here as we get traction going into 2023.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Got it. Thanks.

### A - Randall J. Steward  {BIO 1885991 <GO>}

You're welcome.

### Operator

Thank you. The next question comes from Jack Meehan from Nephron Research. Please proceed.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Good afternoon. And first, Randy, I just want to say, it's been both fun and great working with you over the years. I also have a feeling this won't be the end. Hopefully, see you around in San Diego or elsewhere in the future.

### A - Randall J. Steward  {BIO 1885991 <GO>}

I appreciate it. You're always (inaudible) the building.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Sounds good. I wanted to start just back on Sofia. The installed base is just kind of reflecting over the last couple of years. It's expanded a lot, 79,000 instruments now in the field. Can you just give us a mark-to-market on what the mix looks like today between physician office, hospital, urgent care versus non-traditional sites that might have scaled up for COVID?

### A - Randall J. Steward  {BIO 1885991 <GO>}

Yes. Interesting, Jack. We have seen a little shift, and we're now seeing placements. We're now seeing about a little over 15% of the placements are in urgent care. We're seeing hospitals at about 25% and then POL is around 50%. But in the hospital

FINAL TRANSCRIPT
Quidel Corp (QDEL US Equity)

2022-05-04

setting, you're now seeing an increase. And for hospital usage, around six instruments versus what we had said was four before. So I think the growth you're seeing is really in current customers, adding hospitals and additional placements as well as expanded into urgent care, as we've talked about previously.

### Q - Jack Meehan  {BIO 17561092 <GO>}

And I know like, obviously, the visibility and the kind of future COVID demand isn't great for anybody, but I was just curious maybe what you're hearing from your Sofia customers around kind of what the ongoing utilization of these instruments is going to look like, whether it'd be for COVID or some of the other assays under development?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Yes, that's a good question, Jack. I just -- we're going to have to see what we see moving forward. We're projecting and we're hypothesizing that we're going to be, we call it, post COVID. But effectively, this is just another virus that presents itself from year to year it seems. So that's the answer on that side, I think. And then moving forward, obviously, we're forecasting and we're putting together business development plans around these new assays. And I think there's a strong chance that we've identified the things that are important to our customers moving forward. I'm speaking, obviously, Jack, specifically about the things we have in development.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Got it. And then on Savanna. So submitting under EUA and then you have the 510(k) submission coming in July. Can you just talk about like what's the approval pathway looks like? Do you think you'll get EUA approval? What is the 510(k) on top of that? And just what's the time line look like for kind of full approval of Savanna?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Well, in a pre-COVID situation, I would have been able to speculate with some degree of certainty around the time line with the FDA. I think it's safe to say that, particularly on 510(k)s, that prevalence is driving the clinical trial, but then the approval process, depending on the value of the particular product. It's not quite as sure as it used to be. So in the old days, we would have said 90 days for most things, and it's entirely possible, and then it's out another month or so.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Okay. And then final question, on the cardiometabolic business, the triage sales were up 1% year-over-year, probably a little lighter than I think the way you've described revenue in a given quarter in the past. Just were there any headwinds that you saw? Just any additional color on triage specifically would be great.

### A - Randall J. Steward  {BIO 1885991 <GO>}

Yes, Jack. The shortfall was really all U.S.-based. And looking into a little bit more, I think it's more just kind of a sell-in versus a sell-through. Because we looked at the sell-through data in the U.S. and it was up, I think, in high-single digits. So I think it

was more an inventory situation than it was really a demand for the product. So, and we're going to put the growth more in the mid-single digits considering that issue. So it's more of a just timing issue than it was a sell-through issue.

## Q - Jack Meehan  {BIO 17561092 <GO>}

And maybe for you or for Doug, any thoughts on high-sensitivity troponin? Just how the feedback is from healed on that? And just any revenue contribution you can call out at this point?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

I think we had good success in launching in Europe in particular markets and we continue with the clinical trials here in the U.S. So I think the feedback from KOLs in particular who have looked at the product has been quite good. So we're not quite there yet in terms of the clinical trials, but we expect to be there shortly.

## Q - Jack Meehan  {BIO 17561092 <GO>}

Super, thank you.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Thanks, Jack.

## A - Randall J. Steward  {BIO 1885991 <GO>}

Yes. Thanks, Jack.

## Operator

Thank you. The next question comes from Andrew Cooper with Raymond James. Please proceed.

## Q - Andrew Cooper  {BIO 18644983 <GO>}

Hi, guys. Thanks for the questions. And Randy, as everybody else's sentiment, it's been fun to watch everything over the last many years and wish you the best if we don't see you quite as often anymore. Maybe just first on Savannah. We just listen to Ortho callout. Some chip issues far from the only ones I think, Doug, you commented in the past, that's been a little bit of a challenge for the instrument side. So are you able to build some inventory for as we head into this U.S. launch? And then once you close the deal, is there anything in that, say, you might get a little bit more leverage with some of these chip suppliers? Anything to look out on that front?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

That's a very interesting question, Andrew, and I would say that we've had challenges that we've sorted through for the most part. We're not in a position where we're building a ton of inventory, but at the same time, we're making progress. We're building enough instruments to put more instruments in the R&D organization. We're building more instruments that can supply the European launch.

And certainly, we're anticipating having some level of inventory as we launch. So it's a great question, though, because worldwide supply chain issues are pretty big across the board. But I do think that we have an opportunity in combining the company to explore things that we can jointly do together.

Certainly, Ortho purchases a lot of products that go into their instrumentation, and that could be helpful. But that's something to work on and explore, and I'm hopeful that's the case. Because at the end of the day, I see the only constrained with the launch, honestly, being our ability to get enough instruments into the market as quickly as possible as well as our ability to manufacture cartridges at very, very high volumes. So we've learned a lot about hyperscaling. Got an organization that's got a lot of strength now that we didn't have before in terms of the supply chain. Phil (Inaudible) and the team in operations have done a phenomenal job so far. So a lot of work to be done, but I'm pretty confident in the team, and I've got some talented folks that are working on it.

### Q - Andrew Cooper {BIO 18644983 <GO>}

Okay. Great. And maybe just one more. I think you commented that I think the number was 87 projects from the cross-functional teams. Can you give us a sense for how many -- how much of the $90 million of cost synergies may come from those projects? What's fully identified and fully based versus, hey, we've identified something but don't quite have the plan really put together? Just sort of where are we trying to capture that $90 million right away?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Well, we're aimed in what we're going to achieve in 2023, and we expect to have a road map that we can help describe for you in terms of all that. I would say that for the most part of the things that we have identified where possible reductions are shortly there, and there are others that give us great confidence that the number that we've called out is not over projected. So year one, 2023, as we were aimed at right now, I would just say, based on what I know right now, I'm pretty confident.

### Q - Andrew Cooper {BIO 18644983 <GO>}

Great. I'll stop there. Thanks for the questions.

### Operator

Thank you.

### A - Randall J. Steward {BIO 1885991 <GO>}

Thanks, Andrew.

### Operator

(Operator Instructions) There are no additional questions. I'm sorry. We do have a follow-up from Andrew Cooper. Please proceed.

## Q - Andrew Cooper {BIO 18644983 <GO>}

I was trying to be generous and let other people ask, but I'll fire one more at you guys. Just in terms of Sofia Q, it came up a couple of times in the call, but trying to get a sense for what the hurdles are to get that product to market a little bit more aggressively and what you're looking for before we can expect more concrete commentary and a broader launch?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yes, I like the question, Andrew. The products performed exceedingly well with the COVID products that we had, but we made a determination of launching into the market with one product was not a great idea, and so we're working on what other menu items would go on that. And we have manufactured -- there is a situation where we've got inventory, so we're looking at what other products that we'd want to put on that. And specifically, I think it's probably a pretty good product for the professional market. But obviously, it could be a candidate for an OTC product as well.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Okay. Great. Thanks again.

## Operator

Thank you. That is all the time we have today. Please proceed with your presentation or any closing remarks.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Well, I'll conclude just simply by saying it was a great quarter. The team really stepped up and rose to the challenge, and I appreciate it very much.

I don't want to sign off before saying that I know you all appreciate very much the way that you've dealt and communicated with Randy over the years, and he's still going to be around. We're going to try to keep him in the game. He's got that place in Santa Fe that he can't wait to get to, but we're still trying to dangle and carry out there to keep him involved. And he's got a wealth of experience. And in addition, he's collegial, he's determined, he's optimistic, and we're still going to keep them at for a while, But he's going to be very helpful as we move through the integration. There's not too many people in our space that have his sets of experiences. He's a little bit feisty from time to time, but that's a good thing. So, I'll just say on behalf of you all and our company that we appreciate Randy, everything he's done. And with that, I would say thanks, everybody, for your interest in Quidel and I hope you enjoy the rest of the day.

## Operator

Ladies and gentlemen, we thank you for your participation and ask that you disconnect your lines. Goodbye.

Quidel Corp (QDEL US Equity)

2022-05-04

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*