# Exhibit 14

# QuidelOrtho™

## William Blair 42nd Annual Growth Stock Conference

June 08, 2022

**QuidelOrtho**™

# Forward-Looking Statements and Non-GAAP Financial Measures

**Forward-Looking Statements**: This presentation of QuidelOrtho Corporation ("QuidelOrtho" or the "Company") contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. You can identify these statements and other forward-looking statements in this presentation by words such as "may," "will," "would," "expect," "anticipate," "believe," "estimate," "plan," "intend," "continue," or similar words, expressions or the negative of such terms or other comparable terminology. These statements include, but are not limited to, the benefits and results of the business combination transaction and integration of the businesses of Quidel and Ortho, including QuidelOrtho's execution of cost and revenue synergies, commercial and other strategic goals, future financial and operating results, future plans, objectives, strategies, expectations and intentions and other statements that are not historical facts. Such statements are based upon the current beliefs and expectations of QuidelOrtho's management and are subject to significant risks and uncertainties. Actual results may differ from those set forth in the forward-looking statements. The following factors, among others, could cause actual results to differ from those set forth in the forward-looking statements: the challenges and costs of integrating, restructuring and achieving anticipated synergies as a result of the business combination; the ability to retain key employees; and other economic, business, competitive, and/or regulatory factors affecting the business of QuidelOrtho generally. Additional risks and factors are identified under "Risk Factors" in QuidelOrtho's joint proxy statement/prospectus filed with the Securities and Exchange Commission (the "Commission") on April 11, 2022 and subsequent reports filed with the Commission. You should not rely upon forward-looking statements as predictions of future events because these statements are based on assumptions that may not come true and are speculative by their nature. QuidelOrtho has no obligation to update any of the forward-looking information included in this presentation, whether as a result of new information, future events, changed expectations or otherwise, except as required by law.

**Non-GAAP Financial Measures**: This presentation contains financial measures, such as constant currency growth rate, Adjusted EBITDA, Adjusted EBITDA margin, and adjusted EPS, which are considered non-GAAP financial measures under applicable rules and regulations of the Commission. These non-GAAP financial measures should be considered supplemental to, and not a substitute for, financial information prepared in accordance with generally accepted accounting principles in the U.S. ("GAAP"). QuidelOrtho's definitions of these non-GAAP measures may differ from similarly titled measures used by others. QuidelOrtho generally uses these non-GAAP financial measures to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results, and comparison to competitors' operating results. These non-GAAP financial measures reflect an additional way of viewing aspects of QuidelOrtho's operations that, when viewed with GAAP results and the reconciliations to corresponding GAAP financial measures, may provide a more complete understanding of factors and trends affecting the Company's business. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and publicly filed reports in their entirety. Reconciliations of the non-GAAP financial measures to the most directly comparable GAAP financial measures are included in the Appendix to this presentation.

**QuidelOrtho**™

# Our History and Future Focus



**1939 — 1978**

**1979 — 2019**

**2020 — 2021**

**2022 +**

- Ortho formed in 1939 within Johnson & Johnson
- Ortho pioneered blood typing and testing
- Ortho acquired Kodak patented dry slide technology
- Ortho became a leader in infectious disease testing, including the first antibody tests for Hepatitis C and HIV

- Quidel founded in 1979
- Ortho became an independent company in 2014
- Quidel became a pioneer in POC diagnostics with first CLIA waivers for Flu, Strep and H. pylori tests
- Quidel doubled revenues with acquisition of Triage and BNP Businesses from Alere
- Ortho is recognized worldwide for trusted brand and service

- Quidel launched Savanna MDx system ex-US
- Quidel transformed into a diagnostics leader with QuickVue At-Home OTC COVID-19 Test and Sofia SARS Antigen test

- QuidelOrtho created in business combination Jof Quidel and Ortho Clinical Diagnostics
- Integrate and drive combined value creation
- Execute on both cost and cross-selling revenue synergies
- Accelerate penetration of high growth segments of MDx, POC, and At-home

3

**Quidel**Ortho™

# Key Messages

 **The combination creates an in vitro diagnostics leader, bringing together innovative, complementary products, solutions, and services that enhance the health and well-being of patients across the globe**

 **Integration of the organizations is our top priority, while maintaining the culture that defines us and our unrelenting focus on commercial excellence**

 **Focus on base business execution, while accelerating and exceeding cost and revenue synergy targets**

4

**Quidel**Ortho™

# Highly experienced management with proven track record



**Doug Bryant**
Chairman and
Chief Executive Officer

- President and CEO
  of Quidel from 2009 - 2022
- 30+ years of industry experience in
  both the diagnostics and life
  sciences markets
- Formerly EVP and COO at
  Luminex Corporation
- Previous senior leadership roles
  at Abbott laboratories



**Robert Bujarski**
President and
Chief Operating Officer

- Chief Operating Officer
  of Quidel 2020 – 2022
- 30+ years of enterprise experience
  spanning operational, commercial,
  and legal functions within the
  diagnostics sector
- Served in various senior
  leadership roles at Quidel
  since 2005



**Joe Busky**
Chief Financial Officer

- Chief Financial Officer
  of Ortho 2020 – 2022
- 30+ years public and private-equity
  company experience
- Formerly CFO of Vyaire Medical
- Finance leadership across global
  diagnostics – Dade Behring,
  Siemens – as well as medtech,
  telecom and marketing services



**Michael Iskra**
Chief Commercial Officer

- EVP of Commercial Excellence and
  Strategy of Ortho 2020 – 2022
- 25+ years commercial and
  operations - diagnostics and
  healthcare experience
- Served as President of Ortho North
  America 2015 – 2020
- Previous senior leadership roles at
  Healthways and Bayer, Siemens
  Diagnostics

**QuidelOrtho™**

# QuidelOrtho: A Global In Vitro Diagnostics Leader

customers in
## 130+
Countries and Territories

more than
## 330
Products
across instruments and assays

approximately
## $3.7B
In 2021 Revenue

more than
## 30%
Adjusted EBITDA Margin
across instruments and assays[1]

more than
## 6K
Teammates
Including >2,600
customer-facing employees

## $50B
Total Addressable Market

approximately
## 100K
Instrument Installed Base

more than
## $700M
Operating Cash Flow[2]

1. Based on management's estimates for 2023 Pro forma Adjusted EBITDA per the joint proxy statement
2. Based on management's long-term estimate beginning in 2023

6

QuidelOrtho™

# Combination creates a global IVD leader

**Top-6**

Diagnostics player

**100,000+**

Instrument installed base across all platforms

**130+**

Countries



**FY 2021 IVD Revenue**

*($ in billions)*

| Company | Revenue | '22 – '24E revenue CAGR[6] | '22E EBITDA margin[6] |
|---|---|---|---|
| Roche [1] | 19.3 | 3.8% | 39.8% |
| Abbott [1] | 15.6 | 5.2% | 28.6% |
| DANAHER [1] | 9.8 | 5.9% | 35.0% |
| SIEMENS Healthineers [1] | 5.9 | 6.0% | 21.0% |
| ThermoFisher SCIENTIFIC [2] | 5.7 | 6.2% | 27.9% |
| QuidelOrtho Pro forma | 3.7 | **11.2%** | **31.5%** |
| HOLOGIC [1] | 3.7 | (3.2%) | 40.9% |
| BIOMÉRIEUX | 3.7 | 5.2% | 24.4% |
| PerkinElmer [1] | 2.9 | 5.1% | 28.6% |
| sysmex | 2.7 | 7.2% | 27.1% |
| Ortho Clinical Diagnostics | 2.0 | 6.4% | 27.1% |
| QUIDEL | 1.7 | 20.5% | 40.4% |
| BIO-RAD [4] | 1.5 | 7.0% | 23.6% |
| DiaSorin [3, 5] | 1.4 | 5.5% | 35.3% |
| QIAGEN [1] | 1.1 | 5.7% | 35.2% |

Source: Company filings, Equity research and FactSet as of 03/07/22
[1] Represents Diagnostics business segment
[2] Represents Specialty Diagnostics business segment
[3] Pro forma for acquisition of Luminex
[4] Represents Clinical Diagnostics business segment
[5] Represents FY 2020 revenue
[6] Represent WholeCo consensus estimates except for Ortho, Quidel and QuidelOrtho Pro Forma; Ortho based on Ortho management projections disclosed in joint proxy statement, excluding synergies; Quidel based on Quidel management projections disclosed in joint proxy statement, excluding synergies

***Improved scale diversifies revenue, allows for greater penetration of key channels and increases long-term M&A capacity***

7

**QuidelOrtho**™

# Large and growing markets

| | Point-of-Care | Clinical Chemistry | Immunoassay (Central Lab) | Molecular Diagnostics | Transfusion Medicine |
|---|---|---|---|---|---|
| Total Addressable Market[1] | $15.2B | $7.5B | $17.0B | $20.6B | $2.1B |
| Steady State Growth[2] | 7-9% | 3-5% | 6-8% | 8-10% | 2-4% |
| Expected Drivers | • Expanded access<br>• Decentralization & Consumerization<br>• Innovations in performance and menu | • Growing appreciation for value of routine Dx<br>• Rise of preventative care, wellness screening<br>• Aging population | • Menu expansion<br>• Adoption of high-value tests (e.g., PCT, AMH)<br>• Installed base upgrades | • Demand for gold-standard sensitivity<br>• Ubiquitous COVID adoption<br>• Rise of syndromic testing | • Expanded access<br>• Proliferation of advanced surgeries requiring T&S<br>• Accelerated plasma donations and novel applications |
| Mix of Business[3] | 25-30% | 20-25% | 20-25% | 5-10% | 20-25% |
| ~$50B Total Market Served[4] with High-Single-Digit Growth | | | | | |

1. Sourced from IQVIA; 2. Steady State Growth based on management's estimates and exclude spike of COVID-19 revenues; 3. Estimated mix of 2023 business; 4. Estimated $50B Servable by QuidelOrtho -- $20.6B MDx market 40% servable, reducing segment to ~$8B (non-servable segments: HT MDx and Large Panel Syndromic MDx)

**QuidelOrtho**™

# Positioned to take advantage of market trends

| | QUIDEL | Ortho Clinical Diagnostics |
|---|:---:|:---:|
| **Manage chronic conditions** | ✓ | ✓ |
| **Surgical intervention** | ✓ | ✓ |
| **Emerging infectious diseases** | ✓ | ✓ |
| **Diagnostic tests to support newly invented markers** | ✓ | ✓ |
| **Repeated therapy monitoring** | ✓ | ✓ |
| **Increased demand for testing at home and at the patient's bedside** | ✓ | — |
| **Greater reliance on automated / simple testing** | — | ✓ |
| **Systems that generalists can run** | ✓ | ✓ |
| **Automation of rule-based testing** | — | ✓ |
| **Industry consolidation** | ✓ | ✓ |
| **Decentralization of the care setting** | ✓ | — |
| **Commoditization of diagnostic testing** | ✓ | ✓ |
| **Demand for value beyond test results** | ✓ | ✓ |

**Rising demand for diagnostic testing**

**Limited skilled resources to manage growing demand**

**Additional macro industry trends**

9

**QuidelOrtho**™

# Market trends – proliferation of testing sites

| CENTRALIZED | DECENTRALIZED |
|---|---|
| Higher Throughput<br>Expert User<br>~75% Testing Distribution | Lower Throughput<br>Non-expert User<br>~25% Testing Distribution |

| REFERENCE LABS<br>*High/Moderate Complexity Testing* | HOSPITALS<br>*Moderate Complexity Testing* | AMBULATORY CLINICS and SPECIALTY SETTINGS<br>*Moderate Complexity to Waived Testing* | | | | | | | RETAIL<br>*Waived Testing* | HOME<br>*Waived Testing* |
|---|---|---|---|---|---|---|---|---|---|---|
| Quest LabCorp ARUP / Public Health / IDN Core Labs | Large Hospital / Med-Small Hospital | Microhospital | Free Standing ER | Physician Office | Urgent Care | Surgical Center | OB/GYN | Sexual Health | Consumer-oriented Ambulatory Network | OTC Self-testing |

### Big Box Country

- High-volume throughput, automation, robotics
- Connectivity
- Expert user
- High capital investment
- Broad, scalable end-to-end productivity solutions
- Broad menu / panels
- Centralized purchasing
- Low price per test
- Factory / Commoditization mentality

### Land of Opportunity

- Lower-volume throughput per site, Limited maintenance
- Connectivity
- Non-expert user
- Lower capital investment
- Strong reimbursement
- Instrument / reagent / consumable architecture addresses limited space and ambient storage constraints
- Supports workflow simplicity, ease of use, predictive user experience
- Selective menu will vary by site
- Focus on turn-around time (TTR <30 minutes), clinical value (at point of impact), patient satisfaction (avoid return appointments)
- Strong on-market training and support network

*Chart is an approximate distribution of testing sites in the US market* | *Internal Analysis – Corporate Strategy & Insights*

**Quidel**Ortho™

# Menu of offerings covers the entire diagnostics spectrum

| ~ $23B | ~ $25B | ~$2B |
|---|---|---|
| **Point-of-care** | **Clinical Laboratories** | **Transfusion Medicine** |



**QUIDEL®**

**Rapid Point-of-Care Testing Specialist with a state-of-the-art Molecular Diagnostics Platform**

**A Segment Leader in PoC Cardiac and Respiratory Rapid Testing**

QuickVue®    Triage®    Sofia®    Savanna®

**Ortho Clinical Diagnostics**

**Leading Clinical Laboratory and Transfusion Medicine Specialist with differentiated Dry Slide technology**



**A Segment Leader in acute care and "STAT" Labs**

VITROS® XT 3400    VITROS® XT 7600

VITROS® 5600    VITROS® Automation



**A Segment Leader in Immunohematology**

ORTHO VISION®

ORTHO OptixTM    ORTHO WORKSTATION

*Complementary portfolios expected to drive increased pull-through and deeper customer relationships*

11

**QuidelOrtho**™

# Expected growth drivers

 **Integration of the organizations and execution on both cost ($90M) and revenue ($100M) synergies, while maintaining the culture that defines us**

 **Cross-selling of our combined product portfolio through our global commercial teams with a key focus on OUS opportunities**

 **Continued implementation of Ortho's Commercial Excellence program that is driving the penetration of the market by our integrated clinical lab instruments and the pulled-through of recurring revenues**

 **Menu pull-through on the large 79K installed base of Sofia instruments**

 **Securing global regulatory clearances for Savanna and penetrating the high-growth molecular diagnostic market**

 **Investment of our strong balance sheet and cash flows into R&D to support menu expansion across our platforms, as well as innovative new instruments**

**QuidelOrtho**™

# Multiple product-based growth drivers

## Savanna

**Fully-integrated rapid multiplex Molecular system**

- Easy-to-use, with one of the fastest turnaround times and a small footprint utilizing a cost-effective mini-panel concept
- Securing global regulatory clearances for Savanna and penetrating the high-growth molecular diagnostic market
- System has strong appeal in Ortho's small-to-medium sized hospital customers



Savanna®

## Sofia

**Point-of-Care system that is uniquely positioned for the decentralization of testing**

- Revenue pull-through opportunity created by the expanded 79K installed base (up 37K or 90% since 4Q19)
- Menu expansion to include Respiratory virus panel, c. difficile, and other gastrointestinal assays
- Opportunity for expansion into retail and at-home markets



Sofia®

## Triage

**Cost effective, easy to use instrument for cardiovascular and toxicology diagnostic assays that is used in hospital POC settings**

- Significant OUS opportunities that are expected to be much of the near-term cross-selling revenue synergies
- New assays (TriageTrue hsTroponin; Traige PLGF) are expected to accelerate growth



Triage®

## Integrated Clinical Lab Analyzer Systems

**Higher throughput analyzers that have been driving Ortho's improved growth profile**

- Installed base has been growing at double-digits with a long runway to go
- Pulls through both clinical chemistry and higher margin immunoassay consumable revenue
- Refreshed VITROS 5600 Analyzer is expected later this year



VITROS® 5600



VITROS® XT 7600

13

**QuidelOrtho™**

# Savanna's differentiators include cost advantage, panel size and TAT

*System has strong appeal in Ortho's small-to-medium sized hospital customers*

**1**    **Multiplexing technology provides quick diagnosis in one sample**
- Magnetic bead based nucleic acid isolation
- 4 color PCR multiplexing for up to 12 analytes/run

**2**    **Fast turnaround time**
- Sample-to-answer in under 25 minutes
- qPCR with 45 cycles in < 12 minutes

**3**    **Fully integrated, easy-to-use system**
- Direct swab and liquid sample compatibility
- Reagents stable at room temperature

**4**    **Scalable: modularity allows use in low / mid volume settings**
- Auxiliary bays added vertically or horizontally

**5**    **Assay versatility**
- Qualitative/quantitative assays compatible
- Combined pathogen/AST testing in one assay run

**6**    **Assay development strategy**
- Develop critical mass of assays near launch time
- Scalable assay manufacturing concept



**Mini-panel assay cartridges for: RVP4, RVP11*, HSV-VZV-TP*, GI Panel* (B/V), STI Panel*, Pharyngitis***    *assays under development.

QuidelOrtho™

# Global commercial footprint provides channel to accelerate compelling product portfolio

- ✓ Global infrastructure across 130 countries
- ✓ Strong presence in mid- and high-volume hospitals
- ✓ 2,300 global commercial teammates
- ✓ Proven track record of worldwide commercial excellence

■ Current Quidel commercial presence

■ Additional geographies accessed via existing Ortho commercial infrastructure



*Significant opportunity for global cross-selling and channel pull-through with combined infrastructure*

15



# Integration & Financials

**QuidelOrtho**™

# Strong execution on integration with clear milestones ahead

*Process allows the rest of the organization to continue running and growing the businesses*



**Executive steering committee**

**Integration management team**

 **Closed the deal & prepared for integration**

 **Integrate the organization**

 **Capture synergies**

| Announcement – Close | 0 – 12 months | 0 – 36 months |
| --- | --- | --- |
| • Business unit structure<br>• Regional leaders<br>• Systems integration roadmaps<br>• Day 1 readiness plans | • Integrate leadership team<br>• Cultural alignment & operating model<br>• Functional plans to target<br>• R&D pipeline optimization and leverage | • Day 1 cross-selling targets<br>• Region / country / product opportunity maps<br>• Savanna launch prioritization and plans<br>• G&A synergy execution |

# Strong financial profile w/ significant synergy opportunities[1]



| | |
|---|---|
| Addressable market opportunity | ~$50B |
| Long-term revenue growth outlook | HSD-DD CAGR[2] |
| EBITDA margin[3] | >30% |
| EPS | Accretive to cash EPS within 12 months of close |
| Operating cash flow[4] | >$700M |
| ROIC[5] | High single digits |
| Net debt / Adjusted EBITDA | ~2.0x[3] |



## Synergy opportunity

**Cost**
- **~$90 million** of achievable annual cost synergies identified from optimizing combined company infrastructure, representing ~5% of estimated total operating costs

**Revenue**
- **~$100 million** of expected annual revenue synergies from transaction
- **~70% of revenue synergies expected from Molecular products** – cross-selling into same call-points and using geographical footprint and expertise outside U.S. to launch new products like Savanna
- Long-term R&D synergies as we **leverage cross-portfolio opportunities**, like POC chemistry or high throughput molecular capabilities in the hospitals

**Tax**
- Prior-year NOLs of $1.2 billion create potential cash tax benefit for combined company

1. Based on management's estimates
2. Long-term revenue growth outlook based on management's estimates in the joint proxy statement, including revenue synergies
3. Based on management's estimates for 2023 Pro forma Adjusted EBITDA per the joint proxy statement
4. Based on management's long-term estimate beginning in 2023
5. ROIC adjusted to include realization of cash tax benefits



# Very Little Customer Overlap, Even in the United States

## Analysis of Top 20% U.S. Customer Accounts, which represent vast majority of revenue

**Revenue by End Segment**

**Account by End Segment**

**Hospitals**
- Revenue: 31% | 18% | 51%
- Account: 45% | 23% | 33%

**POLs**
- Revenue: 11% | 84% | 5%
- Account: 3% | 91% | 7%

**Labs**
- Revenue: 21% | 53% | 26%
- Account: 12% | 57% | 31%

**Legend:** ■ Overlapping  ■ Non-Overlapping Quidel  ■ Non-Overlapping Ortho

Notes: POL stands for Physician Office Lab

19



# 1Q 2022 / FY 2021 Pro Forma Financial Results[1]

| | 1Q22 | 1Q21 | Growth | 2021 | 2020 | Growth |
|---|---|---|---|---|---|---|
| Total Revenue | $1,502 | $882 | +72% | $3,741 | $3,428 | +8% |
| Adjusted EBITDA | $780 | $390 | +100% | $1,518 | $1,563 | (3%) |
| Adjusted EBITDA Margin | 52% | 44% | +770bps | 41% | 46% | (500bps) |

**2021 Business Unit Revenue**



**2021 Regional Revenue**



**2021 Category Revenue**



1. All dollar amounts are in millions; Revenue growth rates are shown on a constant currency basis; The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period. This additional non-GAAP financial information is not meant to be considered in isolation from or as substitute for financial information prepared in accordance with GAAP. See reconciliation of non-GAAP measures included in Appendix.
2. Other regions include Latin America, Japan and ASPAC

**Quidel**Ortho™

# Successful Debt Refinancing Saves $45M Interest Expense



### QuidelOrtho Debt

**$2.75 B**
Term Loan A

**~$700 M**
Operating Cash Flow[3]

**<3%**
Interest Rate

**~2.0x**
Net Debt to adjust EBITDA Ratio[4]



### Legacy Ortho Debt[1]

**$2.2 B**
Total Debt

**<$300 M**
Operating Cash Flow

**>5%**
Interest Rate

**3.7x**
Net Debt to LTM EBITDA Ratio[2]

1. As of 1Q22 and 12 months ended 1Q22
2. Represents LTM EBITDA as of 1Q22
3. Based on management' s long-term estimate beginning in 2023
4. Based on management estimates for 2023 Pro forma Adjusted EBITDA per the joint proxy statement



**Quidel**Ortho™

# Key Messages

 **The combination creates an in vitro diagnostics leader, bringing together innovative, complementary products, solutions, and services that enhance the health and well-being of patients across the globe**

 **Integration of the organizations is our top priority, while maintaining the culture that defines us and our unrelenting focus on commercial excellence**

 **Focus on base business execution, while accelerating and exceeding cost and revenue synergy targets**

23



**Appendix**

QuidelOrtho™

# Pro Forma Adjusted EBITDA Reconciliation

| $ millions | Fiscal Quarter | | Fiscal Year | |
| --- | --- | --- | --- | --- |
| | Q1 2022 | Q1 2021 | 2021 | 2020 |
| Pro Forma Net Income | $494.7 | $139.0 | $649.9 | $598.4 |
| Interest expense, net | 33.5 | 45.4 | 151.8 | 206.7 |
| Provision for income taxes | 144.2 | 47.1 | 224.5 | 216.6 |
| Depreciation and amortization | 95.7 | 95.8 | 383.5 | 375.0 |
| Stock-based compensation | 2.5 | 3.5 | 22.2 | 8.6 |
| Restructuring and severance-related costs | 1.0 | 1.3 | 8.2 | 11.7 |
| Loss on extinguishment of debt | — | 50.3 | 50.3 | 23.0 |
| Acquisition and integration-related costs | 8.7 | 0.7 | 16.5 | 3.7 |
| Tax indemnification (income) expense, net | (0.2) | (0.2) | 0.8 | 31.2 |
| Costs related to Ortho's initial public and secondary offerings | — | 3.8 | 5.4 | 7.8 |
| EU medical device regulation transition costs | 0.7 | 0.9 | 4.0 | 4.3 |
| Loss (gain) on other investments | 0.1 | 0.1 | (0.9) | 0.5 |
| Arbitration award | — | — | (7.4) | — |
| Change in fair value of contingent consideration | — | — | 0.2 | 1.4 |
| Unrealized foreign currency losses | — | — | — | 63.0 |
| Other adjustments | (0.5) | 2.3 | 9.0 | 11.1 |
| Pro Forma Adjusted EBITDA | $780.4 | $390.0 | $1,518.0 | $1,563.0 |

Unless otherwise noted, dollars are at actual foreign exchange rates.

Pro Forma Net Income and Adjusted EBITDA include the results of historical Quidel and Ortho and do not include any pro forma adjustments required under Regulation S-X Article 11 or ASC 805.

# Reported and Constant Currency Revenue Reconciliation

| $ millions | Fiscal Quarter | | Percent Change | Currency Impact | Constant Currency [1] |
|---|---|---|---|---|---|
| | Q1 2022 | Q1 2021 | | | |
| Pro Forma Revenue | $1,502.4 | $882.1 | 70% | (2)% | 72% |

| $ millions | Fiscal Year | | Percent Change | Currency Impact | Constant Currency [1] |
|---|---|---|---|---|---|
| | 2021 | 2020 | | | |
| Pro Forma Revenue | $3,741.4 | $3,427.8 | 9% | 1% | 8% |

Pro Forma revenue includes the results of historical Quidel and Ortho and does not include any pro forma adjustments required under Regulation S-X Article 11 or ASC 805.

The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally-derived currency exchange rates held constant for each year. This additional non-GAAP financial information is not meant to be considered in isolation from or as substitute for financial information prepared in accordance with GAAP.

26

QuidelOrtho™

# Thank You