# Exhibit 15

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)
2022-08-04

# Q2 2022 Earnings Call

## Company Participants

- Bryan Brokmeier, vice president of investor
- Douglas C. Bryant, Chairman and Chief Executive Officer
- Joseph M. Busky, Chief Financial Officer
- Unidentified Speaker

## Other Participants

- Alex Nowak, Analyst, Craig-Hallum
- Andrew Cooper, Analyst, Raymond James
- Casey Woodring, Analyst, J.P. Morgan
- Jack Meehan, Analyst, Nephron Research
- Unidentified Participant

## Presentation

### Operator

Welcome to the QuidelOrtho second quarter 2022 Financial Results Conference Call and Webcast. At this time, all participants are in a listen-only mode. (operator instruction) I would now like to turn the call over to Bryan Brokmeier, Vice President of Investor Relations. Please proceed.

### Bryan Brokmeier {BIO 16674925 <GO>}

Thank you operator, good afternoon everyone and welcome to the Quidel Ortho Second Quarter Financial Results Conference Call. With me today to discuss our financial results are Doug Bryant, Quidel Ortho's Chairman and CEO, and Joe Busky, Quidel Ortho's Chief Financial Officer. This conference call is being simultaneously webcast on the Investor Relations page of our website and a version of today's presentation can be downloaded there. Before we begin, I will cover our Safe Harbor statement. Some of the statements we will make during this call about the company's future expectations, plans and prospects constitute forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, which provides a Safe Harbor from such statements. Our use of forward-looking statements is subject to a number of risks, uncertainties and other factors that could cause actual results to differ materially from our current expectations. These risks and uncertainties include, but are not limited to those factors identified in the joint proxy statement-prospectus, our quarterly report on Form 10-Q that we plan to file tomorrow and our other filings with the SEC. Please refer to our SEC filings for a more detailed discussion of forward-looking statements and the risks and

uncertainties of such statements. We cannot assure you that the forward-looking statements we make or are implied by our statements will be realized. Furthermore, this conference call contains time-sensitive information that is accurate only as of today. Except as required by law, we undertake no obligation to update any forward-looking statements or time sensitive information to reflect future events, developments, or changed circumstances or for any other reason. Also, during today's call to facilitate a comparison of the company's operating performance in the second quarter of 2021, the second quarter of 2022, we will be discussing supplemental second quarter 2022 and 2021 revenue and adjusted operating results as if Quidel and Ortho have been combined for the applicable periods. We will refer to our supplemental combined information. The supplemental combined information as well as certain other items that we will discuss do not conform to US Generally Accepted Accounting Principles or GAAP, please see Slide 3 for a list of non-GAAP measures. Reconciliations of these non-GAAP measures to the most directly comparable GAAP measures are included in the appendix of the investor presentation and press release issued this afternoon, both of which are available on the Investor Relations page of the QuidelOrtho website. Lastly, unless stated otherwise, all year-over-year revenue growth rates, including revenue growth ranges given on today's call are given on a comparable constant currency basis. Now, I would like to turn the call over to Doug Bryant, QuidelOrtho's Chairman and CEO, Doug.

## Douglas C. Bryant {BIO 4167718 <GO>}

Thank you, Bryan. Good afternoon, everyone. As Quidel and Ortho have combined to become QuidelOrtho, this is our first call as a combined company. Thanks for joining us. I sincerely appreciate your time and your interest in our company. For those of you that were either shareholders of the Ortho business or are entirely new to our story, I joined QuidelOrtho from the Quidel business, where I was President and CEO for more than 13 years along with Bryan joining me on this afternoon's call is our Chief Financial Officer, Joe Busky. Both Joe and Bryan joined us from the Ortho-Clinical Diagnostics business. I'm happy to have them Joining me on this afternoon's call. Beginning with our results, we delivered strong performance highlighted by 37.5% supplemental combined revenue growth, 32% supplemental combined adjusted EBITDA margin and triple-digit supplemental combined adjusted EPS growth as the newly formed team did a terrific job in executing on our strategic priorities. Excluding COVID supplemental combined revenue grew 9% year-over-year. I'm very pleased with the way both of our organizations have engaged each other and coalesced in such a short amount of time. We had strong execution across the Quidel Ortho businesses as our commercial R&D and operations teams maintained their focus on both near term and longer term growth opportunities. Supplemental combined revenue for the second quarter, including both Quidel and Ortho for the full quarter reached $898.5 million, supported by double-digit growth in point of care and molecular diagnostics along with solid high-single digit combined growth for labs and transfusion medicine.As we review our notable achievements in the quarter, I'd like to introduce our 5 strategic priorities, which are 1. Integration in corporate culture, 2. Product innovation, 3. Global commercial excellence, 4. Operational excellence and 5. Capital deployment. And I'll start with the integration in our culture. The integration of the 2 organizations is our top priority. As I emphasized on prior calls, we started on the pre-integration

work almost immediately following the announcement of the signing of the business combination agreement in late December, enabling us to hit the ground running with the integration immediately after we completed the transaction at the end of May. As we work through the integration, we are focused on maintaining business as usual keeping our unrelenting focus on our employees and commercial excellence while preserving the best attributes of both cultures as we define our company going forward. We made substantial progress since the transaction closed on May 27, We achieved over 240 critical integration milestones, identified over 100 integration projects and are executing on over 2 dozen functional and cross-functional work streams. We announced my leadership team as well as other senior executives developed business unit structures, announced regional leaders and established systems integration road maps. We appointed a strong integration leader who is focused on cultural alignment, combining our operating models and monitoring plans for our specific G&A synergy targets. To minimize customer disruption and maintain our industry awarded service levels, regional commercial leaders were announced soon after we closed and we are organizing joint commercial efforts as quickly as possible. Beginning with the US lead-sharing program that is expected to accelerate cross sales. Through this process, we are finding that the 2 organizations balance each other quite well. Quidel has proven to be agile and innovative allowing it to take advantage of market opportunities to grow rapidly. Ortho on the other hand, with its long history in the diagnostics market has established global infrastructure and processes that enable it's stable 93% recurring revenue. That balance of agility and stability is critical as we plan to drive market share gains by responding to the needs of the market more quickly and serving our customers better and some of our bigger competitors. As discussed on prior calls, we expect to realize cost synergies from the transaction of $99 million and cross-selling revenue synergies or $109 million by the end of the year through the following the transaction close.Though we do expect the commercial momentum to continue beyond that time frame. While our integration is still in the early days, the pieces are aligning and the chemistry is even better than expected, which is remarkable given our high expectations. With this progress in mind, our leadership team is even more excited now than when we first announced the deal. Moving on to product innovation.In addition to executing against our integration plans, our team is working to further advance our product pipeline. We will continue to make significant investment in R&D to advance Savanna, our new molecular multiplexing platform. While supporting continued expansion of both our Sofia and Betrust test menus. Across the board, we've made good progress on the approximately 100 R&D projects we currently have underway. Long term, we plan to continue to invest in R&D to develop and broaden our portfolio, which we will leverage to accelerate worldwide market penetration. As chairman early on, I made the decision to establish the Science and Technology Board Committee to oversee and advise management on innovation, new product development and strategic R&D goals and objectives, which I think is critical at this point in time. Led by our Lead Independent Director, Dr Ken Buechler, the co-founder of Biosite, and the creative genius behind the development of the Triage product line, the members of this committee have incredible expertise that we will leverage. Next well, I won't talk about all the projects on this call, I can provide you with a few updates, some of our key growth drivers, starting with our point-of-care business unit, we are driving progress on Sofia, which has come a long way in a few short years. Since the pandemic began, we grew the Sofia installed base by approximately 90% to 80,000 instruments. The best majority

of this installed base remains active and most of the instruments we placed during the pandemic included signed 3-year contracts around COVID, flu, Strep and RSV tests. This is driving strong growth for all these assets. Joe will expand further with our non-COVID revenue per analyzer is up significantly over the last year, which justifies the many R&D projects underway to further expand our Sofia test menu. Our commercial team is focused on driving menu pull through and Sofia and supporting incremental per unit revenue growth. Importantly, our significant leadership position in the flu testing market has translated into significant demand for our ABC combo test, the test for both flu A and flu B as well as COVID-19. We are also excited about our progress toward delivering the first high sensitivity cardiac troponin solution for the point of care market. Due to the pandemic, the clinical validation has taken longer than originally planned. Our 18 clinical sites are continuing to enroll subjects with the expectation of meeting the FDA's performance criteria later next year. We expect the 5-10 K submission will follow shortly after the completion of the clinical validation and we will utilize the combined cardiac expertise of both Quidel and Ortho. We expect that the review and subsequent clearance will occur in the normal time frame. But there is no guarantee the effects of the pandemic and e-way filings will have resolved by the time of the submission. We are selling in Europe and intend to increase the rollout. Once launched in the US, we are confident that our current customer or readily adopted a new assay more broadly. Our integration work has uncovered greater potential cross-selling opportunities for Triage through our global sales team than initially anticipated in our synergy planning in our labs business unit, we launched 7 new lab assays globally in the quarter. Most notable was the OUS launch of hemoglobin A1c, which has seen very strong demand and significant significant opportunities in our sales funnel. We expect to launch in the US in the second half of this year. Additionally, we have continued to support several studies with our COVID IGG client assay demonstrating the correlation of our assay to neutralizing antibodies as well as a larger CDC study focused on population antibody levels and breakthrough infections. We believe these studies could better our understanding of the immunity that may help inform public health recommendations related to COVID vaccination and precautions in the future. Turning to transfusion medicine. we're seeing strong growth following the completed refreshment of our transfusion medicine portfolio last year. We are pleased to announce that QuidelOrtho reached a major milestone vision placements by surpassing 5000 installations globally during the quarter. This milestone is a testament to our technology service and thought leadership and transfusion medicine. We are dedicated to providing best-in-class technology and solutions in this area. Lastly, in molecular diagnostics, we continue to march forward to secure global regulatory clearances for our Savanna molecular multiplexing platform. Our limited European launch of Savanna with RV P4 continues to go well, but some early rents. As manufacturing capacity ramps, we plan a full European launch in Q4 followed by 2023 menu expansions. State side, we completed the Savanna EUA submission with RVP4 in May and continue to make progress towards the 5-10 K submission expected this year. We expect that submission will be followed by 5-10 k submissions for 4 additional panels in 2023. Looking at global commercial excellence, our 3rd strategic priority, we're firing on all cylinders to advance commercial excellence across multiple channels. With a relentless focus on base business execution, we are exceeding our revenue synergy targets at this time. We've kicked off cross-selling of our combined product portfolio through our global commercial teams with a fresh prioritization of OUS opportunities crystallized

through our expanded commercial team. Specifically, we have initiated go to market programs in both the US and China to reflect the new combined capabilities. Overall, our commercial integration efforts are accelerating our near-term value creation by identifying quick win opportunities by country and region and ways to make the best use of our end market organizations along with existing distributors. As such, we believe we are on track to deliver our 2023 revenue synergy target. Implementation of Ortho's commercial excellence program across our entire QuidelOrtho organization is well underway. We track multiple key performance metrics to enable us to deliver our products, provinces and a customer experience that is second to none, and the results we see are compelling. We're driving market penetration of our integrated clinical lab instruments and enabling the pull-through of recurring revenue. In the process, our lab business has gone from low-single digit to mid-single digit growth. In the quarter, our Vitros integrated analyzer installed base grew by 12% year-over-year, including the double-digit growth in Europe, Middle East and Africa, China, and our other US regions and high single-digit growth in North America. Customer-centered service and follow through our key components of our commercial excellence strategy and have been central to the Quidel and Ortho cultures long before the combination. Our ability to provide quality customer service is critically important and highly valued across our customer base. To this end, I am pleased to announce that last week we were ranked first for the seventh consecutive time in the service track clinical laboratory survey for integrated systems, which includes the top ranking in customer service and overall system performance. We were also recognized as number one in overall service performance for chemistry and immunoassay systems. Importantly, as part of the ranking service track, records a net promoter score for each of the vendors. QuidelOrtho's score was 20 points higher than our next closest competitor. Highlighting that this is a first-class service organization, which along with lengthy meantime between service calls of our Vitros analyzers is a competitive advantage, which portends well for QuidelOrtho's growth in this category. In terms of the OTC space, we continue to strengthen our positioning through our QuickView At-Home OTC COVID-19 tests. During the first two years of the pandemic, we scaled our US based manufacturing capacity exponentially, and now we have the automated production lines from training personnel to produce millions of QuickView At-Home tests a month on the low end and ramp weekly output to 10s of millions of tests in a matter of months. While we have a adjusted our capacity and contingent employees to support softer demand that began in the first quarter, we have maintained capacity as part of our warm-base manufacturing initiative and recently began to ramp up production giving us the ability to respond to demands of our customers and the US government as case allowed change. We have the relationships in place with retailers, so that as these new variance become more prevalent, we expect to have competitive shelf space. We are currently working with CVS, Walgreens, Amazon and other major retail distributors on ways to expand our availability and are excited that QuickView recently became available via Amazon Prime. We also sell through over 5000 independent pharmacies via our partnership with McKesson and are continuing to pursue additional partnerships with institutional and government agencies to advance testing accessibility. We did complete the $108 million tests US government contracts in the second quarter, discussions with the US government are ongoing, but we are including further government orders on revenue expectations at this time.

Turning now to operational excellence. This is a bit of a soup to nuts category, but I point you to a metric that is both a roll-up and a single data point to watch. We believe we are on track to deliver a third of our targeted $90 million cost synergies in 2023. We are well on our way with competitively bidding insurance and audit fees technology agreement and indirect sourcing consolidation and eliminating duplicate costs as we bring the businesses together. Our cost synergy target does not include the $45 million and interest expense savings that we have secured. Achieving our cost synergies is critical to our integration planning and accordingly the Board 9 decided to hire a Chief Administrative Officer to run the integration and strategically build on our corporate culture. If you want to build our brand reputation, so that we are an employer of choice, able to attract and retain talented people for all levels with engaging and rewarding careers, keeping people happy and engaged and productive. These are all areas on which our Chief Administrative Officer is focused. Strengthening our supply chain is another operational priority to help meet our customer commitments. Given our experienced supply chain team coupled with our strong balance sheet and cash flow, our capacity to stabilize our supply chain and inventories could become a differentiated capability that we would leverage to compete in the marketplace. If we make it a priority and a must-have, it could potentially make supply chain a competitive advantage. All companies are facing supply chain challenges, but not all will be able to address them equally. Regardless of location, figuring out how to leverage our plants and equipment to drive our business forward, it is a priority. Right now for a number of products, there is more demand than we have been able to meet and we are working to hire new teams throughout all our factories to step up capacity. For example, we know there is more demand for clinical chemistry consumables, integrated instruments and Savanna than we have been able to produce, and while production is ramped, we are managing our customer contracts and expectations based on our ability to deliver instruments with the availability of semi conductor chips as well as the availability of consumables. Again building out redundancy across our supply chain is so important as we believe it could turn into a competitive advantage, allowing us to meet elevated demand when our our key competitors may not last, but far from these on our list of strategic priorities is capital deployment. From this standpoint, our strong balance sheet and cash generation give us the flexibility to allocate funds towards several strategic priorities. We look at our capital deployment opportunities in 5 buckets, investing in R&D, manufacturing capacity expansion, debt pay down, share repurchases and strategic M&A. Investing in our business is critical to our growth, which is why investing in R&D and in our manufacturing capacity are top capital deployment priorities. We are investing in R&D both supporting menu expansion across our platforms, while also driving development of innovative new instruments and technologies. We are also putting money into building additional manufacturing capacity to meet demand for our broad portfolio including Savanna and consumables for our VirTra's analyzers. The next item is debt pay down. The combination of Quidel and Ortho is structured such that we have a very attractive debt profile, which we intend to improve over the coming years, as we work through our current integration plans. Also under consideration is returning capital to shareholders via a share repurchase program. Strategic M&A is our lowest capital deployment priority, but we will consider the right opportunities as they present themselves. We will continue to be very selective and opportunistic valuing the right organizational fit as our main criterion. If we execute on all 5 of these strategic priorities, we believe that we will be better positioned in drive innovation, support

long-term growth and on unlock shareholder value. In closing, I'd like to thank all the QuidelOrtho team for their incredible work and commitment to bring us to this point. We have many opportunities ahead of us to continue driving improved outcomes for our patients across the globe as we expand our portfolio, extend our reach and make progress in integrating our organization. I look forward to advancing this mission to drive long-term growth for our business. With that, I'd like to turn the call over to Joe to further discuss our Q2 financial results and 2022 guidance, Joe.

## Joseph M. Busky  {BIO 5848103 <GO>}

Thanks Bryan and good afternoon everyone. I'll begin with a bit more detail on our operating results for the quarter. As mentioned previously, to facilitate a comparison of the company's operating performance from the second quarter of 2021 to the second quarter of 2002, all figures that I referenced are presented on a supplemental combined basis as if Quidel and Ortho have been combined for the applicable periods and may be referred to a supplemental combined information. So starting with a breakdown revenue on slide 13 in the second quarter, we recorded revenue of $899 million, an increase of 38% in constant currency. Currency translation decreased sales growth by 320 basis points resulting in 34% total sales growth. Revenue growth was primarily driven by the strong recurring revenue pull-through on our broad industry portfolio serving the diagnostic continuum, as well as quick few sales to government and retail customers. In the second quarter of 2002, we generated 298 million in COVID related revenue. So excluding the COVID related revenue, total revenue increased 9% in constant currency driven by point of care and molecular diagnostics, Looking at year-to-date, total revenue was up 57% in constant currency to $2.4 billion, again excluding COVID related revenue, total revenue increased 11% in constant currency. Turning to our Q2 performance by business unit point of care revenue grew 1% in the quarter and grew 19% excluding COVID related revenues. This is largely driven by the pull-through of our broad respiratory menu. Labs revenue which includes Ortho-Clinical Labs and non-core revenue as well as Quidel specialized Diagnostic Solutions grew 3% in the quarter and grew 6% excluding COVID related revenues, largely driven by strength and (inaudible) and immunoassay revenue. Transfusion medicine revenue grew 9% driven by strength in donor screening, notably plasma, which is a smaller market, but growing at roughly twice the blood market. Molecular Diagnostics revenue declined 40% in the quarter, but grew 45% excluding COVID related revenues, largely driven by strength in lira Savanna and Solana product lines. Now turning to our quarterly performance by geography on a constant currency basis, North America revenue grew 59%, EMEA grew 6%, China grew 25% and other regions, which includes Latin America, Japan and other Asia Pac markets grew 2%. Excluding COVID related revenue, North America revenue grew 16%, EMEA grew 8%, China declined 10% and other regions grew 5%. North America, our largest geography by revenue, delivered strong growth driven by point of care labs and transfusion medicine. Point of care was particularly strong, due to the shipment of the last 35 million tests to the federal government pursuant to our 108 million tests contract. However, we still grew mid teens excluding COVID related revenue driven by pull-through of respiratory revenue on our large Sofia installed base as well as strength in print consumables and donor screening. In EMEA, strong growth was driven by labs. Strength was particularly notable in clinic count across Western Europe, as well as Eastern Europe and Middle East. In China, our team executed exceptionally well despite the

numerous macro challenges including COVID-19 lockdown that continued longer than expected in the quarter as well as localization and more onerous import application requirements. Looking ahead, we continue to monitor the situation closely for further outbreaks and regional lockdowns. China is a very profitable market for us and is a big investment area for us. As evidence of this, we are in the process of expanding our footprint with both analyzer and assay partnerships with the goal of providing a local manufacturing presence in the near term. Now looking at our revenue by category, recurring revenue, which includes reagents service and other consumables grew 1% and was up 9% excluding COVID related revenue driven by across-the-board strength in menu pull-through on our instruments. Quick view revenue grew 756% largely driven by COVID-19. Instrument revenue grew 2% which is an improvement from the first quarter, but open labs instrument orders due to global supply chain challenges are relatively flat sequentially as approximately 600 instruments. Now turning to Slide 14. I'd like to comment on our second quarter financial performance versus the prior year, again on a supplemental combined basis. We delivered a strong quarter performance below the top line, with improvements in gross margin, operating expenses and free cash flow in the quarter. Profit margin for the quarter was 53.6%, which is an 80 basis point increase versus prior year due to volume growth, mix and positive pricing in both labs and transfusion medicine, partially offset by lower margin on COVID related revenue, including a $25 million QuickVue inventory reserve recognized in the quarter due to the timing of the government order.Moving down the P&L, R&D expenses increased 2% year-over-year, indicative of our investments in our instrument platforms of menu expansion, including for necessary global regulatory clearances. Sales, marketing and administrative expenses were flat as operational improvements offset distribution cost increases including COVID related expenses. as a percentage of revenue, sales, marketing and administrative expenses decreased 500 basis points year-over-year to approximately 22%. Adjusted EBITDA grew 75% to 291 million and adjusted EBITDA margin expanded 760 basis points year-over-year to 32.4% largely driven by the previously mentioned drivers of gross margin and efficient operating spending. Net interest expense for the period was 29 million, which is a decrease of 4 million as anticipated, due to lower interest rates, partially offset by the increases in the average outstanding debt balances related to the combination. Our provision for income taxes was $63 million compared to $13 million for the prior period. And on a supplemental combined basis, our adjusted earnings fully diluted share for the second quarter increased 123% year-over-year to $2.12 driven by the increase in our COVID-19 volumes and our solid operating performance as well as lower interest expense. The previously mentioned QuickVue inventory reserve actually reduced adjusted EPS by $0.28. Turning to cash flow and balance sheet on slide 15 in the second quarter and on a GAAP basis, we generated operating cash flow of $225 million after funding $26 million in CapEx and adding back $80 million in acquisition related costs, we estimate recurring free cash flow to be 279 million. We ended the quarter with cash, cash equivalents and marketable securities of $446.7 million and total debt of $2.7 billion. We ended the quarter with a 1.1 net debt to EBITDA leverage ratio on supplemental combined basis, and if COVID revenue declines to an endemic level of revenue over the coming year, we expect leverage to increase to roughly two times. Okay, so now turning to our outlook for the remainder of the year on slide 16. First, I'd like to provide some broader context on our full-year 22 guidance. The point of care market is showing signs of strength, which we expect to continue to translate into strong nine COVID recurring revenue pull through in our

large installed base of Sofia instruments. we expect our labs and transfusion medicine businesses excluding COVID related sales combined to grow mid single digits. Savanna sales in Europe are expected to drive growth within our molecular diagnostics business. China continues to be important growth driver for our business and we expect recurring revenues to grow mid single digits. However instruments are expected to be soft due to previously mentioned lockdowns and by local requirements inflation and global supply chain disruptions continue to be a challenge. We are seeing greater access to semiconductor chips and expect challenges to further ease as we move through the back of the year and into 2023. So in light of all these dynamics just mentioned, we are introducing supplemental combined fiscal year 22 guidance as follows. First revenue excluding COVID related sales is expected to grow 6.9% on a constant currency basis to $2.49 to $2.57 billion next we expect COVID related revenue to be 2-9 to $1.4 billion in 2022 including $1.5 billion in the first half of the year, and that compares to $1.3 billion recognized in fiscal 21 total revenue is expected to grow 3.6% on a constant currency basis to $3.78 to $3.91 billion adjusted EBITDA is expected to be $1.28 to $1.45 billion, representing a margin of 36.5% to 37%. And finally, adjusted diluted EPS is expected to be $11 in the expense to $12.75 based on full year diluted weighted average share count of $68 million in addition, I'd like to provide assumptions that likely will be helpful for modeling purposes. At current rates, currency translation is expected to decrease. Full-year sales growth by 150-200 basis points we expect flu-related revenue to be $200 to $260 million in the full-year 22 including $121 million in the first half of this year compared to $72 million. Fiscal year 21 and given the seasonality in our business, including our above expectations for flu, the 4th quarter is expected to grow at least 20% it will 3rd quarter know that there are no differences in the number of billing days in 22 compared to 21 net interest expense is expected to be in the range of one hundred and $18-$123 million, with most of the decrease versus prior year for the 4th quarter run rate to be in the second half of 22 we are expecting a tax rate for the full year of approximately 20% and given our $1.2 billion. The NOLs. We expect an approximate $20 million savings on cash taxes, this year and $40 to $50 million on an annualized basis in the second half of the year, we expect adjusted free cash flow to be $130 - $290 million. And with that, I'll turn the call back over to Doug to make a few summary comments.

## Douglas C. Bryant {BIO 4167718 <GO>}

Thanks, Joe and summary, we had a strong quarter. the integration is going well and we're even more excited about the growth opportunities ahead to provide investors with deeper insights into our business and our key growth initiatives. I'm pleased to announce that we plan to host an Investor Day on the afternoon of December 13-22 in New York City. I look forward to engaging with you in that form, which will include an in-depth management presentations and opportunities for Q&A and formal interaction with the management team, more details about that event will be forthcoming, but please save the date on your calendars. With that operator, we are now ready to open the call for questions.

# Questions And Answers

## Operator

If you would like to ask a question please press star followed by one on your telephone keypad. (operator instruction) As a reminder, if you're using a speaker phone handset before asking your question. Our first question is from the line of Brian Weinstein with William Blair. Please proceed.

## Q - Unidentified Participant

Hey, guys. (inaudible) for Brian. I know you provide us with full-year guidance and some color on the 4th quarter, but I'm wondering if you could provide a little bit more detail on the different business segments as we move to the 3rd and the 4th quarter, how should we expect those to move relative to the second quarter, up or down sequentially, any additional insight there would be helpful. Thank you.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, I'll just start by saying we're not going to provide a lot of detail here, but I think it's safe to say that for both companies, Q3 is typically a softer quarter. And so, we're looking more at sharing with you what we expect for the total for the second half and I think that's the guidance that you've provided, and then what else would you add Joe.

## A - Joseph M. Busky {BIO 5848103 <GO>}

No, I think that covers.

## Q - Unidentified Participant

Got it. Great, thank you. I guess as you provide the guidance for 2002, just wondering how you guys are thinking about next year, I know there certainly a lot of variables with COVID coming out of business and certainly have a lot of macro headlines on their hand. But if you could talk about the setup for next year just where we should be thinking about numbers and where the different businesses can go.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, the, at this stage. What we see is that we should be able to deliver on the cost synergies that we suggested. And that does not include the $45 million interest expense reduction annually. On the revenue side, provided that we can manufacture the instruments that we have in the forecast, we feel very comfortable, both on the clinical chemistry and immunoassay systems as well as on the Savanna and what I would point to I think generally is to the S4 in those those forecasts and suggest to you that those are solidly intact.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah, I would just add that it will reiterate what we've said about 20-23 and beyond that the top line number ex COVID will be in the high single-digit to low double-digit range, and we believe that the COVID revenue once it gets into an endemic stage as you move into next year, we'll be in that $150-$200 million range annual for total revenue.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Which would necessarily capture the ABC combo revenue. So that would be additive to the low 50 to 300 grant.

## Q - Unidentified Participant

Thank you for taking the questions.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

You are welcome.

## Operator

Thank you. The next question is from the line of Jack Meehan with Nephron Research. Please proceed.

## Q - Jack Meehan {BIO 17561092 <GO>}

Thank you. Good afternoon. Really appreciate all the color in the deck and release today. Wanted to start with a question for Joe or Douglas, the guide here. So the 1180 to 1275 EPS, so you did 804 in the first quarter, 212 in the second quarter. By my math that's above 64 to 259 in the second half of the year, kind of annualizes to 328 to 518 is that, am I thinking about it the right way in terms of like starting to build to 2023 and layering on some of the cost synergy as maybe growth just like any color around starting to think about where 2023 EPS might come out, would be helpful.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah, I don't want to get to too much into 2023 other than what we just to the previous question. But when you look at the guidance for 2022 that we just gave keep in mind the comments I made about Q3 and Q4, seasonality. Q3 is historically a seasonally low quarter for both sides of the business for Ortho as well as Quidel and so you'll see the line's share of that second half EPS forward into Q4 versus Q3, and again as far as 2023 as you think about the cost base, I do think that you can use the cost base on a supplemental combined basis in the operating expenses that we've given to you in the information is kind of a month or so ago, as well as with the new release today, you can use that as a guide for the second half, operating expense and even as a jumping-off point as you move into 23 and then full of synergies, the impact of the synergies of that base (inaudible) running at right now for operating expense.

## Q - Jack Meehan {BIO 17561092 <GO>}

Okay. And then, yeah, it does. Second question on Sofia, I'm sorry if I missed this during the script, just what were the Sofia sales in the quarter and I know, Doug and Joe you talked about just confidence in kind of broader utilization long term, if there is color you can provide around just what you're seeing in the field on non-COVID testing on Sofia, any updates would be great.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-08-04

### A - Joseph M. Busky  {BIO 5848103 <GO>}

Thanks, Jack. It's a really intuitive question when you back out COVID-19 and look at the Sofia business. What does that look like and what we see on a comparison year-over-year, is a difference of about 25%. So we're up 25% in revenue on a trailing 12 on the Sofia business, about 25% over the prior year.

### A - Unidentified Speaker

And Jack. If you, if you just take that a step further. If I could Doug, you break it into the price and volume. When you look at, if you look at price, Jack. If the prices up slightly, flat to up slightly, which means that is primarily all volume when you're looking at the pull through ex-COVID, it's almost all volume. so it's a really good sign for us on that tailing 12 month basis.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Just one clarification on that 25%. How much of that is coming from ABC. Are there any other tests that are standing out as you look at the utilization.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

We see some pull-through with the other registered products for sure, but that you're right in suggesting that the comparator is driven a lot by the flu product, which is both individual. Because remember last year, Jack In the quarter, very, very helpful.

### Q - Jack Meehan  {BIO 17561092 <GO>}

And then last question just to be clear on the Savanna timeline, it sounds like 5 and 10 k approval. Does that looking more like 2023 now, just any comment on sales in the quarter there. Thank you.

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Yeah, I, we're going to introduce the product in Europe on a full launch basis, so obviously we have e-way for the US. We expect to have the (inaudible) expansion that might add here for sure.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Thanks Doug.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

Is, that was that your question.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Well, we still have the submission.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

We submitted the UA for RVP for in May and then we've been working on the 5-10 K sets, so we expect to have that end of year, right.

### Q - Jack Meehan  {BIO 17561092 <GO>}

And then, but then it's like a 90 day. Well, historically it's been like a 90-day review after that right.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

But remember the pressure that the FDA is under with the huge work load and we don't know exactly what the all the requirements for (inaudible) clearance made, maybe at the end of the day and so we get into interactive discussions with the reviewer. So you're right, 90 days is typical, I think the FDA that's pretty darn good job on these high priority products, but our business guys for sure for the that a little a question, but I don't think we're going to be greatly delayed right now.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Okay, sounds good. Thank you, guys.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

Sure.

### Operator

Thank you. The next question is from the line of Andrew Cooper with Raymond James. Please proceed.

### Q - Andrew Cooper  {BIO 18644983 <GO>}

Hi, everybody. Thanks for the question, maybe first on the financial. Just thinking about the longer-term target you laid out when the deal was first announced 30% EBITDA margin target obviously some things have changed on the inflation side. And just the overall cost side as well as the FX side. So how do we think about that that bogey has changed at all. And then if there is any different to the timeline to get there and any in the to that would be super helpful.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

Well, Andrew, your question is certainly timely. We were talking about this just couple of hours ago. Yeah, there are some moving things that we're having to evaluate and the question is can we achieve more cost synergies than we thought before, I think what I would say is, even if we can get to greater than 30% EBITDA in 2023. If we cannot, we're still not changing the target for the timeframe. We're still going to work to try to get back over 30%. I don't think that that's an inappropriate goal. So, but you are right, there are a lot of factors, including how much product can we make when we can, what if any regulatory hurdles in our way. What's happening

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-08-04

on the supply chain side with costs because of inflation. These are all factors that obviously we're not known when we initially modeled it, but we still firmly believe we can get there when you say that structure.

### Q - Andrew Cooper  {BIO 18644983 <GO>}

Yeah, I agree, I certainly not coming off the 30% EBITDA margin. And when you do the math on the guidance we gave you will see that the second half EBITDA margins are below that 30% product, but that's because again with the business was seemingly low in Q3, and that has historically been the case for years for both businesses. I mean, in Q4, you got to remember, you got a heavier load of instrument revenue typically comes through in the 4th quarter is I hope new margins down a bit. So when you look at the second half versus a full year that is probably going to be our lowest EBITDA margin quarters and as you move in the 2023, not only do you get the cost synergy tailwind in the but you're also going to get the tailwind of the growth on Savanna as that ramp and that launch continues in net revenue continues to grow, that's going to drive some GP and EBITDA margin tailwind to to March a step closer to that 30% or over 30%.

### Operator

Thank you. Our next question is from the line of Casey Woodring with JP Morgan. Please proceed.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Hi guys, thanks for taking my questions. So I know that's a sort of all over the place right now with pro forma numbers, but it looks like EPS came in below expectations and when accounting for that inventory reserve dynamic. I think that's likely due to quick few margin assumption. So can you maybe help us think about what the drop-through is there now likely pricing has come down versus where you may, the modeling prior.

### Q - Jack Meehan  {BIO 17561092 <GO>}

Just to reiterate, we suggest EPS is coming. Yeah, so the quick view the inventory reserve that we mentioned the $25 million, net of tax $18 million of the hit to to 28% impact on the quarter. So obviously if you remove that, we would have exceeded expectations and a lot of fronts now that that that reserve depending on what happens with second half COVID revenue could come back. I'm not saying it will, but it could, but (inaudible). We've got a reserve to take care of the absolute inventory. On the flip side, we also helped because we've been strongly encouraged to keep manufacturing product, which we will do. So any event, we're going to be well placed as we move forward, but there is a potential of that we don't need that. Right, correct.

### Q - Casey Woodring  {BIO 21616573 <GO>}

And then just on the clinical labs business. So just curious on if headwinds in China on the non-COVID piece have subsided here in 3Q and if anything is being contemplated for lock-downs in the back half of the year, and then on that open

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-08-04

order comment with 600 hundred instruments, I'm curious on what labs would have grown if you could have filled those open orders. Thank you.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah. So you're right, we do have a number of open orders. I would say just generally before flipping over to Joe, my impression is that the Chinese team has weathered this pretty nicely, the lockdown and all that, and we also have plans in place to make sure that we can compete with the changes and whatever requirements for local manufacturing etcetera, but have you done the math in your head our. I was just trying to give you that happened back.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah, I can try to hit both (inaudible) quickly going over another time. We have in the guidance we provided anticipated more caution on future lockdowns in China as well as (inaudible) local movements in the countries that is potentially impacting instrument revenues. So as factor into the guidance. The other thing you need to keep in mind, Casey, is that the (inaudible) is impacting revenue in our China market too. So if you look at the Q2 numbers that we've just presented and we show that the China market was down 10% constant currency in the second quarter, if you were to take out the Beckman impact to actually be up low-single digits. So that has a big impact that Beckman and again, that's no impact on on the margin. It's just a revenue play. So just keep that in mind as well and when your instrument backlog question would have added about 2 points of growth into the numbers that we had.

### Operator

Thank you. Our last question is from the line of Alex Novak with Craig-Hallum. Please proceed.

### Q - Alex Nowak {BIO 18788027 <GO>}

Okay. good afternoon, one maybe going back (inaudible), this is going to be the first potentially normal respiratory season in a long time, just how are the point of care customers approaching it this year is the expectation that they have a Sofia, they're going to be ordering ABC combo, are you starting to see any purchases ahead of that season yet, and maybe any status of the ABC OTC product.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah, I think we see evidence. Alex, this is a viable product in space. We certainly so (inaudible) with the product and we are building product now with that expectation. So who knows with flu, but at the end of the day, there is certainly concern at the government level that there's going to be further in the back half of this year. So that's what we're seeing early on in terms of demand, it will or whatever turning to that crazy demand that we saw in Q4 2021 now, but I do think that it is realistic demand for the product.

### Q - Alex Nowak {BIO 18788027 <GO>}

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)
2022-08-04

Okay, understood. And then for the R&D, you mentioned all the systems have got in the pipeline here, if you had a name of top 1 or top 2 projects, Sofia menu expansion, Savanna menu expansion, cardiovascular, Ortho just what is the first or second project, our main priority for the combined business.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

There is a lot of priority ones. For example, let's start on the transfusion medicine side. We know that to be competitive longer term in that space, we need to provide better solution and so we've got a project internally that we've been calling bam bam and that's is progression. That's probably a 3rd. I think of that R&D budget is on that project alone. Savanna clearly spending what's necessary to make the transfer from R&D into and through manufacturing that scale. So that is a big lift and a big effort as well. Don't forget, also we got project LeapFrog running in the background 2, which is our next generation immunoassay platform. So there are 3 or 4 big hitters, Alex. I'll just I'll just stop there, because I realize we're getting to the end here.

### Operator

Operator. I was going to turn it back to you, Doug Bryant for closing remarks.

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Great. Perfect timing. So in conclusion, Q2 was our first quarter report as a combined company, that was certainly fun putting the call together this quarter for sure, no matter how you slice it, the stands out as a strong quarter across our commercial corporate and cultural metrics we came in with a roadmap and these results underscore our ability to execute on strategic plans, there is a lot of talent in this organization. Achieving our expected cost and synergies and revenue synergies will be a 3-year marathon. It's not a one or 2 quarter spreads, but we believe our current pace is exceeding our plans. The necessary pieces that are here and that's the fit that we anticipated. And as I had mentioned earlier the cultural chemistry is even better than that I had expected. I'm encouraged, our team is excited, we're moving forward with purpose and confidence, happy in the knowledge that we're making a difference for human health and equally important, our people. On behalf of our entire management team, I'd like to thank you for your continued support and interest in our new company QuidelOrtho. We look forward to sharing our journey with all of you. Thanks and have a great day.

### Operator

That concludes today's call. Thank you for your participation, you may now disconnect your lines.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-*

*party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*