# **<u>Exhibit 17</u>**

# Morgan Stanley 20th Annual Global Healthcare Conference

## Company Participants

- Douglas C. Bryant, Chairman And Chief Executive Officer
- Joseph M. Busky, Chief Financial Officer
- Unidentified Speaker

## Other Participants

- Analyst

## Presentation

### Analyst

Thank you. All right. Thanks, everyone for joining us. My name is Samantha and I'm the life science tools and diagnostics analyst at Morgan Stanley. It's my pleasure to host QuidelOrtho this afternoon. And from the company, we have Dough Bryant, CEO; and Joe Busky, CFO. Thanks for joining us. Before we get started, a quick disclaimer here. For important disclosures, please see the Morgan Stanley research disclosure website at morganstanley.com/researchdisclosures. If you have any questions, do reach out to your sales rep.

So with that, Dough, we'll get started. '22 has been quite the transformational year for the Quidel story. Beyond the close of the Ortho transaction, can you highlight some of your key accomplishments year-to-date? And just give us a high-level overview of what you're most excited about as we look to '23?

### Douglas C. Bryant  {BIO 4167718 <GO>}

Sure. I think the most important thing to say is from an accomplishment perspective is, we've risen to the challenge that we were faced with in terms of ramping up manufacturing of our products and we were successful there, and we were able to close the transaction on May 27, as scheduled and that was certainly an accomplishment. And I would say, we're running ahead of schedule on the integration side. And I think a lot of people probably correctly have suggested that when you put two companies together, the integration piece is often quite a challenge.

But in this particular case, I don't think I've run into a situation where there's absolutely no product overlap. So I'm going to claim that we're doing an awesome job, but it really isn't as hard as you would think because we don't have to shut any factories, we don't have to decide what products we're going to retain. We're going to divest. There's none of that going on. It's simple, straight up ERP, order to cash. I'm going to -- Joe's not going to like this, but I think he's got it. I think this is well within what he's capable of doing and I'm comfortable.

So those would be, I think the highlights of what's happening so far this year. We're continuing again to ramp back up manufacturing, as I've said in the previous meeting, mainly to service the retail segment, which interestingly is starting to spark up again. So I think those are the main things I would point out.

### Analyst

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

QuidelOrtho Corp (QDEL US Equity)

Got it.

## Douglas C. Bryant  {BIO 4167718 <GO>}

As our accomplishments. Thanks.

## Analyst

So since the deal closed in mid-May, you achieved a lot of integration milestones. You outlined a number of projects underway. Can you just provide us a brief update with where things stand on each of those to-date? And how are two cultures coming together?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Yes. I'll let Joe jump in on some of the specifics with regard to integration milestones, things that we're measuring. But to focus on the cultural piece, I would say that my principal concern going into this was putting people together and making sure that we identify the right people for the right sets of jobs. And I think we've done that successfully so far. We're at -- we're actually running slightly ahead of schedule.

What I could point to in terms of how successful I think we've been in that endeavor is to say that our retention rate across the globe is super high and higher than we had planned. So never our intent to harvest synergies through personnel reduction. We had plenty of other things that we can get done. But I'm happy to say that the people that we really want to retain have stayed on Board and we have very little negative personnel turnover.

## Analyst

Got it. Joe, anything you'd like to add that?

## Joseph M. Busky  {BIO 5848103 <GO>}

Yes. I would just add to it, there's been over 240 integration projects -- sorry, milestones that we've achieved, 120 projects that we've completed. We've got the ERP roadmap in place. So we know where we're going with the combined company. ERP, we haven't had any hiccups on commercial. We brought the US organization together. So I would say to add what Dough said, things got pretty well.

## Analyst

You've talked about, I think it was $90 million in cost synergies and $100 million in cross-selling over next three years. Can you just talk about the linearity of that over the next three years?

## Douglas C. Bryant  {BIO 4167718 <GO>}

It's fairly readable. I'll let Joe jump into how we do that '23, '24, '25.

## Joseph M. Busky  {BIO 5848103 <GO>}

Yes. The $90 million of cost synergies we expect to achieve even out the three years, so call it $30 million each year. We've already recognized 75% or realized 75% of that first year. $30 million, we have that in the bank. And so, the remaining called $10 million or so, will pick up in the '23 annual operating plan. And the quick wins we've gotten or things like just duplicate management -- senior management to duplicate boards. We are insurance. Our audit fees or looking at travel

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

cards, travel systems, all the low-hanging fruit. That's what a lot of the early wins we've gotten to get where we are right now.

## Analyst

Got it. And then on the revenue side, I mean, what do you view as the low-hanging fruit here in terms of the lead sharing account overlap? I think you've done some re-tearing of accounts as well.

## Douglas C. Bryant  {BIO 4167718 <GO>}

We're really encouraged post-close to discover without putting it through our clean room. We were pleased to discover what the mix in the United States actually looks like, and we actually think there's an upside there because the 80% of our volume that is represented by the typical by 20% of our customer base compared with the same analysis done on the previous ortho standalone business, the overlap is nil.

And so, we are going through a process right now here of looking at the cross-selling opportunities. And they look to be at least in the United states better than we had thought. Ex-US, I think it is about what we have thought. And I would say the only thing that we are surprised by is the attitude in Europe of -- the commercial organization there, they're feeling of what they could do with our Triage product line. Never having had the point-of-care cardio and metabolic products. I think the ortho, the former ortho on the commercial side in Europe are pretty excited about it.

Other than that, no surprises so far. The big thing I would say, obviously, that drive that revenue synergy number is the Savanna launch,

## Analyst

Right.

## Douglas C. Bryant  {BIO 4167718 <GO>}

About 80% of that has a met number. What would you add, Joe?

## Joseph M. Busky  {BIO 5848103 <GO>}

I would just say that, the fact that we now have this very large global commercial team from Ortho, actually de-risks the Savanna rollout greatly. So you take the base business, rollout plus the synergies that Dough just mentioned. I think we'd de-risk that quite a bit product.

## Analyst

And do you have any early read on what you expect to generate in terms of those synergies in 2023?

## Douglas C. Bryant  {BIO 4167718 <GO>}

We do have a forecast. Not something that we'll show up on a slide here, but we have a forecast for 2023, and it's pretty consistent with what we have thought early on for the launch, even before Ortho. With the exception of -- we've obviously been pushed out like everybody else in our space on the diagnostic side, we had the same supply issues building instruments and all that sort of thing that everybody else has experienced. So notwithstanding that issue, I would say we're pretty much on track with what we expected to see.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-09-12

And we've been pretty pleased with what we've done in Europe with the Savanna launch early on. And I would say, it portends well for the rest of the globe. What we had thought was a gap in the marketplace in terms of what was being provided for customer use has turned out to be that important. We're ramping right now for the launch in the United States. We expect to go out in a limited way to customers that we've already identified in the fourth quarter. So we're pretty much, I think, on track notwithstanding that manufacturing delay. I think we're pretty much on track with what we had planned.

## Analyst

Got it. And then on that point on Savannah, what really underpins your confidence in demand over the next -- in terms of scaling up to roughly about $300 million over the next three years? And can you just elaborate on the relative positioning in the marketplace and the value proposition versus Abbot or Cepheid or perhaps even a Glenmark?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Sure. What exists today in the marketplace generally is thermal cycling equipment that runs high volume molecular, that's not us. You also have lower speed analyzers like the product, which does very large panels. There are several competitors in that space. I would say it's getting a little bit crowded actually. You've got, if it's okay, I'll just name some of the other guys in the space, you've got Luminex, you've got you've got Genmark. So you've got several offerings there.

And then at the low-end, you've got -- traditionally you've got the older technologies like the product, which does a single PCR and a cartridge. So what that means is you have the ability to do three analytes in a control. So we're slightly different because I would call us mid-flex. We have the ability to run four PCRs in the cartridge, which means we can do 12 analytes, each with an internal control. And that seems to be the sweet spot. When you consider what's going on with reimbursement, if you consider what's going on with cost, and the big integrated delivery network systems, there is a need in the marketplace for a product that's easy, quick, economical, reimbursable, potentially cleavable, so that we can further democratize testing.

And so, that's what we're seeing. We don't see at this stage anything differently than our market research said that we would have seen.

## Analyst

Got it. And what about sort of on the inventory build out? What is your manufacturing output for Savannah today? How much do you intend to scale this ahead of launch?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Well, we're ramping now. We're building boxes now at an increasing rate and that are already spoken for. We're going to move into 2023. We expect to manufacture thousands. And I don't think we're going to have a problem there. So I know people think about inventory, but if we have more customers, then we have to go to make boxes. We probably won't have much inventory.

## Analyst

Got it.

## Douglas C. Bryant  {BIO 4167718 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-09-12

And so, we might be in a situation where we have to pick and choose what segments we go into at least early on in the first couple of years.

## Analyst

Got it. And your comments, Dough, on sort of positive feedback out of Europe early days, but still positive. And then, you've got to sort of typical budget flush sort of dynamic to degree as well. How are you thinking about contributions from Savannah in the fourth quarter here? I mean, are those baked into your forecast? Or is that all upside?

## Douglas C. Bryant  {BIO 4167718 <GO>}

It's in the forecast that we had suggested when we did our last earnings call. And I think we've pegged it pretty closely to what we're going to see. He and I, we'd look of on our guide, but we're pretty conservative.

## Analyst

Got it. Fair enough. And then any clarity on the timing of the submissions for -- I believe the for a digital type in case that you had planned got pushed out a little bit?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Pushed out a little bit. Can you help me with

## Analyst

I think the pressure is more around like for 2023, how are you thinking about the menu? And by when do you expect to have all of these panels 510(k) approved? Will that be ahead of the US launch?

## Douglas C. Bryant  {BIO 4167718 <GO>}

For Savannah, Yes. Okay. Thank you. I just wanted a Okay, perfect. We expect to be submitting for 510(k) shortly on the respiratory panel. I don't think that the clearance is as important as we once thought because originally, we thought we were going to be in a situation beginning January, any of the COVID products that previously had an EU would need to be 510(k) cleared, but I think that we now know pretty reliably that will be pushed out.

In fact, on a call earlier today, our Head of Clean Rig suggested, it would be more than likely May, June that sort of thing. So I don't think we're in a -- we're concerned about 510(k) for initial launch, but the additional menu, we have three other syndromic panels that we plan on launching in the year-end. And I think that they will certainly make it through their clinical trials on time and we will submit to the FDA on time. And I think the FDA is doing a really good job of recovering from all the workload they had relative to COVID. But for our forecasting, we've gone to the upper-end of the range in terms of what we think it'll take for them to get through these packages.

At the end of the day, if we present a clean package, the data look good. We'll be super confident that will make it through. And certainly, that makes the conversations with the reviewers simpler.

## Analyst

Right

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-09-12

## Douglas C. Bryant  {BIO 4167718 <GO>}

than going back and forth and having to answer ongoing questions. So that -- we'll take responsibility for that. But I'm pretty comfortable with what we've planned for 2023 so far.

## Joseph M. Busky  {BIO 5848103 <GO>}

But I would just add quickly that we did submit EUA for our for in May. We expect to have clearance by the end of this year. So we will have that product ready for the full season. We moved to the end of this year into early next year.

## Douglas C. Bryant  {BIO 4167718 <GO>}

Yes. Thanks, Joe. That makes what I said just more clear.

## Analyst

Right. Makes sense. How are you thinking about sort of risks your COVID business outlook? I mean, obviously, there's a few moving pieces here. The government is no longer going to be sort of funding the purchase of vaccines and diagnostics. And then you have the shift towards retail and at-home testing, but you're doing certain things in as well. So just curious as to how you view the moving pieces there?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Let me be clear on a couple topics. One is the ramping of our manufacturing that we're doing now is in advance of the retail segment. And we expect to be on the shelves, where you all will present yourselves to go buy a guest. So that's we're in good shape. So that we put into our model. We did not model anything on the federal or state government side. That's true, but that doesn't mean the federal government won't from time to time periodically opportunistically purchase product. So we're just not forecasting it, to be clear.

## Analyst

Got it. Okay. Make sense. And then as you think about sort of the Sofia franchise more broadly, you've obviously placed a lot of instruments over the last couple of years here. How are you doing in terms of pulling through non-COVID revenue on that large installed base? And how's that the non-COVID Sofia revenue base essentially plateaued? Or is there much more upside and what do you use the key drivers for that?

## Douglas C. Bryant  {BIO 4167718 <GO>}

So can you just tell me the last part of that question?

## Analyst

Yes. So basically, non-COVID sort of Sofia revenue base. Do you think it is now essentially plateaued and -- or is there even more upside to come there?

## Douglas C. Bryant  {BIO 4167718 <GO>}

There is. First of all, we nearly doubled the number of placements in the last couple of years and I think your comment, Joe, during the earnings call, was that we were up on our trailing 12 basis year-over -year. We were up 25%. The

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-09-12

## Analyst

COVID.

## Douglas C. Bryant  {BIO 4167718 <GO>}

It's non-COVID. So the thing that's driving that is during the period of time where we were first to market with the Sophia product line, we preferentially shipped customers who wanted to sign up for all of the products. They were customers, some customers who didn't like that approach, but it seemed like the right approach from our perspective. So we have a large number of customers that would have signed up for three year agreements to purchase all the products.

So and in the old days, we would have said on a typical year that we would do between $100 million and $140 million in influenza. But what happened was we were the only ones in the market for some period of time. And we closed a large number of customers. I think the number of customers that we increased by was about 6,000. So we picked up at 6,000 customers. Those customers had to come from somebody else, right?

And so, we took share. So 76% of our customer base are on longer-term agreements that include other things other than flu and COVID. So there's that factor and then there's the other products that we will introduce over time. And I think, we're running around 20 R&D projects right now that are tied to Sofia assays.

## Analyst

Got it. On the Ortho side of the house, Dough, I mean, how are you thinking about recent trends in terms of integrated and automated placement growth? Have you seen any sort of moderation there, given sort of the macro conditions, given perhaps sort of FX headwinds as well?

## Douglas C. Bryant  {BIO 4167718 <GO>}

No. I would tell you that the commercial strategy was developed by our Head of Commercial, the Chief Commercial Officer, Mike Iskra formerly from Ortho. The strategy he put in place to target the right customers that would be -- that would have a higher propensity to purchase our labs products was extremely successful, and they improved the growth rate from about 1% annually to about 3%.

Another factor in addition to targeting was this move to, I would call a more integrated approach. So looking at the customers that were only lab and trying to put them together, so that from that, same sample I could all test -- also test on the vitro system, the immunoassays has been extremely successful. What I would say, as ex-US, I think there's more of an opportunity, particularly in places like China to do the same. China is a market where a lot of the products are in for both companies, now one company of course that are in stat labs. And we would see that changing over the time with the introduction of this integrated platform strategy.

And so, I know I don't think we've plateaued. I think there's still room to grow there.

## Joseph M. Busky  {BIO 5848103 <GO>}

It's a -- 25% of the clean labs installed base has integrated. So we have years and years of there.

## Analyst

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-09-12

And you mentioned Mike, so I'll ask you on the dry and bringing that to immunoassay. I remember the last time I spoke to him, he talked about sort of the three to four year timeline there. dough, I mean, how high a priority is that for you? And would you consider sort of doing anything to pull that forward?

## Douglas C. Bryant  {BIO 4167718 <GO>}

I think it's a very high priority, given what needs to be done in order to service the donor screening market. I think that's our principal driver to the program. I would say that we are doing everything we can to get to understand the performance of the product on what's called Revision 9 of the slide. Once we understand that, I'll have a lot more to say about where we're at. And so far on a very limited set of data that I recently previewed in Rochester, I would say, it looks reasonably promising, but running it to ground and making sure that across all the essays necessary for donor screening can't be accomplished on these slides and manufactured at high volumes.

These are the things. These are the questions that we still have. So I really just can't fully answer the question. We are going to have an Analyst Day, December 13. We will have R&D folks there. They can talk a little bit more about the detail regarding where we're at. I don't know that we have the ability to accelerate though because until I see the data, I'm hesitating to comment.

## Analyst

Got it.

## Douglas C. Bryant  {BIO 4167718 <GO>}

But it's very much a priority.

## Analyst

Got it. Two questions on China. I mean, obviously, I think it called out to a significant COVID benefit in the second quarter there. Thanks to a government contract. COVID case counts remain elevated in the region. So are you seeing the potential for upside there in the back half of the year? And then on the flip side of that, given some of these shutdowns in Chengdu and et cetera, any sort of challenges to your operations, particularly on the clean lab side of things that we should be thinking about?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Two part question, wasn't it? So on the COVID side, I would say that the forecast that we provided generally as part of for the year, as part of the Q2 earnings call solidly intact, so the back half of what we have thought we would do in terms of COVID, I would say, I'm super confident. We're going to be fine for that particular aspect. You were asking about probably on the instrument builds, specifically on the clean lab

## Analyst

Yes.

## Douglas C. Bryant  {BIO 4167718 <GO>}

Yes. What I would say is we are accelerating our manufacturing on those instruments. But because the demand is generally higher in the fourth quarter, I don't think we will bleed off a lot

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

of the back order. The good news is we're not really under any threat necessarily in those customers that have signed up for a box. I don't think we're going to lose customers with a little bit of a delay and getting them what they ask for it.

But if fourth quarter, we're unexpected to grow, like it typically does for us and we probably would be able to work on that back order. But I think what we can expect is that level of back order won't get worse

## Analyst

Right.

## Unidentified Speaker

As we exit 2022.

## Analyst

Got it. Makes sense. One on the supply chain, Dough, I mean, as you think about semiconductor sourcing, has there been any sort of shift in month-over-month trends at all, any improving allocation or excess?

## Douglas C. Bryant  {BIO 4167718 <GO>}

No, nothing to do with the things that most people had experienced. You know for example, the chips. We've solved through all that. It's not really a parts issue at this stage on any of the instrument systems as far as I'm aware. But I would say to be maybe more transparent on the Savannah side, we weren't happy with the sonicater that was in as part of the instrument and we had to solve that. So that created a little bit of a delay. We're probably going to lose about a week in manufacturing, but I mean, it's not horrible.

So all the things that you would have expected me to say, we had a problem with that, we solved, we did, but then along the way, we found another thing and midsole that. So these are normal, these are typical and I'm not concerned at this stage.

## Analyst

Got it. Turning to the financials. How are you thinking about --you've talked about sort of your base business group profile of high-single-to-low-double-digit growth. What's the growth algorithm underlying that across the different segments?

## Douglas C. Bryant  {BIO 4167718 <GO>}

We have it done by business unit. And earlier today, we saw this question too. And we said he was going to answer it.

## Joseph M. Busky  {BIO 5848103 <GO>}

I can take it. So I'll try to lay it out as simply as I can. So if you think about the combined company business in an endemic state world, so that's where -- again, we've said COVID revenues in an endemic state will be 150 to 200. I would describe our about half of our revenues is being in the clean lab space. And the growth there will be mid-single-digit-to-high-single-digit. And the next business unit would be transfusion medicine. That's about 0.25% of our business. And I would describe that as being low-single-digit to mid-single-digit growth going forward.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

QuidelOrtho Corp (QDEL US Equity)

And then you've got point-of-care, which is about 20% of the combined company business and that's certainly a double-digit growth business. And then and finally, molecular small right now, just a few percent of the total combined company revenues, but that's where a lot of growth kind of come surely high, double-digit growth there as we rollout Savannah over the next couple years.

## Analyst

Got it. And then given your second half EBITDA margin outlook, Joe, I think it's roughly around 30%. How should we think about that as a jumping off point for next year?

## Joseph M. Busky  {BIO 5848103 <GO>}

Yes. So we gave guidance on the Q2 call for the full year and that wasn't implied second half guide in that call, but if you think about the seasonality of the business, Q3 is a seasonally weak quarter for us. As you've got less people going in for procedures, it's a very low flu season typically so a low flu season.

So the margins would be a little bit lower in Q3. Q4, we have a higher revenue, but it's a high instrument revenue quarter. So we have slightly lower margins in that fourth quarter as well. However, if you combine that with the first half and normalize the first half for an endemic state of revenue, call it, $30 million to $50 million of COVID revenue per quarter, you'll get about 450 of revenue with the midpoint of our second half guide of 350, layered on some synergies, layered on the growth. And you're pretty quickly up into the $850 million to $900 million of EBITDA as you move into 2023.

## Analyst

Got it. That's helpful. And any sort of like thoughts on just free cash flow conversion?

## Joseph M. Busky  {BIO 5848103 <GO>}

Yes. The really no change there from what we've been saying for months about the combined company. And that is that the free cash flow conversion will be about 65% of that adjusted EBITDA number.

## Analyst

Got it. And then last one here in the half a minute or so we have, just capital allocation priorities. Interest rates are rising. You've also announced a repo authorization. And you're in the process of integrating the Ortho transaction. How are you thinking about the different priorities there?

## Douglas C. Bryant  {BIO 4167718 <GO>}

Well, we're going to pay down to. We do have a 10(b) filed in place. We've got capital that we need to spend ramping up instrument and cartridge manufacturing, I should say, slide manufacturing in Rochester. Those are the principal uses of cash at this stage.

## Analyst

Got it.

## Douglas C. Bryant  {BIO 4167718 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

People have asked us are you looking at other companies? I would say, if something presented itself that was extremely good in terms of a fit, we would probably look at it. But right now, I think that we can create more value by making sure that we get this integration done really well. And so, I don't -- I want to make sure we don't distract the management team from what we have ahead of us.

## Analyst

Got it. This was great, guys. Thank you. Thank you so much for spending the time with me this afternoon.

## Joseph M. Busky  {BIO 5848103 <GO>}

Thank you

## Douglas C. Bryant  {BIO 4167718 <GO>}

Good to see you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*