# Exhibit 18

Transcription of:
Rep_QuidelTammy_v2
Duration: [00:00:00-00:10:20]

Narrator: Thank you for joining us for this Repertoire podcast and now your host, Scott Adams.

Scott Adams: Hey everybody, Scott Adams here. Repertoire Magazine. I am excited. I've got Tammy Ranalli from Quidel on with me. Tammy is the Senior Vice President of Molecular for Quidel and we are talking molecular today. But more importantly, we're going to be talking about one of their new products, the Savannah, which over the next couple of years is going to have so many panels. It's a great podcast. This thing's going to be clear waved, so very exciting new product for you. Hopefully you'll get a ton out of this podcast and be excited about the new products. Coming to you from here we go with Tammy Ranalli. Hey everybody, I've got Tammy here with me with Quidel. Tammy, it's so good to have you on the podcast today.

Tammy Ranalli: It is so great to-I am so glad you asked Scott because this is really been an over 10-year labor of love for me. We are introducing our newest molecular platform. It's called Savannah. It's our first sample to result molecular platform and it's intended to be used in a clear environment rather than a mod complex or a highly complex. lab. So it's an incredibly simple to use cartridge based system and it only requires the end user to add a sample to the cartridge and then place the cartridge into the device. So all of the extraction, the amplification and detection is done on the instrument and in the case of our respiratory panel, it only takes approximately 20 minutes to get a result, so it's also incredibly fast.

Scott Adams: I love the name. It's, you know, growing up in, in Jacksonville, not far from Savannah, this, that low country is so beautiful so I love that name. What-what are a couple of different things about this platform that the- the distribution folks need to know?

Tammy Ranalli: I think our two most interesting key features is the fast turnaround time, so that approximately 20 under 30 minutes to a result which is really impactful for decision making, and then we've got something really cool called test select. So we've got these customizable panel sizes available.

Scott Adams: You know when we talk about the smaller panels what- what value does that bring for the end user?

Tammy Ranalli: So one-size-fits-all is not really a great option when you're trying to address different customer needs. And so we all know that a hospital lab or emergency department is really seeing a different patient profile than your typical physician office. And even within physician offices, your pediatrician is going to have very different needs than your regular internal

medicine specialist. And so we sought to be able to provide the most flexible testing solution for all of these different customers without needing to develop separate. So with respiratory testing, let's say, the need to test for flu or other analytes actually varies during the year for seasonality purposes, right? You all know that there's a flu season and that happens generally in normal years and we haven't had one of those normal years in a while between October and February. So in the summer, you don't see a lot of flu. Well, these customizable panels allow the end user to either select or deselect any one of the analytes on the panel. In order to report out whatever panel they would like. So if there's testing and say they're a pediatrician's office and they're testing in the middle of summer, they may not necessarily want to run a flu or RSV test because that tends to be out of season. It's very rarely found, but you know, what is found is rhinovirus or adenovirus or para influenza. And so it allows all of that power to be in the clinician's hands and we do so all within the same panel. And so that actually allows us to provide a more cost effective solution to our end users because it's the same test. It just allows you to be in charge of what you want, what results are important to you and what you want to see in that test.

Scott Adams:     You know, the fact that that's all of that, that you just stated in that it's clearly a wave to make this incredibly exciting for the US and even the world market. What- what kinds of assets would you guys be putting on the platform and- and if you can, what why are you choosing those? Talk a little bit about that.

Tammy Ranalli:     Sure. So we're obviously starting out with a respiratory panel. You know, there's a ton of respiratory viruses actually going on right now, not just COVID. But we did, we did start with an RVP 4, which includes COVID, obviously influenza, A&B and RSV and flu is starting to make a bit of a comeback. So I wouldn't be surprised if we actually end up just like Australia is having with quite a bit of a larger flu season than normal because we've all you know been masking up and we've avoided having the flu for the last few years. So I think it's going to come back with a vengeance. In addition to our RVP4, which we are going through the EUA process with that panel, we will have a larger respiratory panel which is the full RVP 11 and that includes a whole host of the most common different respiratory viruses, again those things like adenovirus and pair influenza. And human meta pneumovirus, but outside the respiratory world, which we obviously do love. We're going into some GI panels. So we'll have a parasite panel and a combo bacterial viral panel. And so a lot of these are foodborne pathogens or- or viruses or parasites that you would get endemic in different areas. And then we'll have a sexually transmitted infection panel. And so that will include Mycoplasma genitalium, Trichomonas, Chlamydia and gonorrhea, so common- the four most common STIs all in the same panel. We'll also have a broader pharyngitis panel. Most of you guys are probably aware that in addition to Group A strep, you know, we were the first company to come out with a strep C and G. And we're also adding a couple

of different bacterial pharyngitis causes onto a comprehensive pharyngitis panel. We have a HSV-VZV panel, which we're adding syphilis to as well. So that's kind of an all-encompassing lesion panel. And then finally a vaginitis panel. And those are the ones that are actually currently in development. That's not, you know, we're actually adding more and more new products that I can't talk about yet, but those are the- the next six that are coming out that we're super excited about.

Scott Adams:    That's unbelievable. I can't, I, I had no idea that there was going to be that many panels on this platform. That's amazing. I- I'm sure as the reps are listening out there, they're anxious to hear, you know, when is this going to be available in North America? And then, you know, what are the dealer reps need to do to, to get some of these instruments and cartridges out into the field?

Tammy Ranalli:    Yeah. So like I mentioned, we did apply for EUA on our RVP 4. So we're hoping to hear about that sometime this summer, soon. We also are obviously going to 510 K route as well. And we will be hopefully launching a lot of these panels in 2023. So stay tuned. You know, we'll have great options for you this respiratory season. But in 2023, that's when the majority of these new- new panels will be planning on making available. So we're super excited about that.

Scott Adams:    But the platform's available now, correct?

Tammy Ranalli:    It is, yes. We actually obtained CE marking and we've done a launch in Europe around Christmas time last year. So we've been available in the market and we have been great feedback from our initial customers. We're super excited. We're also going through the process of getting approved with Health Canada as well. So we'll be launching in Canada this year as well.

Scott Adams:    That's- that's so exciting for you guys. I don't want to take much more of your time this morning, but I did want to just let you leave us with kind of one or two maybe final thoughts as we wrap up.

Tammy Ranalli:    Sure. You know, I just wanted to highlight the fact that you know, you know, in working with Cordell for a very long time, we really truly do value the role of our distribution partners in the sales process and, and they are true partners to us. We do provide a dedicated molecular sales team, experts that can work along with your reps. There are molecular enterprise directors, they're incredibly knowledgeable in the molecular space and with our molecular products. So always make sure that you reach out to them in order to provide any additional information or insight into the molecular portfolio. And our goal overall at Quidel is to democratize the benefits that all of our diagnostic tests enable. And so working together, we can be sure that regardless of where you live, you can have access to the kinds of fast,

accurate and cost effective testing that will allow your doctors to chart their courses of treatment with confidence and then also allow you as an. Individual to be empowered to take charge of your own health. And so that is truly a mission that drives us at Quidel, now QuidelOrtho, every day.

Scott Adams:    You know, you said that about the distribution folks and I, I will reiterate that for you Quidel has always been so great with working with the distribution reps and the distribution companies and I know they value the relationship and are got to be super excited about all the new things that are coming out over the next 24 months. So congratulations on that Tammy and- and thank you so much for being with me today.

Tammy Ranalli:    Thank you so much for inviting me, Scott. It's great to finally chat with you again.

Scott Adams:    Absolutely, thank you. Hopefully everybody is as excited about the new Savannah coming out as it sounds with that many panels and the fact that it's clear waved, it will be an incredible product for you to be able to sell. Please make sure you reach out to your Quidel reps, they are out there working for you and- and willing to go in and help you pitch these things and close them. So have a great day. Good luck selling. And we will talk to you soon.

[End of Transcript]