# Exhibit 20

QuidelOrtho Corp (QDEL US Equity)
2022-12-13

# Investor Day

## Company Participants

- Andrew Corkum, Transfusion Medicine Business Unit Leader
- Bill Ferenczy, SVP Cardiometabolic Business Unit
- Bryan Brokmeier, Vice President, Investor Relations
- Bryan Hanson, Global Head of Clinical Lab Business Unit
- Douglas C. Bryant, Chairman And Chief Executive Officer
- Joseph M. Busky, Chief Financial Officer
- Michael Iskra, Chief Commercial Officer
- Patrick Klein, Chief Administrative Officer
- Robert J. Bujarski, President And Chief Operating Officer
- Tammy Ranalli, Senior Vice President, Molecular Business
- Unidentified Speaker
- Werner Kroll, Senior Vice President, Research & Development

## Other Participants

- Alex Nowak, Craig-Hallum Capital Group
- Analyst
- Andrew Cooper, Raymond James
- Casey Woodring, JP Morgan
- Conor McNamara, RBC
- Elizabeth Garcia, UBS
- Patrick Donnelly, Citi

## Presentation

### Bryan Brokmeier  {BIO 16674925 <GO>}

Good afternoon, everyone. I'm Bryan Brokmeier, Vice President of Investor Relations. And welcome to the QuidelOrtho 2022 Investor Day. I'd like to thank everyone who is able to join us here in New York as well as those of you logged on to the webcast.

Before we begin, I want to call your attention to the cautionary language. During the course of the presentations today, we will make statements about the company's future expectations, plans, and prospects that constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which provides a safe harbor for such statements.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-12-13

Our use of forward-looking statements is subject to a number of risks, uncertainties and other factors that could cause actual results to differ materially from those expressed or implied in these forward-looking statements. These risks and uncertainties include, but are not limited to, those factors identified under Risk Factors and our quarterly report on Form 10-Q filed with the SEC on August 5, 2022. The subsequent reports filed with the -- and subsequent reports filed with the SEC.

Please refer to our SEC filings for a more detailed discussion of forward-looking statements and the risks and uncertainties of such statements. Forward-looking statements represent management's judgment and expectations as of today, except as required by law, we undertake no obligation to update or any forward-looking statement or any time sensitive information to reflect future events, developments or changed circumstances or for any reason.

Also during today's presentations to facilitate a discussion of the company's operating performance for the trailing 12-months and a comparison of our performance from 2021 to 2022, we will be discussing supplemental revenue and other supplemental adjusted operating results as if Quidel and Ortho had been combined for the applicable period.

We will refer to this information as our supplemental combined information. This supplemental combined information as well as other certain other items we will discuss do not conform to US Generally Accepted Accounting Principles, or GAAP. Please refer to Slide 3 for a list of non-GAAP measures. Reconciliations of these non-GAAP measures to their most directly comparable GAAP measures are included in the appendix to the applicable presentations, which will be available on the Investor Relations page of the QuidelOrtho website shortly after the conclusion of today's presentation. Lastly, unless stated otherwise, our year-over-year revenue growth rates including revenue growth ranges, given on in today's presentation are given on a comparable constant currency basis.

With that, it's my pleasure to turn it over to Quidel's President and CEO, Doug.

## Douglas C. Bryant {BIO 4167718 <GO>}

Anybody want me to read back through the safe harbor? It's a pleasure to be here. Welcome. Nice to see you all. I was just thinking, I've been doing this for 13 years now, so if I didn't recognize a number of you in the audience that probably going to be your problem, but it's nice to see so many recognizable faces and I hope to catch-up with you later after we finish.

In a few minutes, I'll introduce the presenters, but before I do that, I've also got other people from the team here and I think the team is the theme here, who won't be presenting, but they're back here and I would encourage you to say hello to them during the break or during the reception afterwards. We've got. -- let's see Bill Binger[ph] is here, he's our Vice President, FP&A; Ruben Argueta whom many of you already know, is now my Chief of Staff and a Vice President of the company; Louise Brandy is our Chief Information Officer, she's in the back here as well. So any

technical IT questions that you might have, you can save for her. Michelle Hodges, our General Counsel is here. Rhys de Callier our Vice President, Strategy and Portfolio Management is here as well. Lisa Hayes, who's Head of Corporate Marketing and Communications is here with her entire -- I don't know if it's the entire team, but it's many of the team. They're the folks who are responsible for mostly for putting this on. And so, thanks. Thanks Lisa. Thanks team for doing all this. It doesn't just happen. I don't know how we got the instruments in the building and they didn't come in the elevator I did. So, -- but well done and thanks.

So it's an honor to be here presenting for the first time as QuidelOrtho at an Analyst Day. This is the first time we've ever done it this way and I'll explain. Typically, we've stood up here in years past and we waterboarded you for about three hours. And then, we stopped and said what questions do you have? And by then, you can't remember most of the questions that you would have had. What we thought here today though is each one of the presenters will present briefly, and then we'll have time for you to ask a couple questions right away. And the reason I'm doing it that way is because there's a lot of companies that know how to put products together ship product, manufacture product and all that. But when you're talking about a longer term discussion, like we're having today, the future of QuidelOrtho over the next three-years, understanding the team that's actually doing and I think is so important. And so, I rather than you concluding that they present pretty well, I would rather have you ask whatever question you want to and see how they react to it. And I think you will conclude as I have that I've got a pretty good team. I can't decide whether I'm a musical conductor or on the Moroccan soccer coach. We're apparently all those guys individually are pretty doing good as it turns out so.

By the way, we're laughing over here because none of what I just said was in my script. I usually don't look at the slides at all. I did hit the green button, I got a new slide up. But our objectives for today are to relate to you that we do indeed have a strong business and that's why if I've invited the business unit leaders to actually carry a lot of the water here for this presentation. You'll hear from them individually about what they're doing and their particular businesses. And I think they're the ones that you really want to ask the good questions about where they're at with each of their programs.

We'll also talk about integration. The good news is that we're running well ahead of schedule. And concerns that we may have had with respect to integration risk have been assuaged and we're firmly on a path of uniting these two companies in a unique way. We have multiple growth drivers as you'll see and we're in attractive growth segments. And you even heard some of our employees on the video talk about there's no product overlap. So we didn't have to make a decision about are we going to keep this product versus that product. We're going to take all the products and all the programs and much forward.

We do have a strong financial profile. We're doing extremely well, Joe, of course, we'll walk through all that. And as I said a couple minutes ago, we've got an experienced management team, and I think you're going to be really impressed.

So, here's who you will hear from today, Pat Clime, as our Chief Administrative Officer. He and Joe Busky and a number of folks, including Louise, of course, very heavily in great engaged in integration. So I know, you're going to want to hear what's going on there. Rob will give you a thought or two about the segment's in which we compete and why they're important? What's the future of diagnostics? Before he lets his team explain what they're doing. Bryan Hanson as the Leader of our Labs Business build for NZ has been in the industry for actually longer than I, and I hope you don't mind Bill when I tell people that I've been in this industry for almost 40 years. And you've been in it longer. It's incredible right? And he looks good too. So Bill walk us through Point-of-Care. Bill knows about as much about Point-of-Care as any man on the planet. Andrew Kirkham runs our Transfusion Medicine Business. He's going to tell you, I'll tell you in advance even -- we're the one number one Transfusion Medicine Company on the planet, both on the donor screening side as well as the IAH side. And then also we'll have Dr.Tammy Rinaldi, who Heads up our Molecular Business unit. I'll tell you about her business, but obviously, you'll want to know about Savanna, because we're right in the middle of going with that particular launch as well. So Dr.Crowell, Vernon Crowell talk to you about some of the things that he thinks about moving forward. And then finally, Mike Iskra, our Chief Commercial Officer and Joe Busky, will wrap it up, but I will say in the future Mike maybe we have one of your region guys or two, maybe Joanne from Europe or Mike Abini from the US talk about how they think about their go-to market strategies and how they're going to compete moving forward.

I won't spend a lot of time here because I think you've seen this slide before, this is the five pillars that we talked about immediately after we closed. We use them in our earnings call recently, we're acutely focused on integration and culture. You'll hear me say many times that I believe strongly that happy people are more productive. And I would also tell you that the way that we've put the company together by having business units being such a big driver along with the commercial organization and the regions of the world. That's the most likely recipe for success, but at the same time, it's also the most difficult, it's like watching a pro set offense, right? It's about communication -- I shouldn't say that in every audience, but I think you all get it. It didn't go well last week in France. But in any event, communication collegiality super important, and so this team works as well as any team I've seen, and I think that we're on a really good path to continue. And you heard some comments, these comments are super common from our employees.

Innovation as a big topic you'll hear, all of the folks in diagnostics talk about it, but at the end of the day, getting products across the finish line and getting them cleared by whatever regulatory agency is the key. Commercial excellence, Mike is going to talk to you about that in some detail. Never before has operational excellence been important, I've never lived in my 40 year career in a situation where it's easy to create demand for your product, it's hard to make what everybody wants.

And then capital deployment, we have cash. And Joe will tell you about how we're going to spend it. So I think that might be the end of my formal presentation, I do want to acknowledge though, now that I am able to see I've got a couple of board members that were going to join us as well. Dr.Marilake Poland in there in the back, she's our longest serving board member, I won't say how long were you like, but she

was definitely here before I arrived, and we've had an outstanding relationship. Joe Wilkins is here to, there he is. Joe used to run commercial for Beckman among other things he's doing, he's our newest board member. And very happy to have you here. But these two you can corner during the break if you want as well. And we were expecting Bobby Schmidt from Carlyle too, but I don't see that he is in the room. But okay, I'll stop. Anybody have a quick question. And how much time do I have Bryan.

### Bryan Brokmeier  {BIO 16674925 <GO>}

(Inaudible) question or two.

### Douglas C. Bryant  {BIO 4167718 <GO>}

Question or two. Okay. Perfect.

### Andrew Cooper  {BIO 18644983 <GO>}

Great. Thanks Doug, Andrew Cooper from Raymond James. Just quickly you brought the CEO and Chairman rolls together with the deal last night announced, you're splitting them again. So just can you give us a little sense for sort of the rationale, and the timing behind that decision?

### Douglas C. Bryant  {BIO 4167718 <GO>}

Yeah, thanks, Andrew. That's almost a bit of bit of an elephant in the room. So I'm glad to have the question right out of that. We're not signaling anything first of all, that's most important thing I can tell you. I'm not ill, if President Biden wants to challenge me to a push-up contest I will accept right. I may not be the fittest person in the room, but I'm going to top quartile right. So -- and I'm not going to retire, so I have no plans to retire. I am super energized by what we're doing. I feel fully committed to our employees, they're counting on me, I tell them all the time, I'm interested in your happiness, but I'm also interested in your careers, your ability to move to positions of increasing responsibility, and ultimately to create a financial well-being for you and your family, such that if you choose to send your child to college you can, and so I'm committed to what we're doing, but I'm also committed to our employees, and so I'm not going anywhere. I do serve at the pleasure of the Board of course, but my relationship with the Board has never been better.

So I'll start there, and then I'll also just suggest that there are a little bit of a couple of nuances at play here. One is that, since the beginning when I took over as CEO in 2009, it was always clear that the Board fully valued the independence of the Chairman role. And so if that were not true, I would just suggest to you that in those 13 or 14 years that I've been doing this, you can imagine that I have asked before, because it would be logical for me to right, but never have they, and the only consequence that change that is when we put -- these two companies together, because when Chris Smith and I negotiated the deal of the notion was a merger of equals, and one of us was going to be CEO, and one was it going to be Chairman, but the deal changed over time, and we can talk at a break or at the reception later about some of those things that changed over time.

But at the end, my Board was equally concerned with a number of things. One is, would they still have the same level of influence on the strategic direction of the company. Would we be able to speak with one voice to the street and to our employees. Would we be able to integrate the company as effectively. And so -- and at the end of the day, they always suggested that they reserve the right to revert back to the way it was, and frankly speaking, I don't have a problem with it, and I don't think it's a bad idea. So we now have Ken Buechler , who was my Chairman and Nil Milan[ph] Independent Director, and now my Chairman again, he's the same guy I'm having lunch with tomorrow, and it's the same great relationship. I have a terrific relationship with the Board that I brought to the party, but I also have a good relationship with the former Ortho directors as well.

So I'm not ill, I'm not retiring, I'm not unhappy, I'm we're all going to be fine. My job has not changed. Did I over answer Andrew?

### Andrew Cooper  {BIO 18644983 <GO>}

No --

### Douglas C. Bryant  {BIO 4167718 <GO>}

Okay. All right. Thank you. Yeah. Anybody who's name Andrew, can ask a question at this time.

### Andrew Cooper  {BIO 18644983 <GO>}

Hey, good afternoon. Thanks for putting this on you. You commissioned a pretty large perception study earlier this year, can you just maybe talk about some of the key findings from that and some of the initiatives that you might have put in place from that perception study?

### Douglas C. Bryant  {BIO 4167718 <GO>}

I think you might be referring to the employee happiness survey.

### Andrew Cooper  {BIO 18644983 <GO>}

The investor.

### Douglas C. Bryant  {BIO 4167718 <GO>}

The investor survey, well I'll let Bryan touch on that here when we get to the Q&A because he would have some facts and figures for you. So okay. Okay, perfect. Alright, next up is Pat Klein, Pat is going to talk to us about integration and his world.

### Patrick Klein  {BIO 21994315 <GO>}

So I thought I should just get up and say the integration is going really well and then get off, but maybe we will go into a few details. It's great to be here today, I'm pleased to be presenting and sharing with you, where we are on the integration journey, a bit about our employees and our culture and to talk about how we're accelerating our innovation and our commercial reach as we combined the two companies Quidel and Ortho.

So one of the things I wanted to do was talk a bit about my role. So I have responsibility to oversee our integration program, our people and talent strategies and then some of our digital innovations and business transformation. So this role will continue to push the company forward, even after we're done with the technical elements of integration.

So we've been managing the program in a very structured way and as you can imagine there's a lot of moving parts and pieces. But as Doug said, we feel like we are on track and we're actually exceeding our expectations about where we thought we would be at this point in time. We continue to work with the combined teams and operations, R&D, commercial to drive that product innovation and to provide our differentiated customer service and commercial excellence. And we're doing that by harmonizing the teams and so the first stage that we've been through is the harmonization process. We're now moving into full integration (Technical Difficulty) begin to pull processes together and we found in that nation and that's something we're very proud of as well -- is the collaboration in the collegial nature of the company. One of the commitments we made was to keep business as usual to keep moving forward make sure that we are meeting our objectives, we move towards interim state. Interim state for us is something that will we have been targeting Q1 of '23, we are on track with that while we hope to do was achieve the combination of the two organizations in all the various operating levels and we've been able to do that.

We've hit our milestones and we are now looking towards the future state and what future state for us is as we move forward (Technical Difficulty) of equals everybody says our culture's of the same. Well, those aren't actually exactly true, right? There's always differences, while we really we really seamlessly and so I have Quidel and Ortho has been able to -- much more simple. The some of the highlights as we move through the integration is we're not consolidate our manufacturing facilities, we don't have product overlap and we also are not having to cannibalize any products or product. So those things were very complimentary and so our teams felt energized by that and really supported.

You might wonder, how are we doing this through our culture and we spent a lot of time defining what the QuidelOrtho way is. And what is really important about this is this is a rallying statement. This is something that we're actually in order to get everybody on the same page to be moving in the same direction to be part of something bigger than what then the sounds themselves. Our purpose and our values, and our focus, and that covers our employees, it covers our partners, and the communities with which we work. And it was designed to be a story guide so that our folks can mimic behaviors, and support one another as they move forward.

We also feel very committed to and Doug alluded to this is happy employees, and that's something that we really look to, if we have employees that are excited to be here that will lead to positive outcomes, and they'll be able to act as an accelerant as we move. And one of the things that we did, and people might say we were crazy, was I'm sorry -- were we are -- we are so we're our employees today, this is our employee population 6,000 people, we're operating in 130 countries, and we're leveraging our global reach, so that clearly where we need to, but also leveraging the global teams to support what we're doing in each of these areas.

One of the things that we did was we measured our employee engagement, and this was really important to us, and we did this early on in the integration -- really positive response across our entire population. So with over 75% of the employees responded to the survey, was a blind survey. And the overall positive sentiment exceeded 70%. And for anybody who's been through an integration, that's a pretty good statistic that early in the process where there's a lot of change going on, there's a lot of uncertainty, and so we felt really good about that we felt like we're -- our messages we're hitting, and people are feeling engaged in the process.

We're also really pleased about this statistic around the -- their intention to stay with us, exceeding 80% -- to 81% that's huge. So people are really looking as they can continue to grow their careers, they can continue to be excited about what they're doing, and they see opportunities, that was something that we're really excited to see come out of the survey. And our employee turnover continues to be at a very expected low level, and we are we're seeing retention at over 88%, and that's something that for us it was also a bellwether, really important that people we're wanting to remain engaged, and part of the organization.

And that helps us execute on our strategies, and our priorities, and it'll help us with our ongoing growth. And then what we'll do over time is we'll do pulse surveys now going forward to benchmark how we're doing. And so we'll do a couple of those in '23. But overall, we really feel solid about where our employees are with the integration, and where we're headed.

And what we want to do going forward is to ride that positive momentum right. We don't want to go backwards now. So we are really going to use the structures that we have in place, as the foundation, we'll enhance those structures over time as we move towards that transformation, and optimization across the company. Our executive team is aligned, we are working together in an incredible way in a very collegial environment. We are building strong teams, and most -- collaboration, so there's not this us versus them, it's a real collaborative environment. And our business models are ready to go to support our strategies, and we are ready to move into move into '23 with enthusiasm. And as a result of moving forward, that we will be able to represent this one QuidelOrtho to our country, to our investors. Where we stand I'd be happy to take --

## Elizabeth Garcia  {BIO 19822705 <GO>}

Hi. Thank you so much for taking the question, Elizabeth Garcia at UBS. So last quarter you guys announced that you'd identified about $50 million in synergy opportunities, which is mostly ahead of kind of where you originally were for 2023. If you could -- and then I guess kind of what your confidence is the potential for any incremental pull forward.

## Patrick Klein  {BIO 21994315 <GO>}

Talk about the numbers for sure. So, I'm going to leave that to his presentation a little bit later. But suffice -- pacing ahead of where we thought we would be, and we're really confident and where we're headed. So our synergy, both revenue, and cost synergies are on track.

## Alex Nowak  {BIO 18788027 <GO>}

Great. Alex Nowak from Craig Hallum. Thanks for doing this. Maybe question around the integration of the sales teams, both U.S. Europe, and APAC, and maybe this is should be saved for later section. But maybe speak to what would happen specifically in the U.S. around the two sales teams, A Quidel and Ortho. Does that ever become one unified sales team? And then, in the geography is like Europe and APAC, where Quidel sales person might not exist today. How does the transition of adding the Quidel products to the bag, and trying to roll that out, and those are the geography start to take place.

## Patrick Klein  {BIO 21994315 <GO>}

So I love these questions, because I can defer them to other people, but no Michael definitely address significant portions of your question for sure in his presentation. I would say that we've already merged the North American commercial organization together, that was recently announced. We are also cross training our regional teams on the products. So if it was Ortho sales team, they're learning Quidel products, and vice versa, and that's going exceptionally well, lot of enthusiasm there. And the West in terms of our pacing, we feel like the commercialization set up for '23, and we're ready to move forward don't see any hiccups in front of us there at all.

## Analyst

(inaudible)

## Patrick Klein  {BIO 21994315 <GO>}

Sure. So, I appreciate it. I am very, very pleased to introduce our next speaker which is Rob Bujarski who's our COO, and he's going to talk about moving the business forward.

## Robert J. Bujarski  {BIO 15021397 <GO>}

Well, first off everyone thanks so much for your time today and your interest were greatly appreciated that you spend your time with us here getting close to the holidays. So really just wanted to share with you how do we feel about our company right. Really simple. How do we feel? What are we thinking? And I want to start off with just kind of three key messages. First, how do we feel about the industry? And, and we feel great, and we'll talk about that here in a minute. We feel great about where we're positioned. How we're going to compete within that industry. And as Doug mentioned, a big reason for why we feel great is because we've got incredible people and we feel great about the talent we have on Board.

So you're going to hear that same kind of again and again throughout the day and hopefully kind of get the feel for from the business unit leaders and the people that are running the strategy and running the company. Why we have that confidence in our organization? So our industry and the world and the world we've experienced over the last few years. Obviously the need for healthcare is not decreasing its increasing. The importance of diagnostics in that is straightforward, right? If -- even consumers et cetera, the importance of getting a diagnostic getting it right making sure you're getting the right therapy, the right treatment. You're staying home when you're sick that kind of a thing.

So one of the reasons is we feel really, really good about the industry is that we're in is the demographics, the numbers et cetera that support its growth. Technology we've seen again in the last couple of years look at the growth of telehealth. The interesting thing about our business is there's so many technologies today that exist and our world and be deployed better. Privacy issues in regulation and things like that, but the technologies exist today, and it's been and it has been and it will continue to be an accelerant for growth of our industry. So hitting on those same themes the demand I think again is pretty straightforward and the numbers and the demographics et cetera, support continued growth in healthcare and diagnostics.

Resources those an interesting point where just want to spend a bit of time. Our industry is one that has been under pressure in connection with making sure we've got enough workers and you hear that in the diagnostic space have trouble finding Medtext[ph] to support the lab you've felt the resource strains over the last few years in healthcare as a whole. So, one of the things that we think about and you'll hear from Dr.Kroll on the R&D side, when it comes to innovation is making things easier, simpler, faster. It's how we think, it's how we're wired.

Right and so you'll hear some of those things also from the business unit leaders in terms of automation solutions on the Point-of-Care side again, those are four the things that we think about all the time four main criteria better, faster, simpler, easier to use. So it's how we think it's how we go about innovating. This is a slide -- it's we've been using it for decades. I think at least 20 years and we talked about the again the importance of diagnostic. It's pretty simple slide and we talked about diagnostics drive 70% of the decisions in healthcare. We also used to say with this slide, there were some amount of spend associated with and I forget the 2% that's telling us 2% so 70% of decisions, but 2% of spend. So we also used say we're undervalued Diagnostics is under valued, we feel like the stepchild from time to time

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

to pharma, I think again the importance of Diagnostics is really, really clear to most folks now tickling going through the going through the pandemic.

So this is an interesting thing in this thing where we sit so decentralize testing Point-of-Care or at home and Bill Ferenczy will tell you a little bit about our thoughts about Point-of-Care. But this push and pull that we used to feel at times prior to do in the deal was a decentralized versus centralized. And it this constant kind of conversation about well there's one cannibalize the other and this kind of that back and forth. Where we sit today, we're just in a great spot because we're one of not too many companies that has the ability to say, we can meet your needs. Dear customer, whatever you might need we can meet them. If you believe you want to run something decentralize, it makes sense it's cost-effective. You're getting an answer faster where you need that answer we have a solution for you.

If you're high volume and you're looking, you have a different process, we have a solution for you. So again really uniquely positioned as a company being able to deliver across those segments. And this really the same point we're making and you're going to hear this from the business unit. So don't want to spend too much time here, but you see the interplay of our business units and where they deliver across the continuum of care. So we believe as a company, we are again in great shape, we've got the right technologies, we've got the right commercial presence, so we have an ability to execute across these segments, like not too many other companies in the industry so really well positioned. This is another -- from a number of the business unit leader, Joe will address various aspects of this slide as well. The key takeaway that I want to, we feel very good about the business units and their operating within an opportunity that's meaningful and with good growth rates.

The final point again is just like the will have the team come up here in a minute and get a chance to really tell you about what they're doing. But I can tell you, we even preparing for this meeting, it's funny, we spend a lot of time. I guess you wright scripts, Dough wrote three versions of the script that I can honestly tell you didn't go off the script at all right, in other does actually, I used to be the General Counsel, I used to make --, but true beautiful thing about the folks to my right is they have incredible experience. Right now you're going to see that they're engaged, we know our business, we know our industry, we know our competition, we do what we do, and we go to work and we'll actually -- work at a place where we try to make people's life better and you're going to get a chance to feel that. So I'll stop rambling otherwise I'm going to get in trouble but and soon who leads our Labs business unit. On the Q&A side, you'll get a chance after each one of them to follow-up with questions. Thanks very much.

## Joseph M. Busky {BIO 5848103 <GO>}

Thanks. All right, good afternoon, everyone, how are you doing? All right, good. Alright, I thank you for the time today to talk about the growth strategy for the Labs business unit, as Rob outlined in the Diagnostics continuum, the Labs business unit predominately operates in the centralized portion. We serve the core labs of hospitals, health systems, clinics, and reference labs around the world. With over 75%

of all testing occurring in the core lab environment, we think it's mission critical to have a strong labs business unit.

As we look at the KPIs for the Labs business unit, I would like to start with our install base. We have 14,000 analyzers spread throughout the world in a 125 different countries. We have strong, predictable, reoccurring revenue of over 94%. And the nice thing about that revenue is almost split evenly 50-50, with 52% of it being in North America and 48% of it being outside the U.S.

One of the critical KPIs that we're going to talk to you a lot about and talked a lot about today is our integrated and install base and our automation install base. Integration for Quidel, Ortho integration for the Labs business unit really is solutions that run both our clinical chemistry portfolio and our amino acids a portfolio. It really is that customer that runs everything that we have. In 2019 our integrated install base before the launch of the VITROS 7600 was approximately 2,500. Today that integrated install base is over 4,000 units and growing strong.

As Rob mentioned, we believe that the let -- the global lab market is at an inflection point. There are nearly 14 billion tests performed every single year. And as Rob highlighted, over 70% of all medical decisions are influenced by diagnostic tests. However, at the same time, we also know that half of the world's population, half the world's population does not yet have access to proper diagnostic testing. So we believe strongly that you're going to continue to see volumes go up as access improves.

However, here's where the inflection point comes in. The inflection point comes in because resources are down. In the United States alone there are 25,000 Medtech openings. These laboratories are being asked to do more with less and these laboratories are coming to us and saying, we need your help, we need your solutions, we need to help improve our quality because we have to get the test, we have to get the answer, right the first time, right. They need help with their reliability, the other equipment, they need to make sure that these analyzers are up and running and producing results because they don't have time.

But they need to make sure that they're efficient and effective and productive, right. Because they have the lowest total cost of ownership because their budgets aren't expanding and probably most important because of the changes occurring within this industry, they need a partner for life, and be with them in the future.

We believe both that Quidel and the labs business unit that the VITROS portfolio solutions is that partner. We feel very strongly about our automation solutions, our integrated solutions and our standalone solutions can solve the needs of the laboratory today, tomorrow and into the future.

What's interesting is that we love this market. This market is a fabulous market. Its $28 billion and growing between 5% and 6% a year, really being led by extremely strong immunoassay growth. We'll talk about that a little bit more in the next slide.

Within that market, we've carved out a very attractive, sweet spot. I'll talk about our sweet spot is this. It's really the intersection of where Ortho QuidelOrtho believes there's value, and where our customers believe our solution matches their needs the best. That market is about 70% of the overall clean labs market value that today about $21 billion to $22 billion. And we're one of five global players who really have the opportunity to serve both the clinical chemistry, and the immunoassay side of that marketplace.

I had the opportunity at the demo hour to talk a lot about immunoassay. Immunoassay really is going to be the growth engine for the labs business unit in the next 10 years. As you look at this chart, the right hand chart shows really the market. If the market is $28 billion, 68% of that market is immunoassay. However. on the other side, our revenue mix today only 42% of our revenue is immunoassay. It is critically important that we close this gap. So how was this gap created, right? Our predominant focus in the past with specializing in clinical chemistry, and infectious disease. As the market moved away from a specialization model to a consolidated model, we had menu gaps.

In 2015, our immunoassay portfolio only had 50 test in comparison to our competition who have between 60 and 70. And it wasn't just about those 60 test with this 10 test difference, is we're missing key menu like HIV combo and vitamin D. Today we have 65 test in immunoassay portfolio and by 2027, we're going to add an additional 25 to have 90 total tests in our immunoassay portfolio.

We believe we will have an industry-leading immunoassay portfolio that we feel very strong can work anywhere across the world. The second we have this revenue, disparity between IAN and clinical chemistry is where we've been placing our analyzers. Historically because of our specialization in clinical chemistry, and the lack of a comprehensive menu, you'll see that over 90% of our placements are below a million tests a year.

What you're seeing here on this chart really is our 14,000 units spread throughout standalone integrated and standalone IIA. Our job now that we have this comprehensive menu that we've launched the VITROS 7600, and that we are launching Automation and IT Solutions is to push up market. As we push up market, we believe significant revenue expansion will occur.

So where are we going? Werner Kroll is going to talk with you a little bit about our long term R&D pipeline. What I'm going to talk with you about is some short term, and midterm things that we're working on.

Outside, sorry, in the last slide, we spoke about the need to push up market, right. And to do that, we're really doing two things. Number one is we're refreshing our VITROS portfolio. You can see the new industrial design with that as well will be new software and we're launching e-calibration as a productivity solution for our customers. Additional to that we are launching the VITROS Dual and Dual Plus,

which is a tailored automation solution for those Dual 7600, those Dual 5600 customers, who need more automation to support their decline in workforce.

Additional to that in 2023, we know the importance of China both as a holistic view for QuidelOrtho, but also for labs business unit. We are extremely close to two localization strategies. Number one is localizing our instruments in China and number two is an assay development project that will allow us to speed up to market that critical immunoassay portfolio, that will not only allow us to go deeper within China's stat laboratory environment, but also penetrate up into the routine market.

At the end of 2024, we'll be launching -- by the end of 2024 we'll be launching 20 to 25 additional assays and development of the next generation automation system and IT portfolio that's going to allow us to really push up market further.

Lastly 2025, we are developing low-cost, low volume platform for both emerging markets and developed markets. We're going to be touching the VITROS 450. Of our 14,000, and install base about 50% of our install bases standalone chemistry. The VITROS 450 is targeted to replace that analyzer. But what we also know is that within that install base, the vast majority does not have immunoassay. Capability running on a QuidelOrtho product.

We will also be developing a sister product low-volume integrated that will attach become a modular design version of that analyzer, really allowing us both to replace or extend those customers, but not only with chemistry, but also with immunoassay? By 2027 we'll launch 30 to 35 new tests. And by the end of the decade, we're going to revamp our dry side to make it more scalable, and develop modular based programs that will allow us to the fill that full marketplace.

Key takeaways. Number one, we are in a large attractive market. Second, we believe we have significant revenue upside in the near-term with launches in automation and informatics and the refresh in China. We believe strongly that we can grow mid single-digits in the near term, in the mid, sorry in the near term.

In the midterm, with launches of our low volume integrated VITROS 450 platforms, additional IA we believe we can grow, mid-single to high single digits. And in the long term with innovation of dry slide, and modular based systems, we believe that we'll grow high-single digits to low-double digits.

Questions.

## Questions And Answers

### A - Bryan Brokmeier  {BIO 16674925 <GO>}

(Question And Answer)

## Q - Patrick Donnelly  {BIO 18033496 <GO>}

Thanks. Patrick Donnelly from Citi. Bryant, I guess you talked about, kind of, this larger installed base throughout COVID. Obviously, you're not the only one who experience that these labs bought a ton of systems across a bunch of different vendors. I guess, what is your confidence level of -- what gives you confidence that you guys are going to be one of the net winners as these labs look to consolidate back down to maybe less suppliers after they bought kind of everything they could get their hands on during COVID. Just kind of curious because again, we hear from a lot of companies, the installed base is up. What gives you the confidence and kind of that visibility to stick with the customers and again drive good utilization off that?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Sure. Make sure I got your question. So during COVID there was an increase in install base and we properly using that install base into the future. Is that the question?

(Inaudible)

Sure. Yes. So I think first of all it's a it's a great question. our 14,000 unit install base and predominately the integrated systems in the 3,600 systems were placed to help fight the pandemic.

I think unlike a lot of businesses, we -- those customers who bought those that equipment, most of them are still leveraging and utilizing that equipment. We really didn't see a lot of customers say we're just going to run that test or by that and return it. There were a handful right? I want to get on there were a handful, but we're really not in that position the labs business. Most of the 14,000 units we have in the 4,000 integrated analyzers are being leveraged to a good capacity.

## Q - Alex Nowak  {BIO 18788027 <GO>}

Hey, Alex Nowak from Craig-Hallum. Maybe speak to the menu gaps that formed over the years was this do to you say under investment in R&D? Was there any limitations to the dry slide technology that ultimately got you there? And then maybe speak to the menu expansion that you want on take place, couple of the key assays, anything around high sensitivity troponin and then going further field what about anything about molecular side in last business?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

A lot of questions.

## Q - Alex Nowak  {BIO 18788027 <GO>}

Yes, I know.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)                                                    2022-12-13

A lot of questions. All right. So I think if you think back to the market 15 or 20 years ago, it really was a specialization market meaning best of breed, right? I want best chemistry, I want the best infectious disease, I want the best IA solutions, right. And really what's happened at that time, our focus was predominately on infectious disease in immunoassy, and it was on is on chemistry. And as that market -- is a market began to consolidate equipment, we just didn't catch up, right? And then when we knew there was an issue, we were part of Johnson & Johnson and yes we'd probably get the level of investment that we needed at that time.

But since then we've had, I think a really steadfast vision of where we want to go. And one of the areas where I'm most excited about this acquisition and merger of two companies is the level of R&D investment. That's coming into the labs business and specifically going to design and develop this immunoassy, that's in this immunoassy testing.

So that was the first question right? And then the areas where we're developing the future. So I think it's interesting, there's a couple sorry high sensitivity troponin is when they're within we launched it XUS a couple years ago. It's within the FDA, right now we hope hear back. Hopefully within the next 30 days to 90 days.

I would say a lot of it is our menu gaps in Europe are around like our thyroids and some oncology tests that are required for large tenders. It's really specialized testing. We're at the point now where the menu gaps that we're talking about aren't overly aren't overly specific. The really general tests that are going to help us enable and win larger degrees of tenders and not have to bring on subsystems or third-party systems to connect in, right.

I think what you're going to see with our China JV that we're going to announce, its really focused on oncology, right? In the Chinese market, we believe there's a significant opportunity in an ecology in the routine market, we're going to take those tests, develop those tests there and then pick what tests we want and then bring them back to the rest of the portfolio.

And then molecular, yes, at some point in the correlate. All right. The pulling me off, we'll talk outside. Okay. Alright, so I got excited there. I'm really excited to announce or bring forward a Bill Ferenczy the head all of our Point of Care Business Unit.

## A - Bill Ferenczy {BIO 6601208 <GO>}

Okay. Great. Thanks Bryant. And thanks to everybody and say I got to get my slide up here. Thanks to everybody attending today. It's a great opportunity to speak about my passion Point of Care in the strategy for it. You already know how old I am because Doug already gave that away but I've only been in a Point of Care world for about 30 years, all right. And during that time, I have learned that point of care means, different things to different people.

So I want to kind of start out by clarifying what the definition of point of care testing is, at least as we define it because that ultimately dictates how we design products, and then it's also important to understand that they also fit in different segments,

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

that might not be as intuitive. And so we design them, we design our products to meet the toughest condition, true point of care testing, which is done outside of the laboratory by near the patient, non-laboratory some times even non-medical people are running that test.

It needs to be worthwhile you're gonna do point of care. So it needs to deliver result that can lead to an action, some kind of a decision for the patient or the doctor. And then its also critical to fast and the faster the better because you want to have the patient wait, so you can take that action, why they're still there. And so that -- that's -- that is the what we drive it. Obviously, if you design products that meet that, you can easily meet the needs in true Point of Care. But the part they gets missed a lot is the really large opportunity to use these products inside the laboratory, but in low-volume scenarios.

And that's always been a key place. So, even in small hospitals and light were hey testing is really low volume, and it's just easier to do it with a Point of Care platform. My analogy is if you're only going to drink one or two cups of coffee a day, it's better to have a Keurig then to set up a great big coffee maker, right? There's no setup and there's no clean up.

And so, that's the other key segments and likewise if you do develop a novel biomarker having it on a Point of Care platform from is a great way to deliver it to the market, because you can move it out quickly and you can do to any site that wants it with very little capital.

So, with that definition in mind let's go back to the diagnosis continuing from the Point of Care perspective and what you can see look it's kind of the opposite end of the range from where Bryant just spoke is the decentralized world, but it's also a really wide array of different setting ranging from the hospital all the way to people's homes here. And its important to understand that they differ to a great degree in terms of the kind of patient they see, how sick they are, the kind of staffing whether there is a lab or not or a number of other variables here.

They do tend to be smaller lower volume sites by nature, but there is lot alone. And so we look at the non-hospital site just in the U.S. there's well over a 150,000 places to go and that's not even including home testing right, which expands out greatly. It does make sense to give a little attention again, kind of, back to the hospital here. When you look at the hospital targeting for what we do with Point of Care, we have a lot of targets in the small and medium hospital based on what I told you.

You target in the lab and the volume of testing is low. When you go into the bigger hospitals, what you're targeting is putting it at the Point of Care in the emergency department or the ICU. And the driver there is the need to get the answer quickly. And that can't be met readily by the lab and a lot of places. In those settings, the volume and the related revenue can be very high, they can be significantly higher than what you'd expect in the in the smaller settings.

So the snapshot here of the business unit today and I'll just start by saying the last several years we've clearly been focused on the COVID side. And this year that'll be over $1billion. What I'm going to focus on here today is the roughly $0.5 billion of non-COVID core products, because those are really the foundation for where we're going to grow our business. That business today -- there is driven by both Sophia and Triage.

You can see we have nearly a100,000 placements between those two systems. Though that footprint for both of those is still growing nicely. And you can see on the kind of bottom and left the business is spread nicely across both of those systems today.

On the far right, you can see nicely that also that a lot of the business is tied to the instrument placement. So it's recurring repeat business not transactional. In center there you can see today, most of the businesses in the U.S., but with the expanded and stronger organization especially outside the U.S., we expect that to change over time.

So I've been in this business a long time and I can tell you that there is never been a point during the 30 years, were the opportunity from a Point-of-Care standpoint, looks this good. We already felt that things were going in the right direction even back in 2018 at our Investor Day, where we showed the centralization of care and the associated growth in Point-of-Care testing happening.

Obviously you all know what happen when COVID hit, it is radically drove that and an expanded it very quickly. It created all this awareness and demand on the part of patients, it was met. I mean I think the industry responds is made the test widely available. And what's happened is there's now a clear acceptance of the value of having Point-of-Care test for wide used.

I've noticed the few things, right. For the first time in my life, I hear in the normal common in the lingo of America people talking about PCR and antigen that would have been unheard of, but it's more at home. My neighbor actually know what I do for living now first the time in 40 years.

So the nice thing I think and we've been able to analyze this is that the impact is not just COVID in this it's not just infectious disease. The impact and the awareness here of the value of getting test more readily is going to drive the business it not only the segments where we play today, but the broader set of segments that are adjacent here that we intend to penetrate over the duration.

So the opportunity is clearly here, right for the Point of Care. The nice thing is that combined QuidelOrtho is really perfectly positioned here to exploit this for a number of factors and that working combinations. So obviously particularly on the quite outside we've got a long history here in Point of Care of developing the right kind of analyzers. We've got underlying proven technologies in the form of lateral flow and microfluidics.

And as proven through the COVID era the ability to scale up and manufacture at high volume and at high quality. The other piece and is this is really a function of the integration is this broader portfolio. I've always -- in the that it is really nice when your customer have multiple choices in there all you. And prior to merger we couldn't say that but now we have

a really broad offering here that lets us address wider ranges in terms of test volume at different sites. We have and can combine immunoassay molecular chemistry all together. And obviously that gives us a lot of strength.

In my view it really changes things and what is does is, let's just focus on solving customers problems rather than trying to force fit limited products into those same places. And so again very very nice on that standpoint. The combined company now has technologies and development expertise beyond the traditional immunoassay that we've done. And a good example here that we looking at is the ability to take the VITROS strike chemistry capability, and miniaturize that into a point of care system, and to do the same with the in some of the other modalities here to create and integrate it with the immunoassays capability today to create these multimodal things that are super valuable and again that's let's just moves beyond kind of the traditional focus where we are toady to a much wider range of testing.

Then the last piece here is obviously were a much, much stronger global commercial team here, we have more people, we have way more power outside the U.S., we are better align and can be focused on key customers segments and engage those customers there while retaining the strong distributor relations with all we had. And I think the perfect example here is what Ortho side were in terms of strength and relationships in the labs, which is much stronger than what we traditionally had as a Point of Care company and a quite outside.

So, as you look here how this will play out over the next few years in the short term real key here is just continuing to capitalize on what's now the triple die-maker or triple epidemic that everybody is hearing about, that's not only am opportunity for sales today, but it's really creating an awareness that is not COVID testing that's important. Its respiratory virus test and that's important. And that plays into our strengths of having multiple products including some combination panels that we have and once -- developing that will led go in here, and really secure what we have and continue to grow things.

We obviously also need to maintained our positions in relationship with some of the key OTC retailers both with our branded product and private label. And the triage, its really leveraging the broader commercial team outside the U.S. driving our high sensitive -- that's on Triage. In U.S., we already identified a number of real nice cross selling opportunities between the VITROS line and what have in particular Triage.

As we grow the broader menu with both our current assays and with some GI assays that are going to be coming pretty soon. On the U.S. side or on the Triage side, we have a real nice opportunity to kind of revitalize things, because we have multiple

launches coming on Triage. The high sense for U.S. a PLGF test, that's placental growth factor for preeclampsia, and then a toxicology panel that fits in, with our current offering, and with the VITROS offerings.

And then longer-term, it's about tech, it's about development of platforms, we're going to put toxicology a family of products onto -- which will take us into a market today that we don't play in very much, but is huge. We're going to -- we're working on what we call leapfrog which is a next-generation, ultra high sensitivity multiplex immunoassay system, but we're going to integrate other modalities into it to make that super attractive in the critical care segment. And then we've got a number of other platform developments, and new platform is underway to cover the broader range of stuff.

If we get those platforms is in place, then we have the potential obviously to grow it -- to drive a lot of biomarker growth beyond where we are today. And our focus and what guides us here is we really look at the different needs in three kind of key areas, critical care which is that emergency room environment; or urgent care or freestanding emergency room; primary care the broad range of that, and obviously the home testing.

So kind of the key takeaways here could have said it more simply there's more opportunity. We got the right team, and we got the right products. Flip it to questions at that point.

## Q - Conor McNamara {BIO 19774124 <GO>}

Hi, Conor McNamara, RBC. Thanks for taking the question. One of your competitors recently talked about a muted flu season, and just wanted to get your take on what you're seeing this mysterious part of the flu?

## A - Bill Ferenczy {BIO 6601208 <GO>}

Yeah. It's not what we see, and I know we have a lot of data we captured on it, but we've continued to see it be pretty strong right in terms of overall respiratory. You had RSV running at the same time and COVID kind of resurging, but I just saw a headline the other day about record flu hospitalizations highest in like 12 years. So again we haven't seen it.

Yeah. If you got some of that data --

(Inaudible)

## A - Unidentified Speaker

Am I good. Okay, thank you. I'm pretty sure I know who made the comment. And a larger company I can tell you, because I used to be in the one that person would be the last person to understand the extent to which they had lost share. So, the fact that their customers are ordering flu product, I understand. Because we took 6,000 of their customers. So he's going to figure it out but somebody's going to be --

somebody in that organization needs to be brave enough to tell them. So I'm sorry, I think that's the answer.

## Q - Casey Woodring  {BIO 21616573 <GO>}

Hi, yes. Casey Woodring from JP Morgan. So there's been a lot of buzz around GI on the molecular side, but curious as to what that market looks like for Sofia, that's the sort of the next area of growth for Sofia in the pipeline over the next 18 months to 24 months. So curious as to what the demand looks like from your customers there, and if you could size that market opportunity for Sofia.

## A - Unidentified Speaker

Yes, I don't know that I want to give you or Ken can give you the exact turnaround, but it's really, probably most heavily driven by CDC -- right, which we planned to bring into the into the U.S. market and that's one where it kind of fits in with molecular versus competes with molecular.

I think we were all around whenever it was when we first developed molecular 9 years ago, 10 years ago. And we thought was going to take the world over and what we've learned is that it's the ability to find the bug with the molecular, but the patients that need to be treated are the ones that you find with the that. So we feel pretty good that we can, because we're putting it on Sofia and we're simplifying it versus kind of the market leader that we can do well and that can pull through some of the other things there. I mean, it's not a COVID size market, but I think it'll be pretty nice. And it's another one of those examples, if you have particularly look at see, if that's going to be driven mostly in the hospital market in our presence today, and that market is obviously a lot better.

All set, okay. Alright, Andrew Corkum going to talk to you about Transfusion Medicine.

## A - Andrew Corkum

Good afternoon. Thank you for being here today. I'm happy to walk you through our transfusion medicine strategy. Transfusion medicine they operates in the centralized spectrum of the hospital testing. So we're from hospital, smallest hospitals right up to the largest hospitals, reference labs, donor centers, national reference labs, commercial labs.

Doug kind of stole my thunder earlier by saying, I was going to let you guys know that we are the global leader in immunohematology and we are. We are the global leader in transfusion medicine. Number one, Immunohematology globally, number one in North America. In donor screening, we've pioneered blood banking. We have a long history of thought leadership and innovation and we're well positioned to grow this market.

We operate in two different yet overlapping segments of transfusion medicine. So when the donor testing side, we look for unexpected viruses, HIV, hepatitis, shag

syphilis we also do immunohematology testing on those units of blood that get donated.

On the patient testing side, immunohematology we're lucky for unexpected antibodies, we're lucky for ABO RH and then we're doing the important thing of cross-matching being this patient with the donor unit to ensure that blood unit is compatible to them. Because his, if it's not, it could cause a delayed hemolytic transfusion reaction, which could essentially be fatal to them.

Every year there are over 118 million blood donations globally. That relates to about 354 units of transfused into patients. We test approximately 30% to 40% of those. We have a very stable perpetual business and growing at about a 2% to 3% per year in the immunohematology market and blood screening market on the plasma side, much greater growth at about 15% to 20%, 10% to 15%.

We have a razor blade model, which we go -- which with big base of automated instruments globally and it were positioned in about 130 countries. And a big opportunity for us is to grow our base not only our core business with adding more menu and reagents to our current platforms. But also looking at expanding that global footprint.

Over the past 80 years, we've had a lot of innovation as we've risen to the challenges and needs of the market. For example, we're the first to introduce an RH immunogloblant back in 1947, which has saved millions of babies lives over the past few years. We're the first with a, with the introduction of the hepatitis-C virus marker, we're the first with an FDA license HIV-1 and 2 assay, where the first tab CE mark with HIV combo, and most recently we were the first with EUA approval on our COVID assays, which was used for the convalescent plasma programs.

Our total revenue is nearing $700 million a year. We have an installed base of over 6,700 units, automated units by tens of thousands of semi automated units that are placed throughout the world. 55% of our revenue is in North American market, that means there's a lot of opportunity for growth outside of the North American market as some of the emerging markets become more sophisticated in their testing profiles.

A large opportunity of growth for us. If you look at the chart to the right to the left is in this segment, the automated, the networks and the commercial labs. This is where we're driving the majority of our revenue that were least penetrated in those markets. These markets are underserved. They need a much higher throughput analyzer that is currently available on the market today, and this is an area opportunity for us where we intend to exploit.

So our growth drivers, as we look to the future 2023 and beyond, we're going to continue to drive and grow our base, our core business by offering more and more automated menu and assays that will create retention and stickiness as we move to the future. We are heavily investing in a donor screening ultra high volume

instrument to reach that blood donor, centralized blood donor and particularly the plasma market, which is growing at the 10% to 15% CAGR.

If we're going to invest in immunohematology modular ultra high volume analyzer as well, because we feel that segment is underserved currently and it's a great opportunity for us to capture more market share, but we're also launching our latest optics reader, which is a fully automated reader, which is democratizing testing. So adding the same quality and standard of testing, as you'll see in the larger hospitals like driving it down to the smaller labs.

And then finally our digital solutions, which will link all of our platforms together. So that if you're looking at an idea and hub-and-spoke model, you'll be able to link them all together in the main hub, we'll be able to look at all of the results that go through their system.

So the key takeaways, again I think I mentioned earlier, we are number one. We are the market leaders in immunohematology, we're the market leaders in donor screening, we intend to stay there, we have very strong brand equity. We have great opportunities to expand our portfolio with reagents, and assays, and digitalization. And we have significant opportunity to grow our co-op with the ultra high volume analyzers in both donor screening blood and plasma, as well as immunohematology large hospital segment.

Any questions ?

## Q - Conor McNamara  {BIO 19774124 <GO>}

Hi. Connor McNamara RBC. Thanks for taking the question. Just, can you comment on the market, who you're competing with, and how you differentiate yourself from transfusion medicine, please?

## A - Andrew Corkum

Sure. Great question. Thanks, Conor. We compete against Mucore against Bio-Rad, Gristles. We're differentiated, our platforms offer much more automated menu than our competitors do. We also compete on service and support. We are the leader in transfusion medicine with many innovations, it's thought leadership. Transfusion medicine is a very technical sell. So we have a very competent group of individuals that sell our products globally. We're also positioned in over 130 countries, so that's a big difference from our competitors.

Any other questions? No. Great.

I will now introduce Dr.Tammy Renali, Head of our Molecular Business Unit. Thank you.

## A - Tammy Ranalli

Alright. Good afternoon, everyone. I am super excited today to be able to be here to speak to you about our molecular diagnostic strategy, and update you guys on Savanna.

So, the Savanna platform and our molecular solutions target a wide swath of the diagnostics continuum. We reach all the way down into the true point of care, which Bill described. So going all the way into physician office segment, and then all the way up through hospitals, both in the small to medium-sized hospital segment to also the larger hospitals, again especially around decentralization of testing. So while we may not be in the core lab in a very large hospital, we could be placed within those emergency rooms, and decentralized locations, and even into the small to medium-sized reference labs. So it takes a large portion of that diagnostic continuum for the Savanna platform.

I'll tell you exactly how we're going to do this with Savanna in a few slides. But first, I wanted to briefly discuss the current state of our molecular business and then our aspirational goals with Savanna. So currently the molecular diagnostics business is about $133 million of revenue, and that is primarily to date driven by our Lira and Savanna platforms, and with our COVID testing solutions. We are one of the first molecular COVID solutions brought out during the pandemic, and these relationships we've forged with those labs are going to be really critical with the launch of Savanna.

On the second part of the slide. You'll see our three years Savanna installed base target of 6,000 boxes. And our three years Savanna run rate target, which is greater than $250 million in revenue. This is a slight adjustment to what you may have seen previously. The number of installed base target is a little bit lower. However, the pull through in those install bases is a little bit higher, right, and this is based on the data that we're seeing with our current launch in Europe. So fewer boxes placed, but those boxes are running at a higher rate than our original estimation.

So, Bill discussed at length about the impact of the pandemic on diagnostic testing. It made everyone in their brother aware of molecular testing, PCR, antigen testing that became the vocabulary everyone was accustomed to using. This created a huge amount of visibility for diagnostics, and also elevated the importance and awareness of molecular testing within that paradigm. However, that demand is not just limited to respiratory, right, we like to talk a lot about respiratory testing it's never going away, right, even outside of the pandemic, people are always going to have going to have to be tested for influenza like illness every year.

COVID did a great job of making the average person understand the value of that. But outside of respiratory testing, there's a lot of tremendous growth in testing for other disease states, and these are areas that we're going to focus on in addition to respiratory testing with the Savanna platform. So you see this great growth rate for sexual health, double-digit growth rate for blood culture identification, so sepsis identification. GI testing in molecular again mentioned the 15% CAGR and vaginitis. So all of these key areas are growing at a tremendous rate, and we're not even

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-12-13

discussing the concept of decentralization, which is trying to grow even faster than just even growth rate over all.

The pandemic also did a great job of showing the unprecedented need for flexibility in testing. We all see the pictures of people who are waiting in line to get tested and then waiting three to four days to get the results back. That is not sustainable for diagnostics. People want to be able to get the results very quickly, right. And whether it's being done in the physician office or within a small clinic or urgent care or even in the hospital, the need for faster still results is critical. And what Bryant mentioned the need to do more with less, right? There's the constant pressure because there's fewer technicians available, there's less money available. They're always trying to find better solutions that are cost effective and quick regardless of where the testing is being done within the continuum.

However, one-size-fits-all has not been a good solution for testing within these different segments. Many of our competitors have been on the market for many years, right? They develop their platforms 10 to 15 years ago. They've been out there for quite a while and those platforms were developed for testing that was needed and a customer segment that existed a long time ago.

The differentiation would Savanna is that we've developed this platform to address the needs not just in the lab but also outside of the lab and do so in a way that is cost effective and fast. So, some of the key features that I wanted to briefly discuss with our platform less than 25 minutes from sample to result. No, hands-on time in preparing the cartridges or dealing with the sample.

You basically place the sample into the cartridge and the cartridge into the device and you receive your results. This turnaround time is a key feature that makes it very attractive for to point-of-care. Point-of-care test can't take an hour to an hour and a half long to get a result or even 45 minutes, speed matters. However, accuracy is also important. A very fast answer that is not correct is not helpful.

In addition, we place a test select feature which causes flexibility in the panel. So what is Test Select? Test Select allows the end user to determine which analytes on the panel they would like to see results for. And so with the larger panels that were developing, we have panels up to 12 different test. The end user can then determine whether or not they want to see a subset of those results. And then they have 48 hours after that to go back without having to rerun any of those tests and unblind that data.

So this allows let's take the case for respiratory testing. In the outside of the winter season, when you have a panel of 11, you don't necessarily need to be testing for flu perhaps in the middle of July, it's not that common. However you can then run a subset so you can run your Adeno viruses, your vinyl viruses and maybe your RSVs, and then blind the rest of those results, because those are viruses that are circulating more frequently in the summer.

Again, all get the same panel which is great. Different testing for different settings. If you're testing in a pediatric hospital versus testing in adult clinic. Pediatric hospitals care a lot about RSV and even human metapneumovirus, those viruses make kids very, very sick. They don't make most adults very ill. So, again, this flexibility is unique for Savanna and a key feature that allows us to be relevant in multiple segments.

In addition, the last thing I wanted to mention from a future perspective is the unique menu. So, while we will have some of the more common analytes like everyone has a respiratory panel, everyone has GI testing, we also have focused in on some tests that will help drive adoption and those tests that are unique our test like including Syphilis in a lesion panel. There's no current molecular Syphilis diagnostic tests out there.

So we'll be a leader in bringing that testing into the molecular world, as well as a pharyngitis panel. I don't know how many of you are aware, there's a huge Group A Strep outbreak in Europe that's actually killing small children, tends to be unheard of but our panel doesn't just include Group A Strep. We include other bacterial causes of pharyngitis and this is a differentiation that will allow us to be able to displace culture testing and move it to molecular, because we're actually able to detect the four main causes of bacterial pharyngitis, which are treatable by antibiotics.

And then when you talk about competition and so we've left our competitors names off of the slide to protect the innocent, but when you're comparing against a lab point-of-care competitor, we've got broader analyte coverage with fewer cartridges. So you have to run fewer tests in order to get the same amount of information. We've got a faster time to result, that really helps push the testing out of the lab into the decentralized setting and no price prohibitive service contracts.

Some of the service contracts are so costly with some of the equipment that within three years, you're actually purchasing a new platform. With the syndromic panel competitor, we have a faster time to result, so you get that clinically relevant syndromic test in far less time and then true sample to answer again, as I mentioned, there's no hands on time. You're just adding that patient specimen into the cartridge and then putting the cartridge into the device. And then Test Select, which many of the syndromic panels don't offer you're either having to run that complete panel all or nothing, we allow the end user to dictate what's important to them.

And then with the good point of care competitor, true molecular PCR sensitivity, broader analyte coverage protesteron. Many of the isothermal tests are only able to run a single analyte at a time, which means if you want to run a panel of RVP4 for your forced to run three different tests. So, even though they may be faster, you're going to end up taking longer time to get to the same amount of information.

All right. So where are we today? As I mentioned, we've done a small targeted global launch in Europe with the CE marking of our product last year, we CE marked at the end of last year. This was done in three specific countries in Europe, we can't -- we piloted it in Austria, Germany and Italy. We decided to do this while we were

scaling our manufacturing capabilities for both the platform and the cartridge, we've just recently brought online our low volume lines and are capable to expanding the launch. So we are currently working through an expansion of our launch in CE marks territories.

We'll next be expanding the launch to include North America when we receive the E-way or 510-K clearance of the platform and RVP4. We will then expand into other regions such as Latin America and Asia Pacific. As we complete registrations as the combined QuidelOrtho company in those regions.

In addition, I've got the product pipeline of all the products that are currently actively in development below. There are a total of seven or eight different panels that are actively being worked on including an STI panel, the pharyngitis panel that I mentioned. We also have a vaginitis panel, the full respiratory panel of 11 and two different GI panels. We have a wide variety of other panels that were in earlier stages of development targeting such unique areas like, meningitis testing, as well as antimicrobial resistance, which is one of those areas which becoming increasingly important post pandemic. There's a lot of antimicrobial resistance out there and it's going to be a key problem going forward in molecular diagnostics.

So finally, I'd like to summarize with molecular as one of our high growth businesses, we have a unique ability to flex throughout the continuum of diagnostic care. We're targeting a variety of very high growth markets with this and Savanna we feel offers a very unique platform in order to address these markets. We think we're very well positioned to be able to take share from these older, more entrenched platforms with the features and attributes of the Savanna platform.

And so, our current watch trajectory is expanding our EU launched in this quarter, we have clinical trials planned for six different panels for next year and the U.S. launch for RVP4 and are herpes panel. And then 2024 is when we broadly launched those six additional panels into the crowded market of respiratory players diversifying our capabilities worldwide.

And I will take questions. It's going to be a lot.

## Q - Elizabeth Garcia  {BIO 19822705 <GO>}

Thanks. Elizabeth Garcia, UBS. Thanks for the question. So, I guess just thinking about kind of the different customer bases that you're targeting within molecular, particularly, the -- maybe the emergency rooms in the reference labs. How are you thinking about that in terms of menu and kind of what they're looking for? I think, obviously, they'll have a reference lab as well, they'll have a choice of a higher volume kind of product. So where are you seeing kind of the growth opportunity there?

## A - Tammy Ranalli

Yes, so each -- and that's a great question, thank you for asking. It's really interesting, because each segment is going to have very different menu requirements and so,

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-12-13

we're hitting different in the ED, they really care a lot about STI testing, right? Getting that result very rapidly and respiratory testing, those are kind of two key areas of focus.

In the more of a reference lab setting, a lot of the GI panels and some of the more esoteric tests become more important there. They're also not necessarily tremendously high volume. What also we've seen in this is Ben shown in Europe is that the Savanna platform is also a platform that can be used for some of the low volume stat testing that's done in the core lab, but not during the shifts where they have high volume. So we'll bring it in and put the testing in during the weekends and third shift, because it's so simple, they don't need their sophisticated text to use it. So they'll run respiratory's on a larger volume platform during the day and then at night they'll run in on a Savanna.

## Q - Patrick Donnelly  {BIO 18033496 <GO>}

Thank you. Patrick Donnelly with Citi. It might be one for you and then, I don't know, if Doug wants to add a little bit. But I know you guys had talked about pretty confidently kind of a $300 million number in that three-year timeframe, it's now $250 million, you talked a little bit about kind of systems coming down pull through coming up. I guess can you just talk about what changed in the last few months? Is it slower adoption in Europe? Is the fact that US got pushed out again on the quarter? There's more discussion of kind of shifting resources to Europe that doesn't change anything in terms of revenue trajectory. So just trying to -- again get the moving pieces there and make sure we understand it.

## A - Tammy Ranalli

Yeah. Primarily it's been the push out of the US launch that is impacted, that obviously you can see from the data that the vast majority of our business in the models based on the US. So having that capability prior to this respiratory season would drive that. But we're also looking through with the expansion in the -- of the QuidelOrtho team internationally, how we can push international registrations in order to make up some of that GAAP as well.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

(Inaudible).

## A - Tammy Ranalli

Sure.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

That's a great question Patrick. I would say, that I mean, the number that Tammy showed was $250 million or better.

## A - Tammy Ranalli

Yeah.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2022-12-13

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Remember that's. I've too many mics now, sorry. That's 40 years post the US launch, so it's sometime call it mid-to-late '23 three-years beyond that is where you'll see that number. I would argue it's largely the same number. Patrick, I mean, it's greater than $250 million, it's probably slightly lower and how we present it because of the delay in the EUA or 510-K for the US. I think that's primarily the major driver.

The fact that we've got more information now from this limited launch we've been doing in Europe has allowed us to get smarter and refine the model, and I actually think we have a much better model now it's more informed. And we do think that flow through four -- per box will be higher. And then that means less boxes place to get to that number. So personally, I think it de-risk the number. So instead of talking about 15,000 boxes before and we're talking about 6,000. So I just think we've just learned a lot more in the last six months than we knew then and it's just a more refined model.

## A - Tammy Ranalli

All right. I am very pleased to introduce Dr.Werner Kroll, our Head of R&D, who will be speaking about the future of diagnostic technology.

## A - Werner Kroll  {BIO 19089260 <GO>}

Thanks, Tammy, for the introduction. In my part of the presentation, I like to update you on our view on key healthcare and macro trends that leaders on specifying future product needs and respective R&D activities to develop these products. These trends range from decentralization of care and testing to increasing digitalization and automation. Bryan, Bill, Andrew and Tammy showed you our path forward for the mid-term timeframe, and Mike talk will be on longer-term future, and I will focus on the two areas of decentralization of testing and the increasing digitalization and automation influencing IVD testing.

During COVID, we have seen a massive acceleration towards decentralized healthcare. From decentralized testing at drive through testing sessions at physician offices, and at home. To physician visits via telehealth to increased care at home. We believe this trend will stay with us and expand in the future.

Three major enablers for this trend come together. Product demand from customers and patients, enablement of access through change in regulations by the FDA, and enablement of products to technical innovations. Once patients realize advantages like easy and convenient access to testing, easy, fast, and convenient access to physician consultation by a telehealth or care at home for post-acute treatment they will stay with it.

If we look at the development of telehealth, we can imagine the potential for decentralized point-of-care or at-home testing going along with it. In 2019, medicare alone had 840,000 telehealth visits, and in 2020, these were already 52.7 million. Besides the measurement of physical data using wearables that will be an increasing

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)                                                              2022-12-13

need to have specific biochemical marker concentrations going along with it, and that's where we are positioned well to deliver the specificity and sensitivity needed at the point of care. We also introduced and applied technologies in our products that enable lower manufacturing cost and more reproducible product lots.

Last but not least, we adopted our development process to ensure that the new product designs and materials are optimally applied to reduce development timelines and development risk. While these developments all happened for acute products, for the detection of viruses and bacteria, this area here. We see the future is in areas like protein concentrations, that reflect chronic disease states.

One of our first products in this area is high sensitivity troponin that we launched outside the US to support the acute needs like in or excluding myocardial infarction with our quantitative Triage assay. While high sensitivity troponin is still an assays targeting ERs monitoring treatment responses or health status will be a great at-home testing opportunity.

For these targets, we have multiple developments in our pipeline. And at-home version of our Sofia2 fluorescent point-of-care readout instrument, the use of our VITROS micro slide, clinical chemistry assays on a point-of-care platform, Bill was already referring to. And the highest sensitivity digital immuno as a leapfrog platform, enabling the multiplex determination of protein concentrations at the point-of-care at double-digit cento gram per ml levels.

For a chronic disease perspective, we see multiple areas where there is meaningful overlap of our technologies, clinical utility and patient needs.

In the second part of my presentation, I like to focus on the increasing digitalization and automation in the field of in vitro diagnostics. And how QuidelOrtho and QuidelOrtho R&D in specific will address this trend. One of the main drivers for automation is a limited skilled technician availability to manage the growing demand in the labs. Systems have to be easy to use, handling the entire process from sample to result, this applies to both lab platforms as well as point-of-care platforms.

Software is the key that unlocks improved usability and efficiency of an automation process. Within QuidelOrtho R&D, this importance is reflected organizationally by creating a separate functional group for software on the same level as hardware or assay development.

Improve data collection, integration of data from different sources, analyzing and interpreting data through new mathematical models, like machine learning or artificial intelligence, and communication of data in real time, our key features of our middleware initiative, as well as our platform system revamp. Bryan was talking already about. Improved data handling and communication are the key features in line with digital transformation. The next disruption in diagnostics and healthcare after the genomic revolution.

With our platforms, we will support the convergence of health, consumers, and technology. As part of our long-term activities software improvements are becoming essential components of the new design concepts of all platforms, this includes modular concept, seamless scalability, application of new materials and technologies from consumer and other industries, seamless scalability of instrumentation features, like throughput, sample handling, data integration and data communication.

Key platform features are easier and faster access to the data for the user lab or individual, improved features to validate data within a healthcare setting and inclusion of data from along the patient journey. At QuidelOrtho and QuidelOrtho R&D, we see ourselves well-positioned to address the future IVD product requirements efficiently. We develop required products with innovative features, employing agile processes that allow short development timelines and easier adjustment of features even during the development process and went on the market.

Last but not least, we integrate the manufacturing and scalability of products from hardware assays and software aspects into our new instrument designs. There will be as flexible as possible within the regulatory constraints and changing customer requirements. Flexibility will be key as well as dedicated and rigorous development process. The integration of Quidel and Ortho cultures to the new QuidelOrtho brought these trades together and we are living it now.

And with that, I like to open for a few questions.

## Q - Conor McNamara {BIO 19774124 <GO>}

Hi. Conor McNamara, RBC. Can you just talk about any technologies or products specifically that you're excited about over the next three to five years?

## A - Werner Kroll {BIO 19089260 <GO>}

So one of the key ones is digital immunoassay. So we are looking for is increasing sensitivity in specific areas, so we can support markers in neurological health and in other chronic disease states that we can monitor patients efficiently. And if we are starting on our low level of a marker at a relatively healthy status of a patient following through we need very sensitive assays.

Coming to drugs, like ADUHELM that is treating alzheimer's, you would like to support these treatments with monitoring the patients using for example markers like tawl and phosphor tawl, the technologies we are applying will allow us to utilize and markers out of blood rather than CSF, which then would really differentiate these products.

So in total I would say, focusing on chronic disease markers, monitoring at-home as well as in the lab and supplementing these monitoring with a diagnosis in larger settings with VITROS instrumentation.

## Q - Alex Nowak {BIO 18788027 <GO>}

Excellent. Thank you. Alex Nowak from Craig-Hallum. We were all given a quick view at-home test. And I know, we went through the all the segments here today, and I think we talked on point-of-care, but I was hoping we could expand a little bit on the at-home segment. And what the vision for Quidel is a more the at-home side, you mentioned just at-home right there. But is there a viewpoint, other infectious diseases, you mentioned chronic diseases. Maybe just a little bit more on the at-home angle? And allow others to answer as well. Thanks.

## A - Werner Kroll  {BIO 19089260 <GO>}

Sure. Definitely, we are looking for expansion of infectious disease testing at-home. Looking at flexibility that is increasing at the FDA allowing for hopefully soon better approve ability or clearance of products, like RSV or through testing.

And secondly, I would say, we are looking definitely into monitoring, as I said earlier of chronic diseases at-home, this will require quantitation of these assays, it's not anymore yes, no answer. And this is where we are heavily working on. Quantitation also requires small instrumentation, I mentioned one of those that we have a Sofia2 like instrument that can be used at-home for these type of testing and this is where one of the focus areas will be in the future for us.

## A - Bryan Brokmeier  {BIO 16674925 <GO>}

Okay. We're going to take a 30-minute break and start back up at 3:00 o'clock Eastern time. Thank you.

(Audio-Video Presentation)

## A - Michael Iskra  {BIO 22014967 <GO>}

I know some of you are walking back in, but I think we would like to get started and keep things moving. I know we have a few folks that have joined us virtually. My name is Mike Iskra, I'm the Chief Commercial Officer here at QuidelOrtho, and I've been 30 years in the industry in diagnostics, the last seven with this company. I came into the Ortho organization shortly after the acquisition by Carlyle. So that a very exciting few years, but a long run in diagnostics and in commercial organizations.

Really excited to talk to you guys today about our program here at Ortho that we call commercial excellence. And what we do to go-to-market across the globe. And our primary objective as you would imagine is to maximize revenue profitable revenue growth to the best our ability, taking all the products and services you heard about from the group earlier and bringing those to market. And in doing that we have a strategy we focused on is called retain grow win and it's not very complicated. And in fact, I think that's one of the things I hope you take away from me and my presentation is our approach is not very complicated. It's pretty basic pretty practical, but the key is execution.

So with retain grow win, it starts with retain. This is our growth equation and it was very interesting, I get a question a lot. Well, growth is about growth is not adding new revenue, it's about all these other things. Why do you say it starts with retain?

Well, the key in this business is the better job you do keeping your customers, then as you bring out new products, you A have more customers to sell to and B, you're not filling a gap that you have because you lost customers. So number one, every day for our organization is retain our customers. How we do it is what we call customer excellence and you see on the slides here in front of you, this is our focus, there's a method, it's intentional and it's something we work very hard at.

On the left side of the chart, which are going to see is a stack rank of us in our primary competitors in the US market and you'll see that we've been number one in service for seven years in a row. This is the result of an intentional effort, a lot of work to become number one. While this represents the US, the fact of the matter is, we don't just win awards in the United States and some of our strongest areas countries and regions are places like China, and India, and other places in LATAM and Europe, where we do very well with service and have won awards. So this is a global effort and focus for us.

How we do it is, what you see over here on the right, these are the key differentiators again, they make a lot of sense. Number one, is increased analyzer up time, it's very simple. If our customers instruments don't go down, they're very happy. They don't need service. We don't have to spend a lot of time and money and effort. So we are industry-leading and up time with our instruments and that's something that we expect to maintain that's key. But sometimes an instrument does go down. And when it does go down the key is how fast can you get the issue resolved. So, we spent a lot of effort and having fast resolution, not just getting there quick and solving it and solving it right the first time. So a lot of effort there.

Over the last several years, we've been focusing a lot more on self-service capabilities and we're not alone in doing that, you'll hear that from many of our competitors. But I think one of the key things when we talk about self-service capabilities that we try to discern is, are we shifting the burden to our customers of service or we enabling them to prevent things or handle it on their own, which is it, right? Because we do see some of our competitors to save cost of money, they're putting more on the customers. That's not going to keep that customer them -- for them for long time, but if we do the right things for our customers enable them and it's easy for them that it will help us. And we do all this within [ph] lowest total cost of ownership. This is mutually beneficial.

For us, the goal is how do we reduce cost for our customers. You've heard about it from all four of our business units, it's in our industry, we have to do that. But sometimes, many times, when we do things that reduce cost for our customer it reduced cost for us as a company. So we're able to keep -- maybe take some of that money invested in things that our future forward that we'd like to do. And those areas come in the bottom two sections, these are the enablers, it's technology and leveraging our combined service model across the globe.

I'll talk a for a second about technology and number of different things in here. We've talked about but artificial intelligence. A lot of different discussion about AI. How do you use it? Where does it have value? You look at projects some get really,

really big and broad in their hard to land the plane. Let me give you an example what we're doing, and how this makes sense? Again, pretty simple, we have 300,000 service events a year, okay? So 300,000 I just told you we try not to have any, but we have 300,000. 300,000 issues every year. Now, what happens is for every one of those issues guess what else we have? Resolution. Right? Every issue there's a resolution. We track that data. We have the conversations between the customer and the TSC. We have the notes from the FE, we have all this data, all this information. And so by using AI we're able to take that information, find the fastest path, the clearest path between the issue and the resolution. And then we use that to enable our field engineers and our phone support people to get there faster. This is a big benefit for us from a speed of resolution. And when we look forward, it's also an opportunity for us to take that tool and put that in the hands of our customers after we refine it. So that's one example of how we use technology. How we're using technology to move forward on service.

The next major area for us in our commercial excellence would be what we call commercial enablement. How do we set our teams up to win? How do we make them successful? In here, you'll see three levels and we're all start is what we call edge. Edges are base level, it's our base package. This is an expectation and a standard we have across every region and across the globe. This is where we start with the market first, you heard some of the conversations from the team about where we best fit with our products, we do a market assessment, we see where the suite spot is, where the opportunity is, and we start there and then we deploy against that. We don't have the luxury of being all things to all people. So we need to be very focused and disciplined with our go-to-market approach and starting the market is the best thing for us to do. As we've done integration I know there's a question on that earlier, as we've done integration, we've taken a step back and we've looked at many of our markets to better understand with our new portfolio did anything change. And when things did change, how do we change? How we deploy? Where we focus? And what else we need to add as far as capabilities to hit our suite spot in the market across all of our business units. So you should expect that everywhere that QuidelOrtho does business.

Level two is what we call evolution. This is where theory meets reality, right? There's a lot of great plans when we do the edge, we do the market assessments, we get some information from consultants, but now, in this phase, we're out there we're actually seeing customers, we're asking the questions, and we're seeing how does the truth hold up against what we thought. In this particular phase we need to be nimble, we need to focus on continuous improvement and we can't be so married to some of our ideas that we initiated that we don't change. Again, very simple, but not easy. This is where I'd say, a lot of our competitors fall down, they're all something out and stick with it, no matter what? We are built to evolve and change as we go-to-market.

The last one is really the Northstar is what we're aiming for and we call that the 360 or 360 degree of a customer. Here what I want you to think about is a commercial delivery, commercial go-to-market as best-in-class, forget diagnostics, but thing about any industry in the world, what is best-in-class. Best-in-class is when you have a full 360 degree view of how your company shows up in front of a customer. Instead

of looking at it from a functional point of view as a customer -- as a company out to your customer, you're looking at it from the customers perspective back on the company. This is what we're trying to build together. This is where we're trying to go enterprise wide and make sure that we have the best information to interact with our customer in most efficient manner.

I'll talk a little bit about integration and how we're deploy it? Pat showed a slide earlier, 6,000 people in the company, 130 countries, same 130 countries, but here now, what we're talking about is our commercial team, our customer facing resources roughly half our organization is in our commercial organization 2,800 plus people. You can see the dispersion across the globe, and one of the things that you'll notice here is while some of the slides you saw on revenue are very heavy in North America and US a little bit easier to serve that market because it is very similar across a large geography. Here you're going to see almost 2/3s of our people are XUS, OUS, as we might refer to.

And when you hear Bill Ferenczy talk about it and Tammy, these are great opportunities, these are people that we already have in place that are in region in country and ready to go on the full set of our product portfolio. We are progressing on integration, I'll answer a question that was brought up earlier. Pat, you did a great job, but to add some to that we have completed our roadmaps in every region. We expect January 1 that we will be in close to 100% of our revenue countries be in the market as QuidelOrtho. There are a few small distributed countries where we have distributed arrangements that need to be resolved in, we have to wait for contracts are up and a few regulatory type challenges. But for the most part, as a company we will be in the market in January as QuidelOrtho, and we're very excited about it. Not only am I excited about the fact that we're hitting that timeline. I will say in most countries US, China, and EMEA we ran ahead of schedule, right? The team's laid out a plan, they thought it was daunting and what they found is they got into it is just we could knock a lot of things down, if we're just committed to making decisions, and the team did it very proud of them. And excited to see what we do.

So I'll end by talking a little bit about how we expect this to show up or how you might expect this to show up. And I'll work left to right on this in the first one is revenue creation through cross-selling opportunities. Again, makes a lot of sense. If you take the two companies, you combine them you look at a market, you say, hey let's put the customer list together, how do we sell new products to existing customers? So our biggest opportunities here, when we look at it you can see listed, two maybe highlight, one is China.

From the Ortho perspective, in China, we have a great presence in the stat labs. These are the stat area or specific laboratories that are in some of the top tier hospitals in China. That position is the perfect place for the Quidel products and portfolio for us introduce, particularly on point of care. So we're already there, it's another product in the bag, it's not a new call point, we expect to leverage that immediately. Also in China, for those of you that are familiar, where I mean, China is doing a lot to bring more healthcare to their community. So to speak, they're trying

to build that mid-tier of hospitals, which is our suite spot. And so that's been a strategic area of focus for that team.

Now, as we plan that out instead of showing up with part of the offering as a team is shared with you, we're able to show the entire continuum of care and help those community healthcare providers, which don't -- just include hospitals, but may include clinics and things like that. We have a stronger bag to present to them.

In the US is the other example I share. So we took the two list together for the hospital segment. And if you look at that continuum, one area that you'll see that across all four business units we align on is the hospital segment. So it's very, very important for us in our business. So we took the hospital list from both companies putting together and we saw some overlap with customers 45% of the customers buy products that were Ortho and were Quidel. So they now buy QuidelOrtho products, but that means that there's 55% of our customer list that do business with us, that like us and we have an opportunity, we have an upside to go sell them -- cross sell them products. So obviously that's one of the first areas we're pursuing out of the gates.

The middle area is enhanced distribution capabilities, and probably three things I think about here that are meaningful. One, like the US both companies did business -- a good amount of business with distributors, pretty much the same group of distributors. But now, with that distributor combining the product portfolio, we have more weight with that distributor, we produce more revenue for that distributor and we are now in a better position with that distributor to be first out of back. Okay. We can leverage that, we can use that, we can use that for more air time with the reps at their meetings, things like that. It's very good for us in the US.

There are other areas, I use Panama as an example, where both companies had different distributors that we're using in the market. And now as we get to assess, we're looking for best of breed, who is best fit for us, doesn't matter who was doing business with them as a legacy, but we now exposure to other distributors that we think may give us better capabilities on one side of the business, where we weren't using them. Panama is an example, we're in process on that now.

And then I think the last one, isn't really a specific country specific, but when you think about the OUS business, a lot of that was being run and managed by HQ or corporate far away. Now on that map that I showed, we have people not just in region to manage these distributors and work with them from a regional point of view but we actually have in country, so now we're in, we're understanding the distributor, we're doing a better job educating on our products, we're doing a better job answering our questions and challenges that they have and we're doing a better job driving them on the business. That is a something that may be a little harder to quantify, this is something that we expect to make an immediate difference with as well.

The last area is just the overall strengthening of the customer reach. And here, when you think about this, we heard a couple of areas for OUS. You know we've got Savanna coming, we're working with Tammy and team to identify certain markets, where we could get in regulatory wise sooner than was in the original plan and we have teams on the ground to help us.

With that, Triage, I will tell you, probably the number one item that we've heard from the regions as far as where they think the first near-term opportunity is Triage. You heard from Bryan that we still have some stand Ortho Legacy has some standalone chemistry placements that are out there. They may need some testing that we can bring in a Triage for. So, we're putting these lists together. We're using these as the target areas and this is what we're chasing.

And I think the last thing that I'd say to you, as you think about all these things, I mean it's really, really clear to me that we have an immediate impact from this global commercial organization to get going with the new combined portfolio for quite a while worth though. We're set up, we're in place for all the future products that are coming and it's a fast path. And in fact I think it's going to be a faster path, because the local presence helps give the insight for the teams to prioritize and it helps get the regulatory information we need to get through and get to market faster. So, I think it's going to help us there.

And last but not least is, and Joe's going to talk about uses of cash, but one of them on there is M&A and so, when you think forward is probably likely at some point in time that we're going to do something. And when you have, roughly 3,000 people across the globe ready to go and get those products in the market, that's a capability that company didn't have before and we now have.

So with that, I hope you guys will see that, that not only is our commercial organization, something that's competitive advantage for us right now today. And we've been leveraging over the last several years, but we are well positioned for the future to continue to drive growth. Doug said it, we're in a new environment. I'm very confident in the team. I will make one last comment on the team, which is, it's shocking to me that we're only six months into this integration, because a lot of the folks that you've seen today, we've been traveling together, we've been working together, my regional heads, the business unit heads. And in six months, I think we have one of the highest functioning matrix organizations I've ever seen. And I'm going to have to figure out the secret to that, because we got something going on here pretty cool. And we're off to a great start. So that's it for me and I'll be happy to take any Q&A.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Thanks. Andrew Cooper from Raymond James. Maybe just quickly on kind of integration of the two businesses, a little bit of a different product portfolio when we think about the instrument base for Sofia. So how do you take some of what you are doing on the Ortho side historically and apply it to a different end market, a little bit different of a product set?

## A - Michael Iskra {BIO 22014967 <GO>}

Yes. So great question. The process what I laid out to you, edge evolution 360, they don't change, it's a method, the method doesn't change, it's not specific to a product, it's specific to how do you go to market, looking at the market first. In fact, what I mentioned, we did some of this in the integration, we took a step back, I mean particular areas, we did deep dive US, China, parts of Western Europe, Japan and parts of Asia-Pac, where we think that there's a difference that if we just approach these markets, taking what was already there, we were going to miss something. So, we did that step, we took that same approach to make sure that we're highly targeted, we use that to create a priority list that goes back to that team and our operations team to say, hey, yes, we're commercial, we want everything, we want it now, but we can tell you where the priorities are, because we think those are the best opportunities.

All right. Come and talk, I'm sure man. Get a lot of time. All right. So thank you, everybody. Appreciate the time. With that, I want to introduce our CFO; Joe Busky.

## A - Joseph M. Busky {BIO 5848103 <GO>}

It's a pleasure to follow you, Mike. Thank you. I think I know everyone in the room. I'm Joe busky but if I haven't met you, I'm -- was the CFO at Ortho, and came over with the deal when the deal closed. And I echo what Mike said, this is a highly functioning team right now, it's -- we'll get along really well, so definitely helps quite a bit. I am -- okay, I am happy to go over the financials of all of the areas that my colleagues had discussed earlier today. And I'm going to start with key messages, I think a lot of the guys ended with key messages, I'm going to start with key messages.

The first point is, all of us heard each of the business unit heads talk about the drivers of growth now and near-term, that will propel this company to high single-digit growth on the top line. Second point is, this company now I'll show you this in a minute, I think most of you know this already, this company does have a healthy balance sheet and substantial cash flow generation and that balance sheet and that cash flow will continue to allow us to invest in the business and maintain that growth for the mid-term and the long-term.

This slide is really a reminder of the Q3 earnings call we did a little over a month ago. And for me on the top part on the slide, the most important point to note is that 8% revenue growth excluding COVID. It's a pretty solid number and it's even more impressively, If you were to exclude the Beckman BNP transition impact, which will end at the end of this year as they headwind. It was actually 10% for the year-to-date results, and again, that's ex-COVID, so that's the base business, that's what we've been talking about all day.

At the bottom part of the slide, we talk about our guidance, again, I think it's impressive that we have guided to a full-year 7% to 9% ex-COVID top-line growth and we're well on our way for that. EBITDA at a $1.5 billion and adjusted EPS at $13.50 at the midpoint of our guidance.

One other areas we talked about and we've talked about this a lot today, so I'm not the first was integration and the cost synergies, we did talk about a $50 million identification of cost synergies for 2023 on the call. And that's compared to a target of $30 million. So I do want to mention and we said this on the call as well that's an identification of synergy. So we still have to execute on these, we've got a really good start thus far, but we still have some work to do. It's not easy, a lot of the identified and executed synergies thus far have been in the SG&A or as you can see on the left side of that slide, we've listed that a lot of and the things that we've gone after or will go after soon.

As you move into '24 and '25, I believe that a higher proportion of the synergy achievement on the cost side will come from the commercial and operations areas as we get further down the line in the planning of those synergies. And keep in mind that, we've put out an external target of $90 million of costs synergies, internally our numbers higher than that of course. And so we are -- someone asked earlier about the overachievement, we are aiming internally to overachieve that $90 million for sure. And I'm not saying we will right now but internally, we're running pretty hard and fast to get there.

All right. One more Q3 slide. This is a good slide to remind us of the strength of the balance sheet of the company heading into 2023. We have nearly $300 million of cash and investments on the balance sheet in Q3, we have a 1.4x net leverage ratio and we've generated over $700 million of recurring free cash flow for the -- through the first three quarters of the year, so pretty good stuff.

All right, we talked a bit about capital deployment, Doug mentioned it earlier, I thought, I'd just give you a little more color around each of these items. At the very top of the list of capital deployment or the priorities of capital deployment is absolutely going to be investing back into the business. Werner presented earlier, he and I are very close, our offices are right next to each other, we talk quite a bit. We will invest in R&D to support the menu expansion that the business unit heads need to grow their businesses. We're going to develop innovative new instruments and platforms over time. And that will be achieved through funding R&D in the range of 6.5% to 7.5% of total revenue with COVID at an endemic level. So we will continue to fund R&D.

The next item on the list, again, it's investing back in the business, and this is more in operational excellence area. We will invest CapEx, we are investing, we will continue to invest CapEx into the business to increase the manufacturing capacity. I think Doug said this earlier too. We don't have so much of a demand problem right now. We have a supply problem, we got to get more products. And so we are putting more money into the business to develop that manufacturing capacity. We're also developing the expertise to be or to develop, I'm sorry a supply chain competitive advantage in our space. We think we can do that.

And so some of these -- some of the examples there are like for instance in 2023, we're putting two new vitro slides manufacturing lines in Rochester for the labs line. We've already got up and running the Savanna low volume line. In 2023, we'll get

the high volume line up and running as you move into the second half of the year. We're going to continue to invest money in inventory to put safety stock on our balance sheet, so we don't stock out and we can continue to produce products.

Third item, the debt pay down, super important to us, we will maintain a sound and flexible balance sheet with appropriate levels of leverage. We will pay down at least $200 million of debt in the next two years. We have locked in through our swaps, our derivative swaps. We've locked in at least 70% of our loan at a fixed rate. It's makes us feel pretty good about that. And we've got visibility to a near-term net leverage ratio of 2.5 approximately 2.5 as we exit 2023 next year.

All right. Share repurchase is next on the list. I think everyone knows we had put in place a $300 million share repurchase authorization with our Board in August of this year. And in Q3, we took advantage of that authorization to take advantage of what we saw as a dislocation in the market with our share price. And we will use that as we see fit going forward.

And finally strategic M&A. Priorities here are going to be expanding the molecular business unit, establishing digital health credentials. It's going to be expanding our specialty immunoassay business brand. It's going to be leveraging the trends in home testing that we're all seeing and less than you want to get nervous, we're not going to get distracted from integrating these two businesses. We understand that's first and foremost and there's work to be done there. We've had a really good start. There's work to be done. So, the M&A that we're looking at will likely be in the strategic tuck-in variety and adjacent areas of business that we already operate in.

Next slide talks about how we see what will be the continuing long-term value creation for our shareholders. And this isn't really complicated, it's kind of what Mike said, this isn't complicated and I think you guys could probably do the slide without me. We want to continue to grow the top line. We want to continue to grow that installed base and get more revenue per box, bring out more assays, more menu expansion. We're going to expand the -- our EBITDA margin and quite simply that's easily said as we're going to grow the top line faster than our G&A line, that's simply how we're going to do it and that will create that margin expansion.

We're going to de-lever in fact, I talked about us being at approximately 2.5x lever net -- on a net leverage ratio at the end of '23. At the end of '24, I anticipate us being around 2x levered. So about a half-turn reduction as you move through 2024. And then finally, the strategic M&A and I just mentioned on the previous slide to continue our growth.

Okay, so this slide there -- I think Rob showed a version of it earlier, each of the business unit heads touched on it. This is the summary slide that I want to hit. We have a near $50 billion addressable market in all of the areas as you can see on this slide that will deliver 5% to 7% growth. Now, what's interesting about this slide is that, it's not on the slide but I'll tell you if you were to take our current mix of business within this addressable market, it would actually translate the 4% to 6% growth.

And so if as a company, we can grow at market at this 5% to 7%, we're actually taking share. And if we can grow greater than that at market 5% to 7%, again, given our current mix within that addressable market, we're doing pretty well, that would be great for Mike and his team to be hitting those numbers. So, having said that, now the next page, left side of the page is our strategic priorities that we've talked about earlier. Right side of the page is a three-year outlook. I understand some of you maybe thought I was going to do 2023 guidance today, but you're going to have to wait till the Q4 earnings call for that, we're providing a three-year outlook today.

And that three year outlook is on the right side of the page here. We're looking at 6% and 9% top-line growth and that's excluding COVID, of course. So, that is as I said, on the last side, that's going to be above that market growth. We're looking for 27% to 29% 2025 adjusted EBITDA margin. And where we land in that range will most likely depend on, where uncontrollable areas such as inflation and FX end up over the next two to three years. In other words, we've seen a lot of inflation recently. We've seen a lot of FX headwinds recently. And if those two areas can subside over the next two or three years, we believe we can be at the upper end of that range. If they get worse, we probably be to the lower end of that range.

Adjusted EBITDA, we do think we can expand the margin 25 basis points to 50 basis points a year. And that's really going to be driven through three areas, we're going to continue the commercial excellence program leading with integrated analyzers, which drives more immunoassay revenue, which is higher margin and is accretive. We're going to focus on the Savanna launch and execute that well, because as that launch continues and furthers along the line, the Tammy presented earlier that will improve margins. Everyone, I assume you all know when you introduce a product and the volumes are low, margins are not the best when you first introduce a product because volumes are low. But once the launch gets going, gets into more geographies, more panels introduced, we believe that that's going to drive some margin expansion as we launch Savannah.

And then finally, the realization of the cost synergies, of course. We see that adjusted free cash flow will be in the range of 60% to 65% of EBITDA. And in the near-term, I would say that's more range of 50% to 65%. And that's because we are investing back in the business, as I said earlier, investing back into manufacturing capacity, so there's some CapEx we're spending there. So, near-term 50% to 65% further out in the horizon 60% to 65%. And then finally on the bottom line, we do see adjusted EPS growing at a double-digit CAGR when you go 19% to 25%. And we do see that the 2025 adjusted EPS will be in that $6 to $7 range.

So my final slide and then we'll go into some Q&A. We still believe that the Quidel stock is undervalued versus our peers. I mean Doug and I get that question. I think every time you meet with all of you typically, the first question like, what is driving this, we still believe we're undervalued versus our peers. And what I've tried to show here and it -- by the way this data on the right is as of a week ago. So it's -- I think it's still very relevant and fresh. But on the left side, you can see our revenue growth versus peers the consensus. And what I just showed you, the EBITDA margins are very comparable to our peers and yet on the right, you can see the EV/EBITDA

multiple. It's -- there's a separation in the 17x versus 11x. And if you look at this slide, we're look at this data on a PE ratio, you get the same answer, it's 24 verses 18. So again, we still believe that we're undervalued versus our peers.

So, with that, Doug I think I'm going to invite you back up. We're going to go into a more general Q&A session.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

Hey, thanks guys. Patrick Donnelly with Citi again. Joe, maybe just on the EBITDA side, you can just show there, the '23 numbers consensus is at 29% as you pointed out. The guidance I guess is 27% to 29% over the next three years. Presumably, we start at the low end and work our way higher. Can you just talk I guess about how we think about that cadence? And then, I believe your last kind of update when you talk about the combined companies was over 30% on the EBITDA sides. Maybe just talk through the moving pieces you mentioned inflation FX. Hopefully that's transitory but maybe just talk us through the moving pieces there and then again just the cadence we should think about as we work our way through that that timeline?

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yes. I think I had a bet with Bryan that the first question would be somewhat related to '23 guidance. I'm really going to try to avoid giving '23 guidance on this -- at this call. But I can give you some color, Patrick. There are a lot of moving pieces within the margins, within GP, within EBITDA margin more so than SG&A. And remember those targets for EBITDA in the S-4 are put together over a year ago, and we've all seen a lot of inflation, a lot of FX headwinds. And now we're in the process of working through our '23 AOP and working through a launch of a major product. And so there are a lot of puts and takes.

I do believe we can get up into that high part of the range, but we have to work through some of those moving pieces. And I do think that we look to get some relief from some of those headwinds like the FX and the inflation over that period. And we're doing everything we can to build our customers to offset it, as well as our supply chain group and getting new suppliers and renegotiating prices, but there's a lot of moving pieces in there. So, I am hopeful we can get into that top part of the range. In '23, and just -- we'll talk more about that in February.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Do you mind, if I add something.

## A - Joseph M. Busky {BIO 5848103 <GO>}

I would love for you to add something.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

In my job description, Patrick, it says that I'm supposed to always assume that we're undervalued and to always recognize when your CFOs are more conservative than

you are, and I'm supposed to be the more upbeat. So, I think we're going to do nicely in 2023. But that's my job, right, so.

## Q - Elizabeth Garcia  {BIO 19822705 <GO>}

Hey. Elizabeth Garcia, UBS. Thanks for taking the question. I guess sticking on the margins piece. How should we think about endemic COVID margins? And how you're thinking about that piece? And then maybe if you could just touch on the ortho side that open orders and kind of the resolution of that and how we should think about that from a margin impact standpoint?

## A - Joseph M. Busky  {BIO 5848103 <GO>}

Okay. I can take the margins and maybe you can comment on the orders if you want, Doug. So, we have, always I like to break the COVID up into three pieces. And if you look at our 2022, COVID revenue guidance, it breaks down as follows roughly. It's about 50% of the revenues related to government orders and then there's about 20% in retail and then the remaining 30% is in professional. We've been pretty clear to say, we're not guiding going forward on government orders. I know we just got one and we can talk about that, but we've typically when we talk about endemic COVID revenue levels, we don't include any government orders that's more or less icing on the cake for us. So going forward, I would expect our mix to be more on the range of 80% professional, 20% retail kind of in that range going forward. Again, that's assuming there's no -- more government orders.

Now, the margins on the government orders, I think everyone saw they've been coming down when you compare back to the original orders that we got a year or so ago. Retail and professional but holding fairly steady. We haven't seen a lot of decline there. But I do think as time moves on, my view is that that COVID revenue will become more in line with our overall margins. And there's a reason I say that, the reason I say that and I think Bill may have mentioned this earlier when he was presenting.

When we think about when all of us this management team, when we think about our customer needs, we don't really think about it in terms of COVID and non-COVID. We think about it as a respiratory bucket and we're the number one leader in respiratory testing. It could be COVID, it could be flu, it could be a combo, it could be RSV, it could be strep. It doesn't really matter quite honestly. And so we do tend to look at revenue in terms of that respiratory bucket and that's why I do think that over time as things as the world evolves into less COVID, non-COVID and it will be more of respiratory, non-respiratory. I think those margins are going to come, become more in line with the rest of the business.

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Respiratory disease is endemic period, whether it's RSV, adeno, influenza, human metapneumovirus, whatever they're happens to be circulating, we see it. The average adult in the US sees 3.5 respiratory infections a year, the average child over 5, right? The world has changed. So, we don't really care much about which virus that is that circulating, we just know that from a planning perspective that we should calculate some of that. And I think you're right and trying to model what the

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

difference is, when you have a mix of government orders. I like the government orders though, because they keep the factory going and they're not predictable. So, we don't model but it's super helpful.

### A - Joseph M. Busky {BIO 5848103 <GO>}

They create cash that we can use in that capital deployment strategy.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Well, yes, and I think cash these days is pretty important.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Right.

### Q - Casey Woodring {BIO 21616573 <GO>}

Yes. This is Casey Woodring from JPMorgan. So, I think the prior LRP on the top-line was 9% to 11% at the time of the deal now it's 6% to 9%. Can you just kind of walk through what's changed? Thanks.

### A - Joseph M. Busky {BIO 5848103 <GO>}

I would say that again that LRP was put together well over a year ago and we've gotten smarter about each line of business. There's also been FX impacts, there's also been issues with the Savanna EUA approval that we thought would be sooner.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Interruptions in the supply chain.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Interruptions in the supply chain.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Instrument back orders, slide back orders --

### A - Joseph M. Busky {BIO 5848103 <GO>}

Thank you.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

-- et cetera.

### A - Joseph M. Busky {BIO 5848103 <GO>}

So, again, we are this year as I said on that -- on the second slide I presented, year-to-date '22, we're at 8%, 10%, if you exclude that BNP transition issue was Beckman. So,

we're operating at that level right now. If anything I would say we're being -- we're trying to be cautious with the model projections going forward.

## Q - Alex Nowak  {BIO 18788027 <GO>}

Thanks a lot. Alex Nowak from Craig-Hallum. In that 6% to 9% growth assumptions, what are you assuming with regards to revenue synergies? We talked about cross-selling some of the distribution, the geographic expansion. What are the assumptions there?

## A - Joseph M. Busky  {BIO 5848103 <GO>}

Yes, no -- really no change there. We've talked about a $100 million revenue synergy by the end of 2025 and that's built into the model.

## Q - Andrew Cooper  {BIO 18644983 <GO>}

Thanks. Andrew Cooper, Raymond James. Maybe just on the margin side, when we think about flowing through at least a little bit lower floor for Savannah and the timeframe of how that flows through the change on number of instruments versus utilization, how do we think about that on the gross margin front? What sort of gross margins do you think on the consolidated basis and that LRP just a little bit of color on that line would be great?

## A - Joseph M. Busky  {BIO 5848103 <GO>}

Yes. And that's the point I was trying to make earlier that we, again, we've -- I think we've gotten smarter with that Savannah model. And I think it's a really good model right now. And I feel really good about what it's saying. I don't really want to get into Andrew too much of the gross margins within the three-year CAGR, because as I said a minute ago answering Patrick's question, there's still a lot of moving pieces within GP, and for sure, that Savannah launch is a big one. As you think about the timing now, the rollout in the biggest market in the US, the margins will be lower than ultimately, where they'll end up being in a couple of years on Savannah. Just -- it's just a math thing, you just not pumping enough volume out of the plants to get that price down. So I would say more to come on that, on the gross margin. And for sure, we'll get into that when we -- when we do the guidance for '23 on the February call.

## Q - Elizabeth Garcia  {BIO 19822705 <GO>}

Hey. Elizabeth Garcia, UBS. Can you talk about China within kind of these longer-term targets that guidance there's a couple of moving pieces, I think with the localization effort and kind of how you think about kind of the LRP growth in the region?

## A - Joseph M. Busky  {BIO 5848103 <GO>}

Yes, I can take that one. So, obviously, China has had its issues this year with the rolling lockdowns and then the secondary issue of the -- by local impact on our business. I think, Rob mentioned earlier or maybe it was Bryan, we have plans in place to get local manufacturing fairly soon for both the reagents and the instruments. So that issue not as big of an impact, the rolling lockdowns, that's a little

trickier, obviously, because nobody really knows what the Chinese government is going to do. For purposes of the model though, we've assumed that those rolling lockdowns end.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Probably it.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yes.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

And then we move more towards historic high single-digits.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Correctly. Yes. It's high good-digit, low double-digits in China, correct.

### Q - Andrew Cooper {BIO 18644983 <GO>}

Andrew Cooper again, just maybe one more on that front. Thinking about longer term pushing Triage into China, I think came up in one of the presentations. So just how do we think about the timeframe to get to the by local requirements may be on that product as opposed to you've been working on the ortho side for a while now?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Well, I'll turn to Bill on that. Where are you Bill? There he is. What's the latest on Triage and in terms of by local.

### A - Bill Ferenczy {BIO 6601208 <GO>}

Yes. We see a mix, I mean, it's by province and in different area but it hasn't really shown a lot of acceleration in the last few years. There's still a preference and we make our case, I think in the really high volume point of care scenarios, there where they see the really, really sick people. It's really interesting when you look at the distribution of the business in China for Triage. It's all at the high-end big hospital side, I think Mike made reference that we can potentially move it more to the mid-zone over time but right now and there's clearly cases being made. We do have a product there that gives a big panel capability that that differentiates it out from a lot of the other stuff.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

It doesn't make it a difference Bill on a recent -- not so recent trip now I guess but a trip sometime ago, I visited number of hospitals in China, and it was interesting that the Triage, those are all in the EDE, and so does that placement change the dynamics a little bit?

### A - Bill Ferenczy {BIO 6601208 <GO>}

Yes, it helps. Because again it's really there to deal with the critical patients and that are coming in with suspected heart attack and heart failure. And I mean again in those who've looked the volumes are probably 10x our US average volume if not even higher than that. And it's really driven like I said it's driven by the critical need and we do have this product there are five-plex panel that really is the bulk of the business and it's pretty differentiated at this point.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Shortness of breath.

### A - Bill Ferenczy {BIO 6601208 <GO>}

Yes. The SOB panel, yes, which is really covers a wide range, it's got pulmonary embolism, acute coronary syndrome and heart failure all in the same potential panel.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

So, it's a bit of a must-have?

### A - Bill Ferenczy {BIO 6601208 <GO>}

Yes.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Okay. Thanks.

### Q - Elizabeth Garcia {BIO 19822705 <GO>}

Last one from me. Elizabeth Garcia, UBS. So, you talked about kind of menu expansion on the immunoassay side, I think historically, when you upsell a customer it's -- I think it was like 65% higher revenues that you saw as you kind of move them to integrated and then the automated was like 300%. I guess given kind of all of the moving pieces you're talking about in terms of the R&D strategy, how should we think about those numbers kind of over the medium-term?

### A - Joseph M. Busky {BIO 5848103 <GO>}

I don't think they've changed although Hanson maybe, yes, he's shaking his head. Yes, it's the -- it's -- there's no change in those numbers at this point.

### A - Bryan Hanson {BIO 17312659 <GO>}

Yes, first of all, a great question. When you look at lifetime customer value, I know exactly the presentation slide that you're looking at, yes, so it is a 65% increase moving from a standalone to and integrate the customer. But what you see next is, as we launch more and more analyzers or more and more assays in between that and the automation, we're growing 3% to 5%, right? Every single year with that customer, so over time absolutely. A standalone customer might become 65% more revenue than it is today as we launch more and more tests to solve that problem. So, we do

see that number over time increasing as we launch those 30-plus immunoassay test that we talked about.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

All right. Well, thanks everybody for coming. I hope this was valuable, great seeing you all. We're super excited. I -- most importantly, I hope you see what I see and then I've -- we've got an extraordinary team of executives and the next level down below that is equally impressive and I think we're poised to deliver what we said we were going to, it's with some modeling changes here and there. But overall the optimism with which we entered into this arrangement is still there and we feel good about it. I think the next thing is a reception. Okay, happy to chat more as you want. Thank you.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Thanks everyone. Appreciate it.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*