# Exhibit 22

Equity Research
**Healthcare | Life Science Tools and Diagnostics**

*William Blair*

December 14, 2022

# QuidelOrtho Corporation

## Management Rebases Intermediate-Term Outlook Expectations at Investor Day, Signaling More Conservative Forecasting Efforts

**Andrew F. Brackmann, CFA** +1 312 364 8776
abrackmann@williamblair.com

**Griffin Soriano** +1 312 364 5325
gsoriano@williamblair.com

**Dustin Scaringe** +1 312 364 8171
dscaringe@williamblair.com

**Summary and Our Takeaway:** On Tuesday, December 13, we attended the QuidelOrtho investor day in New York City. Key topics discussed included the ongoing integration efforts bringing together legacy Quidel with the Ortho Clinical business acquired in May 2022, product pipeline updates, views on the diagnostic testing landscape and where the combined entity fits, and a three-year financial outlook. We are hosting a virtual roadshow with the team later this week and intend to follow up with additional thoughts after those meetings.

As it relates to takeaways from Tuesday's investor event, it was the company's three-year financial outlook that drove shares down 16% in late-session trading as investors learned about, and grappled with, the low end of the range for the company's three-year revenue CAGR and 2025 adjusted EBITDA margin outlook. Specifically, the 2023 through 2025 goals include an organic revenue CAGR (ex-COVID testing revenue) of 6% to 9%, a 2025 adjusted EBITDA margin between 27% and 29%, and 2025 adjusted earnings per share of $6 to $7 (with adjusted cash EPS of $9 to $10.50). These estimates were indeed below the deal targets laid out in proxy filings from the Ortho Clinical merger, when revenue was called to grow closer to the low double digits over a similar time frame and adjusted EBITDA margins were called in the low-30% range in 2025. Management, in our view, had already begun walking back these expectations in recent commentary, though it seems the market as a whole had not heard this message broadly, and few were expecting the low end of these ranges to dip as far as they did.

That said, we do believe that there is important context to consider here, as we understand the fears that this guide may ignite. In no way do we believe that this outlook was meant to signal any incremental downside in the business beyond what had already been messaged in more recent commentary than that found in the outdated proxy. Rather, these ranges seem to be deliberately designed to rebase expectations to be more conservative and to be set at a level in which upside can develop. This is something many investors have asked the company to do as "legacy Quidel" had sometimes been more aspirational with its goals. We still believe that there are a plethora of tailwinds for the company over the coming years, though the total summation of all these tailwinds are no longer assumed in the guidance. This makes for what could be an intriguing setup for the stock over the next several years if the team can execute and capitalize on these areas of upside.

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Symbol: | | | QDEL (NASDAQ) |
| Price: | | $82.08 (52-Wk.: $67-$180) | |
| Market Value (M): | | | $5,421 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | **2021A** | **2022E** | **2023E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $3.52 | $8.03 | $1.42 |
| | Q2 | $0.95 | $2.12 | $1.05 |
| | Q3 | $4.00 | $1.85 | $1.17 |
| | Q4 | $5.09 | $1.37 | $1.61 |
| | FY | $13.56 | $13.40 | $5.25 |
| Sales (M) | Q1 | $882.1 | $1,502.3 | $715.8 |
| | Q2 | $669.1 | $898.5 | $668.9 |
| | Q3 | $1,023.8 | $783.8 | $670.1 |
| | Q4 | $1,157.8 | $737.8 | $730.1 |
| | FY | $3,732.8 | $3,922.4 | $2,784.9 |
| **Valuation** | | | | |
| FY P/E | | 6.1x | 6.1x | 15.6x |
| EV/Sales | | 2.1x | 2.0x | 2.8x |

| **Trading Data (FactSet)** | |
|---|---|
| Shares Outstanding (M): | 66.1 |
| Float (M): | 48.7 |
| Avg. Daily Volume (90-day): | 687,679 |

| **Financial Data (FactSet)** | |
|---|---|
| Book Value Per Share (MRQ): | $72.66 |
| Return on Equity (TTM): | 25.2% |
| Enterprise Value (M): | $7,929 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

QuidelOrtho Corporation unites Quidel Corporation and Ortho Clinical Diagnostics behind a shared mission of developing and manufacturing innovative technologies that raise the performance of diagnostic testing and create better patient outcomes across the entire healthcare continuum. Ranked among the world's largest in vitro diagnostics providers with more than 120 years of collective experience, the company combines expertise in immunoassay and molecular testing with a global footprint in clinical labs and transfusion medicine.

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

In the more near term, the team did not explicitly give 2023 guidance, but based on our conversations with the team we still believe our 2023 expectations remain intact. Thus, while the stock move was a frustrating end to the day and may shadow some of the many encouraging updates we heard from the team, we remain confident in our thesis. Shares trade at what we believe is a very reasonable multiple versus peers (10 times 2023 adjusted EBITDA versus peers trading in the midteens), management seems to have taken a more investor-friendly approach to setting expectations, and we do not believe 2023 estimates should see a material revision downward. Yes, the story is now likely to be in a bit of a "show me" state for the next several months until fourth-quarter results are released and formal 2023 guidance is provided, but we continue to see areas for value to be unlocked and for the team to deliver results at the high end of the range of this intermediate-term outlook. As such, we reiterate our Outperform rating.

*In the full note below, we discuss the financial outlook in more detail, updates to the pipeline (including Savanna in which those launch expectations were also rebased), and updates on integration efforts.*

**Additional Detail**

- **Three-Year Financial Outlook.** While 2023 guidance was not formally provided in this update, we did get a fulsome update with respect to the company's three-year goals. These include:

  - *Revenue:* Expect a 2023 through 2025 organic revenue CAGR of 6% to 9% (ex-COVID-19 testing revenue). This is above the market growth rate of 5% to 7%, which is made up of 6% to 8% growth in Point-of-Care, +5% to +6% in Clinical Labs, +8% to +10% in Molecular Diagnostics, and +2% to +4% in Transfusion Medicine. It is also above the 4% to 6% weighted market growth rate assuming Quidel's revenue makeup across the market.
  - *Adjusted EBITDA Margin:* Expect 27.0% to 29.0% adjusted EBITDA margin in 2025, inclusive of COVID-19 testing revenues in an endemic state. Critically, we view this as "base" profitability given there is no "one-time" COVID-19 sales contemplated in these margins.
  - *Adjusted EPS:* Expect 2025 adjusted EPS between $6.00 and $7.00, inclusive of $3.00 to $3.50 in depreciation expense. This would bring "cash EPS" to $9.00 to $10.50 and we believe some investors will argue this is the appropriate number to which to apply the multiple. We agree with this thinking, though conversations of late have not focused as much on fundamental analysis for this name.
  - *Free Cash Flow Conversion:* Expect 60% to 65% adjusted free cash flow conversion over the long term, with a near-term target expected to be closer to 50% to 65% depending on capital investments.
  - *Leverage:* Expect net leverage at roughly 2.5 times exiting 2023 and at or below 2 times by the end of 2024.

- **Savanna Update.** Management noted R&D was a top capital deployment priority with estimated annual spend of 6.5% to 7.5% of total revenue over the next several years (assuming endemic levels of COVID-19 testing revenues). Given this, a significant amount of time was spent detailing the product pipeline across all four business units.

  The most anticipated update came on Savanna where the team laid out more detailed timelines and updated launch expectations. These timelines include: 1) an expanded European launch in the fourth quarter of 2022, 2) the U.S. launch of RVP4 (respiratory) and HSV/VZV panel in 2023, as clinical trials for six additional panels (STI, RVP11, GI Bacterial/Viral, GI Parasites, pharyngitis, and vaginitis) begin, and 3) the worldwide launch of five additional panels in 2024.

  As expected, the company did update its three-year Savanna financial targets as well. Here, revenue in the third year after the full U.S. launch is expected to reach a run-rate at or over $250 million. This is a slight reduction from the previous $300 million target. Underlying the expectation is a change in the revenue building blocks. Now, the team expects the installed base in year three to be over 6,000 instruments, below the previous expectation for 15,000 instruments. This implies a materially higher revenue per instrument, informed by demand that management is currently seeing in Europe.

- **Integration Update.** Integration efforts bringing together legacy Quidel and Ortho businesses is progressing ahead of management's expectations, with the team noting that any internal concerns around integration risk has been assuaged. In addition, it reiterated prior commentary that it has already identified and started executing on more than $50 million in cost synergies. The three-year cost synergy target is for a total of $90 million, so this is an encouraging start out of the gate.

William Blair

At a higher-level, the team discussed the three goals of its integration strategy, which include: 1) retain and engage employees (88% retention so far), 2) drive product innovation and commercial excellence, and 3) harmonize and enhance the company's processes and systems.

As it relates to product innovation, the team outlined an extensive pipeline across both the legacy Quidel and Ortho businesses as well as more synergistic R&D efforts for the combined business. On the commercial front, management expects nearly all the company's roughly 2,800 sales team to be integrated into a single QuidelOrtho salesforce by the end of this year.

Lastly, on the enhancement of processes and systems, management highlighted that cost synergies are trending ahead of schedule and that combined company organization structures are expected to be completed at the end of the "Interim Stage" of the integration, which will finish during the first quarter of 2023. Ultimately, deal integration is expected to be complete by the end of 2024 with the completion of commercial priorities and region-specific go-to-market plans.

**Some key risks to consider include:** 1) Integration of Ortho Clinical acquisition, including achieving stated synergy expectations; 2) durability of COVID-19 product demand; 3) ability to shift to nontraditional settings for COVID-19 testing; 4) progress on key pipeline objectives; 5) ability to effectively manage short- and long-term growth; 6) use of a cash balance in a way that shareholders view as accretive; and 7) the general competitive nature of the markets the company operates in, which continue to get more competitive due to the pandemic.

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of QuidelOrtho Corporation.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from QuidelOrtho Corporation or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of QuidelOrtho Corporation.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Andrew F. Brackmann attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34108.60
S&P 500: 4019.65
NASDAQ: 11082.00



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of December 14, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 72 | Outperform (Buy) | 7 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee    +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA    +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner    +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA    +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer    +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney    +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA    +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor    +44 20 7868 4453**