# <u>Exhibit 23</u>

Equity Research
**Healthcare | Life Science Tools and Diagnostics**

*William Blair*

December 20, 2022

# QuidelOrtho Corporation

## Virtual NDR Takeaways and Additional Thoughts Following Last Week's Investor Day

**Andrew F. Brackmann, CFA**  +1 312 364 8776
abrackmann@williamblair.com

**Griffin Soriano**  +1 312 364 5325
gsoriano@williamblair.com

**Dustin Scaringe**  +1 312 364 8171
dscaringe@williamblair.com

**Summary and Our Takeaway:** Last week, we hosted and attended virtual meetings with management from QuidelOrtho and investors across the U.S. and Europe. Joining the call from QuidelOrtho were Joe Busky (CFO) and Bryan Brokmeier (VP of investor relations). These meetings were timely given the company's recent investor day (link to our note), where management provided a three-year financial outlook that we believe reset expectations to more conservative levels. In addition to longer-term guidance, investor day topics included the ongoing integration efforts associated with the Ortho Clinical merger that closed earlier this year, thoughts on the diagnostics market landscape, and QuidelOrtho's product pipeline. All of these topics were also discussed during our roadshow.

In this note, we discuss in more detail the key takeaways from the meetings, which we also summarize below:

- *Key factors impacting 2023 guidance.* Management explained how it refrained from providing formal numbers during the investor day, due to 1) the combination of unpredictability surrounding the ongoing respiratory season and 2) the lack of clarity around the timing of Savanna regulatory approval in the U.S. We are tweaking our 2023 estimates downward to be more in line with management's longer-term expectations (discussed in greater detail below), but do not believe this move should be viewed as a negative for shares.

- *Long-term financial outlook highlights more prudent modeling assumptions / guidance philosophy.* On the 3-year outlook provided at the investor day, management clarified that there was a healthy amount of conservatism baked in these numbers, which were purposefully set at a level in which upside can develop. While investors pressed the company on the low end of the 3-year outlook ranges for revenue growth and EBITDA margins, nothing we learned in the meetings pointed to degradation in the underlying core. Management clarified on numerous occasions throughout the day that these new ranges were prudent, inclusive of an assumption for sustained macro headwinds from inflation and FX.

- *Savanna.* The team was asked several times about Savanna's product differentiation and the advantages it may have over existing platforms currently on the market. On timing of launch in the U.S., management remains hopeful the EUA pathway is viable, but is committed to a two-pronged regulatory approach: EUA and 510(k).

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| Symbol: | | | QDEL (NASDAQ) |
|---|---|---|---|
| Price: | | | $81.53 (52-Wk.: $67-$180) |
| Market Value (M): | | | $5,385 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $3.52 | $8.03 | $1.36 |
| | Q2 | $0.95 | $2.12 | $1.07 |
| | Q3 | $4.00 | $1.85 | $1.08 |
| | Q4 | $5.09 | $1.37 | $1.49 |
| | FY | $13.56 | $13.40 | $5.00 |
| Sales (M) | Q1 | $882.1 | $1,502.3 | $710.5 |
| | Q2 | $669.1 | $898.5 | $667.9 |
| | Q3 | $1,023.8 | $783.8 | $669.6 |
| | Q4 | $1,157.8 | $737.8 | $724.9 |
| | FY | $3,732.8 | $3,922.4 | $2,772.9 |
| **Valuation** | | | | |
| FY P/E | | 6.0x | 6.1x | 16.3x |
| EV/Sales | | 2.1x | 2.0x | 2.8x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 66.1 |
| Float (M): | 48.4 |
| Avg. Daily Volume (90-day): | 695,290 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $72.66 |
| Return on Equity (TTM): | 25.2% |
| Enterprise Value (M): | $7,892 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

QuidelOrtho Corporation unites Quidel Corporation and Ortho Clinical Diagnostics behind a shared mission of developing and manufacturing innovative technologies that raise the performance of diagnostic testing and create better patient outcomes across the entire healthcare continuum. Ranked among the world's largest in vitro diagnostics providers with more than 120 years of collective experience, the company combines expertise in immunoassay and molecular testing with a global footprint in clinical labs and transfusion medicine.

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

- *COVID-19 outlook.* Management provided some thoughts on endemic COVID-19 testing levels, noting that its prior estimate for between $150 million and $200 million of endemic COVID-19 testing revenue was likely conservative and that something between $200 million and $400 million is more realistic.

**Stock Thoughts.**
As we wrote following last week's investor day, we believe the newly issued three-year outlook are not meant to signal any incremental downside in the business, but rather to deliberately reset expectations to be more conservative and at a level in which upside can develop. We continue to believe this coming out of the investor meetings, with management making it clear that core expectations remain the same for the segments and profitability. Therefore, even as we lower our 2023 estimates slightly to align more with management's longer-term outlook, we remain confident in our thesis with expectations now formally reset. And while the story may be in more of a "show-me" state for the next several months until fourth quarter results are released and formal 2023 guidance is provided, shares trade at what we believe is a reasonable multiple versus peers (roughly 10 times 2023 adjusted EBITDA versus peers trading in the midteens), and we expect this discount to be lessened as we move through next year. As a result, we reiterate our Outperform rating.

**Additional Detail**

- ***Key factors impacting 2023 guidance.*** Several investors we spoke with following the investor day were curious why the company did not provide 2023 guidance or reiterate modeling building blocks during the event. Management answered this head-on during our meetings, providing what we thought were two understandable points of rationale. These included: 1) the unpredictability surrounding the ongoing respiratory season, including fourth-quarter ordering patterns, which may make for different dynamics associated with comps in 2023, and 2) the lack of clarity around the timing of Savanna regulatory approval in the U.S.

  On the former, the team noted we are in the middle of the respiratory season in the U.S. which historically has been extremely difficult to forecast. This has been made even more difficult by the current "tri-demic" of COVID, influenza, and RSV. Thus, by waiting to provide guidance on the fourth-quarter earnings call in February, management will have the benefit of seeing how the respiratory season plays out and know what comps will be.

  On the latter and as we discuss in greater detail below, the company is pursuing two approval pathways: emergency use authorization (which could accelerate the launch to early 2023) and 510(k) clearance (which would likely come in the early part of the second half of 2023). The timing of this has modest implications for revenue, in our view, but would have a greater impact on margins given low manufacturing levels and thus low product gross margins, during the launch phase.

  All said, we expect models to move down ever so slightly heading into next year and would not be surprised if the team guides more toward the lower end of the 3-year outlook, as a means to beat and raise throughout the year.

- ***Long-term financial outlook highlights more prudent modeling assumptions/guidance philosophy.*** While some investors were disappointed in the company's three-year financial outlook unveiled at the investor day, management clarified there was a healthy amount of conservatism baked in these numbers, which were purposefully set at a level in which upside can develop. We are encouraged by this type of thinking, as many investors we have spoken with over the years have routinely told us that they had wished Quidel would be more realistic/ conservative in communicating guidance.

  As it relates to the delta between expectations, for revenue, management stated the long-term growth for legacy Quidel communicated in the proxy (low-double-digit growth) was overly optimistic and based on outdated assumptions. Some investors had come around to that thinking—especially since the team has been messaging more of a high-single-digit growth outlook since June—but as we saw last week, that message was not heard as widely as thought. In addition, we did hear some debate over the low end of the range (6% top-line growth) being below recent commentary. After these meetings, we would be surprised if growth does come in at this level in the near term (sans difficult comps from a strong respiratory season) and believe the low end was a way for management to reset expectations.

  On the margin front, management helped bridge the prior outlook for approximately 30% adjusted EBITDA margin, to the updated 2025 goal of 27% to 29% provided at the investor day. Specifically, inflation and FX were noted to be headwinds of approximately 100 to 150 basis points to the 30% margin number. Applying this impact would imply margins in the upper end of the range, on top of which there is also some modest discount applied related to the initially lower-margin

William Blair

rollout for Savanna. That said, inflation is estimated to continue at a 3% to 5% clip throughout the 3-year period, and if it does subside that should be an area where upside can emerge. The same can be said for FX, where a strong dollar was assumed for the entire planning period.

- **Savanna.** The team was asked several times about Savanna's product differentiation and the advantages it may have over existing platforms currently on the market, including the Cepheid GeneXpert (DHR $270.08; Outperform), BioFire FilmArray (BIM-FR €95.24), and Abbott ID NOW (ABT $108.52; Outperform). Below, we include key factors of this differentiation versus these competitors.

    – *Cepheid:* Savanna is expected to offer a faster time to result to have broader analyte coverage across fewer cartridges, and more favorable contracting.

    – *BioFire:* Savanna is expected to offer a faster time to result, little to no hands-on time, and flexible testing with unlocking capabilities for target results

    – *ID NOW:* Savanna is expected to have higher sensitivity and overall accuracy, broader analyte coverage, and greater ease of use.

    As far as product approval goes, given a recent uptick in EUA approvals from the FDA, management is hopeful this pathway is still viable and can pull forward a potential launch to early 2023. If this does not occur, the team is pursuing the 510(k) pathway, and it is expected that clearance via that route would come in the early half of 2023. With 510(k) clearance, management anticipates the ramp-up of product revenue to be marginally steeper than that of a more gradual adoption curve if EUA is granted.

- **COVID-19 and respiratory testing outlook.** Management provided some thoughts on assumptions for endemic COVID-19 testing levels, noting its prior estimates calling for between $150 million and $200 million of endemic COVID-19 testing revenue is likely too conservative and something between $200 million and $400 million is likely more realistic. By channel, management expects the professional segment to compose approximately 80% of COVID-19 revenue, with the remainder going to retail. There is no assumption in these ranges for future government orders given the lack of predictability around when these may come and how big they can be.

    Regarding the remaining portion of the respiratory business, the team emphasized how influenza testing guidance of $230 million to $270 million for 2022 should prove to be a good base for expectations in future years. This level of flu testing revenue is higher than it had been in pre-pandemic years, due in part to the inclusion of combo COVID-19/flu testing in that base, as well as a general heightened propensity for testing coming out of the pandemic. It should also be noted that Quidel did say recently that it believes it took significant share from Becton Dickinson during the pandemic, which should also raise base expectations moving forward.

**Model Changes.** As discussed above, we expect estimates to come down for 2023 to reflect the more conservative forecasting that management has communicated. While we do see areas for upside from here, we modestly lowered our overall expectations for 2023 but maintained our fourth-quarter and full year 2022 estimates. We now estimate full year 2023 revenue ex-COVID and FXN to grow 6.5% (was 7.0%), adjusted EBITDA margin of 28.5% (was 29.5%), and adjusted EPS of $5.00 (was $5.25). For a copy of our updated model, please contact your William Blair representative.

**Some key risks to consider include:** 1) integration of Ortho Clinical acquisition, including achieving stated synergy expectations, 2) durability of COVID-19 product demand, 3) ability to shift to non-traditional settings for COVID-19 testing, 4) progress on key pipeline objectives, 5) ability to effectively manage short- and long-term growth, 6) use of a cash balance in a way that shareholders view as accretive, and 7) the general competitive nature of the markets the company operates in, which continue to get more competitive due to the pandemic.

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of QuidelOrtho Corporation.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from QuidelOrtho Corporation or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of QuidelOrtho Corporation.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Andrew F. Brackmann attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 32757.50
S&P 500: 3817.66
NASDAQ: 10705.40



**QuidelOrtho Corporation Rating History as of 12/19/2022**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of December 20, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 73 | Outperform (Buy) | 6 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 2 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee   +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA   +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

**Raju Prasad, Ph.D., Partner   +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann   +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA   +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA   +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA   +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi   +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor   +44 20 7868 4453**