# Exhibit 24

# J.P. Morgan 41st Annual Healthcare Conference 2023

## Company Participants

- Casey Woodring, Analyst
- Douglas Bryant, CEO
- Joseph Busky, CFO

## Other Participants

- Unidentified Participant, Analyst, Unknown

## Presentation

### Casey Woodring  {BIO 21616573 <GO>}

Great. Thanks. Thank you, everybody, for coming. Welcome to the JPMorgan Healthcare Conference. I'm Casey Woodring from Life Science Tools and Diagnostics team here. I'm pleased to be joined today by the QuidelOrtho management team. I have Doug Bryant, CEO; and Joe Busky, CFO. So I'll turn it over to Doug quickly for the presentation portion. Then we'll have a Q&A session afterwards. So Doug, take it away.

### Douglas Bryant  {BIO 4167718 <GO>}

Thanks, Casey. Good morning, everybody. Again Doug Bryant. I've been the CEO since 2009. With me here today of course in this case, (inaudible) Joe Busky, our CFO. Also here are Rob Bujarski, our Chief Operating Officer; Bryan Brokmeier, our VP of Investor Relations. If you don't like the slides, it's his fault. Then also joining us as a Board member, Chris Smith, who is formerly the CEO at Ortho. So if we have a tough question, Chris, you'll jump in and help us out.

So do I advance to that? Yes. Here we go. So we will be making forward-looking statements. Just as a reminder, we closed -- the two companies merged together at the end of May. So the financials we're going to show are pro forma.

So key messages, QuidelOrtho is a meaningful player in each of the segments in which we compete. We're either one or two or three in the market, generally speaking, particularly in the segments where we -- that we consider to be addressable.

The integration of the two companies is going very well. I'll show a slide in a little bit on the details there, but both from a financial perspective, but also in terms of the opportunity that we see in front of us. The more that we look at this, the more that we see there are opportunities to improve efficiency or effectiveness and for margin expansion. So we're really super pleased so far.

Our products in each of the segments in which we compete are highly differentiated. I would say if you're a salesperson at QuidelOrtho, this is the time to be here. It's a very exciting time for our commercial organization.

Really, I'd have to say their ability to generate demand is creating a problem, it's a good problem, but a problem from an operational perspective as we try to scale up and catch up with the demand that we're creating globally.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 02-14-2025 Page 1 of 13

Bloomberg

FINAL TRANSCRIPT                                                                      2023-01-09
QuidelOrtho Corp (QDEL US Equity)

Then financially, we're in great shape. With or without Covid, we're in great shape. And -- but I would say that Covid clearly now has joined flu, strep, RSV as an endemic virus, and it's not a way. I don't know what the latest -- I've got a note here because I can't remember each mutation, but there's a new one circulating right now.

As I watch you all roam around the halls, I wonder if we're going to run into that, what is it, XBB1.5? Did I get it right? Something like that. That's the new one currently.

And we watch each of these rise in prevalence and then subside followed by another one. So I'm not saying that we're going to be back where we were a couple of years ago, certainly not, but I think it's going to join flu, strep and RSV as an endemic virus that we're going to see. Then we'll talk about how we model that moving forward.

So QuidelOrtho now combined, again since May is a broader-based global in vitro diagnostics competitor. We have expansive global reach. We have big portfolio of products that makes it far easier to have conversations, particularly in the segments that -- where we compete best.

And Rob was our former General Counsel, but since he's not the General Counsel anymore, I would say this creates an opportunity for us to bundle our products in larger accounts. The word bundle itself is not problem. If you do it when you have excess market share, that becomes a problem, right, Rob? So we're not there yet. But it does create an opportunity for us.

Ex Covid, we had strong financial performance, both in terms of revenue and margin in 2022. Won't talk about the number of people in the organization because I don't think that's super important. But what I would say is having 2,800 sales and customer service people throughout the globe is certainly a new thing for us combined and I think is one of the key reasons that we were interested in putting the 2 companies together in advance of the launch of Savanna, which I'll talk about here in a second.

We have a solid addressable market. And again we compete -- particularly in the segments where we do well, we compete very strongly in that addressable market. We have a huge asset in the number of instruments that we have installed across the globe, and that makes it easier to make decisions with respect to how we choose to make -- I was just noticing the people that didn't have a mask on a couple of minutes ago now have one on.

So sorry. That's not in the script. Then we're financially solid, generating quite a bit of cash. Okay. We have a highly experienced management team. One might call us older, but we certainly have a great deal of experience. So the things that we're needing to do moving forward over the next several years, we've done most of it ourselves individually and as a combined group. So we know what to do.

The other thing I would point out, which is quite obvious, is the photos look better than we do in real life. Then the other thing worth pointing out is the layer of management below this, at least a couple of areas, is also super strong and experienced.

Okay. This is a busy slide. I had notes here that would have taken the entire 20 minutes. I'll try to be succinct. This chart basically shows the continuum of diagnostic care and all the different entry points where tests are generated. And as you go left, we become decentralized. When we go right, we're centralized.

And you could make an argument that some tests are naturally going to go to the right because it's going to be more efficient to put it in the out basket and have it sent to Quest or LabCorp. Some of those tests would be your routine chemistry tests, for example, or other panels that are

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-01-09

part of your annual physical exam. I'm about to do my physical exam. I know I'm going to draw my blood. I don't have an appointment for a month. I know certainly that Quest or LabCorp, I think in my case, it's LabCorp, we'll certainly get the results back within the month, right?

So where doesn't matter, timing doesn't matter so much. It makes sense or where things are really state-of-the-art and new, for example, in oncology. It makes sense that it goes to a reference.

But for others, and we can easily argue the opposite. The other way we see a lot of movement as well. I think that the Covid experience certainly increased public awareness, and that public awareness causes us to seek care when we don't feel well.

And those 2 factors, I think are we going to -- what I think will drive industry growth, not just for QuidelOrtho, but across the segment, we're going to see increasing demand for diagnostic testing. So I was told just to use the button. I could do that, but he asked me not to, Bryan. Bryan, you've got some wet hands.

Okay. So we've been talking over the last couple of quarters -- it's from the water bottle. My next career will be in comedy apparently. But -- so there's hope. Over the last couple of quarters, we've used this slide a lot. You probably -- if you've seen presentations, you may have seen this or remember this slide.

We use it internally a lot too as we travel around the globe, talking to employees, answer any questions, we use this to talk about our 5 strategic priorities, which are integration and the evolution of our culture to become not only compliant but also more effective, improving our execution, doing things well at speed, enabling people to make decisions that are appropriate at their level without fear. That's an important aspect of culture.

Product innovation, we're going to show a slide on that here shortly. Commercial excellence is also a very important factor for us, and the reason why we put the 2 companies together. Operational excellence, Rob could talk to this all day long, but we're doing a lot of things, making a lot of investments to scale, and that's an important factor for us moving forward and obviously how we spend our capital is a key factor, too.

Okay. Our goal for integration is to create a company of purpose that enriches and saves lives with a culture that promotes employees first and prioritizes actions that support happy, inspired and engaged team members. That's a lot. It's not though -- it's not a slogan. It's not a headline. For us, this is our intent. This is -- for the executive team is our joint purpose.

On the left-hand side are things that we've already gotten done. On the right-hand side are things that we're moving forward with. There's just a couple of things I think worth pointing out here. Doing all this and merging the organizations and assigning people to various groups throughout the functions around the globe creates sometimes a little bit of dislocation, but we still have 88% retention rate, which is quite good. We want to keep it there or higher.

Then the other thing on the right-hand side is realized value creation technologies. We are investing significantly in systems that support processes that will -- that basically will help us become more effective and more efficient.

A lot here on this slide, but we've got a lot going on. I think the total number of R&D projects that we have is over 100 still, even though we've been reducing here and there. We're still well over 100 projects.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

During the one-on-ones today if you happen to be with us, we'll be happy to go into detail on any one of these. But effectively, on the first column, you have the things that we're working on right now that are expected to be out in the next 12 to 18 months. In the middle, you've got 24 to 36 months, is that it, Bryan? Then long term, those are the programs we're working on there.

Savanna. We talked about Savanna just a second ago, but this is one of the key reasons that Chris and I first started talking about putting the 2 companies together. We believe that Savanna is indeed a highly differentiated product. We've demonstrated in Europe and elsewhere that there is demand.

We see pretty strong demand expressed by U.S. customers as well for this product, and we have a waitlist. So I think this is going to go well. You could argue that there are a lot of competitors out there in the . You could argue that we just went through this period of time where a bunch of people already acquired instruments.

I get all that. But this instrument's ability to push testing where the lab supervisors and the big integrated delivery networks want testing to be done, this allows them the flexibility to do it. Who knows? All of us and our -- and my (inaudible) always talk about new product launches like they're automatic. They're not automatic. We need to show you.

But I've been doing this for about 40 years now. I think this is a unique opportunity for us. So I think this is a flagship product for us. If I'm wrong, you won't see me here next year. I'll be hiding.

In terms of commercial excellence, we've just got so many different opportunities. Just the size itself and the global footprint is meaningful. But the cross-selling between the 2 companies is turning out to be a really nice opportunity for us. I list example markets, the U.S., Greater China, Germany and Italy, in particular, we're already seeing results.

Distribution. Quidel brings a lot in terms of distribution, particularly at the point of care. We're going to be able to leverage that in a number of places, particularly here in the United States. Then again just the size, the 2,800 commercial teammates across the globe is going to be extremely helpful to the existing portfolio, but also to the new products that we intend to launch.

Okay. He's going to rate my answers here. Can I go back one? There we go. There we go. So on the very top here, you've got what we did in the Third Quarter. You've seen these numbers before. Those are our actuals.

In the middle segment, what you've got is the combined company guidance, what we had suggested actually as recent as the Analyst Day. This is what we told you that we were aiming for. Then in the bottom, you see actually what we did.

Okay. So we can go into some detail on that, but we're doing better than we had suggested. I do think it's good to point out though, and it's also good to look at (inaudible) every once a while that we, in Q4, ex Covid grew 18%. So that's pretty good. Then for the year in total, ex Covid, we grew 11%. So I know we told you 7 to 9, but -- and then cost synergies. We want to stick to the 90 that we said, but we feel very comfortable that, that's achievable.

Not ready to tell you to change your models yet, but things that we suggested that we would get done have been identified at minimum and in many cases, already achieved. So we're in really good shape in that regard.

Here's how we're going to deploy capital from what we think is the most important to the least important, at least at this moment in time. Things could change, of course. You could flip debt

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

paydown and share repurchase depending on the situation. Right now, we think debt paydown is more important.

Then finally, here's the 3-year outlook. So we still think we're going to do 6% to 9%. I do know that at Analyst Day people did not like what we were talking about in terms of EBITDA margin because remember, in the S-4, we had said that we were going to do 30% in terms of EBITDA as a percentage of revenue. We adjusted that downward to account for FX and inflation.

And we're assuming at least at that time, we were assuming 3% to 5% inflation and to still be experiencing pretty significant FX headwinds. Of course some of the FX headwinds have become less, if you will. I do recognize that a 3% to 5% inflation rate over the medium term here is a bit conservative. I would call it more thoughtful.

And so the impact from the 30% is you got 150 basis points for inflation, and you got 50 basis points for FX. So if you take those 2 combined, then you sort of hit the 28. So I'm reading the room here. So 28 is kind of where we think we are if we assume inflation at that rate if we don't account for the fact that FX is actually improving at the moment.

And I think that's it, other than I have a closing comment. And just to say here were the priorities -- around a minute ahead of schedule. Here are the priorities, and I don't want to be flippant, but we're in good shape. We're in super good shape. I couldn't be more pleased with the progress.

I was worried when we first put the 2 companies together, like I should have been. But all those things that we've put on paper and said that we were going to do, we've done. So I'll stop there, and we'll go to questions.

## Questions And Answers

### A - Casey Woodring  {BIO 21616573 <GO>}

Thanks. That was a great overview. For the Q&A session, we do have a mic runner in the room. So if you have a question, please raise your hand, and he'll come over to you. If you're watching the webcast at home, please ask a question via the webcast question function.

But I guess Doug, Joe, to start, wanted to touch on the preannouncement for the Fourth Quarter. You mentioned 18% non-Covid growth. That's presumably due to flu and combo A/B testing, correct, the upside there in the quarter, just given the strong respiratory season? Can you maybe walk towards if the ABC combo test in Sofia was the key driver there? Or was it the legacy flu products maybe in QuickVue Professional? Just can you give us a sense of what drove that?

### A - Douglas Bryant  {BIO 4167718 <GO>}

It's about half. (inaudible) and our typical immunoassay products. 40% to 45% generally would be flu standalone. 40% to 45% generally would be combo. In other words, (inaudible) and Covid and the remaining 10% or so is RSV and strep. So I think we did 3 50-ish in terms of flu for the quarter, which is -- it's strong. It's a little bit higher than normal.

### A - Casey Woodring  {BIO 21616573 <GO>}

You notably didn't call the labs business out when talking about the strong points for the Fourth Quarter in the press release. Curious as to what you're seeing there just from a supply chain standpoint and also from a customer demand perspective across the different geographies, particularly in China?

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Well China is probably one of the drivers on the lab side. We're doing fine. In fact, the growth rate in the lab segment is as predicted. It is true that we're trying to catch up in terms of instrument placements, and we have more orders right now than we can ship.

We don't know that we'll get through it entirely in 2023, but we're moving in that direction. If we could get down some level lower way under 600 on back order, that would be terrific. If we could solve it, if we could get it to down maybe around 150 on back order, I think that gives us another 2 points in terms of growth rate.

## A - Casey Woodring  {BIO 21616573 <GO>}

Then what sort of visibility do you have on working that sort of 600 instrument backlog down on the supply chain?

## A - Douglas Bryant  {BIO 4167718 <GO>}

We're definitely watching it. But we have plans in place with our primary third-party provider. The real issue, as Rob could tell you in some detail, is around chip availability. We do see that abating somewhat.

We're hearing a lot about chips becoming more available as other products, consumer products, in particular, that don't require those chips or that do require those chips, the demand apparently for those products is not as great as it has been. So whether that makes it into the healthcare segment, I don't know. But we're in the same boat, by the way as everybody else. So our ability to solve this probably is no worse or greater than anybody else's at this stage.

## A - Casey Woodring  {BIO 21616573 <GO>}

Got it.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Is that fair, Rob?

## A - Casey Woodring  {BIO 21616573 <GO>}

Maybe the last question, just on the preannouncement. Curious as to how much revenue Savanna contributed on the molecular line in Europe, given the strong respiratory season? Just can you maybe walk towards more broadly the traction you've seen in Europe for this sort of early launch there?

## A - Douglas Bryant  {BIO 4167718 <GO>}

It's still early. And remember that we've only got one product in the market in Europe, and that's the respiratory viral panel. So it's super early, but we do have a handful of customers. We still have orders that we have not shipped. In terms of the actual dollar amount in the quarter?

## A - Joseph Busky  {BIO 5848103 <GO>}

I would just say --

## A - Douglas Bryant  {BIO 4167718 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-01-09

I don't know the answer.

## A - Joseph Busky  {BIO 5848103 <GO>}

I would say the molecular business unit had strong growth in the quarter, ex Covid. So it's good. We can get more into the actual numbers when we do the Q4 call.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Okay. That's fair.

## A - Casey Woodring  {BIO 21616573 <GO>}

Okay. I'll pause here to see if anybody has any questions from the audience.

## Q - Unidentified Participant

So just wondering on the legacy kind of QuickVue respiratory products, are you seeing a bit of a resurgence in that product line? Then as we think about it now, is there an opportunity to convert those to Sofia customers? Or how do you view that product line? Because pre-Covid, it was kind of declining and converting over to Sofia.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Yes, it's a great question because I've been forecasting the demise of that particular product line for a long time. Those customers that use QuickVue, and some of them are quite large, and they have reasons why they use it the way they do.

They're really hard to convert to anybody, which is good, including ourselves. But it is true that we did see movement away from QuickVue and on to Sofia. The benefits of Virena is a selling point for those customers. But at the end of the day Covid created a situation where everybody was very happy to use the QuickVue product.

And of course that QuickVue product is what's in a retail segment, which has also been a growth area for us. So I would love to see more of it converted over time because I think it's more differentiated, particularly relative to competitors outside the U.S.

## A - Casey Woodring  {BIO 21616573 <GO>}

Looks like we have another one from the audience.

## Q - Unidentified Participant

A question on Savanna. So thinking about Savanna and its sort of long-term potential (inaudible) platform for the company, not being very scientific, just would stack rank your long-term application test menu for Savanna by revenue potential globally, the top half a dozen or so, and you can think 10 years forward, where is the most revenue potential from highest down?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Well right now in the near term, it's probably related to respiratory illness. We do see over time that the sexually transmitted infection category should be also a really nice growth driver for us as well. So when you look in the out years, you see that category increasing pretty dramatically.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Yes. I think the GI panel is pretty interesting. It solves a lot of issues, particularly if you can break it into things that you're likely to see here in the U.S. versus if you traveled somewhere. You create two different, we call it a travelers panel.

But I also like the vaginitis panel in this -- I like that category, and we see quite a bit of revenue in the out years there, too. There are some other things that are just going to be gatekeepers for us. Meningitis is one low volume, but we have to have the HSV, VZV panel, which we're going to include syphilis and now and potentially monkeypox as well.

It's interesting. That may be something that drives the customer to make a decision because you have a more complete menu. But I wouldn't see that being super high volume. Is that what you had in mind?

## A - Casey Woodring  {BIO 21616573 <GO>}

Yes. Doug, maybe shifting to the long-term guidance. You mentioned the 28% normalized EBITDA margin in your presentation. Is that like the starting point for 2023, you would say? Then just what are some of the puts and takes to drive that higher by 2025?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Well Joe is going to tell me to wait for the earnings call to provide guidance for the year. But directionally?

## A - Joseph Busky  {BIO 5848103 <GO>}

Yes. I mean that's what we've said. The last two earnings calls, we said what Doug said is that the inflation -- well, let me take a step back.

The -- I know everyone likes to anchor back to the S-4 numbers, which I would do, too, if I were in your shoes. It's a data point out there. But those S-4 projections were done 1.5 years ago. So we've had a lot of changes since then, namely inflation and FX.

And the business is no different. The business is operating just as we expected it to be operating 1.5 years ago. So the difference between that 30 and what Doug mentioned, the 28 is sort of a jumping off point is driven by inflation and FX.

Then the two drivers, I think that will move it up further into the range up until the 29, even above the 29 are the pace and the slope of the Savanna ramp and the pace of the synergies, cost synergies. I think those are probably the 2 biggest drivers that will potentially move us up into the higher end of the range or even above the range.

## A - Casey Woodring  {BIO 21616573 <GO>}

Got it. That's helpful. Then maybe just within that 6% to 9% long-term growth guide, what's embedded for growth in each of your business units between labs, POC, et cetera?

## A - Douglas Bryant  {BIO 4167718 <GO>}

So the labs business, we're pegging 5 to 9, I think.

## A - Joseph Busky  {BIO 5848103 <GO>}

Five to six.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Five to six.

## A - Joseph Busky  {BIO 5848103 <GO>}

Yes, yes, mid-single digit plus.

## A - Douglas Bryant  {BIO 4167718 <GO>}

I gave the CEO answer. I get to do that. Yes. Okay conservatively 5 to 6.

## A - Joseph Busky  {BIO 5848103 <GO>}

Yes. Yes.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Unless we're able to (inaudible) the instrument sooner than we thought, right? Then on TM, transfusion medicine business, recognizing we've had some pretty good growth this last year, moving forward, we would see that in the 2% to 4% range. Then the remainder, of course is just the growth in point of care.

## A - Joseph Busky  {BIO 5848103 <GO>}

Point of care, high single digit, double digit. And molecular, we've talked about what we're trying to do there. Savanna, that's going to drive a lot of growth obviously even though that business unit is fairly small now.

## A - Casey Woodring  {BIO 21616573 <GO>}

Okay. That's helpful. Then notably, not included in the long-term guide is just any kind of government contracts for Covid, how those conversations progressed, how should we think about the pacing of potential government orders in 2023? Just any sort of color there.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Okay. Sure. So you saw the announcement on the one that we began shipping in the Fourth Quarter. The thing I need to point out is the -- even though it's a number that exceeds $100 million in terms of the award, the guarantee is 54, okay? So it's a smaller number from a guarantee perspective. Then the recent (inaudible) I think was announced on Friday.

## A - Joseph Busky  {BIO 5848103 <GO>}

Yes. It hit the public website on Friday.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Okay. So I can now talk about that. We were precluded by them mentioning until they announced it. So as soon as we signed the document, they immediately announced it, which gave us no time for any conversation.

But in that order, I think it's $97 million as what they've requested. There is a schedule of X number per week that we have to hit. They're going to allow us to use shorter dated product, which is helpful and -- but there's no guarantee. So that's everything I know, Casey.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

## A - Casey Woodring  {BIO 21616573 <GO>}

Got it. Do you expect Covid testing volumes to be dilutive to margins in 2023, given some of the government contract pricing?

## A - Douglas Bryant  {BIO 4167718 <GO>}

No. The reason is because the government contract pricing is at the margin level that's right at our corporate margin, right? So it's not dilutive.

## A - Casey Woodring  {BIO 21616573 <GO>}

Got you. We'll pause here if anybody in the audience has any other questions? No. Okay. We can keep going. Let's talk about QuickVue test capacity. (inaudible) that facility had 600 million annual test capacity for QuickVue. Just wondering if you need to keep a certain percentage of that online for potential further government orders?

How are you thinking about potential excess capacity? And if there's any kind of ability to shift some of your kind of current other products to cause that? So how should we think about that?

## A - Douglas Bryant  {BIO 4167718 <GO>}

We do have a couple of things that are in the works to use that facility. But to come back a little bit and say when we were doing 16 million tests a week, we had 400 employees in the building making product. We're now down to 135. So our costs in the building are actually pretty reasonable and comparable to what we do in the other San Diego facility, what we call the (inaudible).

So it's right in line with our normal cost profile. Having said all that, yes, we are working on a couple of different projects to use that capacity, and stay tuned. We'll -- since we solidify some of those things, we'll let you know.

## A - Casey Woodring  {BIO 21616573 <GO>}

Just shifting back to the point of care. Wondering how the cardiac assays fit into the high single-digit, double-digit growth rate? (inaudible), how that's kind of trending and anything on cardiac there?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Well it's early days. A big market for us is China. And as we get past their current situation, and it's more normalized, we would expect to see growth rates in that high single-digit level.

## A - Casey Woodring  {BIO 21616573 <GO>}

Got it. Maybe just shifting over to Sofia menu expansion priorities. During the Analyst Day you noted GI within the next 1.5 to two years. Just thinking about other kind of areas to potentially expand menu on Sofia just given the installed base growth over the last two years. Are there any sort of R&D projects there that you'd call out as potentially adding menu?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Yes. I won't name them at this stage, but I would tell you, Casey, that the number of projects is around 20 on Sofia.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-01-09

## A - Casey Woodring  {BIO 21616573 <GO>}

Is Lyme included in that?

## A - Douglas Bryant  {BIO 4167718 <GO>}

That's a good -- so history of Lyme. We developed an antibody test. The test works appropriately. It does what it's supposed to be, but antibody testing for Lyme is not the ideal solution, right? So we've been working on a Tier 2 Lyme test, which was more of confirmatory almost as if we were replacing Western Blot. We do have a couple of things that we're looking at, but it's not a big project for us.

## A - Casey Woodring  {BIO 21616573 <GO>}

Okay. Just had one come over e-mail. Can you confirm the flu number for 4Q? I think you said 350 million. Is that the full year flu number you're expecting?

## A - Joseph Busky  {BIO 5848103 <GO>}

That's the midpoint of the range. Yes.

## A - Douglas Bryant  {BIO 4167718 <GO>}

We provide the full year.

## A - Joseph Busky  {BIO 5848103 <GO>}

For the full year (inaudible).

## A - Casey Woodring  {BIO 21616573 <GO>}

Maybe shifting over to the labs business. At the Analyst Day it was talked about that the legacy Ortho business has been underpenetrated in immunoassay. As the focus shifts more towards growing in that particular business, what gives you confidence that the perceived runway for future growth there is real?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Because of our success in the U.S. market, in particular, placing what we call integrated platforms that include both clinical chemistry and immunoassay. Just since I've been around for such a long time, let me give you a little history about how this market evolved over time.

Companies like Beckman and well, even the (inaudible), they were principally instrument companies. In fact, Beckman used to be called Beckman Instruments. So there's -- they make clinical chemistry instruments, and then they saw the need to move into other segments.

But customers aren't really ready to do that at that time. These days, there is more of a propensity of laboratory supervisors to want to make a choice that includes both clinical chemistry and immunoassay. So that is something that has happened.

And I'll just give you the reverse when I was at Abbott, as an example. We were strongly in immunoassay did a nice job. We were dominant actually. I can't say that, sorry. But -- so we thought we needed to be in clinical chemistry, but we really couldn't do it that easily at that time.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

FINAL TRANSCRIPT

QuidelOrtho Corp (QDEL US Equity)

2023-01-09

So they have the reverse issue, right? So over time, though, what's happened is the customer base is more likely to look at both simultaneously.

### A - Casey Woodring  {BIO 21616573 <GO>}

Got it. Then, Joe, maybe one for you on CapEx next year. At the Analyst Day you spoke about near-term free cash flow conversion being around 50% to 65% just in the beginning of the long-term guide due to capital investment. What sort of capacity expansion projects do you need to do in here in 2023 and just elaborate on that?

### A - Joseph Busky  {BIO 5848103 <GO>}

Yes. So we did say that the cash conversion ratio off of adjusted EBITDA in the 60% to 65% range. However near term, we're thinking more 50%. That is due to -- primarily due to an elevated CapEx spend, I'll call it, in the range of 1 30 to 1 60 as you think about 2023 for CapEx.

And we do have some very important capacity projects in there. Most notably, obviously there's Savanna. On the lab side with slides, manufacturing as well as instrument reforms. So yes, there's a lot of good capacity in the United States primarily focused on labs and molecular lines at this point near term.

### A - Casey Woodring  {BIO 21616573 <GO>}

Then just on the cost synergies, you mentioned that you've identified $50 million for 2023 versus the $30 million target. What's it take to realize that in this year? What do you need to do to hit that 50% number -- or $50 million number? Then you had reiterated the $90 million number through '25. Just curious as to how much upside there is there potentially, and where that would be?

### A - Joseph Busky  {BIO 5848103 <GO>}

Yes. So again the 50 as Doug said earlier -- that's an identified synergy number. We do have to execute on those. Some of those, we obviously have. A lot of those were sort of low-hanging fruit of double -- two CEOs, two CFOs, two Boards. Obviously a lot of those have been executed.

But there is still a decent amount that we need to execute within that $50 million as we get through the early part of this year. The internal target for the synergies is obviously higher than the $90 million, and we're driving towards that. The team is pushing. But as Doug said, we're not ready to commit to anything above the 90. Let's get a little further down the path on executing the source 50, and then we can talk more about that.

### A - Casey Woodring  {BIO 21616573 <GO>}

Great. Well it looks like we're bumping up against time. Thank you very much everybody, for joining us. Thanks, Doug and Joe.

### A - Douglas Bryant  {BIO 4167718 <GO>}

Thank you.

### A - Joseph Busky  {BIO 5848103 <GO>}

Thanks, Casey.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

QuidelOrtho Corp (QDEL US Equity)

2023-01-09

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg