# Exhibit 26

Transcription of:
Rep_QuidelDoug
Duration: [00:00:00-00:33:01]

Narrator:  Thank you for joining us for this Repertoire podcast and now your host, Scott Adams.

Scott Adams:  Hey everybody. I am excited to be back on the podcast and talking with my good friend Doug Bryant, who is the Chairman and CEO of Quidel Ortho Corporation. They have gone through a huge transformation over the last few years with the acquisition of some of the earlier business and then now combining with Ortho. And I always love having merger and acquisition conversations with CEOs because it's always interesting to hear, you know, why did you decide to do it? How's it going? You know, where's the future going to? Thank you. And you know, this one's super exciting. They- they have doubled in size in the last three to four years and it seems to be working really well because their last couple of quarters have just been over the analyst expectations. So great conversation here. I hope you enjoy it. And here we go with Doug Bryant. Well, welcome back to Repertoire. Doug, it's so good to talk to you. I'm looking forward to this conversation today. Anytime I get to kind of talk merger acquisition, it's always exciting. I know it's exciting for you folks and for the listeners too, to kind of hear what's been going on, you know. On our previous podcast, you were the president and CEO of Quidel Corporation. Now you're the chairman and CEO of QuidelOrtho Corporation. That's pretty big change. I know it's changed the dynamics of the business as well as the size. What does that look like today?

Douglas Bryant:  Well, first, thanks for having me on Scott. It's a pleasure. You know, I love the audience. Of course. You know, we've got such a great partnership with- with all of our distribution partners. And so it's kind of fun to- to chat with you knowing that a lot of the folks that help us out with the commercialization of our products are- are listening in. Yeah, we have had quite a few changes since I was on last.

Scott Adams:  Yeah.

Douglas Bryant:  And when you think about it, we were doing quite well and we can talk about that a little bit anyway, but we were already doing quite well. But and, and having done some of the things that we've done over the last few years, starting with the Alere acquisition and then being a, you know, one of the primary test providers during a challenging time for the country. Were the beneficiaries of- of that as well. We- we had a lot of changes over that period of time, recognizing that you had to solidify supply chains and- and do a number of things so that all of that they'll put us in a position where we could have a conversation with Ortho that began quite some time ago where we talked about our gaps and they talked about their gaps and we realized that. Really, if you put the two companies together, there wouldn't be a

whole lot of overlap. So there wouldn't be the huge ordeal that we went through at the end of 2017 when we began to integrate the Alere assets where we it was a carve out. So we just got you know we just got the products essentially we didn't get the people as part of that. So now though we were a different company we have. Basically doubled our size again. And I think the combination of the two companies actually. Brings a lot together such that one plus one is more than two and. You know, as we get into the integration, we look at these two companies and putting these two organizations together, I've begun to realize that the things that we thought that they were going to bring to the party, they actually are and what we're bringing to the party as well. I actually think about it a little bit differently now than I did before because I realized. My former R&D organization was and is pretty darn good and when we think about taking on board their additional 100 R&D projects. We know what to do and- and our Head of R&D, Doctor Werner Kroll is, is absolutely going to be helpful to the overall company and keeping us on that same sort of project. That that cadence and pace, I think we continue to be as prolific. An R&D organization as we ever were before, you know, and the other thing that I think that we bring to the party that that I didn't realize was that. Our operations people over the last two or three years have gotten to be very, very good and they are, they are a large, efficient, fungible operation that can scale up and down. In a moment's notice and we're responding to all sorts of things. Including an increased flu season, what are we running four times the normal rate of flu right now in the country? RSV, somebody told me 10 times what's normal. I have to look at the numbers to see if that number is right.

Scott Adams:      I don't. I don't remember the last time I heard RSV so much as I have this year, and that's 27 years in the industry and it's just seems like it's off the charts.

Douglas Bryant:   Yeah, I didn't test myself. I'm ashamed that I didn't, but I kind of think I did have RSV. A month or so, so going it was pretty debilitating and I had acute bronchitis for about 3 weeks. So and I even did the, you know, the- the steroid and all that to try to get it under control and- and it still persists. So, but in any event, yeah, thanks for the question. You know, our integration strategy. Is solidly on track. We're running ahead of expectations. What we said we would do in terms of cost synergies in 2023, we're already way ahead of that. And when you look at putting the two organizations together, I'm primarily concerned about the culture.

Scott Adams:      Yeah.

Douglas Bryant:   And I think that that's in progress. It's never going to be perfect, but if I can create that same climate where 99% of my employees are happy. And we're producing well and, and I'm, I'm creating opportunities for those people to take on board positions of increased responsibility over time because they

have to do that when you're a growing company. It also leads to better compensation. And as I always tell my folks, you know, my primary mission in life is that if you work with us, you're going to be able to put your kids through school. And now I do realize some people don't necessarily want to put their kids to school. So maybe. But that would be your choice, right? So I'll stop there because I've just been rambling. Sorry about that.

Scott Adams:      It's alright it's funny you said that about the culture and everything. Brian, the former founder of our business used to always say, "Scotty, we want to make sure we always have gruntled employees, not disgruntled employees."

Douglas Bryant:   I didn't know that was a word.

Scott Adams:      I don't think it is, but he said it all the time. You know, Doug, let's talk a little bit about your- your core services and products now in the market. You got, you mentioned you have a full suite of diagnostic solutions for healthcare. You know, talk a little bit about those core services products and the markets that you're going to serve. Now or be able to serve now?

Douglas Bryant:   Yeah, it's a great question. And then maybe the best way to start the answer is to say we've organized ourselves in a fashion that I'm, I'm actually quite comfortable with. And that's we're a- we're a matrix organization. And so we have 4 business units, a molecular business unit, a point of care business unit, transfusion medicine and now clin. labs business that that provides obviously clinical chemistry and amino acid products into the hospital and reference labs. So that that that is one way to think about the product offerings themselves and it does span quite a bit of the continuum of diagnostic healthcare. But when you think about. How to operate? As an organization that's, that's, that's now larger, right? We're I think we're the 6th largest global diagnostic company around 6000 employees. It's a bit like. When you think about matrix, you got commercial organizations across the globe, you got business units serving each of those. You've got the- the inside functions, you know whether it's legal, HR, finance, etcetera. Our ability to compete and do well and to get things done. Requires a great deal of collegiality. And communication. And if those two things are in place, then running this what I would call like a pro set offense. Hopefully some most of your audience is following American football. You know how it is like the college teams now are so much more sophisticated-

Scott Adams:      Oh, 100%.

Douglas Bryant:   -than when I was a kid. Watching the wishbone, right? And the defenses are more complicated. So you, you, you've got these- these young athletes learning how to communicate effectively and run the plays well. And so in an organization like ours, I have organized this in a fashion that makes this

quite complex. Which- which have been, it'll work, it'll be fine, we're going to be successful, but it does require that people get along.

**Scott Adams:** Yeah.

**Douglas Bryant:** That they're happy and that they communicate and we have. You know, absolute transparency and, and, and all things and we have very little ego That's well, we all have ego, but we don't want necessarily to see an overt display of it. So, so I think. That it's not just about the product offering themselves, Scott, but it's also about how we think about building a strategic portfolio of products, getting those things across the finish line, getting those things in the market with a go to market strategy that makes sense and it makes good use of this huge global commercial infrastructure that we have now today.

**Scott Adams:** You know, I want to kind of stay along the lines of what you were just talking about as far as like culture and- and everything you guys obviously with the acquisition of Ortho. Have essentially doubled overnight. And talk to me a little bit about, you know, how do you run an operation that doubles and integrate that so that it, you know, all of the complexities that it brings, you're able to, you know, continue with the capabilities and bringing those geographies together and unified into one organization.

**Douglas Bryant:** Yeah, I would say that the easiest way for me to think about it is we need to be as good as we need to be in order to achieve what I would call transformational events from time to time. And when you think about it, can your organization come together? Rise to the challenge that's in front of you and get it done. And can you do it in a way that keeps everybody intact, keeps everybody motivated and wanting to do the next big thing. So the first one we had obviously you've alluded to was the Alere asset acquisition and- and in doing that, we basically doubled our revenue at the time.

**Scott Adams:** Right.

**Douglas Bryant:** And- and we also had to go out in 130 different countries and set up. You know, ordered a cash systems and we had to put in place the, the backbone and the infrastructure and all those countries and, and in some cases we commercialized on our own and in other cases we were heavily reliant on, on distribution. Here in the US it's it was easier because you know, we know. We know the players here and we have such great relationships with- with the players here. But ex-US, we didn't. So we were out there, you know, trying to vet various distribution partners, trying to make decisions on what's the right way to go to market in those countries depending on the products that we have. It's far easier now though when we're merging with the company that already had all that. So, but first transformational thing, the Alere asset acquisition that was that was big. Second thing, and we can't forget about this, is we went from zero to 16,000,000 tests a week. With

Quickview and we were millions of tests per week as well with Sofia SARS and also known as COVID, I guess, but unbelievable, you know, we were one of the first companies to actually be in market with the PCR test. We clearly didn't have the manufacturing capacity to compete with with people. But we built it and we had a little bit of a head start, of course with quick viewing with Sofia. But the fact is we were competing with some pretty big companies who- who had scale already. And so that was a pretty big transformational thing too. And the other thing that I would say is transformational about it is our people started believing in us and our capability and we run around shooting videos of employees talking about, you know, what their what their life was like and what they thought about their jobs and their company and all that. That was pretty transformational too, because we took a company that was sort of small and family like and, and then these guys get in the ring against the big guys and they show that, you know, we were starting from small, but we got big pretty quickly. And so that was transformational. And then this obviously with the cash we had on hand, our ability to- to access capital markets. We've been able to to to pull this off. Pretty nicely so. I, I just love the idea of what's the next transformational thing for us. I don't know what that is yet, otherwise I'd give you a hint. But there is, you know, there's something around the corner and I know that we're going to be doing it. I know I've got the right people to do it as well.

Scott Adams: Well, if you stay on the R&D run you've been on the last few years, I don't think that'll be a problem. You guys have been rolling products out like crazy and then mixing in the, the acquisitions. You know, your last few quarters that you've posted have been incredibly impressive. So talk to me a little bit, you know, in the sense that you've beat the analyst expectations, you know, is there a secret sauce to how you guys are doing this or just the right people on the right boat at the right time?

Douglas Bryant: It's- I'm not sure exactly how I'm going to answer that one quite yet. Let me just think about this for a second. Because I don't want to sound flippant, but part of beating expectations is to set the expectations correctly. And so we're pretty humble with the street. We don't get ahead of our skis, as they say, we don't try to. Say things that would, would, would hype the share price. We just, you know, we call it like we see it. And you can either say "that's, that's not too clever, Doug," or you can say, you know, I would imagine that you have pretty good credibility with the street as a result. And I, I kind of like to think it's the latter. But having said that, we did have good quarters and I was particularly proud of what we did in Q3 because it was the first quarter that the two companies were actually combined and that it wasn't pro forma. But you know, we've gotten some help, right. But the underlying Q3 really was that despite several headwinds like what's going on with China, the lockdown in addition the- the requirement to purchase locally in some provinces. Which we're going to address, but that's been a headwind for us. So in a, in a country where they've been a solid grower at

in the 8 to 10% range compounded over the last several years, you know, we're- we're experiencing what everybody else is in China at the moment and- and we've got a bit of a slow down there. FX headwinds, you know, foreign exchange not, not helpful. And so that's causing a little bit of a struggle as well, so. A combination of everybody understanding that that was happening and our ability just- just keep pushing through it. You know, we- we- we beat their the average, the consensus for the quarter pretty significantly. We also were the beneficiary—to be fair, Scott—of- of additional COVID shipments in two areas.: one, we- we- we did receive additional orders from the federal government for- for quick few COVID tests and then you know we have seen a little bit of uptick in prevalence, but really it's been somewhat flat. It's definitely not declining though and so it's become somewhat steady state and I think some people are probably forecasting that that was going to continue to fall and then I'll say that we also were able to. How do I say this reenergize our relationship with the with the large pharmacies and during the quarter we did ship a bit of product into those. Pharmacies as well. So moving into Q4, we can talk about influenza if you want an RSV, but that looks like. That looks like we're going to have a pretty good quarter in Q4 and- and- and probably Q1 as well.

Scott Adams:    Yeah, I was mentioning, we were talking before we got on the call this morning about, you know, the amount of flu that's out there and- and RSV and just, you know, just an overall respiratory season that's very heightened compared to where it's been the last several. So that certainly bodes well for- for QuidelOrtho and- and where things are- are headed for the next couple of quarters. But let's talk a little bit distribution today and- and even to- to the. Users that they- they supply, you know what, what do you guys have that's coming that they can be looking forward to?

Douglas Bryant:    Well, the number one thing of course is, is I think we can both count on a respiratory season that that we haven't seen in in in a few years into a population, you know, you've got circulating influenza virus into a population that hasn't seen flu for a while and so. You can expect that if- if one is exposed to influenza, either A or B, right now it's mainly A, you're probably going to get sick and. And so you know when we have robust respiratory seasons. You know, distribution, our distribution partners do really well also. And, and I, you know, and a couple instances you know, our increased capacity in our, in our control of our supply chains for all this could be somewhat of a competitive, excuse me, competitive advantage for us because already I've been told by our commercial people that. In a couple instances, our competition has already said that they won't have product for a while. And we started ramping up a while ago so we're going to be in- in pretty good shape. Of course, you know making what we need to do for the 83,000 Sofia's that we have out there today. It was already a challenge to- to- have to add some more boxes and make up for our competitors shortfalls is going to put a lot of strain on our OPS team. But you know, they're up for

it, they're used to it and I think they like, I think they like the challenge. But so that's the number one thing. Longer term we've got a number of different things that we're working on in terms of pipeline and there's probably about 20 or so of our projects are tied to new assets for Sofia. So you know those in distribution that have been so helpful in placing all those Sofia's out there are going to be the beneficiaries because we're just going to have more product that they can put into the same. Customer and I think that that sort of relationship. Is bodes well, as people say, for- for both of us. I also think that what we're seeing in terms of trend is a continued movement to bring testing closer to the patient and that could be in a hospital setting, but it also could be urgent care, physician office, whatever. But I think that the- the- the- the train has left the station in terms of the public understanding that if you don't feel well, maybe you should go get tested for something. And so I think there's an expectation on the part of the average person that if they go see a physician, they expect to get a test and they want to know the answer. And then if it's treatable, they want to be treated on the spot. So that's another factor I think that we will bring to our distribution partners is the ability to keep moving products closer to where the patient lives.

Scott Adams:    Yeah, You know, it's funny that the two things I hosted a meeting, a health system meeting out at Amazon last week and the two of the things that resonated or that kept being repeated was one, there's, you know, two things that people know since the pandemic about our industry and one is that they need to get tested when they don't feel- feel well and they will ask for a test by name almost anymore and second is the term supply chain. Like nobody knew supply chain until we went through the pandemic and now everybody can talk about supply chain just about in the US.

Douglas Bryant:    Well, yeah, when we were younger guys, Scott, we were told that it you know, especially if you may have taken a Business School course or two, you were told, you know, that that managing the single source suppliers in order to get the cost out and negotiate the best deal. And everybody, you know, that was the way forward and everybody did it. Yeah. And- and then suddenly during COVID, people realize that that wasn't that might be the most cost effective way to bring product to market. But when you can't make it, if you can't make it, there's no revenue, so. You know, now everybody's been out there over the last couple of years, I presume like we have been, everybody's out there trying to make sure that you've got, I don't know, eight different sources to fill, you know, extraction reagent in little tubes. You know, you've got, you know, 3 or 4 different ways to get nitrocellulose. You've got several different little companies that can make your antibodies for you or, or can make your enzymes in your molecular products. You, you make sure you, that you have redundancies all over the place and it costs to do that, but the cost now not to do that is too high.

Scott Adams:    Yeah, 100%. And I, I agree with you. Totally. I think the days of just in time, inventory and sole source are long, long behind us. Hopefully we don't

go back to that and the lessons that we learned through the pandemic will stick with us. Let's talk a little shift gears a little bit Doug and talk international. You know, bring talk us to us about the international component the business has now that our audience might want to know about.

Douglas Bryant:  Well, sure. So as I mentioned before, we're highly matrixed. So we have we have Mike Abney running North America, but outside of- of- of- of that we've got an individual that runs Europe, Middle East and Africa. You know, I think. You know our offices are there in Northern Europe and you know that's a really big component, but lots of countries but also lots of people, you know, if you look at our 6000 employees, about 2600 of them are customer facing either- either sales or customer service. Big chunk of those are in Europe. We also have significantly sizable organization in China. About 500 employees there or so, 550 I think. And we also run Asia pack. We, we folded as a result of what we've done recently, we folded Japan and the Asia pack and that's run out of- out of Singapore, I believe. And we also have a big Latin America component. And I think that's the way we're pretty much organized. Am I, am I missing one of the guys? Let's see. Anand, Iris, Juan, Ernie. That's it, right?

Male Speaker:  I think that's it.

Douglas Bryant:  OK, Yeah, but pretty sizable. We have obviously entities everywhere, 130 entities, ex-US and you know, well positioned. An example, Scott, if you're thinking, well, how beneficial is that going to be what we're doing in Europe with Savannah, of course, we started the ball rolling, but they're going to have a huge impact there just because of their presence in in those laps. But we're also finding. You know, triage, a cardiovascular opportunity that that we hadn't necessarily been able to find on our own before. So the international piece is a big component. It's one of the reasons that I was so. Driven to get this thing done because you know, having that organization as we're about to launch Savannah plus other platforms that, you know, maybe another time we can talk about future products. Umm, and what we're working on there, but having that organization international already ready to go is, is a big benefit.

Scott Adams:  Yeah. It brings such a nice component to the overall and, and R&D and everything else. And as we talk about the competitive landscape out there— actually, you know, we're going to bring this home, Doug, I've taken a ton of your time, but—so we talk about the competitive landscape. Where does QuidelOrtho fit into that? And then if you would also talk, maybe talk a little bit about how you're your- your unique with your competitors.

Douglas Bryant:  Yeah, it is a unique position. There's so many companies, I can tell you that, that we get into chats with because they want to chat with us because we are perceived to be a point of care company. And obviously that's partially

true. But now we have both a unique opportunity relative to our competitors to compete in a segment that I would call not too big and not too small. So for the medium hospital lab, small reference lab. And then the clinics associated with those hospitals, you know, we're uniquely positioned because we can provide products into the central lab all the way up to the clinics. And that's, that's a little bit unusual. And then you pair that with the fact that we're in transfusion medicine, right? And so every hospital that does blood typing knows their ortho rep, right? Which means everybody knows the ortho rep. Our- our market share in that particular segment is- is very, very high and even on the donor screening side we do really quite well, particularly with red cells and we would love to do even better on the plasma side, which is the growing component of donor screening these days. So not every one of us diagnostics company has a transfusion medicine. Business, in fact, there aren't that many. So that in itself makes us look a little bit different than just about everybody except for the two very large players and we know who they are.

Scott Adams:    Doug, it's been a great conversation with you, man. I- I really appreciate your time today. Is there anything you want to kind of just leave the audience with as we- as we close out and wrap up today?

Douglas Bryant:    Sure well, first of all, thanks again for having me. I enjoy chatting with you and. Obviously, I'm- I'm really pleased to talk about my company and my employees and incredibly proud of all of them and what we've done, what we've accomplished over the last couple years. And I'm also super appreciative of the relationship that we have with all of the distribution partners we have here in the United States and we can't do it without those partnerships. I mean we could I suppose, but there's the difference between could and should, right, and we should not have a go to market strategy that does not fully contemplate how our distribution partners participate in that and it's a force multiplier for us. So I'll just conclude by saying. You know, again, proud of my company for having risen to each of the transformational challenges that you know we threw at them, but I'm also super pleased with- with our relationship with distribution.

Scott Adams:    Well, as you know, I'm such a distribution nerd, my magazine is based off of it. But you guys have been fun to watch over the last several years. And you know, I knew Quidel way, way back when they were way small. You said 2600 customer-facing folks. You guys weren't didn't have 2600 and people in total. So it's been a fun ride to watch and I wish you much success as you continue going forward. But more than anything, Doug, I appreciate your friendship and- and thanks for being on the call with me today.

Douglas Bryant:    Absolutely, Scott. Thank you.

Scott Adams:    Absolutely. Have a great day.

Scott Adams:          You too.

Douglas Bryant:       Well, like I said, I always like having those merger and acquisition conversations and getting into the mind of a CEO and what- what they went through and what they were thinking and doing an acquisition and then how things have- have gone to date. And it sounds like Quidel has positioned themselves. Let me rephrase that QuidelOrtho—I got to remember—have positioned themselves to really be a force in the diagnostic world and. For the distribution community as well As for the caregivers that take care of all of us across the US and across the world. So I thank Doug, for being on the podcast with me today and I look forward to being back with you folks in the near future. Have a wonderful day and good selling.

[End of Transcript]