# **<u>Exhibit 27</u>**

# Q4 2022 Earnings Call

## Company Participants

- Bryan Brokmeier, Vice President, Investor Relations
- Douglas C. Bryant, President and Chief Executive Officer
- Joseph M. Busky, Chief Financial Officer

## Other Participants

- Alex Nowak, Craig-Hallum Capital Group
- Andrew Brackmann, William Blair
- Andrew Cooper, Raymond James
- Casey Woodring, JPMorgan
- Conor McNamara, RBC Capital Markets
- Elizabeth Garcia, UBS
- Jack Meehan, Nephron Research
- Patrick Donnelly, Citi

## Presentation

### Operator

Welcome to the QuidelOrtho Fourth Quarter and Full Year 2022 Financial Results Conference Call and Webcast. At this time, all participants are in a listening-only mode. For those of you participating on the conference call, there will be an opportunity for your questions at the end of today's prepared remarks. Please note, this conference call is being recorded and audio replay of the conference call will be available on the company's website shortly after this call.

I would now like to turn the call over to Bryan Brokmeier Vice President of Investor Relations. Bryan?

### Bryan Brokmeier  {BIO 16674925 <GO>}

Thank you, operator. Good afternoon, everyone and welcome to the QuidelOrtho fourth quarter and full-year financial results conference call. With me today, to discuss our financial results are Doug Bryant, QuidelOrtho's President and CEO; and Joe Busky, QuidelOrtho's Chief Financial Officer. This conference call is being simultaneously webcast on the Investor Relations page of our website. And a version of today's presentation can be downloaded there.

Before we begin, I will cover our Safe Harbor statement. The statements we will make today's--during this call about the company's future expectations, plans, and prospects, include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which provides a Safe Harbor for such statements. Our use of forward-looking statements is subject to a number of risks and uncertainties and other factors that could cause actual results to differ materially from those expressed or implied in these forward-looking statements. These risks and uncertainties include, but are not limited to, those factors identified under Risk Factors in our quarterly report on Form 10-Q filed with the SEC on August 5, 2022, and subsequent reports filed with the SEC. Please refer to our SEC filings for a more detailed discussion of forward-looking statements and the risks and uncertainties of such statements.

We cannot assure you that, the forward-looking statements we make or implied by our statements -- will be realized. Furthermore, such forward-looking statements represent management's judgment and expectations as of today. Except as required by law, we undertake no obligation to update any forward-looking statements or any time-sensitive information to reflect future events, developments or changed circumstances or for any other reason.

Also, during today's call to facilitate a comparison of the company's operating performance from the fourth quarter of 2021 to the fourth quarter of 2022, and from the full-year 2021 to the full-year 2022, we'll be discussing supplemental revenue and other supplemental adjusted operating results. As if Quidel and Ortho have been combined for the applicable periods. We were referred to this information is our supplemental combined information. This supplemental combined information as well as certain other items we will discuss, do not conform to U.S. Generally Accepted Accounting Principles or GAAP.

Please see, Slide 3 for a list of non-GAAP measures, reconciliations of these non-GAAP measures to their most directly comparable GAAP measures are included in the appendix to the investor presentation and press release issued this afternoon. Both of which are available in the Investor Relations page of the of the QuidelOrtho website. Lastly, unless stated otherwise, all year-over-year revenue growth rates, including revenue growth ranges given on today's call, are given on a comparable constant currency basis.

Now, I'd like to turn the call over to Doug Bryant, QuidelOrtho's President and CEO. Doug?

## Douglas C. Bryant {BIO 4167718 <GO>}

Thanks, Bryan. Good afternoon, everybody and thanks for joining the call today. I'm pleased with QuidelOrtho's financial performance in the fourth quarter and for 2022 overall. Equally, I'm pleased with the many productive things we got done in a quarter. Our accomplishments that I believe will set us up for continued productivity gains in 2023 and for meaningful revenue and margin growth for years to come.

Today, I will highlight our financial performance briefly and I will talk about our key growth drivers, the programs that will create accelerated revenue growth, and that will be instrumental in getting EBITDA back to over 30% of revenue. As reported, fourth quarter revenue of $866.5 million increased by 36% over the prior year quarter. Supplemental combined revenue for the full-year was $4.1 billion.

In a quarter and for the full-year on a supplemental combined basis, revenue excluding COVID revenue grew 19% and 11% respectively versus the prior year periods, driven by strength in our Point of Care and Molecular Diagnostics businesses. And in early and pronounce respiratory season though, it was marked by higher than typical influenza and respiratory syncytial virus prevalence rates. This was offset partially by weakness in Clinical Chemistry and Immunoassay revenue in China due to the lockdowns there. Joe will talk more about China later as well as our path to double-digit growth there for this year.

By business unit, fourth quarter ex-COVID revenue in the Labs unit declined 10% versus the prior year. If you were to normalize the Labs business unit for China and the lockdowns, Labs would be up mid-single digits. Transfusion Medicine was flat at 1% Point of Care increased 138% and Molecular was up 45% from the prior year. From a regional perspective, all the regions were up or flat except China, which was down again due to the lockdowns. Overall, the newly combined organization performed well. It was a solid quarter and a good back half of the year, which bodes well for an increasing revenue growth trajectory over the next few years. I think it's important for investors and the broader market to recognize that I viewed QuidelOrtho as a growth company and will continue to manage our business as such.

We are a customer-driven company that is executing on over 100 active R&D and clinical and regulatory projects with an expectation that we will be just as prolific in product development as we have been in the past. The three key near-term growth drivers that we are acutely focused on in 2023 are our Sofia, Savanna and VITROS systems and product lines.

With over 85,000 Sofia instruments installed worldwide, the Sofia franchise is a solid, durable and growing business. A review of our placements in the United States is informative and should be helpful to investors in understanding the longevity of the Sofia platform. As well as our longer-term strategy to address an increasingly decentralized segment of the IBD Market.

In the U.S., over 77,000 Sofia instruments are on multi-year contracts, most of which include urgent care -- excuse me, most of which include multiple products. Roughly 50% of Sofia's are in the POL, 23% are in hospitals, 17% are in urgent care, and 10% are in corporate accounts. On average, POL sites have 2.7% Sofia instruments, hospitals have 7.5%, and urgent care sites have 3.4%. The number of U.S. Sofia customers is up 6% year-over-year to around 21,400. The number of POL customers is up 8%, hospital customers are up 2% and urgent care customers are up 9%. Offset by long-term care customers, which were down 20% understandably given the end to the government's COVID-19 nursing home program.

As a quick aside, the total number of customers purchasing our respiratory disease rapid antigen test, including our QuickVue is over 72,000 on a year end 12-- trailing 12-month basis. Saying that we have a meaningful presence in the U.S. outpatient settings is an understatement. Importantly, 82% of 77,000 Sophia instruments run influenza and 70% run COVID, which explains the market share gain we've experienced over the last couple of years in the respiratory disease category. And interestingly, only 8% of Sofia instruments run COVID only, non-COVID out shelves per instrument increased 57% at year-end on a trailing 12-month basis.

The Sofia franchise with its huge installed base is clearly a valuable asset, one that can and should be leveraged by us to the greatest extent possible, which is why the R&D team is so focused on developing additional menu for our Sofia customers.

The number of companies pursuing Point of Care Molecular solutions that would potentially address the need for smaller syndromic panels is increasing, which further validates our efforts and strategy to bring Savanna to decentralized access points to healthcare. I'm pleased to say that we are nearly there, nearly ready for an expanded global launch ahead of the next respiratory season. Supply chain and instrument manufacturing issues that were a challenge for us are largely resolved and we now have the capacity to begin to ship the analyzers that we had anticipated all along.

For cartridge manufacturer--manufacturing, we are in the process of increasing manual manufacturing lines, hiring additional staff, and installing high volume automated lines that will produce the millions of cartridges, that will be required. The first two plans that we'll launch are RVP 4 and the HSPVZV lesion panel. Beyond that, we expect to begin clinical trials for RVP 11, STI, two GI panels, bacterial viral and a parasite panel, pharyngitis, and vaginitis.

We have purposely focused our initial menu on these areas to take advantage of Savanna's unique features, faster turnaround time, test flexibility, and lower total cost of ownership. The largest of our franchises in terms of revenue representing close to 50% of our revenue is the Labs business unit and our VITROS Clinical Chemistry and Immunoassay systems and slides.

Driven by increasing global demand for our Integrated Chemistry and Immunoassay platforms and good commercial execution, we are experiencing a back order of around 650 instruments. While most of this is due to strong demand, there's also a supply chain component, which we are addressing with our suppliers. Just as we did with Savanna, I am confident that we will collaborate with our suppliers to improve forecasts visibility and to resolve supply chain challenges in 2023 and I expect that we will make significant progress as we move through the year. In other words, we expect to reduce the backorder in 2023 by applying the same principles we've employed with Savanna to our VITROS platform.

In addition, we are installing two more automated slide manufacturing lines in Rochester to meet increasing slide demand. Another step we undertook in the fourth

quarter, was entering into a joint venture with Shanghai Runda Medical to develop and manufacture VITROS assays in China, which longer term we believe will translate into a faster time-to-market and more compelling menu for VITROS assays in support of our growth strategy in China. We also continue to progress our China instrument localization initiative.

Internally, I speak often about excellent execution being a function of things done well at speed, achieving speed requires focus, picking the two or three things that are going to matter and giving yourself permission not to focus too acutely, on the things that don't matter as much, at least not currently. In other words, first things first in my mind, these three franchises matter. Our success with these three programs will create the greatest shareholder return in the next couple of years. It doesn't mean that Transfusion Medicine isn't important and that our development of a next-gen donor screening platform will be important in the longer term because it is, and it will.

It doesn't mean that LeapFrog and quantitative assays at the Point of Care aren't important in the longer term, because they are. And it doesn't mean that deploying our capital wisely is important, because it is. But for me in 2023, these three businesses matter most and that's where I'm focused. Of course, I'm also following our progress with integration very closely and it's going well as we trend position from our interim state to our future state, over 70% of interim state milestones have been completed today, a remarkable achievement in such a short amount of time.

Following a disciplined and thoughtful approach, our integration team is ahead of the expectations in both identifying and realizing cost synergies. Last year we realized approximately $15 million in costs synergies. We have also identified the full $90 million in cost synergies over the next three years and believes that there could be even more upside. Given where we are today, we're confident that we will exceed our 2023 target, that's $30 million. And commercial cross-training related training through revenue synergies is well underway.

In summary, we had a fantastic quarter and a terrific year. We're ahead of schedule on our integration plans and have multiple growth drivers at work. We have a plan in place and everything we need to hit our financial targets going forward. Our path to meaningful growth as we move from 2023 onward, is well understood and largely de-risked. The headwinds that we were rightly concerned about not being the obstacles we were expecting and may not be as significant as we had originally thought. Objectively, our fourth quarter was truly an outstanding performance and sets us up for a strong 2023 and beyond.

With that. I'd like to turn the call over to Joe, just to further discuss our Q4 financial results and 2023 guidance. Joe?

## Joseph M. Busky  {BIO 5848103 <GO>}

Thanks, Doug and good afternoon, everyone. I'll begin with a bit more detail on our operating results for the quarter and the full-year. As mentioned previously, to

facilitate a comparison of the company's operating performance from the fourth quarter of '21 to the fourth quarter of '22 and from the full-year '21 to the full-year of '22, all growth rates that I reference are presented on a supplemental combined basis, as if Quidel and Ortho have been combined for the applicable periods and maybe refer to as supplemental combined information.

So, let me start by saying that, one, we finish the year strong with a great Q4 that exceeded our expectations. And two, we are today providing 2023 guidance, that is in-line with our thee-year outlook that was provided at the Investor Day in December. I will now provide more detail on both those areas.

Starting with a breakdown Q4 revenue on Slide 7. In the fourth quarter, we recorded revenue above the guidance we provided in November. Revenue excluding COVID related revenue came in at $734 million, which is up 18.6% in constant currency driven by Point of Care and Molecular Diagnostics.

COVID related revenue totaled $132 million in the quarter. So, in total we recorded revenue of $867 million a year-over-year decrease of 23% in constant currency. And currency translation decreases sales growth by about 180 basis points resulting in total sales decline of 25%.

For the full-year however, total revenue was up 10% in constant currency to $4.1 billion. Excluding COVID related revenue, full-year revenue increased 11% in constant currency. Note that, as we and others in the diagnostic space have been saying for several quarters now, we believe COVID-19 is transitioning to an endemic state and we now see it as just another respiratory disease and appropriately will begin to bucket COVID-19 revenue with our other respiratory revenue in 2023 and forward.

Turning to our Q4 performance by business unit, on a constant currency basis and excluding COVID related revenue, Point of Care revenue grew 138%, largely driven by pull-through of our broad respiratory menu. These were--results reinforced our view that our Sofia system has been and will continue to be the beneficiary of tailwinds associated with increased respiratory testing, especially among the 85,000 cumulative instrument placements.

Labs revenue declined 10% in the quarter, primarily due to the continued lockdown challenges in China. Transfusion Medicine revenue grew 1% with high-single digit growth and donor screening driven by plasma demand, partially offset by immunohematology due to lower procedure volumes in China. And finally, Molecular Diagnostics revenue grew 45% in the quarter. Though, this is on a relatively low base.

Now, looking at our quarterly performance by geography on a constant currency basis and excluding COVID related revenue, North America revenue grew 38%, EMEA declined 3%, China declining 27% and other regions which includes Latin America, Japan and other Asia-Pacific markets grew 7%.

North America, our largest geography by revenue delivered strong growth, excluding COVID related revenue driven by Point of Care and though it didn't meaningfully impact the quarter, we recently received two government contracts. One, a one-year, $108 million U.S. government contract for QuickVue at home COVID-19 test. The contract provides for an expected value of $54 million and a maximum order value $108 million. We did ship an only a few million tests of this order in Q4 and we expect to ship the remaining tests in the initial $54 million order primarily in Q1.

And then, well recently, we received a second U.S. government contract for up to 37 million COVID test for a total of approximately $97 million. We ship the very small amount in Q4, but most of this non-guaranteed contract is also expected to ship in Q1. In EMEA, revenue growth excluding COVID related revenue slow and as lab volumes were negatively affected by the timing of tenders.

Positively, Point of Care grew strong double digits, driven by strength in both Sofia and Triage. In China, which makes up about 10% of our total company revenue new COVID-19 lockdowns cause a double-digit decline in hospital visits, which had a severe impact on our recurring revenues.

Positively low late in the fourth quarter and into Q1, we saw increased testing and an acceleration of orders. The end of China's zero COVID policy is expected to support accelerating demands we move through 2023. Looking at our Q4 revenue by revenue by category, recurring revenue which includes reagents, service and other consumables grew 5%, and was up 24% excluding COVID related revenue.

QuickVue revenue was down 72%, but up 371% excluding COVID related revenue. Instrument revenue grew 9% driven by strong cash instrument sales in our TM business, including a few nice large wins in North America. Global supply chain challenges continue to limit our ability to deliver instruments in our Labs business. Giving Q4 seasonality and instrument demand, open labs and spend orders were up modestly from the third quarter.

That said, customer demand continues to be strong and we are prioritizing newest replacements and integrate instruments in order to maximize our recurring revenue pull-through.

Now, turning to Slide 8. I'd like to comment on our fourth quarter financial performance below revenue versus the prior year again, on a supplemental combined basis. Although year-over-year growth rates were negatively impacted by the declining COVID related revenues, we delivered a strong quarter performance below the top-line. Gross profit margin for the quarter was 54.6% in-line with our expectations and down from prior year largely due to the decline in COVID related revenue, as we transition from a pandemic state to an endemic state as well as FX headwinds, partially offset by favorable based business mix.

Adjusted EBITDA also declined year-over-year again, due to the transition from a COVID-19 pandemic state to an endemic state resulting in adjusted EBITDA $245.1 million. Ahead of our expectations due to the strong revenue. Adjusted EBITDA margin contracted year-over-year to 28.3% again, better than our expectations. Net interest expense for the period was $34.1 million a decrease of $2 million as anticipated due to lower interest rates, partially offset by the increase in the average outstanding debt balances related to the combination.

Our provision for income taxes was $39 million, compared to $92 million for the prior year period. This was representing a fourth-quarter adjusted tax rate of 25.4% bringing our full-year adjusted tax rate to 22.5%.

Our adjusted earnings per fully diluted share for the fourth quarter was $1.76, above our guidance and compared to $5.12 in the fourth quarter of '21 on supplemental combined basis. The higher EPS in the fourth quarter of '21 was driven by the greater COVID related revenue than in the fourth quarter of this year. And for the full-year our adjusted earnings per fully diluted share was $13.80 compared to $13.60 in 2021 on a supplemental combined basis.

Turning to cash flow and balance sheet on Slide 9. In the fourth quarter on a GAAP basis, we generated operating cash flow $169 million and after funding $59 million in CapEx and adding back $25 million and integration and other costs we estimate recurring free cash flow to be $135 million or 55% of our Q4 adjusted EBITDA.

In terms of capital deployment, in the fourth quarter we did not buy back any shares. We focused on bringing down our net leverage through a combination of paying down debt and building cash on the balance sheet. We paid down $52 million of debt in Q4 for a total of $104 million in the second half of '22. We intend to maintain a flexible and balanced approach to share repurchases and debt paid on going forward. Which will include that pay down of at least the required $206 million in 2023.

And we ended the quarter with cash-cash equivalents and marketable securities of $366 million and total debt of $2.6 billion. We ended the quarter of 1.5x net debt-to-EBITDA on a supplemental combined basis. And consistent with what we said at our December Investor Day, as COVID related revenue declines to an endemic level over the coming year, we plan to maintain prudent levels of leverage and expect leverage to increase up to approximately 2.5x by the end of '23.

And we believe that we are in a good position to continue to invest in the business. Deleveraging is a top priority for us and we have a goal to be addible of 2x net leverage by the end of '24, while maintaining flexibility for strategic smaller M&A opportunities.

Okay. Now turning to our fiscal year 2023 guidance on Slide 10. First, I'd like to provide some broader context on this outlook. Going forward, although there may be spikes and no one really knows for sure, we assume COVID-19 transitions to an

endemic state, similar to other seasonal respiratory viruses and we plan to bucket with those other respiratory viruses in '23 and forward.

And while 2022 included a record-setting respiratory season, including flu and COVID-19, we expect '23 to return to a more normal respiratory season. We expect to continue to capture and grow our share of the respiratory market underpinned by are large and growing Sofia placements. Outside of respiratory, the Point of Care market is healthy and is expected to deliver strong revenue growth in '23.

On Transfusion Medicine business, is expected to be about flat with solid growth within our core IH[ph] business and softness and donor screen. Labs instruments supply issues are expected to modestly alleviate as we move through '23, which along with an anticipated recovery in China, are expected to drive solid growth if it is a little more back half loaded.

Savanna sales in Europe are expected to drive strong growth within our Molecular Diagnostics business, which along with the expected ramp in the U.S. volumes after receipt of regulatory clearance are expected to drive meaningful revenue in the back half of the year.

Given the volume strength we're seeing, STAT Labs due to the end of the lockdowns in China, our recent our launch of VITROS-XT3400. And our localization plans, we are expecting strong double-digit growth in China, excluding COVID related revenue.

And then finally, inflation in global supply chain disruptions continue to be a challenge. However, we are seeing greater access to semiconductor chips and expect challenges to further ease as we move through the year. So, in light of these dynamics, we are introducing the following fiscal year '23 guidance, which is in-line with our three or model as presented at our Investor Day in December.

Total revenue of $2.8 billion to $3.1 billion. Breaking this down further, revenue growth excluding respiratory sales is expected to grow, 4% to 6% on a constant currency basis to $2.21 billion to $2.25 billion. Respiratory revenue of $610 million to $875 million, which includes COVID revenue with $300 million to $500 million. Rapid flu revenue of $230 million to $270 million. And other respiratory revenue of $80 million $105 million and this includes some benefit of recently awarded government contracts and is compared to 2022 supplemental combined total company respiratory revenue of $1.8 billion.

Adjusted EBITDA is expected to be in the range of $800 million to $850 million, representing a margin of 27.4% to 28.6%. Adjusted diluted EPS is expected to be in the range of $5 to $5.60, which includes the increase in the interest rate environment over the last year.

In addition, I'd like to provide assumptions that may be helpful for modeling purposes. At current rates, we expect currency translation to be about neutral to full-

year sales and adjusted EBITDA.

There are no differences in the number of billing days in '23 as compared to '22. Net interest expense is expected to be in the range of $145 million to $150 million. We're expecting a full-year adjusted tax rate of about 23.5%. And consistent with what we've said at our Investor Day, we expect recurring free cash flow to be at the lower end of the 50% to 65% of adjusted EBITDA. And then finally, full-year diluted weighted-average share count was $67.2 million.

So, in summary, the fourth quarter results were exceptional as our positioning in the respiratory market drove strong results, even as our largest and generally most resilient business, Labs faced temporary weakness, largely due to the China lockdowns.

In 2023, we expect a normal respiratory season which will cause a difficult comp for 2023. And we expect Labs to bounce back and support our business model as our guidance indicates. Fis 2023 guidance provides for a two-year CAGR for revenue, excluding COVID in-line with a 6% to 9% long-term outlook we provided at the Investor Day. And beyond 2023, we fully expect to continue delivering or high-single digit long-term growth profile.

So, with that operator, I think we're now ready to open the call up for questions.

# Questions And Answers

## Operator

(Question And Answer)

(Operator Instructions) The first question comes from the line of Andrew Brackmann of William Blair. Please proceed.

## Q - Andrew Brackmann {BIO 22521674 <GO>}

Hey, guys. Good afternoon. Thanks for taking the questions and appreciate the clear comments and the value drivers in the scripts. That was helpful. Maybe if I could start on the guide here, a lot of moving pieces. I think Joe as you called out, I think a lot of those were already anticipated. But maybe just as we sort of think about those crosswinds impacting the business to get to that 4% to 6% base number.

Can you just maybe talk about how you're thinking about the progression of those variables through the year? And then I guess, how does that also impact your thoughts on pacing here? Thanks.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. Hey, Andrew. Thanks for the question. As in the comments, I do think that in particular the labs growth will be a little more back-end loaded for a couple reasons. One, the China recovery, we expected that will be a little more back-end loaded. And then also the labs instrument back order recovery will certainly be a little more back-end loaded as well. So I think that is going to push a little more of the revenue that growth into the second half of the year, particularly Q4.

I would also add that given how the respiratory season played out in 2022 with a very strong flu season in Q4 that sort of ended fairly quickly at the end of Q4, we're not expecting a very heavy respiratory season in Q1, but we are expecting a fairly typical respiratory season in Q4, which again, it's going to move some more of that revenue into Q4.

## Q - Andrew Brackmann {BIO 22521674 <GO>}

Okay. Thanks for that. And then I guess just similar question on the profitability front. Any thoughts on pacing there? And then it looks like the dollars for both EBITDA and adjusted earnings per share were a little bit higher than feared here. So any comments or any thoughts around specific gross margin sort of trends for the year? And sort of how we should be thinking about OpEx? Thanks.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. Consistent with what I've said in previous calls. We still expect in 2023 that seasonality is going to have our Q2 and Q3 quarters be the lightest quarters of the year, particularly Q2. And because of that when you've got those lower revenue quarters with still a level of fixed cost, that's going to produce a lower gross margins and even our margins in Q2 and Q3. And then with slightly stronger revenue quarters in Q1 and Q4, we're going to have the stronger GP and EBITDA margins in Q1 and Q4. And so it's going to get you for the full year as we've been saying GP margins sort of in that low-to-mid 50s range.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

And if I can just add Joe that -- and I think most of our investors know this that historically Q2 has been our lowest quarter in terms of revenue.

## Q - Andrew Brackmann {BIO 22521674 <GO>}

Okay. Thanks, guys.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Thanks

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Thanks, Andrew.

## Operator

Thank you. The next question comes from the line of Andrew Cooper of Raymond James. Please proceed.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Thanks, guys. I like the back to back Andrew's here. But just to kind of jump into, one thing I think investors are certainly going to be keyed into is the commentary for 2023 being normal and that $300 million to $500 million of COVID. I think it sounds like it does include those government contracts or at least on contribution from. So can you give us a sense for where you're sort of settling out of what normal might be for COVID? And how that's going to play out through the course of the year kind of in context of Joe, what you just said about some of the seasonality and flu and respiratory in general?

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. Hey, Andrew and we did go to --

## A - Douglas C. Bryant {BIO 4167718 <GO>}

The $300 million to $500 million is still our range. So that's consistent and we can talk about the government contracts. But that's -- we're not treating that as normal and usual.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. And it is exactly. It's consistent with what we said at Investor Day. We were saying $200 million to $400 million endemic state and it's up $300 million to $500 million because you've got this level of government contracts that we know we have in hand. So that -- there's no change there.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, that's what I was trying to say.

## A - Joseph M. Busky {BIO 5848103 <GO>}

And there's no change in what we definie as a normal flu season either that $230 million to $270 million, which is the same guidance we gave for 2022. We're back to that what we're calling a normal flu season and that's inherent in this '23 guidance.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Okay. Perfect. That's helpful.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

You want to talk about total respiratory as well?

## A - Joseph M. Busky {BIO 5848103 <GO>}

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

Yeah those are the main two pieces and then you've got what I'd call just other respiratory, which would be molecular and (inaudible) in the $80 million to $105 million range.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

So those are the three pieces.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Exactly.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Perfect. I had a rare adult footing right now. I appreciate that piece of the business. Maybe just next on some of the OUS. Businesses, specifically in labs. Can you give us a sense for sizing -- you mentioned the EMEA tender -- tender impacts versus supply chain kind of dynamics versus the China just lockdowns and give us a sense for as those lists how big each of those could contribute from a growth perspective?

## A - Joseph M. Busky {BIO 5848103 <GO>}

Well, I think I can start and then Doug you can add in color. For EMEA, I wouldn't say that the tenders timing was significant. It was merely more tender timing in -- from '21 into '22 Q4, that's causing the issue with the growth rate in Q4 '22. So I fully expect that we're going to get EMEA into the low single-digit growth range, which is where it was in '22 as well. So there's really no -- nothing new there. We still expect EMEA to be in the low single-digit growth range in '23. In China, it wasn't really difficult quarter, no doubt for China. But when you look at the decline in outpatient visits in the overall market, our number make sense.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

So the number of patients is down 25%. So it pretty much mirrors what's happening. And it's not different than what we see from other companies in that country as well.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Correct. And we have seen -- since things have opened up, we're seeing flow-through on our boxes increased nicely. And so we do have a lot of confidence in the double-digit growth in '23 for China, as I mentioned.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

In fact, it's been that for a couple months now.

## Q - Andrew Cooper {BIO 18644983 <GO>}

Okay, great. I'll stop there and hop back in queue. Thanks.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Okay.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Thanks, Andrew.

## Operator

Thank you. The next question comes from Patrick Donnelly of Citi. Please proceed.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

Hey, guys. Thank you for taking the questions. Joe, maybe one of the EBITDA side. I know you're well aware of the amount of focus people have on this one. So I just want to make sure we understand kind of the '23 guide. I mean is this the right stepping off point going forward, right? I don't need to ask about '24 already, but when you think about that 28% in the middle you kind of mentioned, you have a maybe a $100 million of COVID on government contracts. I think those tend to be a little lower at least in kind of retail and maybe around the corporate average.

But I think there's this fear that as COVID comes out '24 then takes a step down, is this the right kind of stepping off point on EBITDA? Maybe just talk about some of those moving pieces as we work our way through the year and kind of look forward.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Hey, Patrick. Yeah, I think it is a pretty fair jumping off point. If you go back to the to the point we just made on COVID, there's really no change there with that endemic level of annual revenue being -- it's $200 million to $400 million, and you're right, it's up another $100 million in 23 guide, because of those government orders. Which again, like as you said doesn't carry super significant amount of margin. So I do think it's a good jumping off point.

And so the midpoint of our EBITDA margin guide is that 28%, which is what we talked about at the Investor Day in December, it's right in the middle of that 27% to 29% range that we gave. So we do feel pretty good about that. But going back to Doug's comments, there is a goal to get it up to 30% EBITDA margin, no doubt. And we know how to get there. It's going to get -- we're going to get there through greater revenue growth and we're going to get there through over achievement on synergies.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

Okay. That's very helpful. Appreciate that. And then Doug maybe on the Savanna timing and assumptions. Can you talk through I guess the timeline here I think this quarter supposed to be around the 510(k) submission, it seems like EUA probably not happening. But can you talk about where we are the pathway here in the U.S? And then maybe just the assumption that are layered into the guide here on our way to that $250 million number, I think it's over three years, but just how we're progressing there? And again, the timeline in the U.S. would be great.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-02-15

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, thanks for that question, Patrick. I think it'll help us clarify just where we are at. We're still expecting our RVP 4 EUA in April. And the 510(k) will be just shortly after that. So we're very much on track for a launch. As I said, the instrument build issues have been largely resolved. We think we already have the capacity to have a meaningful launch and we're at the point we're most -- most of the effort right now it's around cartridge ramp up.

So we've got manual lines that we have in place. Obviously, we think we can meet the immediate demand in Europe. There we're doubling down on the manual line, potentially depending on the timing on the automated line, but we expect to have the ability to make millions of cartridges very shortly. So I think we're in good shape. It's been a while. So I'm anxious to see how well we're doing. I would say I'm not in a kickoff meeting in the United States and we're hearing a lot of hi ho and a lot of cross-selling that's been effective.

Mostly the other way at this point because we're talking about vitro's clinical chemistry instruments and immunoassay analyzers. But I'm encouraged with the cooperation, the collegiality of the group, I like the attitude, I like the can-do attitude, the training here is going extremely well. And so I think we're in good shape. It's not just about making product, it's also about commercializing.

### Q - Patrick Donnelly {BIO 18033496 <GO>}

Yes. Understood. Has been a while but looking forward to seeing it out on the market Joe and Doug. Thank you guys.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Thanks, Patrick.

### Operator

Thank you. The next question comes from Conor McNamara of RBC. Please proceed.

### Q - Conor McNamara {BIO 19774124 <GO>}

Hey, guys. Thanks for taking the question. I appreciate it. Just getting back to the respiratory was --

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Sorry Conor, please go.

### Q - Conor McNamara {BIO 19774124 <GO>}

Can you guys hear me okay?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah, absolutely. Thank you.

## Q - Conor McNamara {BIO 19774124 <GO>}

Just getting back to the respiratory business, if you just think about kind of all of the moving pieces for this year, including the government contract on COVID. Going into next year and again not getting in the next years guidance, but just going forward, how should we think about the total respiratory business size wise including all of that? And then once you do have Savanna, how does that change the size of that business?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah. Go ahead, Joe.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. I can start here and again breaking it up into the pieces Conor. I think we would again go back to the COVID $200 million to $400 million and the rapid flu in the $230 million to $270 million, those are the two base numbers.

And then the Savanna number, that number is a little bit of a TBD, is moving to '24 obviously, because it's going to be based on the slope of the ramp or the launch, because now we see some of that Savanna -- is going to be respiratory, RVP 4 and RVP 11. And then you've got that other piece that I mentioned that the RSV and the strep, call it $80 million to $100 million. And so those are the pieces as you move forward.

## Q - Conor McNamara {BIO 19774124 <GO>}

Got it. Thanks. Makes sense. And then just -- Doug you just mentioned some of the cross-selling excitement and without Savanna, what are some of the areas of success that you've seen some of the reps have cross-sell and what are they really excited about?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Right now mainly in the U.S. at least, mainly the former Quidel people taking the Ortho people into account. And we've got a number of closes pending, it's encouraging. We're a little bit surprised by the enthusiasm for the -- platform and the opportunity there with our cardiovascular assays. And I think it would be fair to say that we've been reasonably successful in limited launched in Europe with Savanna too.

## Q - Conor McNamara {BIO 19774124 <GO>}

Great. Thanks for taking the questions. I appreciate it. Congrats on the nice quarter.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Thanks, Conor.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

## Operator

Thank you. The next question comes from Eliza Garcia of UBS. Please proceed.

## Q - Elizabeth Garcia {BIO 19822705 <GO>}

Hey, guys. Thanks so much for squeezing me in here. Really appreciate it. So I appreciate the kind of the moving parts in the lab business and the open -- the 600 open orders that I think it's kind of given it could add an incremental 2% to the top-line if you were to kind of fill those order.

So I guess, if you could maybe provide even like guidepost to how to think about what's layered into the guidance or just an upside-downside case kind of in the revolution of this, how quickly it could be? Or is there any capacity constraint and how to think about it?

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Well, I think it would be fair to say that we have increasing visibility to the supply chain necessary to manufacture the instruments. And it wasn't by eliminating the entire back order that we got to the point improvement in growth. It was to get it down to somewhere around $150 million or so.

## A - Joseph M. Busky {BIO 5848103 <GO>}

Which was a normal level.

## A - Douglas C. Bryant {BIO 4167718 <GO>}

Which would be normal, we would exit a typical year at about $150 million. So I -- just to be clear, we're not -- we're talking about probably an increasing close rate with boxes, which naturally would create more back order. But we're pretty confident that we can observe the additional instruments as well and get back to a normal exit rate in 2023. But that's not going to happen immediately either. We're improving. We have a little bit of encouraging news for the first quarter, but it's not at the level quite yet that we needing to be at. I hope that's clear.

Joe, you want to add something?

## A - Joseph M. Busky {BIO 5848103 <GO>}

Yes. Eliza, that's right. I would just add that in the guide we did not -- just to be clear, we did not assume that the full backlog goes from $650 million to $150 million. We assume that it came down modestly. It is going to take into '24 to drill that all the way down to where we want it to be.

## Q - Elizabeth Garcia {BIO 19822705 <GO>}

Okay. Super helpful. And I guess just can you confirm kind of I think you said $350 million for flu, if that was -- if that's how the year shook out 2022. And then you've

been kind of pointing back to the TriageTrue opportunity U.S. How should we think about the high and sensitive Troponin test and kind of any updates around and potentially in the U.S. as well to launch there?

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah. First question first, I guess. To be clear, I think I heard you say the total flu is $350 million?

### A - Joseph M. Busky {BIO 5848103 <GO>}

In '22. That's correct.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Is that what she said?

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yes.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

So she stated that correctly. And the second piece.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Triage, TriageTrue.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

TriageTrue, sorry. I actually -- I missed that. Yeah, we're at the point where we're working with the FDA to determine next steps with respect to that submission and once we get through those conversations we'll be prepared to disclose where we're at. But right now, we're still working with the FDA.

### A - Joseph M. Busky {BIO 5848103 <GO>}

But we are selling in Europe under CEE.

### A - Douglas C. Bryant {BIO 4167718 <GO>}

Yeah. Two questions. Let's be clear. Eliza, are you asking about Triage? Are you asking about on the VITROS system?

### A - Joseph M. Busky {BIO 5848103 <GO>}

Triage.

### Q - Elizabeth Garcia {BIO 19822705 <GO>}

Triage.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)                                                    2023-02-15

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

You're asking -- okay. Perfect. Perfect Yeah, we are currently. And in fact, we are in the process of setting up an automated manufacturing line for the high sens Troponin on the Triage. And we fully expect that the yields will be better, their costs will be better and we should be competitive in that market. So I think it's safe to say that it's a pretty good opportunity for us there.

### Q - Elizabeth Garcia  {BIO 19822705 <GO>}

Thanks so much guys for taking all my question.

### A - Joseph M. Busky  {BIO 5848103 <GO>}

Thank you.

### Operator

Thank you. The next question comes from Alex Nowak of Craig-Hallum. Please proceed.

### Q - Alex Nowak  {BIO 18788027 <GO>}

Okay. Great. Good afternoon, everyone. I want to continue on the theme around the flue[ph] season and just had a think about it here for 2023. You put the flu number at $230 million, $270 million for 2023. But if you go back to 2019, you did a $114 million of flu sales that year. So is this really the new normal with combo testing? Or is the difference really more about the share gain that you were talking about? And if it's share gain, what does that mean for rest of the Sofia business that you could pull alongside that instrument?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Well, it is due to share gain because remember that we placed a significant number. We were -- in that year that you're talking about, I think our total installed base in the U.S. was under 40,000. Globally, we -- I think we were at 42,000. And we're now 77,000 instruments in the United State, 21,400 customers, that's up 6% over the prior trailing 12-month period.

So yeah, we have an expectation that we'll have pull-through on the product, but that's that shows up in RSV and strep as Joe mentioned. So I think it's a pretty reasonable estimate for the time being. I sense that you're challenging us a little bit and thinking it could be higher, that's possible. But I think we're -- i think we have peg right for the moment.

### Q - Alex Nowak  {BIO 18788027 <GO>}

Okay. Makes total sense. And then I just want to get some clarification around the EBITDA to free cash flow conversion, $245 million adjusted EBITDA, I have actual free cash flow being like $76 million. I know there's some onetime items in in there, so your recurring free cash flow numbers are bit higher than that. But can you be

walk through the divergence between EBITDA, free cash flow, recurring free cash flow this quarter? And then what to expect in 2023?

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. The quarter free cash flow -- the current free cash flow was $169 million of operating cash, less $59 million of CapEx. And then you later on add back, if you will, $25 million of onetime or non-recurring and that gets you to $135 million for the quarter, which is 55% of our adjusted EBITDA. And looking forward into the guidance, we expect to be in that same range for 2023. Call it the low end of the range of 50% to 65%. So somewhere in that 55% range makes sense for next year -- for this year I should say.

### Q - Alex Nowak {BIO 18788027 <GO>}

Okay. Expect that for next year?

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. That's right.

### Q - Alex Nowak {BIO 18788027 <GO>}

Okay. Got it. Thank you.

### A - Joseph M. Busky {BIO 5848103 <GO>}

Sure. Thank you.

### Operator

Thank you. The next question comes from Jack Meehan of Nephron. Please proceed.

### Q - Jack Meehan {BIO 17561092 <GO>}

Thanks. Good afternoon. On guidance, I was hoping you could just draw a finer point on first quarter expectations for COVID, flu and the other respiratory in the CDC data, we've seen this rapid drop off in flu activity. I'm not sure what you're seeing in Virena. But I just want to make sure we had the right expectations for those three buckets in 1Q?

### A - Joseph M. Busky {BIO 5848103 <GO>}

Yeah. Yeah. Hey, Jack, how are you? Given I think I said earlier, the respiratory season did drop pretty quickly at the end of Q4. So we are expecting a fairly light, I will call it flu season. COVID is still hanging in there. If you look at the infection rates COVID is still hanging in the IL and down flu, but COVID's hanging in there. And then we've got the government contracts as well. So I think we'll have a decent respiratory season in Q1, driven more by COVID than flu. And then Q4 is where the rest of that respiratory season is going to go in the guidance.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Yeah. Let me just add a little color because Jack asked about the Virena data and most of the audience doesn't have access to it. When I look at the chart, I see pretty drastic drop-off in positivity rights, but the positivity rates are still higher than they normally would be at this time.

So -- but to be fair, it did peek, what, the second week in December. And so it's been coming down pretty nicely. So I think you're right, though, we should have a reasonable first quarter, it just won't be the normal biggest quarter in the year (inaudible).

## Q - Jack Meehan  {BIO 17561092 <GO>}

Got it. And then I know I think Joe and you Doug, both kind of referenced that China to down 27% ex-COVID. Is -- how much of this was in core lab business versus transfusion medicine or legacy Quidel? And just what do you expect for the region in the first quarter?

## A - Douglas C. Bryant  {BIO 4167718 <GO>}

Well, just overall patient volumes being down 25% period, and I don't know most labs everything was down.

## A - Joseph M. Busky  {BIO 5848103 <GO>}

Everything was down, but it was the biggest chunk of it's going to be labs. And Q1, has -- it's bouncing back. We are seeing nice flow through on the instruments.

## Q - Jack Meehan  {BIO 17561092 <GO>}

Would you expect it to still be down year-over-year though in the first quarter?

## A - Joseph M. Busky  {BIO 5848103 <GO>}

It will be up. It will be up

## Q - Jack Meehan  {BIO 17561092 <GO>}

Okay. Last one, if you'll humor me just molecular, is there any granularity you can provide around the forecast just for 2023 for that segment?

## A - Joseph M. Busky  {BIO 5848103 <GO>}

Well, I mean, again, I think it's going to be back-end loaded. The growth will be mostly back-end loaded again due to Savanna and the regulatory clearance in the U.S. I think that's probably the best color I can give you.

## Q - Jack Meehan  {BIO 17561092 <GO>}

Okay. Thanks, Joe.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

### A - Joseph M. Busky  {BIO 5848103 <GO>}

You got it.

## Operator

Thank you. The next question and the final question comes from the line of Casey Woodring of JPMorgan. Please proceed.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Great. Hi, guys. Thanks for fitting me in. I guess just on pricing, what's your expectation for respiratory pricing in '23 versus '22? And how should we think about that trending across your different products within those three buckets?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Yeah. We're still hanging our price-wise. We expect flat price.

### Q - Casey Woodring  {BIO 21616573 <GO>}

Got it. That's helpful. And then just last one. In terms of the sites with multiple Sofia's particularly the hospitals that have 5% or 6% on average that you noted in the prepared. What gives you confidence that those multiple instruments sites will consolidate? And then can you just elaborate on those multi-year contracts? How much visibility do you have into those flu and those other respiratory revenue numbers?

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

So a couple things. Hospitals is 7.5, instruments per hospital, to be clear. In terms of consolidation, I think the most important point that I made was that only 8% of those boxes out there just run COVID. So the -- you could expect for example, the boxes in the nursing homes would be return. You can expect that the handful of customers that would maybe run just COVID only could be an opportunity to consolidate. But at the end of the day, we haven't seen it yet. So I don't know how to forecast it moving forward, but I would just say we're not seeing it yet.

### Q - Casey Woodring  {BIO 21616573 <GO>}

That's helpful. Thank you.

### A - Douglas C. Bryant  {BIO 4167718 <GO>}

Thank you, Casey. All right. I think that's all for the questions. I want to thank everybody for your great questions actually. And in closing thanks for -- thanks to the extraordinary dedication of our folks. We really did have a strong finish in 2022. Once again, the integration is going well. And when I say that I'm not just talking about cost and revenue synergy, I'm talking about watching the people get together and across the board, whether it's in the factories or in meetings, supply chain or the

FINAL TRANSCRIPT

QuidelOrtho Corp (QDEL US Equity)

2023-02-15

commercial books. I think everybody is getting along tremendously. People are happy and I'm expecting a great success from 2023 onward. So thanks, everybody.

## Operator

That concludes -- Thank you for your participation. That concludes the conference call. You may now disconnect your line.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*