# <u>Exhibit 32</u>

**June 06, 2023**

# QuidelOrtho
# William Blair 43ʳᵈ Annual Growth Stock Conference

**Douglas Bryant**
President &
Chief Executive Officer

**Joseph Busky**
Chief Financial Officer



**QuidelOrtho™**

© 2023. All Rights Reserved.    2

# Forward-Looking Statements

**Forward-Looking Statements:** This presentation of QuidelOrtho Corporation ("QuidelOrtho" or the "Company") contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements include any statements contained herein that are not strictly historical, including, but not limited to, the benefits and results of the business combination (the "Combinations") of Quidel Corporation ("Quidel") and Ortho Clinical Diagnostics Holdings plc ("Ortho") and integration of the businesses of Quidel and Ortho, including QuidelOrtho's execution of cost and revenue synergies, and QuidelOrtho's commercial, integration and other strategic goals, future financial and operating results, and future plans, objectives, strategies, expectations and intentions. These statements in this presentation may be identified by words such as "may," "will," "would," "should," "might," "expect," "anticipate," "believe," "estimate," "plan," "intend," "goal," "project," "strategy," "future," "continue" or similar words, expressions or the negative of such terms or other comparable terminology. Such statements are based on the beliefs and expectations of QuidelOrtho's management as of today and are subject to significant known and unknown risks and uncertainties. Actual results or outcomes may differ significantly from those set forth or implied in the forward-looking statements. The following factors, among others, could cause actual results to differ from those set forth or implied in the forward-looking statements: the challenges and costs of integrating, restructuring and achieving anticipated synergies as a result of the Combinations; the ability to retain key employees; and other economic, business, competitive and/or regulatory factors affecting the business of QuidelOrtho generally. Additional risks and factors are identified under "Risk Factors" in QuidelOrtho's Annual Report on Form 10-K filed with the Securities and Exchange Commission (the "Commission") on February 23, 2023 and subsequent reports filed with the Commission. You should not rely on forward-looking statements as predictions of future events because these statements are based on assumptions that may not come true and are speculative by their nature. QuidelOrtho undertakes no obligation to update any of the forward-looking information or time-sensitive information included in this presentation, whether as a result of new information, future events, changed expectations or otherwise, except as required by law. All forward-looking statements are based on information currently available to QuidelOrtho and speak only as of the date hereof.

© 2023. All Rights Reserved.    3

# Supplemental Combined Financial Measures and Non-GAAP Financial Measures

**Supplemental Combined Financial Measures**: This presentation contains unaudited supplemental combined financial information ("Supplemental Combined Information") that gives effect to the Combinations as if Quidel and Ortho had been combined for the applicable periods. Certain Supplemental Combined Information presented is based on the historical financial statements of Quidel and Ortho with reclassification adjustments only and do not include all of the pro forma adjustments required under Regulation S-X Article 11 or Accounting Standards Codification 805, Business Combinations ("ASC 805"). The Supplemental Combined Information is provided for illustrative purposes only, may be updated in the future, and is not necessarily, and should not be assumed to be, indicative of the Company's expected results of operations or financial position that would have been achieved had the Combinations been completed as of the dates indicated or that may be achieved in any future period. The Supplemental Combined Information should be considered supplemental to, and not as a substitute for, pro forma financial information prepared in accordance with Regulation S-X Article 11 or ASC 805 and should be read in conjunction with the information contained in the sections entitled "The Combinations," "Management's Discussion and Analysis of Financial Condition and Results of Operations of Ortho" and "Management's Discussion and Analysis of Financial Condition and Results of Operations of Quidel" in QuidelOrtho's joint proxy statement/prospectus (the "Joint Proxy Statement/Prospectus") filed with the Commission on April 11, 2022 and the historical consolidated financial statements and related notes appearing elsewhere in, or incorporated into, the Joint Proxy Statement/Prospectus, and the Company's subsequent reports filed with the Commission. The Company's actual results of operations and financial position will differ, potentially significantly, from the Supplemental Combined Information reflected in this presentation as a result of the methodology used to prepare the Supplemental Combined Information as well as a variety of factors, including but not limited to the effect of certain expected financial benefits of the Combinations (such as revenue and cost synergies), the anticipated costs to achieve these benefits (including the cost of integration activities), tax impacts, and changes in operating results following the date of this presentation.

**Non-GAAP Financial Measures**: This presentation contains financial measures, including but not limited to "constant currency" revenue changes, "adjusted net income," "adjusted diluted EPS," "adjusted EBITDA," "adjusted EBITDA margin," "supplemental combined adjusted net income," "supplemental combined adjusted diluted EPS," "supplemental combined adjusted EBITDA" and "supplemental combined adjusted EBITDA margin," which are considered non-GAAP financial measures under applicable rules and regulations of the Commission. These non-GAAP financial measures should be considered supplemental to, and not a substitute for, financial information prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). "Adjusted net income," "adjusted EBITDA" and "adjusted diluted EPS" eliminate impacts of certain non-cash, unusual or other items that the Company does not consider indicative of its ongoing operating performance, and the Company generally uses these non-GAAP financial measures to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. The Company believes that "supplemental combined adjusted net income," "supplemental combined adjusted diluted EPS," "supplemental combined adjusted EBITDA" and "supplemental combined adjusted EBITDA margin" provide helpful Supplemental Combined Information to assist management and investors in evaluating the Company's adjusted operating results as if Quidel and Ortho had been combined for the applicable periods. The Company's definitions of these non-GAAP measures may differ from similarly titled measures used by others. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to corresponding GAAP financial measures, may provide a more complete understanding of factors and trends affecting the Company's business. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and reports filed with the Commission in their entirety. Reconciliations of the non-GAAP financial measures, including the non-GAAP Supplemental Combined Information, to the most directly comparable GAAP financial measures are included in the Appendix at the end of this presentation.

**QuidelOrtho™**

© 2023. All Rights Reserved.     4

## Key Messages

- **Strong Business in Large and Growing Markets:** We are an in vitro diagnostics leader with growth opportunities in our Point of Care, Molecular Diagnostics, Labs and Transfusion Medicine businesses

- **Executing on Integration Ahead of Expectations:** Integration is going smoothly, the two organizations are meshing well and cost synergies are ahead of target

- **Multiple Growth Drivers:** We have multiple revenue drivers that are differentiated and in attractive growth segments of the diagnostics market

- **Strong Financial Profile:** Respiratory revenue has been de-risked, we have a low-leverage balance sheet and strong outlook for revenue, margins, EPS and cash flow

- **Experienced Management Team:** Highly experienced management with proven track records of success to accelerate growth and drive innovation

**QuidelOrtho**

© 2023. All Rights Reserved.

# QuidelOrtho: The Largest Pure-Play Diagnostics Company
Broad portfolio spanning the diagnostics continuum from Labs, TM, and MDx to POC

customers in
## 130+
**Countries and Territories**

more than
## 330
**Products**
**across instruments and assays**

approximately
## $3.0B
**Total Revenue[1]**

approximately
## 28%
**Adjusted EBITDA Margin[1]**

approximately
## 7K
**Teammates**
**Including >2,800 Commercial & Service**

## $48B
**Total Addressable Market[2]**

more than
## 120K
**Instrument Installed Base**

more than
## 100%
**Target Adjusted FCF Conversion[3]**

1. Midpoint of full year 2023 total revenue and adjusted EBITDA margin guidance as of May 3, 2023
2. 2021 market sizes excluding COVID-19 revenue; Sourced from 2022 IQVIA Market Book
3. Adjusted Net Income to Adjusted FCF conversion estimate

QuidelOrtho™

© 2023. All Rights Reserved.    6

# Highly Experienced Management Team
## Proven track record in creating transformational change and accelerating growth



**Doug Bryant**
President and
Chief Executive Officer



**Rob Bujarski**
Chief Operating Officer

Industry Expertise
Integration
Operational Excellence



**Michael Iskra**
Chief Commercial Officer

Industry Expertise
Customer Experience
Commercial Execution



**Joe Busky**
Chief Financial Officer

Industry Expertise
Operational Excellence
Transformation & Integration



**Pat Klein**
Chief Administrative Officer

Operational Excellence
Transformation & Integration
Cultural Alignment



**Louise Brandy**
Chief Information Officer

Transformation & Integration
Operational Excellence
Technical Expertise



**Michelle Hodges**
General Counsel

Transformation
& Integration
Corporate Governance



**Werner Kroll, PhD**
SVP, R&D

Technology & Innovation
Industry Expertise
Integration

| Commercial Execution | Transformation & Integration | Operational Excellence |

**QuidelOrtho™**

© 2023. All Rights Reserved.    7

# Large and Growing Markets[1]

|  | Point-of-Care | Clinical Chemistry | Immunoassay (Central Lab) | Molecular Diagnostics | Transfusion Medicine |
|---|---|---|---|---|---|
| Total Addressable Market[1] | $8.1B | $9.0B | $19.0B | $9.3B | $2.3B |
| Steady State Growth | 6-8% | 3-5% | 6-8% | 8-10% | 2-4% |
| Expected Drivers | • Expanded access<br>• Decentralization & Consumerization<br>• Innovations in performance and menu | • Growing appreciation for value of routine Dx<br>• Rise of preventative care, wellness screening<br>• Aging population | • Menu expansion<br>• Adoption of high-value tests (e.g., PCT, AMH)<br>• Installed base upgrades | • Demand for gold-standard sensitivity<br>• Ubiquitous respiratory panel adoption<br>• Rise of syndromic testing | • Expanded access<br>• Proliferation of advanced surgeries requiring T&S<br>• Accelerated plasma donations and novel applications |
| Estimated Mix of Business | 25-30% | 20-25% | 20-25% | 5-10% | 20-25% |

## ~$48B Total Addressable Market Delivers 5-7% Steady-State Growth

1. 2021 market sizes excluding COVID-19 revenue; Sourced from 2022 IQVIA Market Book & internal analysis

**QuidelOrtho™**

© 2023. All Rights Reserved.    8

# The convergence of several healthcare trends is expected to create multiple opportunities for QDEL growth over the next decade

## Mega Trends

- Aging populations
- Increase in chronic diseases
- Gaps in care equity
- Patient awareness and empowerment
- Increasing cost of care
- Integration of AI
- Precision medicine



## IVD Trends

- Miniaturization & Consumerization
- Sensitivity improvements
- Cost reduction (scale still matters)
- Integration of AI & ML
- Advancements in proteomics and liquid biopsy
- Novel markers
- New care modalities (asynchronistic and remote monitoring)
- Supply chain disruptions

## Customer Trends[1]

- Declining supply of skilled labor and burnout
- Investments in remote care infrastructure and data management
- Value chain consolidation (i.e., payers and providers)
- Growing localization efforts



**QuidelOrtho™**

**Positioned to take advantage of market trends and expand position**

| |
|---|
| **Become IVD company of choice** |
| **Drive development of patient–centric diagnostics** |
| **Access to novel markers and technology to improve CDM[2]** |
| **Maintain favorable scale and cost profiles** |
| **Add technology depth and breadth via strategic M&A** |

1. Customer here refers to the multiple stakeholders of diagnostics and related information
2. CDM - Chronic Disease Management

© 2023. All Rights Reserved.    9

# QuidelOrtho is Poised to Meet The Challenges of an Evolving Dx Landscape



Chart is an approximate distribution of testing sites in the U.S. market
*Internal Analysis - Corporate Strategy & Insights*

© 2023. All Rights Reserved.    10

**QuidelOrtho™**

# A Clear Path to Meaningful Growth over the Next Few Years
## Three near-term initiatives that we are acutely focused on are Vitros, Sofia, and Savanna



### Vitros® System

**Installed base is fueled by the placement of integrated analyzers**

**Small to Medium-sized Hospitals**

- Pulls through higher growth, higher margin immunoassays, alongside our historical strength in clinical chemistry
- Planned refresh of our Vitros systems, introduction of new automation and informatics, and launch of 20-25 new or refreshed assays
- Working down open orders that peaked at ~650 units in 4Q22 is expected to add about 2% to total growth



### Sofia® Platform

**Sophisticated yet easy-to-use Point-of-Care device for multiple types of testing**

**Hospitals, POC, UC, EDs**

- Revenue pull-through opportunity created by the expanded 87K cumulative placements (up 45K or >100% since 4Q19)
- R&D efforts underway that expand single and combination assay menu options, including gastrointestinal, and toxicology assays
- Opportunity for expansion into retail and at-home markets



### Savanna® MDx

**Revolutionary new molecular platform utilizing real-time PCR and syndromic panels**

**Hospitals, POC, UC, EDs**

- Offers speed, simplicity and flexibility, making it suitable for use in multiple customer environments
- Currently available throughout Europe with plans to commercialize worldwide upon additional regulatory clearances
- Initial menu includes RVP4, followed by HSV/VZV/syphilis, RVP11, STI, two GI panels (Bacterial/Viral and Parasites), Pharyngitis, and Vaginitis

**QuidelOrtho™**

© 2023. All Rights Reserved.    11

# Innovating at the Speed of Light
## New Products Driving Growth Trajectory

**Near-Term**   **Mid-Term**   **Long-Term**

### Labs

Refresh VITROS Systems & Software; Launch New Automation & Informatics



IA Menu Expansion Including Novel and Specialty Markers: 20-25 New/Refreshed Assays



Low-Cost, Low-Volume Platforms

IA Menu Expansion Including 30-35 New/Refreshed Assays

Scalable Dry Slide and Development of Modular NGT Platform



### POC

Secure 510K Clearance for COVID-19 and Combo assays

Drive OUS TriageTrue hsTnI[1] penetration and assay pull-through




Sofia menu expansion into GI



Expand and Grow Cardiac Business With U.S. Triage Launches



Toxicology on Sofia

Leapfrog/Other Next-Gen Platforms

Integration of chemistry and other assay capabilities to current IA

New Biomarker Opportunities

### TM

New and improved assays and reagents for global automated platforms



Grow suite of workflow and decision tools to enhance menu and automation



Next-gen Transfusion Medicine platform




### MDx

Savanna US launch with RVP4 & HSV/VZV Other panel global launches



Other panel global launches: STI, RVP11, GI (bacterial/viral), GI (parasites), Pharyngitis, Vaginitis



Wide variety of panels in early stages of development, such as meningitis and antimicrobial resistance



1. TriageTrue hsTnI is our high-sensitivity troponin test. Triage PlGF is our placental growth factor test used for pregnant women with suspected pre-eclampsia

**QuidelOrtho™**

© 2023. All Rights Reserved.

12

# Achieving Key Integration Milestones Ahead of Plan
## Completed "interim state" integration; now focused on long-term integration activities

| | Commercial | People & Culture | Processes & Systems |
|---|---|---|---|
| **Completed** | • Commercial harmonization in North America, most of Western Europe, and China<br>• Shifted Quidel branded products from distributor to direct sales in a handful of markets | • Activated enhancements following employee survey<br>• Commission alignment<br>• Cascaded cultural tenants, The QuidelOrtho Way | • Launched single instances of workforce management, financial reporting systems, and O365<br>• Initiated QuidelOrtho industrial design of select products<br>• Rolled out QuidelOrtho Global Quality Policy |
| **In progress** | • Begun global regulatory submissions in a half dozen new markets<br>• Convert robust pipeline of cross-selling opportunities into revenue synergies | • Succession planning<br>• Long-term organization design<br>• Build Learning & Development capabilities | • Finalize roadmap for packaging & labeling product rebranding<br>• 10+ cross-functional teams continue to execute against future state integration priorities |
| **Up next** | • Finalize commercial harmonization across key markets in JPAC, LatAm, and ME | • Employee Pulse survey/accountability plans<br>• Employee development programs | • Complete and optimize IT systems, optimize digital platforms, unite internal and external websites<br>• Optimize operations, including consolidated supplier agreements and manufacturing efficiency improvements |

**QuidelOrtho**™

© 2023. All Rights Reserved.    13

# Actions Implemented In Response to Employee Engagement Survey
## Illustrative examples of targeted actions within functions











**Decision Making** increased communications, improve meeting effectiveness, foster transparency and regular employee/ team interactions

**Career Experience** with enhanced focus on learning, development and talent moves. Align and reinforce QuidelOrtho purpose

**Innovation** through process simplification, redesign, automation and continuous improvement

**Job Satisfaction** with increased effort to celebrate wins and recognize achievements. Promote cross-functional collaboration & communication

**Agility** reinforced through skill building, hybrid working model and open Manager and Employee communications

Assess progress through an **employee pulse survey in late Q2 with action plans across functions**

# Financials





**QuidelOrtho™**

© 2023. All Rights Reserved.    15

# 1Q 2023 Highlights[1]

- Sustained momentum from 2022 and exceeded expectations in 1Q 2023

- Non-respiratory revenue up 7% y/y on a supplemental combined basis

- Double-digit growth in Labs business and better-than-expected Point of Care sales

- Growth across all major geographic regions, including strong performance in China

### Total Revenue
## $846M
(44%) y/y[1]

### Adjusted EBITDA
## $245M[2]
29.0% Margin[1]

### Adjusted EPS
## $1.80[2]
(78)% y/y[1]

**Business Unit**



MDx 1%
Transfusion Medicine 19%
Labs 44%
POC 36%

**Geography**

Other 13%
China 8%
EMEA 10%
North America 69%

**Category**



Instruments 4%
QuickVue 24%
Recurring 72%

1.  Includes presentation of supplemental combined first quarter 2022 revenues and adjusted operating results as if Quidel and Ortho had been combined for the applicable periods; revenue growth rates are shown on a constant currency basis; the term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP. See reconciliation of non-GAAP measures included in the Appendix for reconciliation to closest GAAP metric

2.  See reconciliation of non-GAAP measures included in the Appendix for reconciliation to closest GAAP metric

**QuidelOrtho™**

© 2023. All Rights Reserved.    16

# Strong Cash Flow and Balance Sheet Provide Flexibility and Stability



## 1Q 2023 Cash Flow[1]

**$189M**
Operating Cash Flow[2]

**$66M**
Capital Expenditures[2]

**$157M**
Recurring
Free Cash Flow[3]



## 1Q 2023 Balance Sheet[1]

**$431M**
Cash &
Marketable Securities

**$2.6B**
Total Debt

**~2.2x**
Net Debt to
Adjusted EBITDA[4]

1. As of and for the three months ended 1Q23
2. 1Q23 GAAP cash flows
3. Management estimate of recurring free cash flow reflecting operating cash flow less capex and $30 million in acquisition, integration and other costs, and $4 million in integration-related capital expenditures
4. Based on management estimates for trailing 12 months supplemental combined EBITDA and 1Q23 net debt

**QuidelOrtho™**

© 2023. All Rights Reserved.    17

# Ahead of Cost Synergy Target
## Identified and started executing on more than $90M in cost synergies

**Realized Synergies (partial year):**

Duplicative costs:
   Board of directors
   Executives (CEO, CFO, GC, R&D)
   Senior management
   Other administrative costs

Competitive bidding of contracts:
   Insurance (D&O, E&O, P&C)
   Audit fees

Improved supplier agreements:
   Consolidated technology agreements
   Indirect sourcing consolidation
   Travel expense contracts
   HR contracts

**Future Opportunities:**

Commercial and operational optimization:
   Distribution efficiencies
   Improved supplier agreements
   Implementation of best practices



© 2023. All Rights Reserved.    18

# Capital Deployment: Strong Balance Sheet and Cash Generation Give Us the Flexibility to Allocate Funds Toward Several Capital Deployment Priorities



**QuidelOrtho™**

© 2023. All Rights Reserved.    19

# FY 2023 Guidance[1]

| Financial Outlook | FY 2023 As of Q1'23 Reporting | FY 2023 As of Q4'22 Reporting | Change (at Midpoint) |
|---|---|---|---|
| Non-respiratory Revenue *Constant currency growth* | $2.26B – $2.31B +4.5 – 6.5% | $2.21 – $2.25B +4.0 – 6.0% | +$55M |
| Respiratory Revenue | $610M – $875M | $610M – $875M | --- |
| Total Revenue *Constant currency growth* | $2.87B – $3.18B *Down 29% - 21%* | $2.8B – $3.1B *Down 30% – 22%* | +$55M |
| Adjusted EBITDA *Margin* | $815M – $865M *27.2% – 28.3%* | $800M – $850M *27.4% – 28.6%* | +$15M |
| Adjusted Diluted EPS | $5.15 – $5.70 | $5.00 – $5.60 | +$0.13 |



## Additional Assumptions

- Respiratory Revenue includes COVID-related revenue of $300 - $500 million, flu of $230 - $270 million, other of $80 - $105 million

- While 2022 included a record-setting respiratory season, we expect 2023 to return to a "normal" respiratory season

- Labs should deliver solid growth as supply chain issues continue to alleviate and China rebounds

- Currency translation is expected to be about neutral to sales

[1] Growth rates are on a supplemental combined basis

**QuidelOrtho™**

© 2023. All Rights Reserved.    20

# Execution of Strategic Priorities Will Position QuidelOrtho for Strong Revenue and Earnings Growth

## Assumptions

- High end of range driven by strength in Labs and Savanna
- COVID-19 revenue moderates to the low end of our endemic outlook
- Inflation of 3-5% annual growth
- Foreign exchange rates don't reverse
- Cost synergies of $90M are achieved (below internal targets)
- No capital deployment is assumed beyond the required debt paydown
- Savanna margins remain dilutive in early part of ramp

### 3-Year Outlook (2023-2025)

| | | |
|---|---|---|
| **6-9%**[1] above market growth | **27-29%** 2025 adjusted EBITDA margin | **DD CAGR** Adjusted EPS 2019-2025[4] |
| **25-50 bps** Adjusted EBITDA Margin Expansion[2] | **>100%** Target Adjusted FCF Conversion[3] | **$6-7** 2025 adjusted EPS[5] |

1. Organic revenue CAGR, excluding COVID-19 revenue
2. Adjusted EBITDA margin expansion with COVID-19 revenue at an endemic level
3. Adjusted Net Income to Adjusted FCF conversion estimate
4. Adjusted EPS CAGR without assumed capital deployment beyond required debt paydown
5. 2025 Adjusted EPS Includes $3.00-$3.50 in depreciation expense

# Closing





QuidelOrtho™

© 2023. All Rights Reserved.    22

# Key Messages

- **Strong Business in Large and Growing Markets:** We are an in vitro diagnostics leader with growth opportunities in our Point of Care, Molecular Diagnostics, Labs and Transfusion Medicine businesses

- **Executing on Integration Ahead of Expectations:** Integration is going smoothly, the two organizations are meshing well and cost synergies are ahead of target

- **Multiple Growth Drivers:** We have multiple revenue drivers that are differentiated and in attractive growth segments of the diagnostics market

- **Strong Financial Profile:** Respiratory revenue has been de-risked, we have a low-leverage balance sheet and strong outlook for revenue, margins, EPS and cash flow

- **Experienced Management Team:** Highly experienced management with proven track records of success to accelerate growth and drive innovation



# Appendix



**QuidelOrtho**™

© 2023. All Rights Reserved.    24

# 1Q 2023 Non-GAAP Reconciliation

| | Gross profit | Selling, marketing and administrative | Research and development | Operating income | Operating income margin | Interest expense, net | Other expense, net | Provision for income taxes | Net income |
|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 432.7 | $ 237.3 | $ 62.3 | $ 99.6 | 11.8 % | $ 36.7 | $ 2.9 | $ 11.2 | $ 48.8 |
| Adjustments: | | | | | | | | | |
| Amortization of intangibles | 15.9 | (34.9) | — | 50.8 | | — | — | — | 50.8 |
| Acquisition and integration costs | — | — | — | 29.7 | | — | — | — | 29.7 |
| Incremental depreciation on PP&E fair value adjustment | 6.5 | (2.2) | 0.1 | 8.6 | | — | — | — | 8.6 |
| Noncash interest expense for deferred consideration | — | — | — | — | | (0.6) | — | — | 0.6 |
| Amortization of deferred cloud computing implementation costs | 0.3 | (1.2) | (0.1) | 1.6 | | — | — | — | 1.6 |
| Employee compensation charges and other costs | — | (0.1) | — | 1.5 | | — | — | — | 1.5 |
| EU medical device regulation transition costs | — | — | (0.8) | 0.8 | | — | — | — | 0.8 |
| Impairment of long-lived assets | — | — | (0.5) | 0.5 | | — | — | — | 0.5 |
| Income tax impact of adjustments | — | — | — | — | | — | — | 22.1 | (22.1) |
| Discrete tax items | — | — | — | — | | — | — | (0.2) | 0.2 |
| **As adjusted** | **$ 455.4** | **$ 198.9** | **$ 61.0** | **$ 193.1** | **22.8 %** | **$ 36.1** | **$ 2.9** | **$ 33.1** | **$ 121.0** |

**QuidelOrtho**

© 2023. All Rights Reserved.    25

# 1Q 2022 Non-GAAP Reconciliation

| | Gross profit | | Selling, marketing and administrative | | Research and development | | Operating income | | Operating income margin | | Interest expense, net | | Other income, net | | Provision for income taxes | | Net income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ | 740.0 | $ | 89.9 | $ | 26.4 | $ | 620.7 | 61.9 % | $ | 1.0 | $ | (0.9) | $ | 140.7 | $ | 479.9 |
| Pre-combination Ortho results [a] | | 232.5 | | 145.1 | | 32.2 | | 47.1 | | | 32.5 | | (3.7) | | 3.5 | | 14.8 |
| Supplemental combined results | | **972.5** | | **235.0** | | **58.6** | | **667.8** | **44.4 %** | | **33.5** | | **(4.6)** | | **144.2** | | **494.7** |
| Adjustments: | | | | | | | | | | | | | | | | | |
| Amortization of intangibles | | 20.1 | | (20.2) | | — | | 40.3 | | | — | | — | | — | | 40.3 |
| Amortization of deferred cloud computing implementation costs | | 0.3 | | (1.0) | | — | | 1.3 | | | — | | — | | — | | 1.3 |
| Pre-IPO legacy stock-based compensation | | 0.1 | | (2.3) | | (0.1) | | 2.5 | | | — | | — | | — | | 2.5 |
| Noncash interest expense for deferred consideration | | — | | — | | — | | — | | | (1.0) | | — | | — | | 1.0 |
| Acquisition and integration costs | | — | | — | | — | | 8.7 | | | — | | — | | — | | 8.7 |
| Employee compensation charges and other costs | | 0.6 | | (0.3) | | (0.1) | | 1.0 | | | — | | — | | — | | 1.0 |
| EU medical device regulation transition costs | | — | | — | | (0.7) | | 0.7 | | | — | | — | | — | | 0.7 |
| Derivative mark-to-market gains | | — | | — | | — | | — | | | — | | 1.9 | | — | | (1.9) |
| Principal shareholder management fee | | — | | — | | — | | 0.8 | | | — | | — | | — | | 0.8 |
| Other adjustments | | — | | (0.8) | | — | | 0.8 | | | (0.9) | | — | | — | | 1.7 |
| Income tax impact of adjustments | | — | | — | | — | | — | | | — | | — | | 4.5 | | (4.5) |
| **Supplemental combined, as adjusted** | $ | **993.6** | $ | **210.4** | $ | **57.7** | $ | **723.9** | **48.2 %** | $ | **31.6** | $ | **(2.7)** | $ | **148.7** | $ | **546.3** |

(a) Pre-combination results include Ortho's results of operations for the three months ended April 3, 2022.

© 2023. All Rights Reserved.    26

# QTD Pro Forma Revenue by Region, Business Unit, and Category

**Three Months Ended**

| Segment revenue | April 2, 2023 | April 3, 2022 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| North America | $582.8 | $1,237.8 | (52.9)% | (0.1)% | (52.8)% | (57.3)% | 4.5% |
| EMEA | 81.3 | 84.0 | (3.2)% | (3.5)% | 0.3% | (3.2)% | 3.5% |
| China | 70.6 | 63.3 | 11.5% | (8.4)% | 19.9% | (0.9)% | 20.8% |
| Other | 111.4 | 117.3 | (5.0)% | (3.4)% | (1.6)% | (10.1)% | 8.5% |
| **Supplemental Combined Total Revenue [b]** | **$846.1** | **$1,502.4** | **(43.7)%** | **(0.1)%** | **(43.6)%** | **(50.4)%** | **6.8%** |

**Three Months Ended**

| | April 2, 2023 | April 3, 2022 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| Labs [b] | $370.7 | $339.7 | 9.1% | (2.1)% | 11.2% | (3.6)% | 14.8% |
| Transfusion Medicine | 155.9 | 173.7 | (10.2)% | (2.2)% | (8.0)% | 0.0% | (8.0)% |
| Point of Care | 308.1 | 943.0 | (67.3)% | (0.1)% | (67.2)% | (74.4)% | 7.2% |
| Molecular Diagnostics | 11.4 | 46.0 | (75.2)% | 0.2% | (75.4)% | (50.4)% | (25.0)% |
| **Supplemental Combined Total Revenue [b]** | **$846.1** | **$1,502.4** | **(43.7)%** | **(0.1)%** | **(43.6)%** | **(50.4)%** | **6.8%** |

**Three Months Ended**

| | April 2, 2023 | April 3, 2022 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| Recurring Revenues | $609.0 | $803.6 | (24.2)% | (0.5)% | (23.7)% | (29.3)% | 5.6% |
| QuickVue Revenues | 199.2 | 667.7 | (70.2)% | (0.2)% | (70.0)% | (72.3)% | 2.3% |
| Instrument Revenues | 37.9 | 31.1 | 21.9% | (4.0)% | 25.9% | 0.0% | 25.9% |
| **Supplemental Combined Total Revenue [b]** | **$846.1** | **$1,502.4** | **(43.7)%** | **(0.1)%** | **(43.6)%** | **(50.4)%** | **6.8%** |

(a) The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information
(b) The three months ended April 2, 2023 includes an approximate $21 million settlement award from a third party related to one of the Company's collaboration agreements

© 2023. All Rights Reserved.    27

# QTD Pro Forma Revenue Respiratory vs Non-Respiratory

| Three Months Ended | April 2, 2023 | April 3, 2022 | Percent Change | Currency Impact | Constant Currency [a] |
|---|---|---|---|---|---|
| Respiratory Revenue | $265.6 | $947.3 | (72.0)% | (0.1)% | (71.9)% |
| Non-Respiratory Revenue | 580.5 | 555.1 | 4.6% | (2.2)% | 6.8% |
| **Supplemental Combined Total Revenue [b]** | **$846.1** | **$1,502.4** | **(43.7)%** | **(0.1)%** | **(43.6)%** |

(a) The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information
(b) The three months ended April 2, 2023 includes an approximate $21 million settlement award from a third party related to one of the Company's collaboration agreements

© 2023. All Rights Reserved.    28

# Non-GAAP Reconciliations – Adjusted EBITDA

| In millions | Fiscal Quarter | |
| --- | --- | --- |
| | 1Q 2023 | 1Q 2022 |
| **Net income** | $ 48.8 | $ 479.9 |
| Pre-combination Ortho net income [a] | — | 14.8 |
| Supplemental combined net income | **48.8** | **494.7** |
| Depreciation and amortization | 114.2 | 94.7 |
| Interest expense, net | 36.7 | 33.5 |
| Provision for income taxes | 11.2 | 144.2 |
| Employee compensation charges and other costs | 1.5 | 1.0 |
| Acquisition and integration costs | 29.7 | 8.7 |
| Derivative mark-to-market gain | — | (1.9) |
| EU medical device regulation transition costs | 0.8 | 0.7 |
| Amortization of deferred cloud computing implementation costs | 1.6 | 1.3 |
| Tax indemnification expense (income) | 0.3 | (0.2) |
| Impairment of long-lived assets | 0.5 | — |
| Pre-IPO legacy stock-based compensation | — | 2.5 |
| Principal shareholder management fee | — | 0.8 |
| Other adjustments | — | 0.8 |
| **Supplemental combined adjusted EBITDA** [b] | $ 245.3 | $ 780.8 |

Unless otherwise noted, dollars are at actual foreign exchange rates
(a)   Pre-combination Ortho net income includes Ortho activities for the three months ended April 3, 2022
(b)   Supplemental combined adjusted EBITDA for the current and prior year periods includes the results of historical Ortho and does not include any pro forma adjustments required under Regulation S-X Article 11 or ASC 805



quidelortho.com