# Exhibit 37

QuidelOrtho Corp (QDEL US Equity)

# Evercore ISI 6th Annual HealthCONx Conference

## Company Participants

- Douglas Bryant, Chief Executive Officer
- Joseph Buskey, Chief Financial Officer
- Vijay Kumar, Analyst

## Presentation

### Vijay Kumar  {BIO 17881836 <GO>}

Thank you, everyone for joining us this morning. Pleasure to have with us Quidel this morning, QuidelOrtho. We have CEO, Doug Bryant, and we have CFO, Joe Buskey with us this morning. I'm Vijay Kumar. I cover Lifescience Diagnostics and MedTech at Evercore. Doug and Joe, thanks for spending the time with us this morning.

### Douglas Bryant  {BIO 4167718 <GO>}

Your welcome. Good to be here.

## Questions And Answers

### A - Vijay Kumar  {BIO 17881836 <GO>}

Fantastic. I -- maybe -- I want to start high level for you guys. When you did the transaction, this was a pretty transformational deal. Two years post deal, sort of your thoughts, big picture on how the pieces played out. Just give us some high level on the deal itself and how it's progressed.

### A - Douglas Bryant  {BIO 4167718 <GO>}

Sure. Well the premise -- something I've said, someone pulled the fire alarm. Well remember the premise for the deal was that both companies have a pretty big desire to be a bigger presence in the molecular space.

There's a lot of reasons for that. We can talk about the importance of molecular, but we have been working on an analyzer for some time. The ortho team at the same time had been looking at what could they do to actually improve their offerings, create a better bundle in a space that made the most sense. So that was the impetus for the initial discussion.

And to be completely transparent, we started off -- at least I thought we were starting off more looking at a distribution sort of arrangement. But as we started to do the math and how much it would cost and how dilutive it would be, etcetera, to have a

distributor, it became clear that the two companies probably would be both better off if we put the two companies together.

And at the time, it looked like we were going to do an MOE, because the market caps of both companies was about the same. Then we had a bit of a run up on the Quidel side, which changed the math a bit. So that's how we ended up being -- Yes. Is everyone calm? I want to make sure. I feel pretty calm, yes, so far.

So the premise was that we would put the two companies together and we would launch Savannah. We thought that the ortho commercial organization was large and talented, and I loved the way that they improved their growth rate by –

## A - Vijay Kumar  {BIO 17881836 <GO>}

Fantastic. We're back on track now.

## A - Douglas Bryant  {BIO 4167718 <GO>}

So I spent some time understanding their go-to-market strategy and I learned how they went about going from a 1% grower in the labs business to a mid-single digit. It was through very specific targeting and sending the commercial organization into the places where we know that we can compete, where we would be within the top three players in the space. They certainly did that. I thought that that sort of commercial execution would be great for us globally.

And we also thought that we would see other cross-selling opportunities, whether it's with Sofia or Triage. We've seen that so far, and we wait to see how we will do with Savannah, whether my theory proves out. But I'm pretty confident that I've got a commercial organization now that can execute and so we should do reasonably well.

So I'll wait for other questions regarding that, but…

## A - Vijay Kumar  {BIO 17881836 <GO>}

No, that's helpful in a big picture thoughts, Doug. But just some of the targets that you had laid out, I think of revenue and cost synergies, obviously with the pandemic a lot of things change. But anything on the deal integration side on how things have progressed and.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Yes. We're actually still working through integration and I think it's going pretty swiftly. We broke it into three parts. The first part I called harmonization, where you put the two companies together, put the right people in the right spots. We keep the people that we really want to keep, and I think that's gone pretty well. We've eliminated the obvious duplicate of costs. We had forecasted that we would, I think do $30 million a year for three years in terms of that sort of cost reduction.

We still are integrating. We're doing a lot of things with benefits and a number of things that affect our people. Those things have to be completed. In that second

phase, we've also found areas where we could reduce headcount, and we've been in the process of doing that. We should see some of that, most of that impact in 2024.

I would say at this stage, Joe's a little bit more conservative than I. So you correct me if I'm being too exuberant here. But we're doing a lot better in terms of the cost synergy than we had suggested that we would. Then we've just now entered into a third phase where we're using a third party to help us look at a cost reduction and revenue improvement across six work streams. We should be able to communicate a range of impact, probably January, mid-January, February, as to what we think we can achieve between now and the end of 2025.

So the intent obviously is to do better in a number of categories. We certainly think we can do better in procurement, as an example. There are a number of commercial initiatives as well, and so we're sizing all that. We have a number of ideas. We've built business cases for each of those ideas, and now we're going to -- we're in the stage where we're going to prioritize what those activities are.

In a nutshell, I would say we think there's a pretty big opportunity to run this business better, and it's not necessarily one side. We call it QuidelOrtho West or East. It's across both organizations combined.

## A - Vijay Kumar  {BIO 17881836 <GO>}

Fantastic. Sorry, just on this third phase, is that new Doug, or is -- or just the targets are going to be announced in January?

## A - Douglas Bryant  {BIO 4167718 <GO>}

We've been working on this for -- since summer. We had a third party do it, independent due diligence, comparing where we're at relative to others in our space. Then we've gone through the process, an ideation phase, where we had our teams look at what they thought could be done in those categories. And again we've built business cases for each of those, and we haven't sized it precisely.

If we would, I could give you a range today but I would rather have a number that we firmly believe in, that we have conviction around. I would suggest that we probably will communicate something in that regard during our next Analyst Day.

## A - Vijay Kumar  {BIO 17881836 <GO>}

That's when?

## A - Douglas Bryant  {BIO 4167718 <GO>}

March. March.

## A - Vijay Kumar  {BIO 17881836 <GO>}

That's extremely helpful, Doug. Talking about Analyst Day I think at your last Analyst Day you'd given a certain target. I think mid-high singles on top line for base

business ex-Covid. But I know that like the reporting chain right now, we're looking at respiratory versus non-respiratory. Let me just talk about those targets, and are they still relevant or should we be thinking about respiratory versus non-respiratory?

### A - Douglas Bryant {BIO 4167718 <GO>}

I do think that those targets are still valid. Right now, in addition to moving through this integration that we talked about, we're focused on near-term growth drivers. So there could be some ups and downs. How many boxes do we place in Savannah? How big is the respiratory season? These could have an effect and there are many moving pieces at the moment. So, it's really hard to forecast very accurately.

But we're looking at menu expansion, providing our customers more products for their QuidelOrtho platforms. Obviously we're looking at new platforms. Savannah is one. We have another project called Leapfrog, which I don't talk a whole lot about, but that's another platform that probably will be a little bit later.

Targeted efforts to gain revenue with existing products, we do think there's an opportunity for Triage globally. In particular, I think clinicians will over time move to screening patients for BMP. That would change things for us. Of course with High Sensitivity Troponin, we still haven't gotten past the FDA. The same with HbA1c. Then again this third phase of integration, those are the things that are likely to have an impact in '24 and '25.

### A - Vijay Kumar {BIO 17881836 <GO>}

Yes, that's extremely helpful, Doug. These assays that you mentioned, Troponin, High Sensitivity Troponin, have they been submitted to the FDA or any timeline?

### A - Douglas Bryant {BIO 4167718 <GO>}

Yes, yes, yes.

### A - Vijay Kumar {BIO 17881836 <GO>}

And how do we -- have any historical analogies on how long the FDA takes to approve them? Any way to size those opportunities?

### A - Douglas Bryant {BIO 4167718 <GO>}

I think our best forecast for timing would be the end of 2024.

### A - Vijay Kumar {BIO 17881836 <GO>}

And you brought up Savannah a couple of times. Maybe just talk about what's happened with Savannah. (technical difficulty).

### A - Douglas Bryant {BIO 4167718 <GO>}

how the instrument in cartridge performs with respiratory season samples, which -- I don't know, this may not be the best way to describe it, but some samples are snotty,

viscous, and they want to see how we did there. So we are wrapping that up, which is the last phase.

But we're also -- we've also submitted HSV VZV, and I'm highly confident that we will get the box approved before the end of the year. Then it'll either have one or both assays cleared. I'm certainly hopeful that we get the respiratory product cleared in time to have some impact in the first quarter.

## A - Vijay Kumar {BIO 17881836 <GO>}

Got you. And longer term, what is the Savannah thesis? What should we expect from Savannah? Well we like the idea of the small syndromic panel. When you think about, you've got competitors that have very large panels, and you have competitors that have just one or two assays.

And I think the smaller syndromic panel of four to five analytes, and I think the largest panel that we have has 11. But those needs that exist out there, we think can be addressed with something that's faster and simpler, easier to run. And frankly, just more modern will be super competitive and that's what our marketing data says.

And we do have customers in Europe. We do have IUO customers in the U.S. The feedback at this point has been encouraging, so. We think we'll do about a 1,000 instruments, that's the forecast. I always say to the marketing people that models are rarely right, but it's at least useful to have something that you think you are aiming at. I think that's about an appropriate target for us in 2024.

Yes, indeed. We can agree on that. I look at my model every day and I can see that it's rarely to the dot, but things keep moving. You did bring up the commercial execution using orthoclinical team. Is that how you came up with the 1,000 instruments set or how are we going to leverage that commercial team?

## A - Douglas Bryant {BIO 4167718 <GO>}

Oh, it's not a top-down forecast. It's a bottom-up by customer name, and -- but 1,000 is not a big number when you think about it.

## A - Vijay Kumar {BIO 17881836 <GO>}

How should we think about the revenue opportunity for Savannah? In terms of post-launch, once you have these panels launched?

## A - Douglas Bryant {BIO 4167718 <GO>}

Yes. Well in terms of number of instruments, I think that what we said at Analyst Day was somewhere around 6,000 in that three-year window. So again sort of a bottoms-up at this point. I've also said to people, and maybe you'll think this is funny, maybe you won't, but it's not the right number. It's either going to be a lot less or a lot more. If it is successful in the way that we think then the forecast is too conservative.

### A - Vijay Kumar  {BIO 17881836 <GO>}

And is there like a certain consumable pull-through per system that we should be thinking about or…?

### A - Douglas Bryant  {BIO 4167718 <GO>}

Yes. I think the target was around $35,000 per box. Am I in the right range?

### A - Joseph Buskey

Yes, in a full ramp-up mode.

### A - Douglas Bryant  {BIO 4167718 <GO>}

Yes, once we have the panels.

### A - Vijay Kumar  {BIO 17881836 <GO>}

Yes, got you. And Joe, maybe some near-term questions for you. I think rather that Analyst Day target was 6% to 9% year-to-date, I think because you've broken that respiratory, non-respiratory. Your non-respiratory I think has been running around 4-ish year-to-date. Was there anything one-off? Like why is the business track below the 6% to 9% target?

### A - Douglas Bryant  {BIO 4167718 <GO>}

Turning screen.

### A - Joseph Buskey

Yes, the labs business is performing as, actually, greater than expected. And Vijay you know that we've always talked about at Ortho. The labs business being a mid single-digit grower this year, we're going to be a high single digit grower on the labs business. So the donor screening as Doug just said, is what's pulling it down. There's macro issues related to blood donations there, and then there's also some comp issues related to prior year net customer wins. So it's really donor screening that's pulling that percentage down.

### A - Vijay Kumar  {BIO 17881836 <GO>}

And so this is not any share loss issue or anything of that sort? Is that a fair characterization?

### A - Douglas Bryant  {BIO 4167718 <GO>}

Yes, that's fair.

### A - Vijay Kumar  {BIO 17881836 <GO>}

Got you. Some of the margin targets that you had laid out at your Analyst Day right, I think annual expansion, 25 to 50 basis points, with even though margins of 27 to

29% exiting '23. I know a lot has changed since then, since deal announcement. What is the right base we should be thinking about margins, right, ex-Covid, and what should be like the normal margin expansion cadence?

## A - Douglas Bryant {BIO 4167718 <GO>}

Well Vijay there's no change in the guidance that we provided at that Analyst Day a year ago. We're still in that 27% to 29% range. And as you know, there's some variables that are going to impact the timing of when we get to that 27% to 29%, the biggest of which is going to be the slope and the pace of the Savannah launch and how dilutive those margins are during the launch and when we get the high volume line up and running, which will make the margins accretive.

You've also got the timing of the achievement of synergies that will impact that achievement of that target margin. Then you've got the level of endemic Covid and where you end up in that range of 200 to 400.

## A - Joseph Buskey

Yes. Specifically, just to add a little bit more color, the margin -- both the cartridges are being manufactured on two manual lines. And frankly speaking, the cost is too high. So the cost will be too high until we get the automated line validated in the middle of the year. So after that, it should improve.

## A - Vijay Kumar {BIO 17881836 <GO>}

Got you. That's helpful Doug. On the earnings call, I think there was a lot of questions around the sequential margin ramp for Q4 and you sounded pretty confident about hitting those numbers. Maybe just given I'm not super close, maybe explain like why was there a question about the sequential margin ramp and why is quite a lot of confident about the Q4 assumptions around margins?

## A - Douglas Bryant {BIO 4167718 <GO>}

Well it's tied to respiratory. The respiratory products are significantly more profitable than the rest of the business. In particular, if we see a flu uptick and we have evidence of that already, then we would expect to see more flu Covid combo, and that's our highest margin product.

So to the extent that the season is normal and our distribution partners reorder before the end of December, we will be fine. There's always the risk, as there has been since I've been in this company, that instead of the last three weeks of December, the really big distribution partners like McKesson and Shine and Medline and Cardinal and Fisher, those folks, if they don't order the last three, we've seen it slip into the first two weeks of January. So it's that -- it's kind of an awkward period of time.

But typically what happens is these guys order in Q3, which they did. Then we watch their out sales, because they report to us every week. We watch their inventories bleed down, and that rate of bleed is helpful in forecasting a little bit. But we don't

know for sure when they are going to reorder. But if it's normal, they will reorder before the end of December and that's what we have in the forecast, as normal. So there's nothing spectacular.

## A - Vijay Kumar  {BIO 17881836 <GO>}

I understood. And just on the respiratory season, Doug, so far just at least when we look at the CDC data, year-on-year we're still like I think below last year, but it's spiking up.

## A - Douglas Bryant  {BIO 4167718 <GO>}

Well last year was early as you know. But you are over -- I think we're at -- where were we? ILI is what, two?

## A - Joseph Buskey

Two and a half.

## A - Douglas Bryant  {BIO 4167718 <GO>}

2.5, 2.7, something like that, which historically, the CDC has said is endemic. But we also have real time data that we collect from our Sofia analyzers. So we see numbers of tests, we see prevalence. What I would say is what's going on in Florida, Georgia, Texas, Louisiana, for some reason, is even higher than those states, would tell you that we've begun the respiratory season, and so it's looking pretty typical. Last year was a little bit more than typical at this stage.

## A - Vijay Kumar  {BIO 17881836 <GO>}

Understood. That's helpful comments, Doug. I think a lot of us are -- actually about one high level question. A lot of your peers look at base business, ex-Covid, and you guys took the path of guiding to respiratory versus non-respiratory. What was the thought process behind clubbing Covid along with respiratory revenues and breaking it out?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Well we grew the respiratory because they are linked and you would not -- so if you take ranges for Covid, and we've said $200 million to $400 million, and you take a range for flu, we've called it 230 to 270. So we're a little bit tighter there. You look at RSV and the other end strep, and you look at those ranges, you can't go to the mid across all of them. You can't go to the high or the low across all of them.

What we've seen is in years when in the fourth quarter we saw a lot of Covid, it seemed to have crowded out flu, yes. So I think it's fair to say that we have a number of respiratory viruses that we're likely to see every year, and within that you'll see certain prevalence's. We saw an uptick in Covid that was short-lived here a few months ago, right. So I think for us, it's just easier to say it's respiratory, right. If I see an uptick here, I'm likely to see something lower over here. So it's easier, I think to

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

get your head around the idea that it's probably a total overall picture of respiratory season.

## A - Joseph Buskey

Yes. The margins are no different either. When you think about the Covid test versus a flu test, the margins are in that same range. So for us, it just seems a bit unnatural to talk about things in an ex-Covid way. I know a lot of the street likes to talk about ex-Covid, but we're clearly in a transition mode, because last year at the Analyst Day we talked about ex-Covid revenue targets, and now we're shifting to this respiratory, non-respiratory and so we're sort of in that transition phase.

## A - Vijay Kumar  {BIO 17881836 <GO>}

That's a helpful explanation, because I always wondered why respiratory versus non-respiratory?

## A - Douglas Bryant  {BIO 4167718 <GO>}

It makes a whole lot of sense when you look at the ranges. With the labs being what it is, pretty steady, slower growing, but dependable. Then on our side, although we have really big market share in the space, we're sitting here waiting to see if our distributors order at the last of the year, right. So we try to think about it a little bit differently, because it will affect our EBITDA in a quarter.

## A - Vijay Kumar  {BIO 17881836 <GO>}

And typically these distributors order in the last few weeks of December, correct?

## A - Douglas Bryant  {BIO 4167718 <GO>}

Yes.

## A - Vijay Kumar  {BIO 17881836 <GO>}

But the inventory bleed down patterns, what you're seeing, and the fact…

## A - Douglas Bryant  {BIO 4167718 <GO>}

Yes. We're seeing out sales. We're seeing out sales. So physicians are ordering product. I do know physicians personally as well, and they are telling me that they are ordering -- they've been running a combo on their patients, particularly PDA pediatricians right now.

## A - Vijay Kumar  {BIO 17881836 <GO>}

Got you. Those would all support, perhaps they should be like a normal ordering pattern, but that's nice, whether it's one week on this side or that side, but it is a normal season.

## A - Douglas Bryant  {BIO 4167718 <GO>}

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-11-30

I think it's normal, yes. I don't see it being high either. I don't think it's going to be a huge 2009 season or whatever.

## A - Joseph Buskey

Yes. The other data point Vijay is that the Southern Hemisphere had a stronger than average flu season. I know it's not a perfect R-squared, but it's another data point that supports. What we're saying here is that we think it's going to be a normal, typical respiratory season.

## A - Douglas Bryant {BIO 4167718 <GO>}

Over the last 25 years, the R-squared is (technical difficulty) the second time I've now had it, were different than the first time around. This time, I had a severe headache. I had a little bit of nasal congestion, but I never had a cough, never had a fever. It just felt like a massive sinus headache for a few days and I had trouble thinking. So the virus is definitely mutating and it's different.

## A - Vijay Kumar {BIO 17881836 <GO>}

Yes. Well I'm glad you're…

## A - Douglas Bryant {BIO 4167718 <GO>}

Based on my one personal experiment.

## A - Vijay Kumar {BIO 17881836 <GO>}

Fantastic. I think the other thing that came up for you guys on third quarter was China VVP. Most of your peers seem to suggest, like it's pretty manageable. How are you guys sizing it?

## A - Douglas Bryant {BIO 4167718 <GO>}

Well I wish we had to worry about it, because what would be the situation where I was worried about is if I had large immunoassay sales in China and sadly, we don't. So yes, maybe someday I'll be worried about it. But right now, we have a chemistry system that's not in the big hospital lab. It's more in the EDs. It's a different technology, film-based technology that we haven't even been asked to participate on the clinical chemistry side so far. I think that's mainly because the multinationals all use a similar technology that the Chinese companies do, and again it's in a different market segment.

## A - Vijay Kumar {BIO 17881836 <GO>}

Understood. So, it's marginal for quite a lot though.

## A - Douglas Bryant {BIO 4167718 <GO>}

Yes. I would say there's always some level of risk, Vijay. But as we look at what's happening in the investment by the Chinese government in class three hospitals and our opportunity, our box fits really nicely in the situation where those labs are doing

four million clinical chemistry tests per year or fewer, we're perfectly set up. No water, no electricity requirements, special electricity requirements. I think we're poised nicely to take advantage of that investment by the Chinese government, so we'll see.

But I think our opportunities far outweigh our risks. So, I would say relative to my colleagues, I'm obviously more bullish on China and our business there.

## A - Vijay Kumar {BIO 17881836 <GO>}

Fantastic. I think related to -- you did bring up dry slide. I think that's what you were referring to, water.

## A - Douglas Bryant {BIO 4167718 <GO>}

Yes.

## A - Vijay Kumar {BIO 17881836 <GO>}

I know that tech was supposed to transition to immunoassays. Like, have we -- do we have that? Has the transition been done?

## A - Douglas Bryant {BIO 4167718 <GO>}

Are you referring to the program that used to be called dry-dry?

## A - Vijay Kumar {BIO 17881836 <GO>}

Correct, dry-dry, that's it.

## A - Douglas Bryant {BIO 4167718 <GO>}

And internally, I think they called it Bam-Bam. So, we've transitioned to a technology that we think is more appropriate and will be able to deliver faster. We're calling -- the program now is called NextGen Immunoassay and we do have money budgeted for it in 2024 and beyond. But I don't think we're going to see anything, certainly in that '24, '25 timeframe. Well I know for a fact we're not going to see anything that quickly.

## A - Vijay Kumar {BIO 17881836 <GO>}

Understood. Instrumentation sales were up very strongly for you guys. I think you mentioned lab placements up 19%. What drove that? Is that like share gains?

## A - Douglas Bryant {BIO 4167718 <GO>}

That's a good catch, Vijay. But I think you're referring to the integrated platforms. So, the integrated platforms are up 19%. Integrating, meaning I have clinical chemistry and immunoassay. That's a specific targeted program. The placements in the U.S. have done, the integrated platform have done extremely well. A similar situation moving forward, we hope in China. But in Europe, and in particular Latin America, we're seeing pretty nice uptick in integrated placements.

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-11-30

That's important to us because the immunoassay side, those products are at higher margins than the clinical chemistry. So that's one of the ways that we're planning on improving the profitability of that business.

It's also how we're growing. When the overall clinical chemistry market's probably growing three to five, and we're growing mid-single digits, and -- but with the integrated platform, obviously we're growing even faster.

## A - Vijay Kumar {BIO 17881836 <GO>}

And Joe, I think you guys used to disclose in the past, total installed base growth. I think mid-singles, is that still intact?

## A - Joseph Buskey

Yes, yes. The integrated base has been growing for the last couple of years in the teens, mid-teens. The 19% is not that atypical for us. The overall base is still growing in the low single digits. Yes.

## A - Douglas Bryant {BIO 4167718 <GO>}

You saw a little bit of acceleration in placement rates, but that's simply because we improved our ability to manufacture the instrument. So, we had a pretty big backwards, about 650 analyzers, customers waiting for the installation. Then we've whittled that way down now. So as we exit this year, we're probably down around 150 or so.

## A - Joseph Buskey

Yes. We're back down to a normalized level now.

## A - Douglas Bryant {BIO 4167718 <GO>}

Okay. So, I think the commercial guys should take their forecast up on that radiation side, just FYI. Well I mean how can you install boxes and not see an uptick on your radiation side? That's what I want to know, right.

## A - Vijay Kumar {BIO 17881836 <GO>}

That's a…

## A - Douglas Bryant {BIO 4167718 <GO>}

Where's our commercials? We'll pass that on.

## A - Vijay Kumar {BIO 17881836 <GO>}

And Doug, I did want to bring up transfusion medicine. You cited some blood donation, but when I look at some of your peers within that market. I mean they've grown like high singles, doubles. Do you guys play in a slightly different part of the market or just explain what's happening?

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

### A - Douglas Bryant {BIO 4167718 <GO>}

We do. So our customers are typically those running tests for red blood cells. You're probably referring to my former company.

### A - Vijay Kumar {BIO 17881836 <GO>}

Yes.

### A - Douglas Bryant {BIO 4167718 <GO>}

They do extremely well on the plasma side, and the plasma side is growing, so…

### A - Vijay Kumar {BIO 17881836 <GO>}

That's how.(Multiple Speakers)

### A - Douglas Bryant {BIO 4167718 <GO>}

So that's basically it, because donations are not increasing on the red blood cell. And frankly, the demand for that is declining in the United States and probably will look more like it does in Europe at some stage, where not as many units are transfused on a typical surgery.

### A - Vijay Kumar {BIO 17881836 <GO>}

Got you, got you. When I think about pricing -- generally across the industry, pricing I think has improved given the inflation trends. Talk about pricing versus inflation trends in your book of business. How is pricing trending?

### A - Douglas Bryant {BIO 4167718 <GO>}

We don't have, because of the length of these contracts, particularly on the lab side, we don't really have the ability to immediately raise price. So we're raising price opportunistically, but it's not enough to offset inflation. The way that we're offsetting inflation, of course is the cost synergies that we're harvesting. So we have a little bit of different situation where we're reducing costs, OpEx across the board, and that's offsetting most of it.

It's also true that inflation is not as high as we were worried about. I'll go back to the earlier point. If I'm successful on the procurement side, then we will fully offset and more so, our raw materials costs for sure.

So the funny thing is inflation is an overall number. But when you think about it from a business perspective, my cost of plastics is here and it needs to be here, not the other way around. So inflation is a general average, right. We have specific opportunities to actually lower our cost.

### A - Vijay Kumar {BIO 17881836 <GO>}

FINAL TRANSCRIPT
QuidelOrtho Corp (QDEL US Equity)

2023-11-30

Understood. And just given where price of oil is, how are we thinking about inflation dynamics for '24? Is that still within the normal range of expectations, if you will?

### A - Joseph Buskey

It's mitigated for sure. Yes, it's lower than.(Multiple Speakers)

### A - Douglas Bryant  {BIO 4167718 <GO>}

We said during Analyst Day three to five. I would say we're trending on the low end of that.

### A - Joseph Buskey

For sure. Yes.

### A - Douglas Bryant  {BIO 4167718 <GO>}

Does that address your question?

### A - Vijay Kumar  {BIO 17881836 <GO>}

It does. It does. That's helpful. When you think about '24, what are the plus and minuses we should be thinking about of variables?

### A - Douglas Bryant  {BIO 4167718 <GO>}

With respect to…?

### A - Vijay Kumar  {BIO 17881836 <GO>}

Top line and margins.

### A - Douglas Bryant  {BIO 4167718 <GO>}

The introduction of Savannas is a big driver. And new targeted opportunities on the Triage side, I would say is another.

### A - Joseph Buskey

Timing of the respiratory severity and timing of the respiratory season would be the other.

### A - Vijay Kumar  {BIO 17881836 <GO>}

Got you.

### A - Douglas Bryant  {BIO 4167718 <GO>}

Yes. I would love to be able to say that our margins are not as good as they are, because we place too many Savannas. That would be good. I'll be happy to explain that.

FINAL TRANSCRIPT                                                                                         2023-11-30
QuidelOrtho Corp (QDEL US Equity)

### A - Vijay Kumar {BIO 17881836 <GO>}

This savanna, Doug, how -- I know you have a placement number. It seems because it's easier to use -- and I think you're targeting smaller syndromic panels. I think there's been some issues in that market that your peer in that market has used very large panels and that might be a pair issue. So it looks like there's a very strong use case for Savanna.

### A - Douglas Bryant {BIO 4167718 <GO>}

I think there's a use case for both. On inpatients, it does make sense potentially to run a panel that has everything that possibly could be related to the syndrome. But on the average outpatient situation, you don't really need to run more than four respiratory targets. You don't need to run more than four STI targets, but you certainly need to do more than just chlamydia and gonorrhea, right. So we're doing those two plus Trichomonas vaginalis and mycoplasma genitalia, so those four constitute a super high percentage of the STI infections in the developed world.

### A - Vijay Kumar {BIO 17881836 <GO>}

Got you. And Joe, on the margin front here for next year, is the inflationary tracking at the lower end? Any sensitivities around FX? Anything else we should be thinking about which would impact margins?

### A - Joseph Buskey

Yes. I think it's the same items we just mentioned before, Vijay. It's the timing and slope of the Savanna launch. It's the timing of the synergy achievement. It's again the timing and severity of that respiratory season. I think those are the big movers. So we will have a much more fulsome view of that in January, early February of all those areas.

### A - Vijay Kumar {BIO 17881836 <GO>}

When you say timing and slope of Savanna launch, is that -- if we did have like a year-end approval and a Jan launch in time for respiratory season, I'm assuming that would be a good guy?

### A - Douglas Bryant {BIO 4167718 <GO>}

That would be a little bit dilutive at the moment until we get to the automated line, because you're going to have the two manual lines and the cartridges are too expensive.

### A - Vijay Kumar {BIO 17881836 <GO>}

Got you, got you. And Doug, when I look at the stock, the valuation here looks very, very compelling. What do you think the street is missing on the story? Because at high level, you still think that six plus top line, that's a fair place to be in. You still expect margin expansion. Your endless day targets, the 27% or 29% still seems intact. What do you think the street is missing?

## A - Douglas Bryant {BIO 4167718 <GO>}

I don't know if it's necessarily missing anything. Obviously I believe we're undervalued. When you look at our own internal forecasts, if we achieve those, we're obviously not getting any credit yet for savanna because we haven't launched it. It is true that the combined business is slower growing and not as profitable, and so we're not exactly that growth company that we've been for the last 15 years.

We're in an integration phase, but we're also in a phase where we know what to do. I see dramatic improvement in the way we run the business. If I'm an investor, it would be hard for you to have visibility to that. It would be easier for you to see it when you see it, right.

And so, I would love in a couple of quarters from now to be able to come in and explain that's why this is happening and that's why we are able to deliver all this.

And so we got a -- I always say we've got probably wait the solid 18 months to get to where we want to be, and we're on that track. As we achieve certain milestones over time, maybe the street will fully recognize that.

## A - Vijay Kumar {BIO 17881836 <GO>}

Sorry, the last few seconds. What are those milestones we should be looking for?

## A - Douglas Bryant {BIO 4167718 <GO>}

Well the launch of new products. There's a couple of big ones. The license component is obviously one. Some of the other programs that we're running with our existing product line, I would say regulatory clearances, etcetera.

## A - Vijay Kumar {BIO 17881836 <GO>}

Fantastic. With that, we're out of time. Doug and Joe, thank you so much for spending the time with us this morning.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT*

*2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

*2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*