# Exhibit 38



**Alexander Nowak, CFA**
Senior Research Analyst
1 612-334-6347
Alex.Nowak@craig-hallum.com

**Conner Chamberlain**
Research Analyst
1 612-334-6368
Conner.Chamberlain@craig-hallum.com

**Albert Hu**
Research Analyst
1 617-275-5178
Albert.Hu@craig-hallum.com
www.craig-hallum.com

| Changes | Previous | Current |
|---|---|---|
| Rating | - | Buy |
| Fundamental Trend | - | Stable |
| Price Target | - | $158 |
| FY23E Rev (M) | $3,047.7 | $3,052.3 |
| FY24E Rev (M) | $3,004.6 | $3,012.5 |
| FY25E Rev (M) | $3,145.7 | $3,153.7 |
| FY23E Adj. EPS | $5.00 | $5.01 |
| FY24E Adj. EPS | $5.77 | $5.55 |
| FY25E Adj. EPS | $6.47 | $6.07 |

| Profile | |
|---|---|
| Price: | $71.06 |
| 52 Week Range: | $57.54  -  $98.67 |
| Avg. Daily Vol: | 527 |
| Shares Out (M): | 67 |
| Market Cap (M): | $4,782 |
| Insiders Own %: | 27% |
| Short Interest %: | 8% |
| Book value/Share: | NA |
| 4-Yr EPS CAGR | $6,852 |
| Dividend Yield (%) | 0% |
| Net Cash (M): | ($2,070) |
| Net Cash/share: | ($30.75) |
| Debt / Capital: | NA |
| Fiscal Year End: | Jan |

| Rev (M) | 2023E | 2024E | 2025E |
|---|---|---|---|
| Mar | $846.1A | $818.2 | $857.3 |
| Jun | $665.1A | $690.0 | $721.9 |
| Sep | $744.0A | $669.4 | $700.2 |
| Dec | $797.1 | $834.8 | $874.3 |
| FY | $3,052.3 | $3,012.5 | $3,153.7 |

| Adj. EPS | 2023E | 2024E | 2025E |
|---|---|---|---|
| Mar | $1.80A | $1.99 | $2.18 |
| Jun | $0.26A | $0.70 | $0.88 |
| Sep | $0.90A | $0.76 | $0.82 |
| Dec | $2.03 | $2.11 | $2.20 |
| FY | $5.01 | $5.55 | $6.07 |

Adj. EPS includes stock-based comp expense

| | 2023E | 2024E | 2025E |
|---|---|---|---|
| P/E | 14.2x | 12.8x | 11.7x |
| EV/Revenue | 2.2x | 2.3x | 2.2x |
| EV/EBITDA | 8.6x | 8.5x | 8.2x |

| Management | |
|---|---|
| Chairman/CEO | Douglas Bryant |
| CFO | Joseph Busky |

**December 18, 2023**
**Institutional Research**

# QuidelOrtho Corporation                    BUY
(QDEL – $71.06)                              Price Target:  $158

## Respiratory Season Rages And Savanna Approval Nears.

*QuidelOrtho is a global diagnostics company formed via merger in 2022. Quidel is a leader in POC and near-patient diagnostic products, while Ortho serves the small-to-mid hospital central laboratory.*

### OUR CALL

QuidelOrtho's stock is a bit of an enigma and predicting the stock's reaction to certain events has been difficult. We have been on the wrong side of calling the near-term bottom more than once. Yet, QDEL is a diagnostic powerhouse with attractive cash flow generation, permanently transformed from the pandemic, trading at 8x next year's EBITDA vs. peers at 20x—the stock's weakness has just not made fundamental sense.

Hindsight is 20:20, but reflecting on the past two years, we think the answer to QDEL's weakness is simple: supply & demand. After the height of the pandemic, the demand by investors for names tied to 'COVID-anything' were slim, and to see the proof, one only needs to look through the countless tickers with COVID-only tests or products. Even well diversified names that led a worldwide recognized effort amid COVID are pushed to 2014-lows (Pfizer). Back to QDEL, demand for the stock as it had COVID exposure was minimal. Once COVID began to normalize, the company announced a surprise (OrthoClinical acquisition) that strategically made sense but had many moving parts. Changes in the market, Savanna delays, and optimistic projections led to QDEL missing some of its S-4 targets, creating another element to keep the stock demand low. Then, this year it was about Savanna and understanding the true endemic COVID rate. The team was spot on with its endemic COVID forecast, yet Savanna continued to shift to the right. A history lesson is sometimes interesting, but where does this leave us now?

It leaves us with a large installed base for a sticky diagnostics name sitting at 8x EBITDA. And one with growth drivers over the next several years: Savanna and cost-improving initiatives to achieve consistent high-20s to 30% EBITDA margins. The cash flow generation can go to debt paydown or stock buyback. Or it can combine Transfusion divestures with cash inflow to expand its portfolio footprint in key areas of point-of-care, satellite lab, and small/medium hospitals WW. If the company is right that it can return to pre-COVID QDEL standalone growth rates, with an attractive margin profile, we think demand for QDEL shares will return. And this is what we would focus on as investors. We do not see the stock recapturing investors' attention in any one quarter, but given what has transpired the past four years and an increased return to normal ahead in 2024, 2024 could be the return of QDEL's story for fundamental investors.

**Respiratory Season Is Here:** The respiratory season is in full swing with positivity rates on Sofia coming in at 10% for COVID, 16% for flu, and 24% RSV. Due to the company's sales efforts during COVID, the team states it took significant permanent share within the respiratory market, predominantly from BDX, and the market is larger too. Orders in Q3 were by distributors to fill channel inventory, and this inventory has increasingly bled down throughout the quarter, and we are nearing the late-quarter restocking orders. The team reiterated its guidance of $200-400M respiratory revenue and anticipation of high gross margins (70%+) coming from these products. A concern we often hear is the 'reversion to the mean' of the respiratory market, meaning the business will go back to ~$150M pre-COVID. **Continued on page 2.**

**Respiratory Season Is Here (Cont.):** The team pushed back aggressively and is uncertain how many respiratory periods we must transcend to prove that the respiratory market has permanently changed, and a range of infections will continually occur going forward. And demand for rapid products (rapid infection knowledge) has also changed. New product discussion for respiratory was limited, though an OTC QuickVue combo flu & COVID is under active review with the FDA.

**The Bigger Picture Ortho & Quidel Strategy:** The team is trying to be clearer about QuidelOrtho's strategic vision, and the company will present more at a March analyst event. Much has changed across the business in four years, and there are many moving parts that have kept investors sidelined—which we think contributes to the stock's multiple discount. The strategy, as presented, is QDEL owning the point-of-care segment, leveraging a global Quidel & Ortho installed base with new products/expansion of existing products and launching new capabilities through this dominant force. We have always been impressed with QDEL's point of care capabilities, and it appears the company would look to add assets there to exert its domain expertise. The company did not miss out though by not participating more during COVID, as any COVID-only product has seen a business strategy collapse.

New assays on Sofia were discussed and so too were new capabilities such as point of care molecular or next-gen immunoassay. On the last point, there is a sense that QDEL reached the limit of Sofia's technology. Strep 98, a high sensitivity strep test appears to have failed to reach its 98% sensitivity level and has been discontinued. Other assays that management flagged on existing Sofia are allergy and toxicology. The larger potential assays would likely need to come on a next-gen immunoassay, which management calls Project Leapfrog. Timelines were not given on this R&D project, though it would provide access to very minute concentrated analytes such as amyloid-β and tau, and IL-6. Near-term, we think Savanna will be more important to the growth story than LeapFrog (as discussed below). Also highlighted was how to increase utilization of existing products, such as a development within BNP to morph the test into a screening-like product to help with prevention—or higher demand for testing via Chinese level 3 hospitals. Again, helpful longer-term and it shows QDEL is looking to better utilize its entire portfolio, but it is not a near-term driver unlike other areas in the portfolio.

Putting together the assets QDEL has internally, in R&D, and also looking at acquiring, the company did commit to achieving a growth rate similar to QDEL pre-COVID—and with better profitability. This would be an enticing combination and pushes QDEL into a more GARP-like category at the current stock price. An inorganic method is by eliminating non-core, low-growth aspects to the business. Without saying as much, we think the team confirmed the sale of its Transfusion business—which would make sense and help improve the company's growth rate. The Transfusion business is divided into two segments: Donor Testing and Immunohematology. Donor Screening is the most dilutive, with no growth and low profits. Immunohematology is also low growth, but it has potential for better profitability. Another test like molecular Lyra was flagged as making sense for divesture, though the team stopped short of saying who would be best to take these assets.

**Savanna Is (Almost) Here:** Approval for Savanna is nearing. Yes, this has been said by management for years now—almost a decade. However, it does appear we are in the very late stages of FDA interaction. Several weeks ago, the company stated it should receive FDA approval of Savanna plus at least one test cartridge by the end of 2023. There were a few more questions by FDA on cybersecurity; the company responded and the 510(k) clock is currently ticking. The current goal is for Savanna's approval by the JPM Healthcare Conference, or second week of January. The company will also pre-announce Q4 results at that time. The reason for Savanna's mid-year delay related to lack of Flu B data, which has since been rectified. The Savanna launch in Europe is considered successful, despite encountering some error codes on instruments and some challenges in cartridge manufacturing. These issues were considered, by management, to be "normal" and have

since been resolved. This experience is expected to contribute to a smoother Savanna launch in the US.

Despite all the delays with Savanna, we think the timeline pushout could be a blessing in disguise. Our rationale is that hospitals rushed to get their hands on any COVID testing equipment in 2020 and 2021, and then bled down this product in 2022 and 2023. Savanna's launch in this timeframe would have been just another product. For 2024, hospitals should now have the time to recover from the COVID hangover and be able to assess new technologies once again. It is a much better place for Savanna, compared to being launched with all the other technologies or when hospitals did not care much about anything other than COVID supply.

Molecular via Savanna will be the near- and mid-term growth driver for the company. The Ortho sales team with hospital relationships and the Quidel sales team with physician office/satellite lab relationships are ready to launch the product. Savanna will launch either with RVP4 or a STI product, and demand exists for both product sets. Multiple incremental assay launches are also planned for 2024. After approval, the company will follow up with CLIA waiver. Savanna is certainly a show-me story, though if the company can execute like it has on Sofia or Ortho's Vitros, Savanna could be key piece in rejuvenating the story for investors. And again, it comes at a better time when hospitals are reopening to new testing technology.

**Financial Outlook:** Guidance assumes a big step up in revenue and profitability for Q4. The step up was challenged throughout our meetings and management held their ground. The best way to think of Q4 is to look back to 1Q23. Revenue for Q4 will be similar and Q1 had an EBITDA margin of 29%. Opex in Q1 and Q3 were similar, and Q4 will see an opex reduction due to various cost savings initiatives. This should add an incremental 300bp to EBITDA and land the company around a 32-33% margin—on the heels of 53-54% gross margins. We stated coming out of Q3 earnings that we see revenue to the upside and max in-line EBITDA—we stand by that statement. We were slightly higher on EBITDA margins and lower this number as a result. For 2024, management thinks this endemic $200-400M respiratory range is appropriate. The year will see a 50-100bp headwind due to Savanna's LRIP until high volume manufacturing comes on late in the year; we also moderate our 2024 estimate as a result too.

There are items that we do not include in our margin forecast but could represent upside is QDEL's various cost savings initiatives. The team brought on a consultant and identified over 1,000 action items where the company could improve. The upgrades were across the board and represent a company maturing after a transformative acqusition. Upgrades include finance to improving working capital, cultural shift to demonstrate the strategic vision of the company, R&D to improve efficiency of product development + transferring to manufacturing, moving from six ERPs to one, Salesforce.com upgrade, and portfolio rationalization, among others. The company will also see cost disinflation in 2024 too. Details on all these initiatives will come at the March analyst day. Cash flow is first being used to reinvest in the business, but the big leftover chunk is either going towards stock buybacks or debt paydown. We think management has a preference towards buybacks, but given macro factors, there is also an internal push to pursue debt paydown instead; however, given the debt maturity ~5 years out and much of the debt fixed/hedged, buyback is the preferred option by us.

## STOCK OPPORTUNITY

Our $158 price target equates to 21x our 2025 EBITDA estimate. We use a DCF to derive our price target. We assume ongoing EBIT margins between 14-18%, 4% long-term growth and an 8% discount rate. We compare this to QDEL's comps which trade at 20x 2025 EV/EBITDA.

## RISKS

We believe an investment in Quidel involves the following risks:

- **Integration:** Quidel and Ortho Clinical merged in 2022 and integration of the two companies is underway. We see significant benefit stemming from the combination of these two organizations, though it also presents risks including disruption, culture, personnel. Failure to properly manage this integration is a risk to our estimates and assumptions.

- **Reimbursement:** QuidelOrtho's customers (labs) depend on insurer reimbursement in order to get paid for using QuidelOrtho's products. A reduction in reimbursement rates could prevent labs from using QuidelOrtho's products, force customers to switch suppliers to competitors or may increase pricing pressure for QuidelOrtho.

- **New product delays:** Management has not always met its new product launch timelines. Significant delays to management's expectations could impact our forward forecasted estimates.

- **Competition:** The IVD market is very competitive. Increased competition through new product launches, better competitor technology or lower competitor prices may increase competition for QuidelOrtho and result in share loss.

- **Execution:** We believe management has a significant opportunity in front of them to accelerate revenue and earnings growth through new products, re-tooling acquired businesses, expansion into new geographies and tapping into previously outlined cost synergies. We believe management's execution will be critical to QuidelOrtho's success and management missteps could impact QuidelOrtho's share price.



**December 18, 2023**

**QuidelOrtho Corporation**
**Income Statement**
US $ in millions, except where noted
Updated: 12/15/2023

**Alexander Nowak, CFA**
**Craig-Hallum Capital Markets**
1 612-334-6347

| | 2022 Q1 | 2022 Q2 | 2022 Q3 | 2022 Q4 | 2023E Q1 | 2023E Q2 | 2023E Q3 | 2023E Q4E | 2024E Q1E | 2024E Q2E | 2024E Q3E | 2024E Q4E | 2025E Q1E | 2025E Q2E | 2025E Q3E | 2025E Q4E | 2021 | 2022 | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labs | 13 | 153 | 335 | 315 | 371 | 361 | 341 | 337 | 386 | 377 | 357 | 354 | 406 | 395 | 374 | 372 | 45 | 816 | 1,411 | 1,474 | 1,547 |
| Transfusion | | 72 | 163 | 163 | 156 | 163 | 164 | 165 | 159 | 166 | 167 | 170 | 163 | 171 | 172 | 175 | - | 398 | 648 | 661 | 681 |
| Point-of-Care | 943 | 367 | 271 | 375 | 308 | 134 | 233 | 285 | 260 | 140 | 139 | 299 | 273 | 147 | 146 | 314 | 1,453 | 1,955 | 961 | 839 | 881 |
| Molecular | 46 | 21 | 15 | 15 | 11 | 6 | 6 | 10 | 13 | 7 | 6 | 12 | 15 | 8 | 7 | 14 | 201 | 97 | 33 | 38 | 44 |
| **Total Revenue** | **1,002** | **613** | **784** | **867** | **846** | **665** | **744** | **797** | **818** | **690** | **669** | **835** | **857** | **722** | **700** | **874** | **1,699** | **3,266** | **3,052** | **3,013** | **3,154** |
| | | | | | | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 262 | 276 | 376 | 418 | 398 | 369 | 376 | 375 | 401 | 386 | 362 | 409 | 420 | 397 | 378 | 428 | 428 | 1,332 | 1,517 | 1,558 | 1,624 |
| **Gross Profit** | **740** | **338** | **408** | **449** | **449** | **296** | **368** | **422** | **417** | **304** | **308** | **426** | **437** | **325** | **322** | **446** | **1,271** | **1,934** | **1,536** | **1,455** | **1,530** |
| Non-GAAP COGS Adjustments | - | (9) | 39 | 24 | 7 | 7 | 8 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 54 | 28 | 20 | 20 |
| **Adj. Gross Profit** | **740** | **329** | **446** | **473** | **455** | **303** | **376** | **429** | **422** | **309** | **313** | **431** | **442** | **330** | **327** | **451** | **1,271** | **1,988** | **1,564** | **1,475** | **1,550** |
| | | | | | | | | | | | | | | | | | | | | | |
| R&D | 26 | 34 | 66 | 64 | 62 | 63 | 62 | 58 | 60 | 60 | 60 | 60 | 61 | 62 | 63 | 64 | 93 | 190 | 246 | 240 | 250 |
| S,G&A | 90 | 118 | 204 | 214 | 202 | 179 | 194 | 155 | 160 | 160 | 160 | 160 | 165 | 167 | 169 | 171 | 262 | 626 | 731 | 640 | 672 |
| Other | 3 | 105 | 81 | 85 | 84 | 81 | 85 | 70 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 10 | 274 | 321 | 220 | 220 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Operating Income (Loss)** | **621** | **80** | **57** | **86** | **100** | **(27)** | **26** | **139** | **142** | **29** | **33** | **151** | **156** | **41** | **35** | **156** | **906** | **844** | **238** | **355** | **388** |
| Non-GAAP Opex Adjustments | - | 78 | 117 | 110 | 93 | 87 | 93 | 75 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | - | 305 | 348 | 240 | 240 |
| **Adj. Operating Income (Loss)** | **637** | **158** | **174** | **197** | **193** | **60** | **119** | **214** | **202** | **89** | **93** | **211** | **216** | **101** | **95** | **216** | **973** | **1,166** | **586** | **595** | **628** |
| | | | | | | | | | | | | | | | | | | | | | |
| Interest Expense (Income) | 0 | 10 | 30 | 35 | 37 | 37 | 38 | 39 | 33 | 32 | 31 | 30 | 30 | 29 | 28 | 27 | 6 | 75 | 150 | 126 | 114 |
| Other Expense (Income) | - | 27 | (4) | 11 | 3 | 1 | 4 | - | - | - | - | - | - | - | - | - | - | 33 | 8 | - | - |
| | | | | | | | | | | | | | | | | | | | | | |
| **Pretax Income (Loss)** | **621** | **43** | **31** | **41** | **60** | **(64)** | **(16)** | **101** | **110** | **(3)** | **2** | **120** | **127** | **12** | **7** | **129** | **900** | **736** | **81** | **229** | **274** |
| Income Taxes | 141 | 24 | 12 | 11 | 11 | (11) | (3) | 25 | 26 | (1) | 0 | 28 | 30 | 3 | 2 | 30 | 196 | 187 | 22 | 54 | 64 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Net Income (Loss) - Reported** | **480** | **19** | **19** | **30** | **49** | **(53)** | **(13)** | **75** | **84** | **(3)** | **1** | **92** | **97** | **9** | **5** | **98** | **704** | **549** | **58** | **175** | **210** |
| | | | | | | | | | | | | | | | | | | | | | |
| Adjustments | 15 | 104 | 106 | 87 | 72 | 71 | 73 | 62 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 56 | 313 | 278 | 199 | 199 |
| **Net Income (Loss) - Adjusted** | **495** | **124** | **125** | **118** | **121** | **17** | **61** | **137** | **134** | **47** | **51** | **142** | **147** | **59** | **55** | **148** | **760** | **861** | **336** | **374** | **409** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Diluted EPS (Adjusted)** | **11.66** | **2.34** | **1.85** | **1.76** | **1.80** | **0.26** | **0.90** | **2.03** | **1.99** | **0.70** | **0.76** | **2.11** | **2.18** | **0.88** | **0.82** | **2.20** | **17.79** | **15.00** | **5.01** | **5.55** | **6.07** |
| Diluted EPS (GAAP) | 11.31 | 0.36 | 0.28 | 0.45 | 0.73 | (0.80) | (0.19) | 1.12 | 1.25 | (0.04) | 0.02 | 1.37 | 1.44 | 0.14 | 0.08 | 1.46 | 16.49 | 9.55 | 0.87 | 2.60 | 3.12 |
| Avg. Shares Outstanding | 42.4 | 52.9 | 67.5 | 66.9 | 67.1 | 66.8 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 42.7 | 57.4 | 67.1 | 67.3 | 67.3 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Expense Analysis:** | | | | | | | | | | | | | | | | | | | | | |
| Gross Margin | 74% | 55% | 52% | 52% | 53% | 45% | 49% | 53% | 51% | 44% | 46% | 51% | 51% | 45% | 46% | 51% | 75% | 59% | 50% | 48% | 49% |
| Adj. Gross Margin | 74% | 54% | 57% | 55% | 54% | 46% | 50% | 54% | 52% | 45% | 47% | 52% | 52% | 46% | 47% | 52% | 75% | 61% | 51% | 49% | 49% |
| Operating Margin | 62% | 13% | 7% | 10% | 12% | -4% | 4% | 17% | 17% | 4% | 5% | 18% | 18% | 6% | 5% | 18% | 53% | 26% | 8% | 12% | 12% |
| Adj. Operating Margin | 64% | 26% | 22% | 23% | 23% | 9% | 16% | 27% | 25% | 13% | 14% | 25% | 25% | 14% | 14% | 25% | 57% | 36% | 19% | 20% | 20% |
| Net Interest Rate | NA | 2% | 4% | 5% | 6% | 6% | 7% | 7% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | | | | | |
| Tax Rate | 23% | 55% | 39% | 26% | 19% | 17% | 18% | 25% | 24% | 24% | 24% | 24% | 24% | 24% | 24% | 24% | 22% | 25% | 28% | 24% | 24% |
| Net Margin | 48% | 3% | 2% | 3% | 6% | -8% | -2% | 9% | 10% | 0% | 0% | 11% | 11% | 1% | 1% | 11% | 41% | 17% | 2% | 6% | 7% |
| Adj. Net Margin | 49% | 20% | 16% | 14% | 14% | 3% | 8% | 17% | 16% | 7% | 8% | 17% | 17% | 8% | 8% | 17% | 45% | 26% | 11% | 12% | 13% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Adj. EBITDA** | **637** | **199** | **227** | **245** | **245** | **113** | **169** | **266** | **254** | **141** | **145** | **263** | **268** | **153** | **147** | **268** | **973** | **1,308** | **794** | **803** | **836** |
| Depreciation Add-Back | | 41 | 53 | 48 | 52 | 53 | 50 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | | | | | |
| Adj. EBITDA Margin | 64% | 32% | 29% | 28% | 29% | 17% | 23% | 33% | 31% | 20% | 22% | 31% | 31% | 21% | 21% | 31% | 57% | 40% | 26% | 27% | 27% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Growth Metrics:** | | | | | | | | | | | | | | | | | | | | | |
| Total Revenue | 167% | 247% | 54% | 36% | -16% | 8% | -5% | -8% | -3% | 4% | -10% | 5% | 5% | 5% | 5% | 5% | 2% | 92% | -7% | -1% | 5% |
| Gross Profit | 145% | 218% | 9% | -8% | -39% | -12% | -10% | -6% | -7% | 2% | -16% | 1% | 5% | 7% | 5% | 5% | -6% | 52% | -21% | -5% | 5% |
| EBITDA | 168% | 309% | -42% | -50% | -70% | -62% | -32% | 9% | 5% | 48% | -22% | -2% | 7% | 14% | 2% | 2% | -12% | 20% | -50% | 1% | 6% |
| Adj Net Income | 160% | 289% | -45% | -62% | -76% | -86% | -51% | 16% | 10% | 171% | -16% | 4% | 10% | 25% | 8% | 4% | -13% | 13% | -61% | 11% | 9% |
| Ongoing EPS | 166% | 211% | -65% | -76% | -85% | -89% | -51% | 16% | 10% | 169% | -16% | 4% | 10% | 25% | 8% | 4% | -11% | -16% | -67% | 11% | 9% |



**December 18, 2023**

## REQUIRED DISCLOSURES



Initiate: March 26, 2018 – Rating: Buy – Price Target: $62
...
Update: December 10, 2018 – Rating: Hold – Price Target: $51
Update: February 14, 2019 – Rating: Hold – Price Target: $63
Update: August 29, 2019 – Rating: Buy – Price Target: $75
Update: January 10, 2019 – Rating: Buy – Price Target: $87
Update: February 13, 2019 – Rating: Buy – Price Target: $90
Update: April 17, 2020 – Rating: Buy – Price Target: $125
Update: May 7, 2020 – Rating: Buy – Price Target: $170
Update: July 7, 2020 – Rating: Buy – Price Target: $306
Update: July 31, 2020 – Rating: Buy – Price Target: $363
Update: October 1, 2020 – Rating: Buy – Price Target: $371
Update: March 11, 2021 – Rating: Buy – Price Target: $341
Update: April 23, 2021 – Rating: Buy – Price Target: $326
Update: May 7, 2021 – Rating: Buy – Price Target: $296
Update: June 15, 2021 – Rating: Buy – Price Target: $219
Update: December 14, 2022 – Rating: Buy – Price Target: $173
Update: November 2, 2023 – Rating: Buy – Price Target: $158

*Source: FactSet*

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (9/30/2023)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 78% | 17% |
| Hold | 22% | 3% |
| Sell | 0% | NA |
| Total | 100% | 14% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Alexander Nowak, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.