# **<u>Exhibit 42</u>**

**February 13, 2024**

# QuidelOrtho
# Fourth Quarter and Full
# Year 2023 Financial Results





© 2024. All Rights Reserved.    2

# Forward-Looking Statements

**Forward-Looking Statements:** This presentation of QuidelOrtho Corporation ("QuidelOrtho" or the "Company") contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are any statement contained herein that is not strictly historical, including, but not limited to, QuidelOrtho's commercial, regulatory and other strategic goals, financial guidance and other future financial condition and operating results, and future plans, objectives, strategies, expectations and intentions. Without limiting the foregoing, the words "may," "will," "would," "should," "might," "expect," "anticipate," "believe," "estimate," "plan," "intend," "goal," "project," "strategy," "future," "continue" or similar words, expressions or the negative of such terms or other comparable terminology are intended to identify forward-looking statements. Such statements are based on the beliefs and expectations of QuidelOrtho's management as of today and are subject to significant known and unknown risks and uncertainties. Actual results or outcomes may differ significantly from those set forth or implied in the forward-looking statements. The following factors, among others, could cause actual results to differ from those set forth or implied in the forward-looking statements: supply chain, production, logistics, distribution and labor disruptions and challenges; the challenges and costs of integrating, restructuring and achieving anticipated synergies as a result of the business combination (the "Combinations") of Quidel Corporation ("Quidel") and Ortho Clinical Diagnostics Holdings plc ("Ortho"); and other macroeconomic, geopolitical, market, business, competitive and/or regulatory factors affecting the business of QuidelOrtho generally, including those discussed under Part I, Item 1A, "Risk Factors" of QuidelOrtho's Annual Report on Form 10-K for the fiscal year ended January 1, 2023 and subsequent reports filed with the Securities and Exchange Commission (the "Commission"). You should not rely on forward-looking statements as predictions of future events because these statements are based on assumptions that may not come true and are speculative by their nature. All forward-looking statements are based on information currently available to QuidelOrtho and speak only as of the date hereof. QuidelOrtho undertakes no obligation to update any of the forward-looking information or time-sensitive information included in this presentation, whether as a result of new information, future events, changed expectations or otherwise, except as required by law.

© 2024. All Rights Reserved.    3

# Supplemental Combined Financial Measures and Non-GAAP Financial Measures

**Supplemental Combined Financial Measures:** This presentation contains unaudited supplemental combined financial information ("Supplemental Combined Information") that gives effect to the Combinations as if Quidel and Ortho had been combined for the applicable periods. Certain Supplemental Combined Information presented is based on the historical financial statements of Quidel and Ortho with reclassification adjustments only and do not include all of the pro forma adjustments required under Regulation S-X Article 11 or Accounting Standards Codification 805, Business Combinations ("ASC 805"). The Supplemental Combined Information is provided for illustrative purposes only, may be updated in the future, and is not necessarily, and should not be assumed to be, indicative of the Company's expected results of operations or financial position that would have been achieved had the Combinations been completed as of the dates indicated or that may be achieved in any future period. The Supplemental Combined Information should be considered supplemental to, and not as a substitute for, pro forma financial information prepared in accordance with Regulation S-X Article 11 or ASC 805 and should be read in conjunction with the information contained in the sections entitled "The Combinations," "Management's Discussion and Analysis of Financial Condition and Results of Operations of Ortho" and "Management's Discussion and Analysis of Financial Condition and Results of Operations of Quidel" in QuidelOrtho's joint proxy statement/prospectus (the "Joint Proxy Statement/Prospectus") filed with the Commission on April 11, 2022 and the historical consolidated financial statements and related notes appearing elsewhere in, or incorporated into, the Joint Proxy Statement/Prospectus, and the Company's subsequent reports filed with the Commission. The Company's actual results of operations and financial position will differ, potentially significantly, from the Supplemental Combined Information reflected in this presentation as a result of the methodology used to prepare the Supplemental Combined Information as well as a variety of factors, including but not limited to the effect of certain expected financial benefits of the Combinations (such as revenue and cost synergies), the anticipated costs to achieve these benefits (including the cost of integration activities), tax impacts, and changes in operating results following the date of this presentation.

**Non-GAAP Financial Measures:** This presentation contains financial measures, including but not limited to "constant currency" revenue changes, "adjusted net income," "adjusted diluted EPS," "adjusted EBITDA," "adjusted EBITDA margin," "adjusted free cash flow," "supplemental combined adjusted net income," "supplemental combined adjusted diluted EPS," "supplemental combined adjusted EBITDA," "supplemental combined adjusted EBITDA margin" and "supplemental combined revenues by region, business unit and category," which are considered non-GAAP financial measures under applicable rules and regulations of the Commission. These non-GAAP financial measures should be considered supplemental to, and not a substitute for, financial information prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). "Adjusted net income," "adjusted diluted EPS," "adjusted EBITDA," "adjusted EBITDA margin" and "adjusted free cash flow" eliminate impacts of certain non-cash, unusual or other items that the Company does not consider indicative of its ongoing operating performance, and the Company generally uses these non-GAAP financial measures to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. The Company believes that "supplemental combined adjusted net income," "supplemental combined adjusted diluted EPS," "supplemental combined adjusted EBITDA," "supplemental combined adjusted EBITDA margin" and "supplemental combined revenues by region, business unit and category" provide helpful Supplemental Combined Information to assist management and investors in evaluating the Company's adjusted operating results as if Quidel and Ortho had been combined for the applicable periods. The Company's definitions of these non-GAAP measures may differ from similarly titled measures used by others. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to corresponding GAAP financial measures, may provide a more complete understanding of factors and trends affecting the Company's business. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and reports filed with the Commission in their entirety. Reconciliations of the non-GAAP financial measures, including the non-GAAP Supplemental Combined Information, to the most directly comparable GAAP financial measures are included in the Appendix at the end of this presentation.

## QuidelOrtho™

© 2024. All Rights Reserved.    4

# FY 2023 Highlights[1]

First full year as a combined company yielded several key accomplishments:

- Optimized manufacturing capacity to meet customer needs

- Supply chain improvements resolved instrument backlog

- Received more than 700 regulatory approvals in the U.S., EMEA, and China

  ◦ De Novo 510(k)s for both Sofia® 2 SARS Antigen+ FIA and the Savanna® platform

## Total Revenue
# $3.0B
(26%) y/y[1]

## Adjusted EBITDA
# $723M [2]
24% Margin[1]

## Adjusted Diluted EPS [2]
# $4.13
(70%) y/y[1]

**Business Unit**



Labs 48%
Transfusion Medicine 21%
Point of Care 30%
Molecular 1%

**Geography**

North America 63%
EMEA 11%
China 10%
Other 16%

**Category**



QuickVue 12%
Instruments 5%
Recurring 83%

1. Includes presentation of supplemental combined fiscal year 2022 revenues and adjusted operating results as if Quidel and Ortho had been combined for the applicable periods; revenue growth rates are shown on a constant currency basis; the term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP. See reconciliation of non-GAAP measures included in the Appendix for reconciliation to closest GAAP metric.

2. See reconciliation of non-GAAP measures included in the Appendix for reconciliation to closest GAAP metric.

**QuidelOrtho**™

© 2024. All Rights Reserved.    5

# Q4 2023 Highlights[1]

- Non-respiratory revenue increased by 9%, as reported and in constant currency

  ◦ Driven by Labs strength in clinical chemistry and immunoassay. Excluding respiratory, Labs grew 13% in constant currency compared to the prior year period

- Respiratory revenue decreased by 49%, as reported and in constant currency, due to lower COVID-19 and flu markets compared to the prior year period

  ◦ Despite the lower season, the Company gained market share of ~200-bps and maintained price

| Total Revenue | Adjusted EBITDA | Adjusted Diluted EPS [2] |
|---|---|---|
| **$743M** | **$195M** [2] | **$1.17** |
| (14%) y/y[1] | 26% Margin[1] | (34%) y/y[1] |

**Business Unit**



**Geography**



**Category**



1. Revenue growth rates are shown on a constant currency basis; the term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP. See reconciliation of non-GAAP measures included in the Appendix for reconciliation to closest GAAP metric.

2. See reconciliation of non-GAAP measures included in the Appendix for reconciliation to closest GAAP metric.

**QuidelOrtho**™

© 2024. All Rights Reserved.    6

# A Clear Path to Meaningful Near-term Growth



## Labs Portfolio

**Installed base is fueled by the placement of integrated analyzers**

**Small to Medium-sized Hospitals**

- Strong Q4 and full-year 2023 growth of 13% and 10%, respectively, excluding respiratory
- Integrated installed base up 11% and automation up 14% - leading indicators of pull-through of higher growth, higher margin immunoassays



## Sofia Platform

**Sophisticated yet easy-to-use Point-of-Care device for multiple types of testing**

**Hospitals, POC, UC, EDs**

- Cumulative installed base of ~89K instruments
- 69% of Sofia customers purchased Flu and SARS, including Combo tests in Q4'23
- 7% of U.S. customers are running COVID-19 tests exclusively



## Savanna MDx

**Revolutionary new molecular platform utilizing real-time PCR and syndromic panels**

**Hospitals, POC, UC, EDs**

- Received 510(k) clearance for Savanna multiplex molecular platform and HSV/VZV PCR assay
- U.S. commercial launch began in December 2023
- Expect RVP4 assay approval in Q1'24

QuidelOrtho™

© 2024. All Rights Reserved.

7

# Q4 and FY 2023 Operating Results Summary[1]

| | Fiscal Quarter Ended | | Fiscal Year Ended | |
|---|---|---|---|---|
| | **Q4 2023** | **Q4 2022** | **2023** | **2022**[2] |
| **Total Revenue** | **$742.6** | **$866.5** | **$2,997.8** | **$4,051.2** |
| Constant Currency[3] Growth | (14.3%) | | (25.9%) | |
| Adjusted Gross Profit | $388.9 | $472.7 | $1,523.2 | $2,394.3 |
| Adjusted Gross Profit Margin | 52.4% | 54.6% | 50.8% | 59.1% |
| Adjusted Diluted EPS | $1.17 | $1.76 | $4.13 | $13.80 |
| Adjusted Diluted EPS Growth | (34%) | | (70%) | |
| Adjusted EBITDA | $195.4 | $245.1 | $723.2 | $1,543.5 |
| **Adjusted EBITDA Margin** | 26.3% | 28.3% | 24.1% | 38.1% |

Unless otherwise noted, dollars and growth rates are at actual foreign exchange rates.
1. See reconciliation of non-GAAP measures included in the Appendix for reconciliation to the closest GAAP metric.
2. Includes presentation of supplemental combined fiscal year 2022 revenues and adjusted operating results as if Quidel and Ortho had been combined for the applicable periods. The additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP.
3. The term "constant currency" means we have translated local currency revenues for all reporting periods into U.S. dollars using the same comparable foreign currency exchange rates.

© 2024. All Rights Reserved.    8

# Strong Cash Flow and Balance Sheet Provide Flexibility and Stability





1. For the three months and fiscal year ended December 31, 2023.
2. Management estimate of adjusted free cash flow for Q4 2023 reflects operating cash flow of $80 million less capex of $45 million and $29 million in acquisition, integration and other costs, $17 million in integration-related cloud computing implementation costs and $7 million of other integration-related capital expenditures.
3. Management estimate of adjusted free cash flow for FY 2023 reflects operating cash flow of $280 million less capex of $191 million and $116 million in acquisition, integration and other costs, $47 million in integration-related cloud computing implementation costs and $18 million of other integration-related capital expenditures.
4. Based on management estimates for trailing 12 months adjusted EBITDA and Q4 2023 net debt.

**QuidelOrtho™**

© 2024. All Rights Reserved.    9

# FY 2024 Financial Guidance

| Financial Outlook | FY 2024<br>As of 2/13/24 |
|---|---|
| Non-respiratory Revenue<br>*Constant currency growth* | $2.30B – $2.34B<br>*+4% – +6%* |
| Respiratory Revenue | $460M – $730M |
| Total Revenue<br>*Constant currency growth* | $2.76B – $3.07B<br>*-7% – +3%* |
| Adjusted EBITDA<br>*Margin* | $565M – $720M<br>*21% – 24%* |
| Adjusted Diluted EPS | $2.40 – $3.07 |



## Additional 2024 Assumptions

- Non-respiratory revenue growth rates exclude third-party collaboration settlement and transitioning out of the U.S. Donor Screening portfolio

- Expect Labs business growth of mid- to high-single digits

- Flu market is expected to be between 40-60 million tests

- Expect Savanna instrument placements of ~1,000 and $30 to $50 million of Savanna respiratory revenue, primarily in the fourth quarter of 2024

- SG&A is expected to approximate the 2023 exit rate on an annualized basis. R&D is expected to be flat at approximately 8% of revenue

- Expect weighted average share count of 67.6 million



# Appendix



© 2024. All Rights Reserved.    11

**QuidelOrtho™**

# Q4 2023 Non-GAAP Reconciliation

| | Gross profit | Selling, marketing and administrative | Research and development | Operating income | Operating margin | Interest expense, net | Other expense (income), net | (Benefit from) provision for income taxes | Net income |
|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 365.0 | $ 222.5 | $ 59.3 | $ 40.1 | 5.4 % | $ 36.7 | $ 12.6 | $ (16.2) | $ 7.0 |
| Adjustments: | | | | | | | | | |
| Amortization of intangibles | 16.3 | (34.9) | — | 51.2 | | — | — | — | 51.2 |
| Acquisition and integration costs | — | — | — | 33.0 | | — | — | — | 33.0 |
| Tax indemnification expense | — | — | — | — | | — | (12.8) | — | 12.8 |
| Incremental depreciation on PP&E fair value adjustment | 6.1 | (2.2) | 0.1 | 8.2 | | — | — | — | 8.2 |
| Amortization of deferred cloud computing implementation costs | 0.2 | (3.1) | — | 3.3 | | — | — | — | 3.3 |
| Loss on investments | — | — | — | — | | — | (2.4) | — | 2.4 |
| Impairment of long-lived assets | 1.3 | — | — | 1.3 | | — | — | — | 1.3 |
| EU medical device regulation transition costs | — | — | (0.6) | 0.6 | | — | — | — | 0.6 |
| Other adjustments | — | 0.9 | — | (0.9) | | — | — | — | (0.9) |
| Income tax impact of adjustments | — | — | — | — | | — | — | 30.0 | (30.0) |
| Discrete tax items | — | — | — | — | | — | — | 10.3 | (10.3) |
| As adjusted | $ 388.9 | $ 183.2 | $ 58.8 | $ 136.8 | 18.4 % | $ 36.7 | $ (2.6) | $ 24.1 | $ 78.6 |

© 2024. All Rights Reserved.    12

**QuidelOrtho™**

# Q4 2022 Non-GAAP Reconciliation

| | Gross profit | Selling, marketing and administrative | Research and development | Operating income | Operating margin | Interest expense, net | Other expense, net | Provision for income taxes | Net income |
|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 432.2 | $ 250.7 | $ 64.3 | $ 86.5 | 10.0 % | $ 34.7 | $ 10.7 | $ 10.8 | $ 30.3 |
| Adjustments: | | | | | | | | | |
| Amortization of intangibles | 16.8 | (37.1) | — | 53.9 | | — | — | — | 53.9 |
| Acquisition and integration costs | — | — | — | 26.4 | | — | — | — | 26.4 |
| Unwind inventory fair value adjustment | 14.0 | — | — | 14.0 | | — | — | — | 14.0 |
| Incremental depreciation on PP&E fair value adjustment | 8.6 | (0.9) | 0.3 | 9.2 | | — | — | — | 9.2 |
| Noncash interest expense for deferred consideration | — | — | — | — | | (0.6) | — | — | 0.6 |
| Amortization of deferred cloud computing implementation costs | 0.3 | (1.1) | (0.1) | 1.5 | | — | — | — | 1.5 |
| Loss on investments | — | — | — | — | | — | (5.0) | — | 5.0 |
| Employee compensation charges | 0.6 | (0.2) | (0.9) | 1.7 | | — | — | — | 1.7 |
| EU medical device regulation transition costs | — | — | (0.5) | 0.5 | | — | — | — | 0.5 |
| Impairment of long-lived assets | 0.2 | — | (2.6) | 2.8 | | — | — | — | 2.8 |
| Other adjustments | — | (0.2) | — | 0.2 | | — | — | — | 0.2 |
| Income tax impact of adjustments | — | — | — | — | | — | — | 30.3 | (30.3) |
| Discrete tax items | — | — | — | — | | — | — | (1.8) | 1.8 |
| **As adjusted** | **$ 472.7** | **$ 211.2** | **$ 60.5** | **$ 196.7** | **22.7 %** | **$ 34.1** | **$ 5.7** | **$ 39.3** | **$ 117.6** |

© 2024. All Rights Reserved.     13

# FY 2023 Non-GAAP Reconciliation

| | Gross profit | Selling, marketing and administrative | Research and development | Operating income | Operating margin | Interest expense, net | Other expense, net | (Benefit from) provision for income taxes | Net (loss) income |
|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,429.4 | $ 903.0 | $ 246.8 | $ 139.1 | 4.6 % | $ 147.6 | $ 20.6 | $ (19.0) | $ (10.1) |
| Adjustments: | | | | | | | | | |
| Amortization of intangibles | 65.0 | (139.8) | — | 204.8 | | — | — | — | 204.8 |
| Acquisition and integration costs | — | — | — | 113.4 | | — | — | — | 113.4 |
| Incremental depreciation on PP&E fair value adjustment | 25.1 | (8.8) | 0.4 | 33.5 | | — | — | — | 33.5 |
| Tax indemnification expense | — | — | — | — | | — | (12.6) | — | 12.6 |
| Amortization of deferred cloud computing implementation costs | 1.0 | (8.1) | (0.1) | 9.2 | | — | — | — | 9.2 |
| Impairment of long-lived assets | 2.7 | — | (1.8) | 4.5 | | — | — | — | 4.5 |
| Loss on investments | — | — | — | — | | — | (3.6) | — | 3.6 |
| EU medical device regulation transition costs | — | — | (2.5) | 2.5 | | — | — | — | 2.5 |
| Noncash interest expense for deferred consideration | — | — | — | — | | (0.7) | — | — | 0.7 |
| Other adjustments | — | (0.3) | — | 1.7 | | — | — | — | 1.7 |
| Income tax impact of adjustments | — | — | — | — | | — | — | 87.5 | (87.5) |
| Discrete tax items | — | — | — | — | | — | — | 11.2 | (11.2) |
| As adjusted | $ 1,523.2 | $ 746.0 | $ 242.8 | $ 508.7 | 17.0 % | $ 146.9 | $ 4.4 | $ 79.7 | $ 277.7 |

© 2024. All Rights Reserved.

14

# FY 2022 Non-GAAP Reconciliation

| | Gross profit | Selling, marketing and administrative | Research and development | Operating income | Operating margin | Interest expense, net | Other expense (income), net | Provision for income taxes | Net income |
|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,893.3 | $ 710.8 | $ 190.5 | $ 843.7 | 25.8 % | $ 75.7 | $ 8.1 | $ 187.2 | $ 548.7 |
| Pre-combination Ortho results [a] | 352.6 | 233.9 | 52.1 | 1.2 | | 52.8 | (10.4) | 4.7 | (45.9) |
| Supplemental combined results | **2,245.9** | **944.7** | **242.6** | **844.9** | **20.9 %** | **128.5** | **(2.3)** | **191.9** | **502.8** |
| Adjustments: | | | | | | | | | |
| Amortization of intangibles | 72.8 | (114.6) | — | 187.4 | | — | — | — | 187.4 |
| Pre-IPO legacy stock-based compensation | 0.2 | (3.6) | (0.1) | 3.9 | | — | — | — | 3.9 |
| Acquisition and integration costs | — | — | — | 198.4 | | — | — | — | 198.4 |
| Unwind inventory fair value adjustment | 60.6 | — | — | 60.6 | | — | — | — | 60.6 |
| Loss on extinguishment of debt | — | — | — | — | | — | — | — | 24.0 |
| Incremental depreciation on PP&E fair value adjustment | 11.0 | (0.7) | 1.2 | 10.5 | | — | — | — | 10.5 |
| Noncash interest expense for deferred consideration | — | — | — | — | | (3.0) | — | — | 3.0 |
| Amortization of deferred cloud computing implementation costs | 1.3 | (4.6) | (0.2) | 6.1 | | — | — | — | 6.1 |
| Derivative mark-to-market gain | — | — | — | — | | — | 5.6 | — | (5.6) |
| Loss on investments | — | — | — | — | | — | (5.8) | — | 5.8 |
| Employee compensation charges | 2.3 | (1.0) | (1.5) | 4.8 | | — | — | — | 4.8 |
| EU medical device regulation transition costs | — | — | (2.8) | 2.8 | | — | — | — | 2.8 |
| Impairment of long-lived assets | 0.2 | — | (2.6) | 2.8 | | — | — | — | 2.8 |
| Principal shareholder management fee | — | — | — | 1.6 | | — | — | — | 1.6 |
| Other adjustments | — | (1.7) | — | 1.7 | | (1.4) | — | — | 3.1 |
| Income tax impact of adjustments | — | — | — | — | | — | — | 81.5 | (81.5) |
| Discrete tax items | — | — | — | — | | — | — | (2.4) | 2.4 |
| **Supplemental combined, as adjusted** | **$ 2,394.3** | **$ 818.5** | **$ 236.6** | **$ 1,325.5** | **32.7 %** | **$ 124.1** | **$ (2.5)** | **$ 271.0** | **$ 932.9** |

(a) Pre-combination results include Ortho's results of operations from January 4, 2022 through May 27, 2022.

 QuidelOrtho™

© 2024. All Rights Reserved.    15

# QTD Pro Forma Revenue by Region, Business Unit, and Category

**Three Months Ended**

| Segment revenue | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| North America | $450.3 | $619.2 | (27.3)% | (0.5)% | (26.8)% | (26.7)% | (0.1)% |
| EMEA | 90.9 | 75.8 | 19.9% | 1.8% | 18.1% | (4.9)% | 23.0% |
| China | 77.1 | 56.9 | 35.5% | (2.4)% | 37.9% | 0.7% | 37.2% |
| Other | 124.3 | 114.6 | 8.5% | 1.6% | 6.9% | (3.4)% | 10.3% |
| **Total Revenue** | **$742.6** | **$866.5** | **(14.3)%** | **—%** | **(14.3)%** | **(23.3)%** | **9.0%** |

**Three Months Ended**

| | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| Labs | $351.9 | $314.7 | 11.8% | (0.5)% | 12.3% | (1.0)% | 13.3% |
| Transfusion Medicine | 165.4 | 162.5 | 1.8% | (0.4)% | 2.2% | —% | 2.2% |
| Point of Care | 216.8 | 374.7 | (42.1)% | 0.1% | (42.2)% | (48.2)% | 6.0% |
| Molecular Diagnostics | 8.5 | 14.6 | (41.8)% | —% | (41.8)% | (31.3)% | (10.5)% |
| **Total Revenue** | **$742.6** | **$866.5** | **(14.3)%** | **—%** | **(14.3)%** | **(23.3)%** | **9.0%** |

**Three Months Ended**

| | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| Recurring Revenues | $648.5 | $711.1 | (8.8)% | (0.1)% | (8.7)% | (18.0)% | 9.3% |
| QuickVue Revenues | 55.4 | 118.4 | (53.2)% | —% | (53.2)% | (47.2)% | (6.0)% |
| Instrument Revenues | 38.7 | 37.0 | 4.6% | —% | 4.6% | —% | 4.6% |
| **Total Revenue** | **$742.6** | **$866.5** | **(14.3)%** | **—%** | **(14.3)%** | **(23.3)%** | **9.0%** |

(a) The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP.

© 2024. All Rights Reserved.    16

# YTD Pro Forma Revenue by Region, Business Unit, and Category

### Fiscal Year Ended

| Segment revenue | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| North America | $1,877.1 | $2,970.3 | (36.8)% | (0.3)% | (36.5)% | (37.0)% | 0.5% |
| EMEA | 327.3 | 316.4 | 3.4% | 0.1% | 3.3% | (4.8)% | 8.1% |
| China | 310.1 | 297.1 | 4.4% | (4.4)% | 8.8% | (12.1)% | 20.9% |
| Other | 483.3 | 467.4 | 3.4% | —% | 3.4% | (5.3)% | 8.7% |
| **Supplemental Combined Total Revenue [b]** | **$2,997.8** | **$4,051.2** | **(26.0)%** | **(0.1)%** | **(25.9)%** | **(31.3)%** | **5.4%** |

### Fiscal Year Ended

| | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| Labs [b] | $1,425.4 | $1,331.2 | 7.1% | (1.0)% | 8.1% | (1.9)% | 10.0% |
| Transfusion Medicine | 648.5 | 668.1 | (2.9)% | (0.9)% | (2.0)% | —% | (2.0)% |
| Point of Care | 892.2 | 1,955.2 | (54.4)% | (0.1)% | (54.3)% | (56.1)% | 1.8% |
| Molecular Diagnostics | 31.7 | 96.7 | (67.2)% | 0.1% | (67.3)% | (54.0)% | (13.3)% |
| **Supplemental Combined Total Revenue [b]** | **$2,997.8** | **$4,051.2** | **(26.0)%** | **(0.1)%** | **(25.9)%** | **(31.3)%** | **5.4%** |

### Fiscal Year Ended

| | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] | Respiratory Revenue Impact | Constant Currency [a] Non-Respiratory Revenue |
|---|---|---|---|---|---|---|---|
| Recurring Revenues | $2,492.8 | $2,719.8 | (8.3)% | (0.4)% | (7.9)% | (12.6)% | 4.7% |
| QuickVue Revenues | 351.6 | 1,197.6 | (70.6)% | —% | (70.6)% | (44.4)% | (26.2)% |
| Instrument Revenues | 153.4 | 133.8 | 14.6% | (1.2)% | 15.8% | —% | 15.8% |
| **Supplemental Combined Total Revenue [b]** | **$2,997.8** | **$4,051.2** | **(26.0)%** | **(0.1)%** | **(25.9)%** | **(31.3)%** | **5.4%** |

Supplemental combined revenues for the prior period in the tables above include Ortho revenues as if the acquisition had occurred on January 2, 2022.

(a) The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP

(b) The fiscal year ended December 31, 2023 includes an approximate $19 million settlement award from a third party related to one of the Company's collaboration agreements.

© 2024. All Rights Reserved.    17

**QuidelOrtho**™

# Pro Forma Revenue Respiratory vs Non-Respiratory

## Three Months Ended

| | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] |
|---|---|---|---|---|---|
| Respiratory Revenue | $174.6 | $344.0 | (49.2)% | 0.1% | (49.3)% |
| Non-Respiratory Revenue | 568.0 | 522.5 | 8.7% | (0.3)% | 9.0% |
| **Total Revenue** | **$742.6** | **$866.5** | **(14.3)%** | **—%** | **(14.3)%** |

## Fiscal Year Ended

| | December 31, 2023 | January 1, 2023 | Percent Change | Currency Impact | Constant Currency [a] |
|---|---|---|---|---|---|
| Respiratory Revenue | $714.6 | $1,866.5 | (61.7)% | —% | (61.7)% |
| Non-Respiratory Revenue | 2,283.2 | 2,184.7 | 4.5% | (0.9)% | 5.4% |
| **Supplemental Combined Total Revenue [b]** | **$2,997.8** | **$4,051.2** | **(26.0)%** | **(0.1)%** | **(25.9)%** |

## Revenue by Quarter

| | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 |
|---|---|---|---|---|---|---|---|---|
| Respiratory Revenue | $947.3 | $339.1 | $236.1 | $344.0 | $265.6 | $89.0 | $185.4 | $174.6 |
| Non-Respiratory Revenue | 555.1 | 559.4 | 547.7 | 522.5 | 580.5 | 576.1 | 558.6 | 568.0 |
| **Supplemental Combined Total Revenue [b]** | **$1,502.4** | **$898.5** | **$783.8** | **$866.5** | **$846.1** | **$665.1** | **$744.0** | **$742.6** |

Supplemental combined revenues for the fiscal year January 1, 2023 in the tables above include Ortho revenues as if the acquisition had occurred on January 2, 2022.
(a) The term "constant currency" means we have translated local currency revenues for all reporting periods to U.S. dollars using internally derived currency exchange rates held constant for each period; this additional non-GAAP financial information is not meant to be considered in isolation from or as a substitute for financial information prepared in accordance with GAAP.
(b) The fiscal year ended December 31, 2023 includes an approximate $19 million settlement award from a third party related to one of the Company's collaboration agreements.

 **QuidelOrtho**™

© 2024. All Rights Reserved.    18

# Non-GAAP Reconciliations – Adjusted EBITDA

|  | Fiscal Quarter | | Year to date | |
| --- | --- | --- | --- | --- |
| In millions | Q4 2023 | Q4 2022 | FY 2023 | FY 2022 |
| **Net income (loss)** | $ 7.0 | $ 30.3 | $ (10.1) | $ 548.7 |
| Pre-combination Ortho net loss [a] | — | — | — | (45.9) |
| Supplemental combined net income (loss) | **7.0** | **30.3** | **(10.1)** | **502.8** |
| Depreciation and amortization | 115.4 | 116.6 | 457.2 | 413.4 |
| Interest expense, net | 36.7 | 34.7 | 147.6 | 128.5 |
| (Benefit from) provision for income taxes | (16.2) | 10.8 | (19.0) | 191.9 |
| Acquisition and integration costs | 33.0 | 26.4 | 113.4 | 198.4 |
| Tax indemnification expense | 12.8 | 0.6 | 12.6 | — |
| Amortization of deferred cloud computing implementation costs | 3.3 | 1.5 | 9.2 | 6.1 |
| Loss on investments | 2.4 | 5.0 | 3.6 | 5.8 |
| Impairment of long-lived assets | 1.3 | 2.8 | 4.5 | 2.8 |
| EU medical device regulation transition costs | 0.6 | 0.5 | 2.5 | 2.8 |
| Unwind inventory fair value adjustment | — | 14.0 | — | 60.6 |
| Employee compensation charges | — | 1.7 | — | 4.8 |
| Loss on extinguishment of debt | — | — | — | 24.0 |
| Pre-IPO legacy stock-based compensation | — | — | — | 3.9 |
| Principal shareholder management fee | — | — | — | 1.6 |
| Derivative mark-to-market gain | — | — | — | (5.6) |
| Other adjustments | (0.9) | 0.2 | 1.7 | 1.7 |
| **Supplemental combined adjusted EBITDA [b]** | $ 195.4 | $ 245.1 | $ 723.2 | $ 1,543.5 |

Unless otherwise noted, dollars are at actual foreign exchange rates.
(a)   Pre-combination Ortho net loss includes Ortho activities from January 2, 2022 through May 26, 2022.
(b)   Supplemental combined Adjusted EBITDA for fiscal year 2022 includes the results of historical Ortho and does not include any pro forma adjustments required under Regulation S-X Article 11 or ASC 805.

