# Exhibit 46



**Corporate Site** ⌂    Search

Home    Corporate Profile    News Releases    Events & Presentations    Stock Information    Financials    Governance    Resources    Cautionary Information    ESG

# Stock Information

**Stock Quote**

## NASDAQ: QDEL

| | |
|---|---|
| Price | $34.02 |
| Change | -0.09 |
| Volume | 76,132 |
| % Change | -0.26% |
| Intraday High | $34.58 |
| 52 Week High | $49.45 |
| Intraday Low | $33.65 |
| 52 Week Low | $29.73 |
| Today's Open | $34.58 |
| Previous Close | $34.11 |

*April 2, 2025 10:52 AM*                    *Pricing delayed by 20 minutes*

**Stock Chart**

Skip to main content



**Corporate Site** ⌂

Home    Corporate Profile    News Releases    Events & Presentations    Stock Information    Financials    Governance    Resources    Cautionary Information    ESG



**Historical Stock Quote**

| Lookup Date: | 2020 | Feb | 28 | Look Up |
|---|---|---|---|---|

## Stock Quote: NASDAQ: QDEL

| | |
|---|---|
| Day's Open | $74.84 |
| Volume | 311,488 |
| Intraday High | $77.24 |
| Intraday Low | $72.98 |
| | |
| Closing Price | $77.24 |

**Investment Calculator**

Investment amount ($)

10,000

Start date

April 2, 2017

Skip to main content



**Corporate Site** ⌂

Home    Corporate Profile    News Releases    Events & Presentations    Stock Information    Financials    Governance    Resources    Cautionary Information    ESG

☐ S&P 500

☐ Nasdaq 100

☐ Dow 30

☐ Other

☐ Reinvest Dividends

Investment

**Analyst Coverage**

| Firm | Analyst | Phone |
|---|---|---|
| Citi | Patrick Donnelly | 212-816-0701 |
| Craig-Hallum Capital Group | Bill Bonello | 612-334-6385 |
| Jefferies | Tycho Peterson | 212-738-5583 |
| J.P. Morgan | Casey Woodring | 212-622-9074 |
| Nephron Research | Jack Meehan, CFA | 646-214-0299 |
| Raymond James | Andrew Cooper | 727-567-2295 |
| RBC Capital Markets | Conor McNamara, CFA | 619-782-5265 |
| UBS Securities | Lu Li | 212-882 0077 |
| William Blair | Andrew Brackmann, CFA | 312-364-8776 |

As of December 2024, QuidelOrtho Corporation is aware that it is followed by the analysts listed above; however, it is possible that the list above is not complete. Please note that any opinions, estimates or forecasts regarding QuidelOrtho Corporation's performance made by these analysts are theirs alone and do not represent opinions, forecasts or predictions of QuidelOrtho Corporation or its management. QuidelOrtho Corporation does not by its reference above or distribution imply its endorsement of or concurrence with such information, conclusions or recommendations.

Skip to main content



**Corporate Site** ⌂

Home    Corporate Profile    News Releases    Events & Presentations    Stock Information    Financials    Governance    Resources    Cautionary Information    ESG

Income Statements (in millions, except per share amounts)

**View More Details**

## Investor Alerts

| Enter your Email | **Sign Up** | |

☐ News          ☐ Annual Reports

☐ Events        ☐ Financial Report

☐ SEC Filings

## Investor Contact

**Juliet Cunningham**

**QuidelOrtho**

Vice President, Investor Relations

✉ Juliet.cunningham@quidelortho.com

**Jackie Marcus**

**Nick Teves**

**Alpha IR**

✉ IR@QuidelOrtho.com

## Transfer Agent

Website:              www.computershare.com

Telephone inquiries: ☎ 1-800-736-3001, option 1 (U.S.)

                     ☎ 1-781-575-3100, option 1 (non-U.S.)

E-mail inquiries:    ✉ web.queries@computershare.com

Copyright © 2022 QuidelOrtho Corporation. All rights reserved.
Powered By Q4 Inc. 5.150.2.1