**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE QUIDELORTHO CORPORATION
SECURITIES LITIGATION

No. 24-cv-02804-JAV

---

**LEAD PLAINTIFF'S NOTICE OF MOTION TO STRIKE THE DECLARATION OF COLIN B. DAVIS, EXHIBITS ATTACHED THERETO, AND DEFENDANTS' APPENDIX A PURSUANT TO RULES 12(D) AND 12(F)**

PLEASE TAKE NOTICE that Lead Plaintiff Central States, Southeast and Southwest Areas Health and Welfare Fund ("Central States") and Teamsters Local 710 Pension Fund ("Local 710" and collectively the "Teamsters Funds" or "Lead Plaintiff"), by and through their undersigned counsel, will hereby move this Court on a date and at such time as may be designated by the Court, for an Order pursuant to Rule 12(d) and (f) of the Federal Rules of Civil Procedure and the Court's inherent authority striking or excluding the Declaration of Colin B. Davis and the Exhibits attached thereto (ECF Nos. 49 & 49-1 - 49-46), and Defendants' Appendix A appended to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 48-1), in their entirety.

DATED: June 4, 2025                          Respectfully submitted,

*/s/ Lauren A. Ormsbee*
**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee
Lisa M. Strejlau
Charles J. Stiene
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Counsel for Lead Plaintiff and Lead*
*Counsel for the Proposed Class*