**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE QUIDELORTHO CORPORATION
SECURITIES LITIGATION

No. 24-cv-02804-JAV

---

**DECLARATION OF LAUREN A. ORMSBEE IN SUPPORT OF LEAD PLAINTIFF'S (A) OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND (B) MOTION TO STRIKE THE DECLARATION OF COLIN B. DAVIS, EXHIBITS ATTACHED THERETO, AND DEFENDANTS' APPENDIX A PURSUANT TO RULES 12(D) AND 12(F)**

I, Lauren A. Ormsbee, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at the law firm of Labaton Keller Sucharow LLP, Lead Counsel for the Class. I respectfully submit this declaration in support of (a) Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws, and (b) Lead Plaintiff's Motion to Strike the Declaration of Colin B. Davis, Exhibits Attached Thereto, and Defendants' Appendix A Pursuant to Rules 12(d) and 12(f) of the Federal Rules of Civil Procedure.

2.     Attached hereto as Exhibit A is a true and correct copy of QuidelOrtho's Q1 2023 Earnings Call transcript that took place on May 3, 2023. Lead Counsel downloaded this transcript from the "AlphaSense" market intelligence platform, which provides transcripts of company conference calls and events that are "made available as quality assurance and checks are completed shortly after the event ends." *See* AlphaSense website, *available at https://help.alpha-sense.com/en/articles/4891589-event-transcripts-content*. As indicated in the document, this transcription was produced by FactSet Research Systems Inc. using audio recordings from QuidelOrtho's Q1 2023 Earnings Call. Lead Plaintiff's Complaint alleges that Misstatements 16 (¶321(p)), 28 (¶327(i)), 29 (¶327(j)), 30 (¶327(k)), 46 (¶337(c)), 47 (¶337(d)), 64 (¶339(p)), 65 (¶339(q)), 66 (¶339(r)), 88 (¶344(k)), 89 (¶344(k)), 90 (¶344(l)), 91 (¶344(m)) were made during this call based on this transcript.

3.     Attached hereto as Exhibit B is a true and correct copy of QuidelOrtho's Q2 2023 Earnings Call transcript that took place on August 8, 2023. Lead Counsel downloaded this transcript from the "AlphaSense" market intelligence platform, which provides transcripts of company conference calls and events that are "made available as quality assurance and checks are

completed shortly after the event ends." *See* AlphaSense website, *available at https://help.alpha-sense.com/en/articles/4891589-event-transcripts-content*. As indicated in the document, this transcription was produced by FactSet Research Systems Inc. using audio recordings from QuidelOrtho's Q2 2023 Earnings Call. Lead Plaintiff's Complaint alleges that Misstatements 17 (321(q)), 33 (¶327(n)), 48 (¶337(e)), 68 (¶339(t)), 69 (¶339(u)) were made during this call based on this transcript.

4.      Attached hereto as Exhibit C is a true and correct copy of the Evercore ISI HealthCONx Conference transcript that took place on November 30, 2023. Lead Counsel downloaded this transcript from the "AlphaSense" market intelligence platform, which provides transcripts of company conference calls and events that are "made available as quality assurance and checks are completed shortly after the event ends." *See* AlphaSense website, *available at https://help.alpha-sense.com/en/articles/4891589-event-transcripts-content*. As indicated in the document, this transcription was produced by FactSet Research Systems Inc. using audio recordings from the Evercore ISI HealthCONx Conference. Lead Plaintiff's Complaint alleged that Misstatements 18 (¶321(r)), 35 (¶327(p)), 73 (¶339(y)), 97 (¶344(r)), and 98 (¶344(r)) were made during this conference based on this transcript.

5.      Attached hereto as Exhibit D is a true and correct copy of the Raymond James Institutional Investors Conference transcript that took place on March 5, 2024. Lead Counsel downloaded this transcript from the "AlphaSense" market intelligence platform, which provides transcripts of company conference calls and events that are "made available as quality assurance and checks are completed shortly after the event ends." *See* AlphaSense website, *available at https://help.alpha-sense.com/en/articles/4891589-event-transcripts-content*. As indicated in the document, this transcription was produced by FactSet Research Systems Inc. using audio

2

recordings from the Raymond James Institutional Investors Conference. Lead Plaintiff's Complaint alleged that Misstatements 40 (¶327(t)), 41 (¶327(u)), 42 (¶327(v)), 43 (¶327(w)), 75 (¶339(aa)), 76 (¶339(bb)) were made during this conference based on this transcript.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of June 2025 in New York, NY.

Respectfully submitted,

/s/ Lauren A. Ormsbee
Lauren A. Ormsbee

3