UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE QUIDELORTHO CORPORATION SECURITIES LITIGATION | No. 1:24-cv-02804-JAV |

## NOTICE OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S APPENDIX A AND GLOSSARY

PLEASE TAKE NOTICE that Defendants QuidelOrtho Corporation ("QuidelOrtho"), Douglas Bryant, Joseph Busky, Randall Steward, Robert J. Bujarski, Michael Iskra, and Tamara Ranalli (together with QuidelOrtho, "Defendants"), by and through their undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and the Court's inherent authority, striking Appendix A to Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 50-1) and the twenty-one Former Employee entries from Plaintiff's Glossary of Defined Terms included in its Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 50 at viii–xii).  In support of their motion, Defendants will rely upon the Memorandum of Law in Support of Defendants' Motion to Strike Appendix A and Glossary, filed concurrently herewith, and on the prior pleadings and proceedings in this case.  Defendants respectfully request that oral argument on this motion be held on a date and at a time designated by the Court.

1

Dated: July 9, 2025
      New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: */s/ Colin B. Davis*
    Colin B. Davis

Colin B. Davis
3161 Michelson Drive
Suite 1200
Irvine, CA 92612
Tel: (949) 451-3800
cdavis@gibsondunn.com
(*admitted pro hac vice*)

Brian M. Lutz
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Tel: (415) 393-8200
blutz@gibsondunn.com

Dana E. Sherman
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
dsherman@gibsondunn.com

*Attorneys for Defendants*

2