UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE QUIDELORTHO CORPORATION SECURITIES LITIGATION | No. 1:24-cv-02804-JAV |

## DECLARATION OF COLIN B. DAVIS

I, COLIN B. DAVIS, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member in good standing of the bar of California and have been admitted *pro hac vice* in this matter. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and represent QuidelOrtho Corporation ("QuidelOrtho"), Douglas Bryant, Joseph Busky, Randall Steward, Robert J. Bujarski, Michael Iskra, and Tamara Ranalli (collectively, "Defendants") in this action.

2. I respectfully submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Class Action Complaint. I have personal knowledge of the facts set forth in this declaration and, if called to do so, could and would testify competently thereto.

3. Attached hereto as **Exhibit 47** is a true and correct copy of the United States Securities and Exchange Commission Form 8-K filed by QuidelOrtho Corporation on November 8, 2024.

1

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on this 9th day of July, 2025, at New York, New York.

_/s/ Colin B. Davis_
Colin B. Davis

2