

**Lauren A. Ormsbee**
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
212.907.0864
LOrmsbee@labaton.com

July 23, 2025

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007

Re:     *In re QuidelOrtho Corp. Securities Litigation*, No. 24-cv-02804 (S.D.N.Y.)

Dear Judge Vargas:

On July 8, 2025, Lead Plaintiff filed a notice of supplemental authority attaching three recent opinions that Lead Plaintiff believes further support denial of Defendants' Motion to Dismiss the Amended Complaint. *See* ECF No. 56. Lead Plaintiff writes to inform the Court that one of those three opinions was recently withdrawn and Lead Plaintiff accordingly asks the Court not to consider that opinion as supplemental authority. Specifically, the opinion in *Levon v. CorMedix Inc.*, No. CV 21-14020 (JXN) (CLW), 2025 WL 1810207 (D.N.J. June 30, 2025) was withdrawn by the Court today, in a text order, as having been "entered in error." The *CorMedix* Court noted that a subsequent opinion "will follow." To the extent the *CorMedix* Court issues a new opinion denying the motion to dismiss that remains relevant to the allegations in this Action, Lead Plaintiff will submit that opinion once issued.

Very truly yours,

*Lauren A. Ormsbee*

Lauren A. Ormsbee

New York | Delaware | London | Washington, D.C.