UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE QUIDELORTHO CORPORATION SECURITIES LITIGATION

24-CV-02804 (JAV)

ORDER

---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record at the Initial Pre-Trial Conference, held today, October 27, 2026, the Court adopts the parties' proposed briefing schedule as to the motion for class certification. Plaintiffs will file their class certification motion by **June 18, 2027**; Defendants will file any opposition to that motion by **July 30, 2027**; and Plaintiffs will file any reply in support of the motion by **September 2, 2027**.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge